Justina K. Sessions (Bar No. 270914)
**FRESHFIELDS US LLP**
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

Julie S. Elmer (*pro hac vice* forthcoming, DC Bar No. 1520972)
Eric Mahr (*pro hac vice* forthcoming, DC Bar No. 459350)
Jenn Mellot (*pro hac vice* forthcoming, DC Bar No. 991671)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

Attorneys for Defendant
Hewlett Packard Enterprise Co.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC,<br><br>*Defendants*. | Case No. 4:25-cv-00951-DMR<br><br>**DEFENDANT HEWLETT PACKARD ENTERPRISE CO.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-15, Defendant HEWLETT PACKARD ENTERPRISE COMPANY

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
CASE NO. 4:25-cv-00951-DMR

1

("HPE") files this Disclosure Statement and Certificate of Interested Parties.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

HPE certifies, by and through its undesigned counsel of record, that it is a publicly held corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 31, 2025

Respectfully submitted,

By: *Justina K. Sessions*
Justina K. Sessions (Bar No. 270914)
**FRESHFIELDS US LLP**
855 Main Street
Redwood City, California 94063
justina.sessions@freshfields.com
(650) 618-9250

Julie S. Elmer (*pro hac vice* forthcoming)
Eric Mahr (*pro hac vice* forthcoming)
Jennifer Mellot (*pro hac vice* forthcoming)
**FRESHFIELDS US LLP**
700 13th Street, NW
10th Floor
Washington, DC 20005
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com
(202) 777-4500

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
CASE NO. 4:25-cv-00951-DMR