| | |
|---|---|
| 1 | JACK P. DICANIO (SBN 138782) |
| 2 | MICHAEL C. MINAHAN (SBN 311873)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | 525 University Avenue<br>Palo Alto, CA 94301 |
| 4 | Telephone:    (650) 470-4500<br>Facsimile:     (650) 470-4570 |
| 5 | Jack.DiCanio@skadden.com<br>Michael.Minahan@skadden.com |
| 6 | STEVEN C. SUNSHINE (*Pro Hac Vice Forthcoming*) |
| 7 | TARA L. REINHART (*Pro Hac Vice Forthcoming*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 8 | 1440 New York Avenue N.W.<br>Washington, DC 20005 |
| 9 | Telephone:    (202) 371-7000<br>Facsimile:     (202) 661-8301 |
| 10 | Steve.Sunshine@skadden.com<br>Tara.Reinhart@skadden.com |
| 11 | *Attorneys for Defendant*<br>JUNIPER NETWORKS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>Defendants. | CASE NO. 4:25-cv-00951-DMR<br><br>**DEFENDANT JUNIPER NETWORKS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15**<br><br>Judge:            Donna M. Ryu<br>Action Filed:   January 30, 2025 |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant Juniper Networks, Inc. ("Juniper"), by and through its undersigned counsel, certifies the following information.

Juniper has no public parent corporation. One publicly held corporation, The Vanguard Group, owns 10% or more of Juniper's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 3, 2025             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Jack P. DiCanio_____
Jack P. DiCanio
*Attorneys for Defendant*
JUNIPER NETWORKS, INC.