UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

HEWLETT PACKARD ENTERPRISE CO.
and JUNIPER NETWORKS, INC.,

Defendant(s).

Case No. 5:25-cv-00951-PCP

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Tara L. Reinhart            , an active member in good standing of the bar of

District of Columbia            , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Juniper Networks, Inc.            in the

above-entitled action. My local co-counsel in this case is Jack P. DiCanio            , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 138782            .

1440 New York Avenue, N.W.
Washington, D.C. 20005
MY ADDRESS OF RECORD

525 University Avenue, Palo Alto, CA 94301
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 371-7000
MY TELEPHONE # OF RECORD

(650) 470-4500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tara.reinhart@skadden.com
MY EMAIL ADDRESS OF RECORD

jack.dicanio@skadden.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 462106            .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0            times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___February 3, 2025_____                    ___/s/ Tara L. Reinhart_____
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Tara L. Reinhart_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Tara L Reinhart*

was duly qualified and admitted on February 1, 1999 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 03, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*