JUSTINA K. SESSIONS (Bar No. 270914)
FRESHFIELDS US LLP
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

JULIE S. ELMER (*pro hac vice*)
ERIC MAHR (*pro hac vice*)
JENN MELLOTT (*pro hac vice*)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

[Additional counsel listed on signature page]

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

JACK P. DICANIO (SBN 138782)
MICHAEL C. MINAHAN (SBN 311873)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Jack.DiCanio@skadden.com
Michael.Minahan@skadden.com

STEVEN C. SUNSHINE (*pro hac vice*)
TARA L. REINHART (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-8301
Steve.Sunshine@skadden.com
Tara.Reinhart@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br><br>JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**DECLARATION OF JULIE ELMER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR AN EXPEDITED CASE MANAGEMENT CONFERENCE**<br><br>Judge:         P. Casey Pitts<br>Action Filed: January 30, 2025 |

DECLARATION OF JULIE ELMER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR AN EXPEDITED CASE MANAGEMENT CONFERENCE; Case No. 5:25-cv-00951-PCP

1

I, Julie Elmer, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Partner at the law firm Freshfields US LLP, which represents Defendant Hewlett Packard Enterprise Co. ("HPE") in the above-captioned case.

2. I am an attorney admitted to practice in the District of Columbia and the State of Alabama, and I have been admitted to appear pro hac vice in the above-captioned case.

3. Pursuant to Civil Local Rule 7-11, I respectfully submit this Declaration in Support of Defendants' Administrative Motion for an Expedited Case Management Conference, dated February 11, 2025. On February 7, Defendants informed DOJ that they were prepared to seek an expedited case management conference and asked DOJ if they would join. DOJ responded that such a motion was premature. On February 11, DOJ acknowledged the need for an early case management conference but again said the motion was "premature."

4. Attached as Exhibit A is a true and correct copy of Defendants' January 31, 2025 email to Plaintiff containing Defendants' proposed protective order and case management statement.[1]

5. Attached as Exhibit B is a true and correct copy of Plaintiff's February 3, 2025 email to Defendants containing Plaintiff's proposed protective order and case management statement.

6. On February 5, 2025, Plaintiff and Defendants met and conferred about the protective order and case management statement, including about a proposed trial date.

7. Attached as Exhibit C is a true and correct copy of Defendants' February 7, 2025 email to Plaintiff containing Defendants' redlines of Plaintiff's proposed case management statement.

8. On February 7, 2025, Plaintiff and Defendants met and conferred about, *inter alia*, a proposed trial date.

9. Attached as Exhibit D is a true and correct copy of a February 7, 2025 email from Plaintiff to Defendants concerning the proposed trial date.

10. Attached as Exhibit E is a true and correct copy of a February 7, 2025 email from Defendants to Plaintiff concerning the proposed trial date.

---

[1] Defendants have omitted the draft protective orders exchanged between the parties given that the draft Case Management Statement is the relevant document for purposes of the Motion and to limit the amount of paper for the Court.

DECLARATION OF JULIE ELMER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR AN EXPEDITED CASE MANAGEMENT CONFERENCE; Case No. 5:25-cv-00951-PCP

2

11. Attached as Exhibit F is a true and correct copy of a February 10, 2025 email from Plaintiff to Defendants containing Plaintiff's redlines of a proposed case management statement.

12. Attached as Exhibit G is a true and correct copy of correspondence between Defendants and Plaintiff on February 11, 2025 concerning the proposed trial date.

13. On February 11, Defendants met and conferred with DOJ for a third time concerning the proposed trial date.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of February, 2025, in Washington, D.C.

Dated: February 11, 2025                    Respectfully submitted,

                                            By: */s/ Julie S. Elmer*
                                            Julie S. Elmer (*pro hac vice*)

                                            FRESHFIELDS US LLP
                                            700 13th Street, NW
                                            10th Floor
                                            Washington, DC 20005
                                            julie.elmer@freshfields.com
                                            (202) 777-4500