# **EXHIBIT E**

| | |
|---|---|
| **From:** | ELMER, Julie (JSE) |
| **Sent:** | Friday, February 7, 2025 8:02 PM |
| **To:** | Freeman, Michael (ATR); MELLOTT, Jenn (JEM); Goldstein, Jeremy (ATR) |
| **Cc:** | steve.sunshine@skadden.com; Tara Reinhart; Ryan Travers; SALEM, Sara; LIN, Daphne; FORKNER, Constance |
| **Subject:** | RE: US v. HPE/Juniper |

Mike,

Thank you for the meet and confer call today to discuss the proposed procedural orders for this case. The Division is well aware that a long stop date in a $14 billion deal cannot be easily moved. It is not clear to us why the government would need such a long time to prepare for trial when it has had over a year to investigate, 5 separate extensions of time, and 6 additional months post-substantial compliance to complete its investigation. We look forward to receiving the government's response to the trial schedule we proposed last week and your redline to the draft CMS. In the meantime, we will send over our redlines of the draft protective order and ESI order.

Have a good weekend.

Julie

**Julie Elmer**
Partner

**Freshfields US LLP**
700 13th Street NW
Washington DC 20005
**T** +1 (202) 777-4587 **| M** +1 (202) 420-1788

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Friday, February 7, 2025 6:31 PM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

Julie,

As discussed during the meet and confer this evening, the DOJ is evaluating your edits and comments for the CMO from this morning and will get you a redline back early next week.

Additionally, we are looking at our proposed dates to see if there are areas of compromise. It would be helpful if you could provide specific information as to why the current walk away date between HPE and Juniper is immovable. The earlier the better for that information as we continue to work together on the schedule.

1

Thanks.

Mike

**Michael J. Freeman**
Senior Litigation Counsel
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Washington, DC, 20530
Michael.Freeman@usdoj.gov

---

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Friday, February 7, 2025 8:29 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike,

Defendants' redline of DOJ's proposed CMS is attached. We are working through your redline of the PO. Let us know what times work for your team later today to discuss moving both of these forward.

Julie

---

**From:** ELMER, Julie (JSE)
**Sent:** Thursday, February 6, 2025 12:22 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

Mike,

As discussed on the call, I attach Defendants' redline of DOJ's proposed protective order. We will follow up with a redline of the CMS tomorrow.

Julie

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Tuesday, February 4, 2025 12:45 PM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

2 PM ET works for us. I will send an invite shortly.

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Tuesday, February 4, 2025 11:43 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike,

The parties are available to discuss at 2 ET or after 6 ET tomorrow.

Julie

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Monday, February 3, 2025 9:39 PM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>
**Subject:** RE: US v. HPE/Juniper

Hi Julie,

First, attached are our proposed protective order and case management order for your review. I had represented to Steve and Jenn last week that I would provide our drafts by today. As such, I thought it would be best to share these documents so you could see our positions to have a constructive meet and confer. We are still absorbing your drafts from Friday, but an initial review seems like we are in the same ballpark on most issues.

Second, we are looking into N.D. Cal's local practice on ESI and are working on a draft now that I hope to get to you this week.

Lastly, given our drafts, I suggest meeting on Wednesday. I am open in the afternoon (eastern time). Let me know what works best on your end.

Thanks.

**Michael J. Freeman**
Senior Litigation Counsel
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Washington, DC, 20530
Michael.Freeman@usdoj.gov

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Monday, February 3, 2025 6:03 PM
**To:** MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Freeman, Michael (ATR)

3

<Michael.J.Freeman@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike and Jeremy,

Let us know your availability for a call tomorrow to discuss the draft protective order and draft joint case management statement Jenn shared with you on Friday.

Best,
Julie

**Julie Elmer**

**Freshfields US LLP**
**T** +1 (202) 777-4587 **|** **M** +1 (202) 420-1788

---

**From:** MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Sent:** Friday, January 31, 2025 9:57 PM
**To:** michael.freeman@usdoj.gov; Jeremy Goldstein (Jeremy.Goldstein@usdoj.gov) <Jeremy.Goldstein@usdoj.gov>
**Cc:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>
**Subject:** US v. HPE/Juniper

Mike and Jeremy –

Please see the attached correspondence.

Best,
Jenn

**Jenn Mellott**
Partner, DC and Brussels

**Freshfields US LLP**
700 13th Street NW
Washington, DC 20001
**T** +1 (202) 777-4568 **|** **M** +1 (571) 327-4723
jennifer.mellott@freshfields.com

---

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.