# **EXHIBIT G**

| | |
|---|---|
| **From:** | Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov> |
| **Sent:** | Tuesday, February 11, 2025 11:58 AM |
| **To:** | ELMER, Julie (JSE); MELLOTT, Jenn (JEM); Goldstein, Jeremy (ATR) |
| **Cc:** | steve.sunshine@skadden.com; Tara Reinhart; Ryan Travers; SALEM, Sara; LIN, Daphne; FORKNER, Constance |
| **Subject:** | RE: US v. HPE/Juniper |

Julie,

We have a few questions related to your motion.

First, am I to assume by this response you are not offering any compromise or alternative to your original trial date?

Second, are you going to send us a draft motion before it is filed so we can determine whether we will join or not? As we have said repeatedly, we agree that a case management conference should be expedited, and as early as next week so I think there is possible agreement depending on the wording of the motion.

Thanks.

Mike

---

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Tuesday, February 11, 2025 11:35 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike,

Your characterization of these negotiations is inaccurate, including your assertion that DOJ offered to take the pen on a reasonable trial date during our February 5 meet and confer. We've been very clear that it's the impasse on the trial date that is the reason for our motion. We will refrain from referring to "other case management issues" in our motion to make that clear, and will be filing the motion shortly. Any other issues we can address on our call at 12:30pm today. We believe the parties can ripen any disputes in the CMS for the Court in advance of an expedited conference.

Julie

**Julie Elmer**
Partner

**Freshfields US LLP**
700 13th Street NW
Washington DC 20005
**T** +1 (202) 777-4587 | **M** +1 (202) 420-1788

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Tuesday, February 11, 2025 10:14 AM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

Julie,

We disagree with your characterization of our ongoing discussions. On Monday, February 3, we proposed a trial schedule that allowed for adequate fact and expert discovery. During our first meet and confer regarding case management issues on Wednesday, February 5, it was clear that the parties were far apart on a trial schedule. We offered to take the pen. That offer was declined. Defendants did not provide their revised CMO until this past Friday, February 7. One business day later we returned our proposal—which in an attempt to compromise shaved 1.5 months off our original trial date—and we are now the only party attempting to compromise for our original position. Defendants have offered no such compromise.

We are still unclear what the content of this motion will be. You said that the motion will be to ask for a case management conference this week to discuss scheduling and "other case management issues." What "other case management issues" do you plan to put in your motion?

This lack of clarity is why we believe this motion is premature. As we indicated before, we agree that a case management conference should occur well before May 1, and potentially as soon as next week, but think it is not a good use of the Court's time to hold a case management conference before all the issues of impasse are clear.

We are available to meet and confer today at 12:30 pm ET.

Thanks.

Mike


**Michael J. Freeman**
Senior Litigation Counsel
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Washington, DC, 20530
Michael.Freeman@usdoj.gov


**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Tuesday, February 11, 2025 9:02 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne

2

<Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike,

It is very disappointing to Defendants that it has taken over 10 days for the DOJ to propose a trial date that is far too close to the October 9 termination date in the Defendants' merger agreement to allow time for the 10-day trial both sides agree is needed, plus post-trial filings and time for the Court to prepare an opinion. Based on your response of 9:47 pm last night, we are at an impasse with respect to the schedule.

The motion we are filing today requests that the Court convene a case management conference this week or at the Court's earliest opportunity to address scheduling and other case management issues, based on the fact that the Parties have vastly different views regarding the time needed to prepare for trial in this matter. Please let us know by 11:00 am ET this morning if you will join the motion.

Despite the fact that we will be filing our motion today as a result of the trial date impasse, in an effort to minimize the issues before the Court at the conference, we are available to meet and confer today between 12 and 4 pm ET to discuss the non-schedule-related provisions in the CMS and the proposed ESI order. To the extent we need to have further discussions on the draft protective order, we can discuss them today as well.

Julie

**Julie Elmer**
Partner

**Freshfields US LLP**
700 13th Street NW
Washington DC 20005
**T** +1 (202) 777-4587 | **M** +1 (202) 420-1788

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Monday, February 10, 2025 9:47 PM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

Julie,

In response to your email from Friday, attached is the DOJ's redline of your latest CMO proposal. As you will see, in an effort of compromise, we have trimmed a significant amount of time from our original proposal, now suggesting trial begin on September 8. This date is more than a month before the Defendants' self-imposed walk away date.

Regarding your statement that you are filing a motion tomorrow, it is not clear what motion you are filing and what you are requesting. If you can provide clarity, we would be able to make an informed decision of whether to join the motion. Is the filing just a request for an earlier case management conference and, if so, when are you requesting one? We believe one should be held earlier than May 1, but that the most efficient use of the Court's resources would be a single case management conference to handle all impasses related to the CMO, PO, and ESI Protocol. As of now, we do not know where you stand related to our new proposal and other line edits for these documents.

We are willing to meet and confer tomorrow. Please let us know what time works best.

Mike

**Michael J. Freeman**
Senior Litigation Counsel
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Washington, DC, 20530
Michael.Freeman@usdoj.gov

---

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Monday, February 10, 2025 6:15 PM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike,

Given that Defendants have been asking for a trial date that accommodates the termination date in their merger agreement since the day you filed the complaint, you should be able to tell us by now what alternative date you are proposing. On January 31, we offered a date reasonably calculated to get everything done before the termination date. During our February 7 meet and confer, Steve and I repeatedly asked for the government's position on the trial date – which you refused to give – and we made clear that without a realistic trial date we would be moving for a scheduling conference today, jointly or without you. Your email at 4:21 pm ET today with no proposed date does nothing to relieve the impasse.

We will be filing our motion tomorrow morning. Let us know if you will be joining the motion.

Julie

**Julie Elmer**
Partner

**Freshfields US LLP**
700 13th Street NW
Washington DC 20005
**T** +1 (202) 777-4587 | **M** +1 (202) 420-1788

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Monday, February 10, 2025 4:21 PM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

Julie,

Thanks for the redline back on the protective order. We will take a look and get back in short order.

Regarding the case management order, we are finalizing our redline and will get that to you likely today, or at the latest, tomorrow morning. We will be proposing an alternative trial date.

After you receive our edits and new proposal, let us know if you would like to meet and confer to discuss moving forward, including requesting an expedited case management conference.

Thanks.

Mike


**Michael J. Freeman**
Senior Litigation Counsel
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Washington, DC, 20530
Michael.Freeman@usdoj.gov

---

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Monday, February 10, 2025 3:54 PM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike,

In follow up to our two meet and confers of last week and your discussion with Jenn and Steve regarding timing on January 30, immediately prior to the filing of the complaint, has the government given any more thought to a reasonable trial date that would allow this case to be heard and the Court to issue an opinion before the termination date in the Defendants' merger agreement?

As we noted last week, Defendants plan to file tonight with the Court a motion for administrative relief requesting an expedited case management conference. Will the government join us in the motion or, in the alternative, stipulate to the motion?

Julie

**Julie Elmer**
Partner

**Freshfields US LLP**
700 13th Street NW
Washington DC 20005
**T** +1 (202) 777-4587 **| M** +1 (202) 420-1788

5

**From:** ELMER, Julie (JSE)
**Sent:** Friday, February 7, 2025 8:02 PM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

Mike,

Thank you for the meet and confer call today to discuss the proposed procedural orders for this case. The Division is well aware that a long stop date in a $14 billion deal cannot be easily moved. It is not clear to us why the government would need such a long time to prepare for trial when it has had over a year to investigate, 5 separate extensions of time, and 6 additional months post-substantial compliance to complete its investigation. We look forward to receiving the government's response to the trial schedule we proposed last week and your redline to the draft CMS. In the meantime, we will send over our redlines of the draft protective order and ESI order.

Have a good weekend.

Julie

**Julie Elmer**
Partner

**Freshfields US LLP**
700 13th Street NW
Washington DC 20005
**T** +1 (202) 777-4587 **| M** +1 (202) 420-1788

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Friday, February 7, 2025 6:31 PM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

Julie,

As discussed during the meet and confer this evening, the DOJ is evaluating your edits and comments for the CMO from this morning and will get you a redline back early next week.

Additionally, we are looking at our proposed dates to see if there are areas of compromise. It would be helpful if you could provide specific information as to why the current walk away date between HPE and Juniper is immovable. The earlier the better for that information as we continue to work together on the schedule.

Thanks.

Mike

**Michael J. Freeman**
Senior Litigation Counsel
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Washington, DC, 20530
Michael.Freeman@usdoj.gov

---

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Friday, February 7, 2025 8:29 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>; FORKNER, Constance <Constance.Forkner@freshfields.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike,

Defendants' redline of DOJ's proposed CMS is attached. We are working through your redline of the PO. Let us know what times work for your team later today to discuss moving both of these forward.

Julie

---

**From:** ELMER, Julie (JSE)
**Sent:** Thursday, February 6, 2025 12:22 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>; LIN, Daphne <Daphne.Lin@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

Mike,

As discussed on the call, I attach Defendants' redline of DOJ's proposed protective order. We will follow up with a redline of the CMS tomorrow.

Julie

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Tuesday, February 4, 2025 12:45 PM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>
**Subject:** RE: US v. HPE/Juniper

2 PM ET works for us. I will send an invite shortly.

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Tuesday, February 4, 2025 11:43 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>; SALEM, Sara <Sara.Salem@freshfields.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike,

The parties are available to discuss at 2 ET or after 6 ET tomorrow.

Julie

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Monday, February 3, 2025 9:39 PM
**To:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>
**Subject:** RE: US v. HPE/Juniper

Hi Julie,

First, attached are our proposed protective order and case management order for your review. I had represented to Steve and Jenn last week that I would provide our drafts by today. As such, I thought it would be best to share these documents so you could see our positions to have a constructive meet and confer. We are still absorbing your drafts from Friday, but an initial review seems like we are in the same ballpark on most issues.

Second, we are looking into N.D. Cal's local practice on ESI and are working on a draft now that I hope to get to you this week.

Lastly, given our drafts, I suggest meeting on Wednesday. I am open in the afternoon (eastern time). Let me know what works best on your end.

Thanks.


**Michael J. Freeman**
Senior Litigation Counsel
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Washington, DC, 20530
Michael.Freeman@usdoj.gov

---

**From:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>
**Sent:** Monday, February 3, 2025 6:03 PM
**To:** MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>
**Cc:** steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers

<ryan.travers@skadden.com>
**Subject:** [EXTERNAL] RE: US v. HPE/Juniper

Mike and Jeremy,

Let us know your availability for a call tomorrow to discuss the draft protective order and draft joint case management statement Jenn shared with you on Friday.

Best,
Julie

**Julie Elmer**

**Freshfields US LLP**
**T** +1 (202) 777-4587 | **M** +1 (202) 420-1788

---

**From:** MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Sent:** Friday, January 31, 2025 9:57 PM
**To:** michael.freeman@usdoj.gov; Jeremy Goldstein (Jeremy.Goldstein@usdoj.gov) <Jeremy.Goldstein@usdoj.gov>
**Cc:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; steve.sunshine@skadden.com; Tara Reinhart <tara.reinhart@skadden.com>; Ryan Travers <ryan.travers@skadden.com>
**Subject:** US v. HPE/Juniper

Mike and Jeremy –

Please see the attached correspondence.

Best,
Jenn

**Jenn Mellott**
Partner, DC and Brussels

**Freshfields US LLP**
700 13th Street NW
Washington, DC 20001
**T** +1 (202) 777-4568 | **M** +1 (571) 327-4723
jennifer.mellott@freshfields.com

---

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this [Legal Notice](Legal Notice).

For information about how Freshfields processes personal data please refer to this [Privacy notice](Privacy notice). For further information about Freshfields Bruckhaus Deringer, please refer to our website at [www.freshfields.com](www.freshfields.com).

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this [Legal Notice](Legal Notice).

For information about how Freshfields processes personal data please refer to this [Privacy notice](Privacy notice). For further information about Freshfields Bruckhaus Deringer, please refer to our website at [www.freshfields.com](www.freshfields.com).

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.