MICHAEL J. FREEMAN (OH BAR # 0086797)
Senior Litigation Counsel
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Email: Michael.Freeman@usdoj.gov

Attorney for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff,*<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.<br><br>               *Defendants.* | CASE NO. 5:25-CV-00951-PCP<br><br>**DECLARATION OF MICHAEL J. FREEMAN IN SUPPORT OF PLAINTIFF UNITED STATES' RESPONSE TO DEFENDANTS' MOTION FOR AN EXPEDITED CASE MANAGEMENT CONFERENCE**<br><br>JUDGE: Hon. P. Casey Pitts |

I, Michael J. Freeman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am an attorney with the United States Department of Justice, Antitrust Division, and I represent the United States in the above-captioned action.

3. I submit this Declaration in support of the United States' Response to Defendants' Motion for an Expedited Case Management Conference.

4. Attached as **Exhibit A** is a true and correct chart containing the United States' initial February 3, 2025, proposal for a trial schedule. The trial schedule was contained in a draft case management order I sent Defendants on February 3, 2025.

5. Attached as **Exhibit B** is a true and correct chart containing the United States' February

10, 2025, proposal for a trial schedule. The trial schedule was contained in a redlined draft case management order I sent Defendants on February 3, 2025.

6. Attached as **Exhibit C** is a true and correct chart containing Defendants' February 7, 2025, proposal for a trial schedule. The trial schedule was contained in a redlined draft case management order I received from Defendants on February 7, 2025.

7. Attached as **Exhibit D** is a true and correct chart summarizing the number of days between the filing of a complaint and the scheduled trial for civil merger cases brought by the United States Department of Justice over the past five years.

8. In two weeks after the complaint was filed, the United States and the Defendants exchanged ESI orders.

9. On February 3, 2025, the United States sent Defendants a draft case management order that included an October 26, 2025, trial date that the Defendants rejected, asserting that the trial needs to be completed, and an opinion issued, before the October 9, 2025 "outside date."

10. On February 5, the United States asked Defendants on a meet and confer call to explain why the outside date could not be extended.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed On: February 13, 2025

Respectfully submitted,

  /s/ Michael J. Freeman
MICHAEL J. FREEMAN (OH BAR # 0086797)

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Email: Michael.Freeman@usdoj.gov

*Attorney for Plaintiff United States of America*