# Exhibit A

United States' February 3, 2025 Proposal for a Trial Schedule

| Event | Date |
|---|---|
| Complaint filed | Thursday, January 30, 2025 |
| Parties exchange Investigation Materials not subject to an objection under the terms of the Protective Order | 7 days after filing of Protective Order |
| Answers to Complaint due | The earlier of March 3, 2025, or 3 days after exchange of Investigation Materials |
| Discovery begins | The earlier of Monday, March 3, 2025, or 1 day after the entry of this Order |
| Any other parties must be joined or the pleadings amended | Thursday, March 6, 2025 |
| Parties exchange preliminary trial fact witness lists | Thursday, April 17, 2025 |
| Parties exchange designations of all experts they intend to call in their respective case-in-chief and defense case, along with a brief statement of the subject matter on which the experts will testify | Thursday, April 17, 2025 |
| Parties exchange final trial fact witness lists | Thursday, May 22, 2025 |
| Parties exchange designations of all experts they intend to call in their respective rebuttals, along with a brief statement of the subject matter on which the experts will testify | Thursday, May 29, 2025 |
| Close of fact discovery | Thursday, June 26, 2025 |
| Initial expert reports on the issues on which the parties bear the burden | Thursday, July 3, 2025 |
| Rebuttal expert reports to the initial expert reports | Thursday, July 31, 2025 |
| Reply expert reports to the rebuttal expert reports | Thursday, August 28, 2025 |

| Event | Date |
|---|---|
| Parties exchange exhibit lists and opening deposition designations | Thursday, September 4, 2025 |
| Close of expert discovery | Thursday, September 11, 2025 |
| Each party informs each non-party of all confidential documents produced by that non-party that are on the party's exhibit list and all confidential deposition testimony of that non-party that have been designated by any party | Thursday, September 11, 2025 |
| Parties exchange objections to the other side's exhibits and opening deposition designations and their counter-designations | Monday, September 15, 2025 |
| Parties exchange their objections to the other side's deposition counter-designations and their counter-counter-designations | Wednesday, September 17, 2025 |
| Non-parties provide notice whether they object to the potential public disclosure at trial of any non-party documents and depositions, explain the basis for any such objections, and propose redactions where possible | Friday, September 19, 2025 |
| Parties meet and confer regarding admissibility of trial exhibits and deposition designations | Friday, September 19, 2025 |
| Parties meet and confer regarding disputes about confidentiality of party documents on trial exhibit lists | Friday, September 19, 2025 |
| Parties and non-parties meet and confer regarding confidentiality of non-party documents on trial exhibit lists and non-party depositions | Wednesday, September 24, 2025 |
| Motions *in limine* filed | Friday, September 26, 2025 |
| Expert reports with executive summaries filed | Friday, September 26, 2025 |
| Oppositions to motions *in limine* filed | Friday, October 3, 2025 |

| Event | Date |
|---|---|
| Replies in support of motions *in limine* filed | Wednesday, October 8, 2025 |
| Each side's pretrial brief filed | Friday, October 10, 2025 |
| Joint pretrial statement filed | Friday, October 10, 2025 |
| Final pretrial conference | Monday, October 20, 2025 |
| Trial begins | Monday, October 27, 2025 |