# Exhibit B

United States' February 10, 2025 Proposal for a Trial Schedule

| Event | Date |
|---|---|
| Complaint filed | Thursday, January 30, 2025 |
| Plaintiff produces its investigative file to Defendants | Within 7 calendar days of the entry of a Protective Order governing this case. |
| Discovery begins | The earlier of February 28, 2025, or entry of this Order. |
| Any other parties must be joined or the pleadings amended | Friday, February 28, 2025 |
| Parties exchange preliminary trial fact witness lists | Friday, March 14, 2025 |
| Parties exchange designations of all experts they intend to call in their respective case-in-chief and defense case, along with a brief statement of the subject matter on which the experts will testify | May 9, 2025 |
| Close of fact discovery | Friday, May 23, 2025 |
| Parties serve initial expert reports on the issues on which the parties bear the burden | Friday, May 30, 2025 |
| Parties exchange final trial fact witness lists | Friday, May 30, 2025 |
| Parties to serve any rebuttal expert reports to the initial expert reports | Friday, June 20, 2025 |
| Close of supplemental fact discovery | Friday, June 20, 2025 |
| Parties to serve any reply expert reports to the initial expert reports | Friday, July 11, 2025 |
| Parties exchange exhibit lists (including redacted versions of such exhibits, as set forth in the Protective Order) and opening deposition designations | Friday, July 18, 2025 |

| Event | Date |
|---|---|
| Deadline for expert depositions and close of expert discovery | Friday, July 25, 2025 |
| Parties exchange of objections to exhibit lists (including redacted versions of any exhibits identified by the opposing Party that contain information the Party previously designated as Confidential or Highly Confidential Information and objections to redactions that were initially exchanged with the exhibit lists, as set forth in the Protective Order), objections to deposition designations, and/or counters to deposition designations | Friday, July 25, 2025 |
| Each Party informs each non-party of all documents produced by that non-party that are on the Party's exhibit list and all depositions of that non-party that have been designated by any Party; Parties must inform non-parties that they should provide notice to the Parties, pursuant to Paragraph 49 of the Protective Order, of whether that non-party objects to the potential public disclosure at trial of that non-party's documents and depositions, explain the basis for any such objections, and propose redactions where possible | Tuesday, July 29, 2025 |
| Parties serve expert witness lists, including designations of all experts that each intends to call in its respective case, along with a brief statement of the subject matter on which the expert will testify | Friday, August 1, 2025 |
| Each side exchanges its objections to the other side's deposition counter-designations | Friday, August 1, 2025 |

| Event | Date |
|---|---|
| Any Party or non-party Protected Person that seeks to prevent its Confidential Information or Highly Confidential Information contained in a trial exhibit or designated deposition testimony from being disclosed on the public record at Trial must file a motion with the Court seeking to seal such information | Tuesday, August 5, 2025 |
| Parties meet and confer regarding disputes about trial exhibits and deposition designations, including confidentiality of any Party and non-party documents or depositions | Wednesday, August 6 through Friday, August 15, 2025 |
| Deadline for filing motions *in limine* and *Daubert* motions | Tuesday, August 12, 2025 |
| Joint Party Submission to Court regarding disputes about admissibility of trial exhibits, confidentiality issues, and deposition designations | Tuesday, August 19, 2025 |
| Pre-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | Tuesday, August 19, 2025 |
| Responses to any motions *in limine* or *Daubert* motions | Tuesday, August 26, 2025 |
| Final pre-trial conference | Tuesday, September 2, 2025 |
| Parties submit final trial exhibits to Court (in a format to be directed by the Court) | Wednesday, September 3, 2025 |

| Event | Date |
|---|---|
| Trial begins | Monday, September 8, 2025 |
| Post-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | 10 days after trial concludes |