# Exhibit C

Defendants' February 7, 2025 Proposal for a Trial Schedule

| Event | Date |
|---|---|
| Complaint filed | Thursday, January 30, 2025 |
| Plaintiff produces its investigative file to Defendants | In accordance with the Parties' agreement dated November 22, 2024, Plaintiff will provide its investigative file to the Defendants within 7 calendar days of the filing of a Protective Order governing this case |
| Answers to Complaint due | Friday, February 14, 2025 |
| Discovery begins | Upon entry of an ESI Order governing this case |
| Any other parties must be joined or the pleadings amended | Friday, February 28, 2025 |
| Parties exchange preliminary trial fact witness lists | Friday, February 28, 2025 |
| Close of fact discovery | Friday, April 11, 2025 |
| Parties serve initial expert reports and backup materials on the issues on which the parties bear the burden | Monday, April 14, 2025 |
| Parties exchange final trial fact witness lists | Friday, April 18, 2025 |
| Close of supplemental fact discovery | Friday, May 2, 2025 |
| Parties to serve any rebuttal expert reports and backup materials to the initial expert reports | Monday, May 5, 2025 |
| Parties exchange exhibit lists (including redacted versions of such exhibits, as set forth in the Protective Order) and opening deposition designations | Wednesday, May 7, 2025 |

| Event | Date |
|---|---|
| Each Party informs each non-party of all documents produced by that non-party that are on the Party's exhibit list and all depositions of that non-party that have been designated by any Party; Parties must inform non-parties that they should provide notice to the Parties, pursuant to Paragraph 49 of the Protective Order, of whether that non-party objects to the potential public disclosure at trial of that non-party's documents and depositions, explain the basis for any such objections, and propose redactions where possible | Friday, May 9, 2025 |
| Parties exchange of objections to exhibit lists (including redacted versions of any exhibits identified by the opposing Party that contain information the Party previously designated as Confidential or Highly Confidential Information and objections to redactions that were initially exchanged with the exhibit lists, as set forth in the Protective Order), objections to deposition designations, and/or counters to deposition designations | Friday, May 16, 2025 |
| Any Party or non-party Protected Person that seeks to prevent its Confidential Information or Highly Confidential Information contained in a trial exhibit or designated deposition testimony from being disclosed on the public record at Trial must file a motion with the Court seeking to seal such information | Monday, May 19, 2025 |
| Deadline for expert depositions and close of expert discovery | Monday, May 19, 2025 |
| Parties serve expert witness lists, including designations of all experts that each intends to call in its respective case, along with a brief statement of the subject matter on which the expert will testify | Wednesday, May 21, 2025 |

| Event | Date |
|---|---|
| Deadline for filing motions *in limine* and *Daubert* motions | Friday, May 23, 2025 |
| Each side exchanges its objections to the other side's deposition counter-designations | Friday, May 23, 2025 |
| Parties meet and confer regarding disputes about trial exhibits and deposition designations, including confidentiality of any Party and non-party documents or depositions | May 23-28, 2025 |
| Joint Party Submission to Court regarding disputes about admissibility of trial exhibits, confidentiality issues, and deposition designations | Thursday, May 29, 2025 |
| Pre-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | Friday, May 30, 2025 |
| Responses to any motions *in limine* or *Daubert* motions | Friday, May 30, 2025 |
| Final pre-trial conference | Monday, June 2, 2025 |
| Parties submit final trial exhibits to Court (in a format to be directed by the Court) | Wednesday, June 11, 2025 |
| Trial begins | Monday, June 16, 2025 |

| Event | Date |
|---|---|
| Post-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | 10 days after trial concludes |