# Exhibit D

# Days from Complaint to Scheduled Trial in Recent Department of Justice Merger Challenges

| Case[1] | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Days from Complaint to Scheduled Trial |
|---|---|---|---|---|
| *U.S. v. Visa Inc. and Plaid Inc.* (N.D. Cal.) | 11/5/2020 | 6/28/2021 | 1/12/2021 | 235 |
| *U.S. v. Aon plc and Willis Towers Watson plc* (D.D.C.) | 6/16/2021 | 11/18/2021 | 7/26/2021 | 155 |
| *U.S. v. Bertelsmann SE & Co. KGaA, et al.* (D.D.C.) | 11/2/2021 | 8/1/2022 | 10/31/2022 | 272 |
| *U.S. v. U.S. Sugar Corp., et al.* (D. Del.) | 11/23/2021 | 4/18/2022 | 9/23/2022 | 146 |
| *U.S., et al. v. UnitedHealth Group, et al.* (D.D.C.) | 2/24/2022 | 8/1/2022 | 9/19/2022 | 158 |
| *U.S. v. Grupo Verzatec S.A. de C.V., et al.* (N.D. Ill.) | 3/17/2022 | 10/4/2022 | 5/26/2022 | 201 |
| *U.S. v. ASSA ABLOY AB, et al.* (D.D.C.) | 9/15/2022 | 4/24/2023 | 9/13/2023 | 221 |
| *U.S., et al. v. JetBlue and Spirit* (D. Mass.) | 3/7/2023 | 10/31/2023 | 1/16/2024 | 238 |
| *U.S. v. Global Business Travel Group, and CWT Holdings LLC* (S.D.N.Y) | 1/10/2025 | 9/8/2025 | N/A | 241 |

---

[1] This chart is limited to cases where the court entered a schedule for a trial on the merits. It does not include *U.S., et al. v. UnitedHealth Group, et al.*, No. 24-cv-3267 (D. Md.), because a trial date has not yet been set, nor *U.S. v. Booz Allen Hamilton Inc., et al.*, No. 22-cv-1603 (D. Md.) and *U.S. v. Geisinger Health et al.*, No. 20-cv-1383 (M.D. Pa.), because no merits trial was scheduled.