```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION



   UNITED STATES OF AMERICA,       )   C-25-00951 PCP
                                   )
                  PLAINTIFF,       )   SAN JOSE, CALIFORNIA
                                   )
             VS.                   )   FEBRUARY 14, 2025
                                   )
   HEWLETT PACKARD ENTERPRISE CO.  )   PAGES 1-15
   AND JUNIPER NETWORKS, INC.,     )
                                   )
                  DEFENDANTS.      )
   _____ )



                  TRANSCRIPT OF ZOOM PROCEEDINGS
              BEFORE THE HONORABLE P. CASEY PITTS
                   UNITED STATES DISTRICT JUDGE

   A P P E A R A N C E S:

   FOR THE PLAINTIFF:      UNITED STATES DEPARTMENT OF JUSTICE
                           ANTITRUST DIVISION
                           BY:   MICHAEL J. FREEMAN
                                 JEREMY M. GOLDSTEIN
                                 CRAIG CONRATH
                           450 FIFTH STREET, NW, SUITE 4000
                           WASHINGTON, D.C.   20530

                           BY:  AARON M. SHEANIN
                           450 GOLDEN GAVE AVENUE, SUITE 10-0101
                           SAN FRANCISCO, CALIFORNIA   94102



                APPEARANCES CONTINUED ON THE NEXT PAGE

   OFFICIAL COURT REPORTER:     LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595


             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2        APPEARANCES (CONTINUED)
 3
 4   FOR DEFENDANT              FRESHFIELDS US LLP
     HEWLETT PACKARD:           BY:  JULIE S. ELMER
 5                              700 13TH STREET NW
                                WASHINGTON, D.C.  20005
 6
 7                              GIBSON, DUNN & CRUTCHER LLP
                                BY:  MICHAEL J. PERRY
 8                              1700 M STREET, N.W.
                                WASHINGTON, D.C.  20036
 9
10   FOR DEFENDANT              SKADDEN, ARPS, SLATE,
     JUNIPER:                   MEAGHER & FLOM LLP
11                              BY:   STEVEN C. SUNSHINE
                                1440 NEW YORK AVENUE N.W.
12                              WASHINGTON, D.C.  20005
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      SAN JOSE, CALIFORNIA                    FEBRUARY 14, 2025
 2                        P R O C E E D I N G S
 3          (ZOOM PROCEEDINGS CONVENED AT 1:44 P.M.)
 4              THE CLERK:  OKAY.  AGAIN, APOLOGIES FOR THE DELAY.
 5       WE ARE NOW CALLING CASE NUMBER 25-CV-951, UNITED STATES
 6       VERSUS HEWLETT PACKARD, ET AL., ON TODAY FOR THE STATUS
 7       CONFERENCE.
 8           WILL THE PARTIES PLEASE STATE THEIR APPEARANCES FOR THE
 9       RECORD, BEGINNING WITH PLAINTIFF'S COUNSEL.
10              MR. FREEMAN:  GOOD AFTERNOON.
11           MICHAEL FREEMAN ON BEHALF OF THE DEPARTMENT OF JUSTICE.
12       WITH ME TODAY IS CRAIG CONRATH, JEREMY GOLDSTEIN, AND
13       AARON SHEANIN.
14           THANK YOU, YOUR HONOR.
15              THE COURT:  GOOD AFTERNOON.
16              MS. ELMER:  GOOD AFTERNOON, YOUR HONOR.
17           JULIE ELMER FOR DEFENDANT HEWLETT PACKARD ENTERPRISE.
18              THE COURT:  GOOD AFTERNOON.
19              MR. PERRY:  GOOD AFTERNOON, YOUR HONOR.
20           MICHAEL PERRY, ALSO FOR HEWLETT PACKARD ENTERPRISE.
21              THE COURT:  OKAY.  GOOD AFTERNOON.
22           WE'RE NOT GETTING ANY AUDIO FROM YOU NOW, MR. SUNSHINE.
23              MR. SUNSHINE:  THANK YOU.
24           STEVE SUNSHINE ON BEHALF OF JUNIPER NETWORKS, INC., YOUR
25       HONOR.  GOOD AFTERNOON.
```

1           THE COURT: GOOD AFTERNOON. IS THAT -- I GUESS
2   THAT'S EVERYONE.
3           OKAY. WELL, THANK YOU FOR JUMPING ON. YOU KNOW, I
4   THOUGHT THAT -- FIRST, THANK YOU FOR YOUR PATIENCE AND FOR
5   DEALING WITH ME MOVING THINGS AROUND A LITTLE BIT.
6           MY 2:00 O'CLOCK CALENDAR EMPTIED OUT TODAY, AND I THOUGHT
7   IT MIGHT BE A LITTLE NICER FOR THE FOLKS ON THE EAST COAST TO
8   DO THIS AT 4:30 RATHER THAN 6:00 O'CLOCK, SO THAT'S THE REASON
9   I MOVED IT UP A LITTLE BIT.
10          I'VE SEEN THE PARTIES' FILINGS, OBVIOUSLY, ABOUT WHERE
11  THINGS STAND. IT DOES SOUND LIKE THERE'S BEEN SOME PROGRESS IN
12  WORKING THROUGH SOME THINGS AND THAT THERE'S BEEN -- YOU KNOW,
13  THAT THE PARTIES HAVE, UNDERSTANDABLY, SORT OF STARTED TO DO
14  WHAT THEY NEED TO DO TO GET MOVING INTO DISCOVERY.
15          SO I GUESS MY -- THE QUESTION I HAVE IS, YOU KNOW, DOES IT
16  MAKE SENSE TO SET A CMC FOR ABOUT TWO WEEKS FROM TODAY,
17  PERHAPS, OR THE FOLLOWING MONDAY DEPENDING ON THE PARTIES'
18  AVAILABILITY, AND TO GIVE YOU A WEEK TO CONTINUE TO WORK
19  THROUGH ANY ISSUES THAT YOU NEED TO WORK THROUGH AND TO DO A
20  CASE MANAGEMENT, JOINT CASE MANAGEMENT STATEMENT BY THE END OF
21  NEXT WEEK THAT IDENTIFIES ANY AREAS THAT WE NEED TO WORK
22  THROUGH, INCLUDING THE TRIAL SCHEDULE?
23          I'M NOT KIND OF IN A POSITION RIGHT NOW TO SAY THAT I WANT
24  TO DO THIS IN JUNE OR I WANT TO DO THIS IN SEPTEMBER. I THINK
25  I'D LIKE TO SPEND MORE TIME WITH THE PARTIES' PROPOSALS AND

1  GIVE THEM A LITTLE MORE TIME TO SEE IF THEY CAN REACH ANY
2  AGREEMENT.
3       BUT THAT'S KIND OF WHERE MY THINKING IS RIGHT NOW, AND
4  I -- AS IT STANDS, I COULD DO SOMETHING -- THE OTHER FACTOR I'M
5  DEALING WITH IS THAT I AM IN TRIAL RIGHT NOW, WHICH LIMITS MY
6  AVAILABILITY A LITTLE BIT.
7       BUT I COULD -- WE COULD DO, LIKE, 2:00 O'CLOCK ON FRIDAY,
8  THE 28TH, IF THAT IS A TIME THAT WORKS FOR PEOPLE.
9       BUT LET ME -- SO THAT'S KIND OF WHERE I'M THINKING ON WHAT
10 WE'RE DOING, BUT LET ME HEAR FROM, PERHAPS FROM THE DEPARTMENT
11 OF JUSTICE FIRST ON WHERE THINGS STAND AND IF THAT APPROACH
12 MAKES SENSE OR IF WE SHOULD DO SOMETHING ELSE.
13      MR. FREEMAN:  CERTAINLY, YOUR HONOR.
14      THAT APPROACH MAKES SENSE AND IS AMENABLE TO THE
15 GOVERNMENT.
16      WHERE THINGS STAND, THE COURT I THINK PROPERLY SUMMARIZED
17 IT, IS WE ARE CONTINUING TO WORK THROUGH ISSUES.  WE MET AND
18 CONFERRED YESTERDAY.  SHORTLY BEFORE JOINING, WE SENT RED LINES
19 ON THE TWO REMAINING ESI PROTOCOL AND THE CML AND HOPE TO
20 NARROW THOSE ISSUES, AND BELIEVE NEXT WEEK WE WILL BE EITHER
21 HOPEFULLY NARROWED AND IN AGREEMENT ON MANY AREAS, BUT BELIEVE
22 THERE WILL BE SOME AREAS OF IMPASSE THAT WE CAN PRESENT TO THE
23 COURT.  SO THAT TIMING MAKES SENSE.
24      THANK YOU, YOUR HONOR.
25           THE COURT:  AND HEWLETT PACKARD, WHAT IS -- WHAT --

1       DOES THAT WORK FOR YOU?
2               MS. ELMER:  YOUR HONOR, I GUESS OUR REAL CONCERN HERE
3       IS THAT EVERY DAY THAT TICKS BY IS BRINGING US ONE DAY CLOSER
4       TO THE TERMINATION DATE IN THE PARTIES' MERGER AGREEMENT.
5           THE PARTIES' MERGER AGREEMENT -- YOU KNOW, THIS IS A
6       HEAVILY NEGOTIATED $14 BILLION MERGER AGREEMENT.  THE
7       TERMINATION DATE IS OCTOBER 9TH.
8           GENERALLY IN THESE TYPES OF MERGER CASES, PARTIES ARE ABLE
9       TO NEGOTIATE A TRIAL SCHEDULE MUCH MORE QUICKLY.
10          WE'VE BEEN AT THIS FOR TWO WEEKS NOW.  WE'VE BEEN TRYING
11      VERY HARD TO REACH AGREEMENT ON AS MANY ITEMS AS WE CAN WITH
12      THE GOVERNMENT, AND WE HAVE MADE PROGRESS.
13          BUT EVEN TODAY, WE JUST GOT A RED LINE FROM THE GOVERNMENT
14      AT 4:12 P.M. EASTERN TIME, AND THERE IS STILL A SEPTEMBER 8TH
15      DATE, WHICH DOES NOT AFFORD THE COURT ENOUGH OPPORTUNITY TO
16      ACTUALLY GET AN OPINION WRITTEN AND HAVING THE BENEFIT OF AT
17      LEAST A LITTLE BIT OF POST-TRIAL BRIEFINGS.
18          I THINK BOTH PARTIES AGREE THAT THE TRIAL OF THIS, OF THIS
19      MATTER WOULD REQUIRE ABOUT TEN DAYS.
20          SO THAT'S WHAT WE'RE UP AGAINST IS THE REAL NEED TO BEGIN
21      DISCOVERY.
22              THE COURT:  OKAY.  I MEAN, I DON'T SEE -- I GUESS
23      WHAT -- AND I UNDERSTAND THAT, AND LIKE I SAID, I'M NOT IN A
24      POSITION TO SET A TRIAL DATE AT THIS POINT.
25          ONE THING I WANTED TO CLARIFY, I ASSUME THIS IS THE CASE,

1    BUT THIS WOULD BE A BENCH TRIAL; CORRECT?

2           MS. ELMER:  THAT'S CORRECT, YOUR HONOR.

3           THE COURT:  I MEAN, WHAT I THINK -- YOU KNOW, THERE'S

4    NO REASON THAT THE PARTIES SHOULDN'T DIVE HEAD FIRST -- YOU

5    KNOW, WHILE NEGOTIATING THESE OTHER THINGS, IT SEEMS

6    APPROPRIATE THAT THE PARTIES DIVE HEAD FIRST INTO THE DISCOVERY

7    PROCESS.

8       I WILL DECIDE AT THAT CMC WHEN THE TRIAL DATE WILL BE, AND

9    I MAY PICK JUNE.  I MAY GO WITH YOUR -- IF THE PARTIES HAVEN'T

10   REACHED AGREEMENT, I MAY GO WITH YOUR PROPOSAL, SO YOU SHOULD

11   CERTAINLY BE SETTING YOURSELVES UP IN THE TIME BEING FOR THE

12   POSSIBILITY THAT THIS WILL GO BEFORE SEPTEMBER.

13      YOU KNOW, I CERTAINLY DON'T -- I WOULD ENCOURAGE THE

14   GOVERNMENT NOT TO ASSUME THAT THAT'S NOT POSSIBLE AND TO, YOU

15   KNOW, BE TAKING THE STEPS THAT ARE NEEDED NOW TO ENABLE THAT,

16   AND THEN WE'LL DECIDE TWO WEEKS FROM NOW WHEN THE ACTUAL TRIAL

17   DATE WILL BE.

18          MR. SUNSHINE:  YOUR HONOR, STEVE SUNSHINE FROM

19   JUNIPER.

20      AND CERTAINLY WE UNDERSTAND THE COURT'S SCHEDULE AND WE

21   ARE GOING TO WORK TO YOUR CONVENIENCE.

22      I THINK ONE THING THAT EXPERIENCE, IN HAVING DONE A LOT OF

23   THESE MERGER LITIGATION TRIALS, AND KNOWING MY COLLEAGUES ON

24   BOTH SIDES OF THE CAPTION HAVE DONE A LOT, TOO, THERE IS A

25   PRETTY STANDARD FORMAT FOR WHAT THE CASE MANAGEMENT ORDER LOOKS

| | |
|---|---|
| 1 | LIKE. WE ALL KNOW WHAT THE STEPS ARE, AND WE'VE FOUND IN THE |
| 2 | PAST THAT WE VERY QUICKLY COME TO AN AGREEMENT ONCE WE KNOW |
| 3 | WHAT THE TRIAL DATE IS AND WORK BACKWARDS, AND ONE OF THE |
| 4 | REASONS WE APPROACHED YOU WHEN WE DID IS THAT WE SEEM TO HAVE A |
| 5 | REAL DIFFERENCE OF VIEW WHEN THAT TRIAL DATE IS. |
| 6 | AND TO THE EXTENT THAT THE COURT CAN GIVE US ANY GUIDANCE |
| 7 | IN WHATEVER YOU CAN GIVE US GUIDANCE, I THINK THAT, AS KIND OF |
| 8 | OUR COLLEAGUES AROUND THE BAR, I THINK WE WOULD COME TO A |
| 9 | RESOLUTION VERY QUICKLY AND THERE WOULD BE FEW ISSUES FOR -- |
| 10 | THAT WOULD REALLY NEED YOUR GUIDANCE AND INSTRUCTION. |
| 11 | THE COURT: WELL, YOU KNOW, I THINK WHAT WILL BE |
| 12 | HELPFUL IS TO WORK AND IDENTIFY EVERYTHING THAT YOU NEED TO -- |
| 13 | THAT YOU ADOPTED OVER THE NEXT WEEK, SUBMIT A JOINT CASE |
| 14 | MANAGEMENT STATEMENT THAT SETS FORTH THE AREAS OF AGREEMENT AND |
| 15 | THE CONTINUING AREAS OF DISAGREEMENT. |
| 16 | IF I DECIDE, ON THE BASIS OF THE STATEMENTS THAT HAVE |
| 17 | ALREADY BEEN PROVIDED, AS WELL AS THERE ARE COMPETING |
| 18 | SCHEDULES, IF I DECIDE TO ADOPT ONE, I WILL DO SO IN ADVANCE OF |
| 19 | THE HEARING, THE SCHEDULED CMC, SO THAT YOU HAVE THAT |
| 20 | INFORMATION; OR IF I DECIDE THAT I THINK A DIFFERENT TRIAL DATE |
| 21 | IS THE ONE THAT WE SHOULD GO WITH, IT'S NEITHER OF THE PARTIES' |
| 22 | OPTIONS, I WILL LET THE PARTIES KNOW THAT I'VE DONE SO AND |
| 23 | PROBABLY ASK YOU TO JUST SUBMIT A REVISED PROPOSED CASE |
| 24 | SCHEDULE THAT REFLECTS THAT TRIAL DATE. |
| 25 | YOU KNOW, SIMILARLY, IF WE -- I MEAN, ON THAT FRONT, IF WE |

1   SET IT AT THE CMC, I PRESUME, FOR THE REASON THAT YOU'VE
2   IDENTIFIED, THAT PROBABLY BY LATER THAT DAY, OR MONDAY MORNING
3   AT THE EARLIEST, THE PARTIES COULD GET ME THE CASE SCHEDULE
4   THAT REFLECTS THAT TRIAL DATE.
5             MR. FREEMAN:  YOUR HONOR, IF I MAY?
6             THE COURT:  SURE.  MR. FREEMAN.
7             MR. FREEMAN:  YEAH.  ONE OF THE AREAS OF DISAGREEMENT
8   IS NOT JUST THE TRIAL SCHEDULE ITSELF, BUT ALL OF THE PRECEDING
9   DATES WITHIN DISCOVERY, AND I THINK A LITTLE BIT OF THE
10  DIFFERENCE OF PERSPECTIVE OF WE TRIED TO COME AT IT FROM WHAT
11  NEEDS TO HAPPEN FROM THE FILING OF THE COMPLAINT UNTIL TRIAL,
12  WHAT ARE REASONABLE TIMEFRAMES?
13       FOR INSTANCE, THE PROPOSAL BY THE PLAINTIFFS IS ROUGHLY
14  40 DAYS OF FACT DISCOVERY FOR 50 DEPOSITIONS.  OURS IS ABOUT
15  TWICE THAT.
16       THEIRS CALLS FOR ONE DAY OF EXPERT OPINIONS AFTER THE
17  CLOSE OF FACT DISCOVERY.  WE HAVE ONE WEEK.
18       WHY I BRING THAT UP, YOUR HONOR, IT'S DIFFICULT TO PROCEED
19  AS IF THE CASE IS POTENTIALLY GOING IN JUNE, WHICH WE
20  UNDERSTAND, TO BACKDATE THAT, THOUGH, WITHOUT CLARITY AS WE DO
21  HAVE DIVERGING OPINIONS ABOUT WHAT IS APPROPRIATE TIMEFRAMES TO
22  DO THE DEPOSITIONS, TO DO EXPERT REPORTS.
23       WE REALLY NEED A HOLISTIC APPROACH TO THE SCHEDULE AS
24  OPPOSED TO JUST LOOKING AT THE END DATE.
25             THE COURT:  I MEAN, I UNDERSTAND -- I UNDERSTAND

1   THAT. I DON'T HAVE -- I'M NOT PREPARED TO CHOOSE A TRIAL DATE
2   AND SET A SCHEDULE AT THIS TIME, AND AS I SAID, I WANT TO
3   DISCUSS IT WHEN WE HAVE THE CASE MANAGEMENT CONFERENCE.
4            AND -- YEAH. IT'S -- IT'S VERY DIFFICULT TO FIND --
5   HONESTLY, TO THE EXTENT THAT WE NEED TO DO THIS AND GIVE IT
6   SOME TIME IF THE PARTIES ARE IN SIGNIFICANT DISAGREEMENT, THEN,
7   BECAUSE OF MY ONGOING TRIAL, THERE'S BASICALLY NO BREAKS THAT
8   ARE AVAILABLE BEFORE THAT TIME PERIOD.
9            SO, I MEAN, I UNDERSTAND. I THINK, YOU KNOW, YOU SHOULD
10  DO AS MUCH AS YOU CAN OVER THE NEXT TWO WEEKS AND, YOU KNOW,
11  YOU SHOULD INCLUDE IN YOUR CASE MANAGEMENT STATEMENT, AND IF
12  THERE'S FURTHER UPDATE FOLLOWING THAT WHERE THINGS ARE, HOW
13  DISCOVERY HAS PROGRESSED, YOU CAN DO A SUPPLEMENTAL STATEMENT
14  ON THE DAY BEFORE THE CASE MANAGEMENT CONFERENCE SO WE CAN SEE
15  WHERE THINGS STAND AND WHAT AMOUNT OF TIME IS REALISTICALLY
16  NECESSARY FOR ALL OF THE DIFFERENT PIECES, I THINK THEN WE CAN
17  DISCUSS THAT AT THAT TIME.
18            MS. ELMER: YOUR HONOR, IF I MAY?
19       IT WOULD BE VERY HELPFUL IF WE COULD JUST GET CONFIRMATION
20  AGAIN THAT WE COULD BEGIN DISCOVERY NOW, BECAUSE A PROTECTIVE
21  ORDER IS NOW IN PLACE THAT THE PARTIES JOINTLY SUBMITTED, AND
22  WE SAW THAT THE MAGISTRATE ENTERED, AND THE PARTIES HAVE THEIR
23  ANSWERS ON FILE.
24            AND I THINK IF WE CAN JUST BEGIN DISCOVERY NOW, THAT WOULD
25  HELP US AS WE, YOU KNOW, WAIT UNTIL YOUR HONOR HAS TIME TO HEAR

```
 1      THIS DISPUTE.
 2              THE COURT:  IS THERE -- I MEAN, I WOULD SAY THAT
 3      SEEMS APPROPRIATE.  I DO WANT TO HEAR THE GOVERNMENT'S
 4      POSITION.  YOU KNOW, HAD WE -- UNDER THE NORMAL SCHEDULE, YOUR
 5      DEADLINE TO MEET AND CONFER IN ADVANCE OF THE CMC WOULD BE
 6      TODAY IF WE DO IT TWO WEEKS FROM TODAY, AND THAT WOULD BE YOUR
 7      26(F) CONFERENCE SETTING OFF THE RIGHT TO TAKE DISCOVERY, SO
 8      THAT WOULD SEEM APPROPRIATE.
 9         BUT IS THERE -- DOES THE GOVERNMENT HAVE ANY OPPOSITION TO
10      THAT APPROACH?
11              MR. FREEMAN:  YOUR HONOR, I THINK THERE STILL IS
12      DISAGREEMENT IN REGARDS TO THE ESI ORDER, SO IT'S HARD TO OPEN
13      DISCOVERY NOT KNOWING THE PRECISE NATURE OF AGREEMENT ON THE
14      ESI ORDER.
15         OUR PROPOSAL, THOUGH, IS TO KICK START DISCOVERY I BELIEVE
16      FEBRUARY 28TH IN ITS FULL, AND THAT WOULD BE CONSISTENT WITH
17      THE COURT'S SCHEDULE THAT YOU'VE ARTICULATED.
18              THE COURT:  I MEAN, I -- I GUESS I -- IT'S HARD FOR
19      ME TO SEE ANY REASON YOU CAN'T -- I CAN SAY DISCOVERY IS OPEN.
20      I MEAN, THAT DOESN'T -- YOU DON'T NEED TO HAVE ALL OF THE
21      PROVISIONS THAT WILL GOVERN THE PRODUCTION.
22         YOU KNOW, IF THERE'S ELECTRONIC INFORMATION SUBJECT TO AN
23      ESI PROTOCOL THAT HASN'T YET BEEN PRODUCED, YOU CAN CONTINUE TO
24      WORK ON THAT.
25              IT'S CERTAINLY -- YOU KNOW, DISCOVERY OPENING JUST MEANS,
```

1    IN THE FIRST INSTANCE, IF THE GOVERNMENT HAS ITS REQUESTS FOR
2    PRODUCTION READY, IF IT HAS INTERROGATORIES, YOU KNOW, THEY CAN
3    DO THAT.
4         AND SIMILARLY, THE DEFENDANTS HAVE THE RIGHT TO SERVE
5    THEIR DISCOVERY, YOU KNOW, AND PRESUMABLY THE PARTIES ARE GOING
6    TO WANT TO MOVE FAST.
7         BUT IS THERE ANY -- I DON'T SEE A REASON WE WOULDN'T OPEN
8    DISCOVERY TO ALLOW -- TO GET THE PAPERS TO START FLOWING AT THE
9    VERY LEAST IN TERMS OF THOSE MATTERS.
10        IS THERE ANY REASON NOT TO DO THAT?
11            MR. FREEMAN:  NO, YOUR HONOR.  THANK YOU.
12            THE COURT:  OKAY.  SO I WILL -- I WILL ALLOW EARLY
13   DISCOVERY TO THE EXTENT THAT TODAY IS PRIOR TO THE PARTIES'
14   FORMAL RULE 26(F) CONFERENCE, SO THE PARTIES MAY, YOU KNOW,
15   BEGIN TO SERVE DISCOVERY REQUESTS TODAY.
16        AND, YOU KNOW, YOU CAN DECIDE AMONGST YOURSELVES WHEN THE
17   APPROPRIATE TIME FOR INITIAL DISCLOSURES ARE IN LIGHT OF THE
18   OPENING OF DISCOVERY.
19        BUT I SEE NO REASON NOT TO GET STARTED ON THAT, AND
20   ESPECIALLY IF THAT IS A MAJOR AREA OF DISPUTE BETWEEN THE
21   PARTIES ON HOW MUCH TIME WE'RE GOING TO HAVE FOR DISCOVERY.
22        THEY ARE RIGHT, THE ANSWERS ARE ON FILE.  IT SEEMS TO ME
23   THAT ALL WE'RE REALLY PREPARING FOR IS THE BENCH TRIAL, SO GET
24   MOVING ON THAT FRONT.
25            MS. ELMER:  THANK YOU, YOUR HONOR.

1       THE COURT: OKAY. IS THERE -- SO THE -- I THINK THE
2   PLAN, AS IT STANDS, WILL BE I'LL ASK FOR THE PARTIES TO SUBMIT
3   THEIR JOINT CASE MANAGEMENT STATEMENT BY NEXT FRIDAY. I DON'T
4   HAVE A STRONG -- YOU KNOW, I'M FINE JUST SAYING FRIDAY, WHICH
5   MEANS YOU CAN GET IT IN AT 11:59. I ENCOURAGE YOU TO GET IT IN
6   BEFORE THAT, BUT I'M NOT GOING TO SET A SPECIFIC DEADLINE.
7       AND THEN WE'LL HAVE THE CASE MANAGEMENT CONFERENCE AT
8   2:00 O'CLOCK ON FRIDAY, FEBRUARY 28TH. YOU KNOW, IT IS
9   POSSIBLE THAT MY -- I WILL HAVE A JURY OUT, AND IN WHICH CASE I
10  MIGHT HAVE TO -- IF THEY COME BACK DURING THE MIDST OF IT, WE
11  MAY NEED TO TAKE A BREAK TO DEAL WITH THAT, BUT HOPEFULLY THEY
12  WON'T.
13      AND IT PROBABLY MAKES SENSE, THE DAY BEFOREHAND, ON
14  THURSDAY, FEBRUARY 27TH, TO SUBMIT JUST AN ADDITIONAL UPDATE TO
15  THE EXTENT THAT THERE HAVE BEEN ANY FURTHER DEVELOPMENTS IN
16  DISCOVERY OR OTHERWISE BETWEEN THE FILING OF THE JOINT CASE
17  MANAGEMENT STATEMENT AND -- ACTUALLY, YOU KNOW WHAT? MAYBE
18  FILE THAT ON THE MORNING OF FRIDAY, FEBRUARY 28TH, AND I'LL BE
19  SURE TO REVIEW THAT BEFORE WE MEET.
20      ANOTHER QUESTION IS WHETHER THE PARTIES WOULD PREFER TO DO
21  THAT IN PERSON OR VIRTUALLY.
22      MR. FREEMAN: WHATEVER IS YOUR NORMAL COURSE, YOUR
23  HONOR, IS GOOD WITH US.
24      THE COURT: I LIKE SEEING PEOPLE IN PERSON IN THE
25  COURTROOM, AND CERTAINLY IT AVOIDS SOME OF THE CHALLENGES WE'VE

```
1    ENCOUNTERED ALREADY TODAY.
2         SO I'LL PLAN TO SET IT TO BE IN MY COURTROOM HERE IN
3    SAN JOSE THAT DAY.
4         OKAY.  IS THERE ANYTHING ELSE FROM THE GOVERNMENT THAT YOU
5    WANTED TO ADDRESS TODAY?
6              MR. FREEMAN:  NO.  THANK YOU, YOUR HONOR.
7              THE COURT:  ANYTHING ELSE FROM HEWLETT PACKARD?
8              MS. ELMER:  NO, YOUR HONOR.
9              THE COURT:  ANYTHING ELSE FROM JUNIPER?
10             MR. SUNSHINE:  NO, YOUR HONOR.  THANK YOU.
11             THE COURT:  OKAY.  WELL, THANK YOU.
12        I WILL LOOK FORWARD TO SEEING YOUR SUBMISSIONS AND SEEING
13   EVERYONE IN PERSON IN TWO WEEKS.
14        AND OBVIOUSLY I ENCOURAGE YOU TO CONTINUE WORKING TOGETHER
15   TO FIND AS MUCH AGREEMENT AS POSSIBLE.  THAT'S ALWAYS THE BEST
16   WAY TO APPROACH THESE THINGS SO THAT I CAN REALLY FOCUS ON THE
17   REAL MERITS OF THE ISSUES THAT ARE PRESENTED TO ME.  SO I
18   ENCOURAGE THAT.
19        IF SOMETHING COMES UP IN THE MEANTIME THAT, YOU KNOW,
20   ABSOLUTELY REQUIRES A FURTHER STATUS CONFERENCE, YOU CAN JUST
21   CONTACT MY COURTROOM DEPUTY OR FILE A JOINT STIPULATION OF A
22   REQUEST FOR A FURTHER STATUS CONFERENCE.  BUT I WOULDN'T EXPECT
23   THAT TO BE NECESSARY IN THE NEXT TWO WEEKS.
24             MS. ELMER:  THANK YOU, YOUR HONOR.
25             MR. FREEMAN:  UNDERSTOOD.  THANK YOU.
```

1           THE COURT:  THANK YOU.  HAVE A GOOD AFTERNOON.
2           MR. FREEMAN:  TAKE CARE.
3           THE CLERK:  THANK YOU.  COURT IS CONCLUDED.
4      (THE PROCEEDINGS WERE CONCLUDED AT 2:00 P.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF ZOOM PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED:  FEBRUARY 14, 2025