# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

__CONSTANCE T. FORKNER__, Bar # __CF5962__

was duly admitted to practice in the Court on

__December 30, 2003__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.            On   __February 14, 2025__
           New York, New York

__Tammi M. Hellwig__                By   __s/ R. Juliano__
Clerk of Court                           Deputy Clerk