1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

  Plaintiff(s),

  v.

Hewlett Packard Enterprise Co. et al.,

  Defendant(s).

Case No. 5:25-cv-00951-PCP

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

10  I, Beth A. Wilkinson, an active member in good standing of the bar of
11  the District of Columbia, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Hewlett Packard Enterprise Co. in the
13  above-entitled action. My local co-counsel in this case is Justina Sessions, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 270914.

16  2001 M Street NW, 10th Floor, Washington, D.C. 20036          855 Main St., Redwood City, CA 94063
17  MY ADDRESS OF RECORD                                            LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18  (202) 847-4000                                                  +1 (650) 618-9250
19  MY TELEPHONE # OF RECORD                                        LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20  bwilkinson@wilkinsonstekloff.com                                justina.sessions@freshfields.com
    MY EMAIL ADDRESS OF RECORD                                      LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21
22  I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 462561.
24  A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26  I have been granted pro hac vice admission by the Court 0 times in the 12 months
27  preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/20/2025

Beth A. Wilkinson
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Beth A. Wilkinson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE