UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America          ,

Plaintiff(s),

v.

Hewlett Packard Enterprise Co. et al.,          ,

Defendant(s).

Case No. 5:25-cv-00951-PCP

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Pavelec          , an active member in good standing of the bar of the District of Columbia          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Hewlett Packard Enterprise Co.   in the above-entitled action. My local co-counsel in this case is Justina Sessions          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 270914          .

2001 M Street NW, 10th Floor, Washington, D.C. 20036                      ⊞
MY ADDRESS OF RECORD

(202) 847-4000
MY TELEPHONE # OF RECORD

jpavelec@wilkinsonstekloff.com
MY EMAIL ADDRESS OF RECORD

855 Main St., Redwood City, CA 94063
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1 (650) 618-9250
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

justina.sessions@freshfields.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1614398          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1       times in the 12 months preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 02/20/2025 _____          Jennifer Pavelec _____
                                                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

       IT IS HEREBY ORDERED THAT the application of Jennifer Pavelec _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California