UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>    Defendants. | Case No. 5:25-cv-00951-PCP<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY UBIQUITI INC.'S MOTION TO MODIFY PROTECTIVE ORDER**<br><br>Hon. P. Casey Pitts |

On February 21, 2025, non-Party Ubiquiti Inc. ("Ubiquiti") filed a Motion to Modify the Protective Order in this Action. Having considered Ubiquiti's Motion and the papers in support thereof,

IT IS HEREBY ORDERED THAT Ubiquiti's Motion is GRANTED, and the Parties shall file, within three business days of the date of this Order, a Modified Protective Order containing the revisions requested in Ubiquiti's Motion, specifically:

1. **Paragraph 6** shall be modified as follows: "any portion of any Investigation Materials or Litigation Materials, except for PII, that has been published or otherwise made publicly available is not Highly Confidential Information, **except where such public disclosure was in breach of a duty of confidentiality or the provisions of this Order**."

2. **Paragraph 8** shall be modified as follows: "transcripts of testimony **prepared by or for the Parties, even if not 'provided' by a Party to a non-Party (or vice-versa)** . . ."

3. **Paragraph 9** shall be modified as follows: "relating to this Action **provided after commencement of this Action on January 30, 2025** that . . ."

4. **Paragraph 9** shall be modified as follows: ". . . **or (d) were exchanged between any non-Party Protected Person and another non-Party Protected Person regarding the Action.**"

5. **Paragraphs 27 and 28** shall be revised to allow for substantially similar designations or mechanisms that clearly identify the relevant information as either Confidential Information or Highly Confidential Information.

6. **Paragraph 33** shall be modified to include the following: "**Should any Party intend to produce Confidential Information or Highly Confidential Information in this Action which was obtained from a non-Party Protected Person, the Party intending to produce such information shall provide notice of its intended**

1  **production to the non-Party Protected Person no later than five business days prior to serving such production.**"

2  7.  **Paragraph 35(f)** shall be modified as follows: "any **outside** Person retained by a Party to serve as a testifying or consulting expert in this Action …"

3  8.  **Paragraph 35(g)** and **(h)** shall be modified to include the following: "**provided they first execute an Agreement Concerning Confidentiality in the form attached as Appendix A**;". **Paragraph 62** shall be modified as follows: "a Person identified to Paragraph 35 subparagraphs (f), **(g), and (h)** . . ."

4  9.  **Paragraph 35(j)** shall be added to include the following: "**A Person who signs an Agreement Concerning Confidentiality in connection with receiving disclosures made under Paragraph 35(f), (g), or (h) must have the authority to sign on behalf of any firm to which such Person belongs and sign in a capacity binding that firm**."

5  10.  **Paragraph 38(c)(iii)** shall be modified as follows: "that was previously produced, disclosed, or provided to that Party without an obligation of confidentiality and not by inadvertence or mistake, **recognizing that all Investigation Materials produced to the parties is subject to an obligation of confidentiality**;"

6  11.  The phrase "permitted or" shall be removed from **Paragraph 38(e)(i)**.

7  12.  **Paragraph 38(e)(ii)** shall be modified as follows: "prevents the United States's retention, use, or disclosure of Confidential Information or Highly Confidential Information outside the context of this Action, **with reasonable notice to any non-Party that had produced such Confidential Information or Highly Confidential Information** . . .".

8  13.  **Paragraph 38(g)** shall be deleted.

1
2    DATED: _____        _____
3                                          HONORABLE P. CASEY PITTS
                                           UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28