# Plaintiff's Exhibit A

Days from Complaint to Scheduled Trial in Recent Department of Justice Merger Challenges

*Revised Feb. 21, 2025*[1]

| Case[2] | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Days from Complaint to Scheduled Trial |
|---|---|---|---|---|
| U.S. v. Visa Inc. and Plaid Inc. (N.D. Cal.) | 11/5/2020 | 6/28/2021 | 1/12/2021 | 235 |
| U.S. v. Aon plc and Willis Towers Watson plc (D.D.C.) | 6/16/2021 | 11/18/2021 | 7/26/2021 | 155 |
| U.S. v. Bertelsmann SE & Co. KGaA, et al. (D.D.C.) | 11/2/2021 | 8/1/2022 | 10/31/2022 | 272 |
| U.S. v. U.S. Sugar Corp., et al. (D. Del.) | 11/23/2021 | 4/18/2022 | 9/23/2022 | 146 |
| U.S., et al. v. UnitedHealth Group, et al. (D.D.C.) | 2/24/2022 | 8/1/2022 | 9/19/2022 | 158 |
| U.S. v. Grupo Verzatec S.A. de C.V., et al. (N.D. Ill.) | 3/17/2022 | 10/4/2022 | 5/26/2022 | 201 |
| U.S. v. ASSA ABLOY AB, et al. (D.D.C.) | 9/15/2022 | 4/24/2023 | 9/13/2023 | 221 |
| U.S., et al. v. JetBlue and Spirit (D. Mass.) | 3/7/2023 | 10/31/2023 | 1/16/2024 | 238 |
| U.S. v. Global Business Travel Group, and CWT Holdings LLC (S.D.N.Y) | 1/10/2025 | 9/8/2025 | N/A | 241 |
| U.S., et. al. v. UnitedHealth Group, et al. (D. Md.) | 11/12/2024 | 10/27/2025 | N/A | 349 |
| | | | **Average Days from Complaint to Scheduled Trial: 221.6** | |

---

[1] This chart was revised to include *U.S., et al. v. UnitedHealth Group, et al.*, No. 24-cv-3267, after the Feb. 21, 2025 scheduling order was entered.

[2] This chart is limited to cases where the court entered a schedule for a trial on the merits. It does not include preliminary injunction proceedings, as they are inherently different from actions involving a trial on the merits because "[t]he FTC 'is not required to prove, nor is the court required to find, that the proposed merger would in fact violate Section 7 of the Clayton Act.'" *F.T.C. v. Arch Coal, Inc.*, 329 F. Supp. 2d 109, 115-16 (D.D.C. 2004) (quoting *FTC v. Staples, Inc.*, 970 F. Supp. 1066, 1070 (D.D.C. 1997)). Thus, this chart does not include *U.S. v. Booz Allen Hamilton Inc., et al.*, No. 22-cv-1603 (D. Md.) and *U.S. v. Geisinger Health et al.*, No. 20-cv-1383 (M.D. Pa.), because no merits trial was scheduled.