# DEFENDANTS' EXHIBIT B

Days from Complaint to Scheduled Trial in Department of Justice Merger Challenges

The cases below represent merger trials brought by the Department of Justice since 2011 where a trial date was set. This table does not include mergers where the government filed a complaint and the parties entered a consent decree without setting a trial date or challenges to mergers that had already closed and thus lacked the exigencies as here. (*United States v. BazaarVoice, Inc.*, 3:13-cv-00133 (N.D.Cal.) and *United States v. Twin America, LLC*, 12-cv-8989 (S.D.N.Y)).

| Merger Litigation Timing Precedent [1] | | | | | |
|---|---|---|---|---|---|
| Case | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Complaint to Scheduled Trial | Notes |
| *United States v. HR Block, Inc.*, 1:11-cv-00948 (D.D.C) | 05/23/2011 | 09/06/2011 | Opinion Issued 10/31/2011 | 106 days (~3.5 months) | ● The parties jointly proposed the September 6 preliminary injunction hearing date (ECF 30). |
| *United States v. US Airways Group, Inc.*, 1:13-cv-01236 (D.D.C.) | 08/13/2013 | 11/25/2013 | Parties Settled Post Complaint, PFJ Filed 11/12/2013 | 104 days (~3.5 months) | ● Defendants proposed a November 12, 2013 trial date (ECF 10). DOJ proposed that the trial begin February 10, 2014 or after (ECF 10). Proposed Final Judgement was entered on November 12, 2013, with trial scheduled to begin November 25, 2013 (ECF 56). |
| *United States v National CineMedia, Inc.*, 1:14-cv-08732 (S.D.N.Y) | 11/03/2014 | 04/13/2015 | Abandoned Pre-Trial 03/16/2015 | 161 days (~5.4 months) | ● DOJ proposed a March 16, 2015 trial date, while Defendants proposed a March 30, 2015 trial date (ECF 28). The court ordered trial to begin April 13, 2015 (ECF 34).<br>● Defendants abandoned the transaction roughly a month before trial. |

---

[1] Blue highlighting indicates cases included in DOJ's Appendix D (ECF 51-005).

| Case | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Complaint to Scheduled Trial | Notes |
|---|---|---|---|---|---|
| **Merger Litigation Timing Precedent [1]** ||||||
| *United States v. AB Electrolux*, 1:15-cv-01039 (D.D.C) | 07/01/2015 | 11/09/2015 | Abandoned Mid-Trial 12/07/2015 | 131 days (~4.4 months) | ● Parties jointly proposed a trial date of November 2, 2015 or as soon thereafter as the court's schedule permits (ECF 28). Trial began November 9, 2015. Defendants abandoned the transaction mid-trial.[2] |
| *United States v. Deere & Co.*, 1:16-cv-08515 (N.D. Ill). | 08/31/2016 | 06/05/2017 | Abandoned 05/01/2017 | 278 days (~9.3 months) | ● Parties jointly proposed a February 13, 2017 trial date (ECF 44). Later, a continuance was sought by defendants due to withdrawal of lead trial counsel, which ultimately resulted in a June 5, 2017 trial date (ECF 152). Defendants abandoned the transaction roughly one month before trial. |
| *United States v. Anthem, Inc.*, 1:16-cv-01493 (D.D.C) | 07/21/2016 | 11/21/2016 | Opinion Issued 02/08/2017  Affirmed on Appeal 04/28/2017 | 123 days (~4.1 months) | ● DOJ proposed a trial date of January 9, 2017, while Defendants proposed a trial date of November 1, 2016 (ECF 61). The court ordered trial to begin November 21, 2016 and conclude by December 30, 2016 (ECF 68). |

---

[2] DOJ Press Release, Electrolux and General Electric Abandon Anticompetitive Appliance Transaction After Four-Week Trial (Dec. 7, 2015), https://www.justice.gov/archives/opa/pr/electrolux-and-general-electric-abandon-anticompetitive-appliance-transaction-after-four-week.

| Merger Litigation Timing Precedent [1] | | | | |
|---|---|---|---|---|
| Case | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Complaint to Scheduled Trial | Notes |
| *United States v. Aetna Inc.*, 1:16-cv-01494 (D.D.C) | 07/21/2016 | 12/05/2016 | Opinion Issued 01/23/2017 | 137 days (~4.6 months) | ● Parties jointly proposed a December 5, 2016 trial date (ECF 51-1 and 52-1). The court ordered trial to begin December 5, 2016 and end December 21, 2016 (ECF 55). |
| *United States v Energy Solutions, Inc.*, 1:16-cv-01056 (D. Del.) | 11/16/2016 | 04/24/2017 | Opinion Issued 06/21/2017 | 159 days (~5.3 months) | ● Parties jointly proposed that trial begin April 4, 2017 or as soon thereafter as the court's schedule permits (ECF 38-1). Trial began April 24, 2017. |
| *United States v. AT&T / Time Warner*, 1:17-cv-02511 (D.D.C) | 11/20/2017 | 03/22/2018 | Opinion Issued 06/12/2018 | 122 days (~4 months) | ● DOJ proposed a May 7, 2018 trial date (ECF 25-1).<br>● Defendants proposed a trial date on or after February 20, 2018 (ECF 29).<br>● Trial set March 19, 2018 based on court's docket (ECF 35 at 9:6-16).<br>● Trial ultimately began on March 22, 2018. |
| *United States v. Quad Graphics Inc.*, 1:19-cv-04153 (N. D. Il). | 06/20/2019 | 11/14/2019 | Abandoned 07/23/2019 | 147 days (~4.9 months) | ● DOJ requested a November 12, 2019 trial date (ECF 39). Defendants requested an October 1, 2019 trial date (ECF 37).<br>● The court set the trial for November 14, 2019 (ECF 46). |
| *United States v. Sabre Corp.*, 1:19-cv-01548 (D. Del.) | 08/20/2019 | 01/27/2020 | Opinion Issued 04/07/2020 | 160 days (~5.3 months) | ● Parties jointly proposed a January 27, 2020 trial date, which the court adopted (ECF 31). |

| | Merger Litigation Timing Precedent [1] | | | | |
|---|---|---|---|---|---|
| Case | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Complaint to Scheduled Trial | Notes |
| *United States v. Visa Inc.*, 3:20-cv-07810 (N.D. Cal.) | 11/05/2020 | 06/28/2021 | Abandoned 01/12/2021 | 235 days (~7.8 months) | • DOJ alleged a monopolization claim under Section 2 of the Sherman Act in addition to a Section 7 Clayton Act claim (ECF 43). DOJ requested additional time given the monopolization claim, the pandemic's impact on third-party discovery, and the DOJ's curtailed pre-complaint discovery (ECF 43).<br>• Defendants abandoned the transaction in January 2021. |
| *United States v. Aon plc*, 1:21-cv-01633 (D.D.C.) | 06/16/2021 | 11/18/2021 | Abandoned 07/26/2021 | 155 days (~5.2 months) | • Defendants proposed August 23, 2021 trial date (ECF 34).<br>• The court ordered trial to begin November 18, 2021 (ECF 46).<br>• Defendants abandoned the transaction on July 26, 2021. |
| *United States v. Bertelsmann SE & Co. KGaA*, 1:21-cv-02886 (D.D.C.) | 11/02/2021 | 08/01/2022 | Opinion Issued 10/31/2022 | 272 days (~9.1 months) | • The parties jointly proposed an August 1, 2022 trial date (ECF 46).<br>• The court ordered trial to begin August 1, 2022 (ECF 53). |
| *United States v. United States Sugar Corp.*, 1:21-cv-01644 (D. Del.) | 11/23/2021 | 04/18/2022 | Opinion Issued 09/23/2022 | 146 days (~4.9 months) | • The parties jointly proposed an April 11, 2022 trial date (ECF 58).<br>• The court ordered trial to begin April 11, 2022 (ECF 70).<br>• Trial ultimately began April 18, 2022 (ECF 159). |

| Merger Litigation Timing Precedent [1] | | | | | |
|---|---|---|---|---|---|
| Case | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Complaint to Scheduled Trial | Notes |
| *United States v. UnitedHealth Group*, 1:22-cv-00481 (D.D.C.) | 02/24/2022 | 08/01/2022 | Opinion Issued 09/19/2022 | 158 days (~5.3 months) | • Defendants proposed a June 20, 2022 trial (ECF 27; ECF 27-1 at 2-3).<br>• Plaintiffs proposed an August 24, 2022 trial (ECF 34 at 2; ECF 34-2).<br>• The court set a trial date of August 1, 2022 (ECF 42). |
| *United States v. Grupo Verzatec S.A. de C.V.*, 1:22-cv-01401 (N.D. Ill.) | 03/17/2022 | 10/04/2022 | Abandoned 05/26/2022 | 201 days (~6.7 months) | • Plaintiffs sought a trial date of October 4, 2022, while Defendants sought a trial date of August 22, 2022 (ECF 32). The merger termination date was November 16, 2022 (ECF 32 at 9).<br>• The court adopted the plaintiff's proposal (ECF 38) and the defendants abandoned the transaction on May 26, 2022. |
| *United States v. Booz Allen Hamilton Inc.*, 22-cv-1603 (D. Md.) | 06/29/2022 | 09/15/2022 | Order Denying PI 10/11/2022 | 78 days (~2.6 months) | • The parties jointly proposed a preliminary injunction hearing date of September 15-16, 2022, which the court adopted (ECF 99). |

| Merger Litigation Timing Precedent [1] |||||||
|---|---|---|---|---|---|
| Case | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Complaint to Scheduled Trial | Notes |
| *United States v. ASSA ABLOY AB*, 1:22-cv-02791 (D.D.C.) | 09/15/2022 | 04/24/2023 | Parties Settled Mid-Trial, PFJ filed 05/05/2023 | 221 days (~7.4 months) | • The parties jointly proposed an April 17, 2023 trial date (ECF 38).<br>• Court ordered trial to begin April 17, 2023 (ECF 46).<br>• Trial was pushed back one week due to an extension of Defendants' reply expert report deadline (ECF 105).<br>• The parties settled partway through trial on May 5, 2023.[3]<br>• Case involved a dispute over the adequacy of defendants' proposed remedy package.[4]<br>• Original merger termination date not publicly available; the termination date was renegotiated and pushed back to June 30, 2023.[5] |

---

[3] DOJ Press Release, Justice Department Reaches Settlement in Suit to Block ASSA ABLOY's Proposed Acquisition of Spectrum Brands' Hardware and Home Improvement Division (May 5, 2023), https://www.justice.gov/archives/opa/pr/justice-department-reaches-settlement-suit-block-assa-abloy-s-proposed-acquisition-spectrum.

[4] Bryan Koenig, Law360, Why Sue First, Assess Remedy Later? Assa Abloy Judge Asks (Oct. 28, 2022), https://www.law360.com/articles/1544686/why-sue-first-assess-remedy-later-assa-abloy-judge-asks.

[5] ASSA ABLOY, Update on Timing of ASSA ABLOY´s Acquisition of the Hardware and Home Improvement ("HHI") Division of Spectrum Brands (Jul. 15, 2022), https://www.assaabloy.com/group/en/news-media/press-releases/id.a099b84f42122383.

| Merger Litigation Timing Precedent [1] | | | | | |
|---|---|---|---|---|---|
| Case | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Complaint to Scheduled Trial | Notes |
| *United States v. JetBlue Airways Corp.*, 1:23-cv-10511 (D. Mass.) | 03/07/2023 | 10/31/2023 | Opinion Issued 1/16/2024 | 238 (~7.6 months) | • DOJ acknowledged the merger termination date in this case was "considerably longer than the vast majority of merger cases that are brought, and that removes the source of exigency that often results in merger trials occurring fairly close after the filing of the complaint." (ECF 67 at 10:3-10).<br>• DOJ argued that it needed additional time to conduct discovery because ongoing related litigation could impact JetBlue's business strategies and because JetBlue was involved in ongoing negotiations with potential divestiture buyers (*U.S. v. American Airlines Group* 1:21-cv-11558 (D. Mass.) (ECF 67 at 10-12).<br>• The court made clear that a September date would not be feasible because the court had a criminal trial in September (ECF 67 at 14:5-14).<br>• The parties jointly proposed the October 16, 2023 trial date (ECF 77-1).<br>• Trial ultimately began on October 31, 2023 (ECF 307). |

| Merger Litigation Timing Precedent [1] | | | | | |
|---|---|---|---|---|---|
| Case | Complaint Filed | Scheduled Trial Date | Judgment or Dismissal Date | Complaint to Scheduled Trial | Notes |
| *United States v. Global Business Travel Group, Inc.*, 1:25-cv-00215 (S.D.N.Y.) | 01/10/2025 | 09/08/2025 | N/A | 241 days (~8 months) | ● Defendants sought a May 27, 2025 trial date, while DOJ sought a September trial date (ECF 17).<br>● The court set a trial date of September 8, 2025, given that one defendant had not yet answered the complaint and the existence of various pre-trial disputes (ECF 19 at 4). |
| *United States. v. UnitedHealth Group Inc.*, 1:24-cv-03267 (D. Md.) | 11/12/2024 | 10/27/2025 | N/A | 349 days (~11.6 months) | ● Defendants sought an August 18, 2025 trial date, while DOJ sought an October 27, 2025 trial date (ECF 72-1).<br>● The court tentatively scheduled trial to begin October 27, 2025 (ECF 108).<br>● In addition to asserting a Section 7 claim, the complaint also seeks civil penalties for violations of the HSR Act.[6]<br>● The defendants' proposed divestitures are a central issue in the case.[7] |

---

[6] DOJ Press Release, Justice Department Sues to Block UnitedHealth Group's Acquisition of Home Health and Hospice Provider Amedisys (November 12, 2024), Office of Public Affairs | Justice Department Sues to Block UnitedHealth Group's Acquisition of Home Health and Hospice Provider Amedisys | United States Department of Justice.

[7] *See* Leah Nylen, Bloomberg News, UnitedHealth, Amedisys to Face October Antitrust Trial on Deal (Feb. 20, 2025), https://news.bloomberglaw.com/us-law-week/unitedhealth-amedisys-to-face-october-antitrust-trial-on-deal; *see also* ECF 1 at ¶¶ 10-11 ("Recognizing the illegal and anticompetitive impact of the proposed merger, Defendants propose to divest assets in hundreds of separate markets to VitalCaring Group ('VitalCaring'). The proposed divestiture, however, will not eliminate the threat to competition presented by the merger.").