# Exhibit A

**Parties' Proposed Schedules**[1]

| Event | Plaintiff's October Proposal | Plaintiff's September Proposal | Defendants' June Proposal | Defendants' July Proposal |
|---|---|---|---|---|
| Complaint Filed | Jan. 30, 2025 | Jan. 30, 2025 | Jan. 30, 2025 | Jan. 30, 2025 |
| Answers Filed | | Feb. 10, 2025 | Feb. 10, 2025 | Feb. 10, 2025 |
| Discovery Begins | | Feb. 14., 2025 | Feb. 14, 2025 | Feb. 14, 2025 |
| Plaintiff Produce Investigative File | | No later than Feb. 20, 2025 | No later than Feb. 20, 2025 | No later than Feb. 20, 2025 |
| Any other parties must be joined or the pleadings amended | Mar. 6, 2025 | Feb. 28, 2025 | Feb. 28, 2025 | Feb. 28, 2025 |
| Parties exchange preliminary trial fact witness lists | Apr. 17, 2025 | Mar. 14, 2025 | Mar. 14, 2025 | Mar. 14, 2025 |
| Parties exchange designations of the field of expertise for all experts they intend to call in their respective case-in-chief and defense case | Apr. 17, 2025 | May 9, 2025 | Apr. 4, 2025 | Apr. 21, 2025 |
| Close of Fact Discovery | June 26, 2025 | May 23, 2025 | Apr. 10, 2025 | Apr. 23, 2025 |
| Parties serve initial expert reports on the issues on which the Parties bear the burden | July 3, 2025 | May 30, 2025 | Apr. 11, 2025 | Apr. 28, 2025 |
| Parties exchange final trial fact witness lists | May 22, 2025 | May 30, 2025 | Apr. 18, 2025 | May 5, 2025 |
| Parties to serve any rebuttal expert reports to the initial expert reports | July 31, 2025 | June 20, 2025 | May 2, 2025 | May 19, 2025 |
| Close of Supplemental Fact Discovery | | June 20, 2025 | May 2, 2025 | May 21, 2025 |

---

[1] Shaded in green are events and deadlines on which the Parties agree.

| Event | Plaintiff's October Proposal | Plaintiff's September Proposal | Defendants' June Proposal | Defendants' July Proposal |
|---|---|---|---|---|
| Parties to serve any reply expert reports to the rebuttal expert reports | Aug. 28, 2025 | July 11, 2025 | May 9, 2025 | May 28, 2025 |
| Parties exchange exhibit lists (including redacted versions of such exhibits, as set forth in the Protective Order) and opening deposition designations | Sept. 4, 2025 | July 18, 2025 | May 8, 2025 | June 2, 2025 |
| Deadline for expert depositions and close of expert discovery | Sept. 11, 2025 | July 25, 2025 | May 21, 2025 | June 13, 2025 |
| Parties exchange of objections to exhibit lists (including redacted versions of any exhibits identified by the opposing Party that contain information the Party previously designated as Confidential or Highly Confidential Information and objections to redactions that were initially exchanged with the exhibit lists, as set forth in the Protective Order), objections to deposition designations, and/or counters to deposition designations | Sept. 15, 2025 | July 25, 2025 | May 16, 2025 | June 11, 2025 |
| Each Party informs each non-party of all documents produced by that non-party that are on the Party's exhibit list and all depositions of that non-party that have been designated by any Party. | Sept. 11, 2025 | July 29, 2025 | May 9, 2025 | June 5, 2025 |
| Parties serve expert witness lists, including designations of all experts that each intends to call in its respective case, along with a brief statement of the subject matter on which the expert will testify | | Aug. 1, 2025 | May 22, 2025 | June 16, 2025 |

| Event | Plaintiff's October Proposal | Plaintiff's September Proposal | Defendants' June Proposal | Defendants' July Proposal |
|---|---|---|---|---|
| | | | | |
| Each side exchanges its objections to the other side's deposition counter-designations | Sept. 17, 2025 | Aug. 1, 2025 | May 23, 2025 | June 18, 2025 |
| Any Party or non-party Protected Person that seeks to prevent its Confidential Information or Highly Confidential Information contained in a trial exhibit or designated deposition testimony from being disclosed on the public record at Trial must file a motion with the Court seeking to seal such information | Sept. 19, 2025 | Aug. 5, 2025 | May 19, 2025 | June 16, 2025 |
| Parties meet and confer regarding disputes about trial exhibits and deposition designations, including confidentiality of any Party and non-party documents or depositions | Sept. 19 – Sept. 24, 2025 | Aug. 6 - Aug. 15, 2025 | May 23 - May 28, 2025 | June 19 - June 23, 2025 |
| Deadline for filing motions *in limine* and *Daubert* motions | Sept. 26, 2025 | Aug. 12, 2025 | May 23, 2025 | June 18, 2025 |
| Joint Party Submission to Court regarding disputes about admissibility of trial exhibits, confidentiality issues, and deposition designations | Oct. 10, 2025 | Aug. 19, 2025 | May 29, 2025 | June 25, 2025 |
| Pre-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | Oct. 10, 2025 | Aug. 19, 2025 | May 30, 2025 | June 25, 2025 |
| Responses to any motions *in limine* or *Daubert* motions | Oct. 3, 2025 | Aug. 26, 2025 | May 30, 2025 | June 25, 2025 |
| Final pre-trial conference | Oct. 20, 2025 | Sept. 2, 2025 | June 2, 2025 | June 30, 2025 |

| Event | Plaintiff's October Proposal | Plaintiff's September Proposal | Defendants' June Proposal | Defendants' July Proposal |
|---|---|---|---|---|
| Parties submit final trial exhibits to Court (in a format to be directed by the Court) | | Sept. 3, 2025 | June 11, 2025 | July 9, 2025 |
| Trial begins | Oct. 27, 2025 | Sept. 8, 2025 | June 16, 2025 | July 14, 2025 |
| Post-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | Three weeks after trial concludes | 10 days after trial concludes | 10 days after trial concludes | 10 days after trial concludes |