BETH A. WILKINSON (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com

JULIE ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (CA No. 180578)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

JACK P. DICANIO (CA Bar. No 138782)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC

MICHAEL J. FREEMAN (OH No. 086797)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Michael.Freeman@usdoj.gov

*Attorney for Plaintiff*
UNITED STATES OF AMERICA

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | Case No. 25-cv-00951-PCP<br><br>[JOINT PROPOSED] SCHEDULING ORDER |

Plaintiff United States of America and Defendants Hewlett Packard Enterprise Co. ("HPE") and Juniper Networks, Inc. ("Juniper"), jointly submit this Joint Proposed Scheduling Order pursuant to the Court's order at the Case Management Conference on February 28, 2025.

| Event | Date |
|---|---|
| Complaint filed | Jan. 30, 2025 |
| Answers filed | Feb. 10, 2025 |
| Discovery begins | Feb. 14, 2025 |
| Plaintiff produce Investigative File | No later than Feb. 20, 2025 |
| Any other parties must be joined or the pleadings amended | Feb. 28, 2025 |
| Parties exchange preliminary trial fact witness lists | Mar. 14, 2025 |
| Parties exchange designations of the field of expertise for all experts they intend to call in their respective case-in-chief and defense case | Apr. 21, 2025 |
| Close of written and document fact discovery | Apr. 28, 2025 |
| Parties serve initial expert reports on the issues on which the Parties bear the burden | Apr. 28, 2025 |
| Parties exchange final trial fact witness lists | May 19, 2025 |
| Parties to serve any rebuttal expert reports to the initial expert reports | May 19, 2025 |
| Close of fact deposition discovery | May 28, 2025 |
| Parties exchange exhibit lists (including redacted versions of such exhibits, as set forth in the Protective Order) and opening deposition designations | June 2, 2025 |
| Parties to serve any reply expert reports to the rebuttal expert reports | June 4, 2025 |
| Each Party informs each non-party of all documents produced by that non-party that are on the Party's exhibit list and all depositions of that non-party that have been designated by any Party. | June 5, 2025 |

| Event | Date |
|---|---|
| Parties exchange of objections to exhibit lists (including redacted versions of any exhibits identified by the opposing Party that contain information the Party previously designated as Confidential or Highly Confidential Information and objections to redactions that were initially exchanged with the exhibit lists, as set forth in the Protective Order), objections to deposition designations, and/or counters to deposition designations | June 11, 2025 |
| Deadline for expert depositions and close of expert discovery | June 13, 2025 |
| Any Party or non-party Protected Person that seeks to prevent its Confidential Information or Highly Confidential Information contained in a trial exhibit or designated deposition testimony from being disclosed on the public record at Trial must file a motion with the Court seeking to seal such information | June 16, 2025 |
| Each side exchanges its objections to the other side's deposition counter-designations | June 18, 2025 |
| Deadline for filing motions *in limine* and *Daubert* motions | June 18, 2025 |
| Parties meet and confer regarding disputes about trial exhibits and deposition designations, including confidentiality of any Party and non-party documents or depositions | June 19 - June 23, 2025 |
| Parties serve expert witness lists, including designations of all experts that each intends to call in its respective case, along with a brief statement of the subject matter on which the expert will testify | June 23, 2025 |
| Joint Party Submission to Court regarding disputes about admissibility of trial exhibits, confidentiality issues, and deposition designations | June 25, 2025 |
| Pre-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | June 25, 2025 |
| Responses to any motions *in limine* or *Daubert* motions | June 25, 2025 |
| Final pre-trial conference | June 30, 2025 |
| Parties submit final trial exhibits to Court (in a format to be directed by the Court) | July 3, 2025 |
| Trial begins | July 9, 2025 |
| Post-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | 7 days after trial concludes |

Modifications of the rights and responsibilities of the Parties under this Order may be made by mutual agreement of the Parties, provided any such modification has no effect on the schedule for pretrial filings or trial dates.  Otherwise, any Party may seek modification of this Order for good cause.

Dated: March 5, 2025

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com

Julie Elmer
Jennifer Mellott
Freshfields US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

Samuel G. Liversidge (CA No. 180578)
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
*Attorneys for Defendant Hewlett Packard Enterprise Co.*

Dated: March 5, 2025

*/s/ Steve C. Sunshine*
Steven. C. Sunshine
Tara Reinhart
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
steve.sunshine@skadden.com
tara.reinhart@skadden.com

*Attorneys for Defendant Juniper Networks, Inc.*

Dated: March 5, 2025

*/s/ Michael J. Freeman*
Michael J. Freeman
Senior Litigation Counsel
U.S. Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Michael.Freeman@usdoj.gov
*Attorneys for Plaintiff United States*

PURSUANT TO STIPULATION, IT SO ORDERED.

Dated: March 7, 2025

_____
HONORABLE P. CASEY PITTS
United States District Judge

## ATTORNEY ATTESTATION

I, Julie Elmer, am the ECF user whose identification and password are being used to file the [JOINT PROPOSED] SCHEDULING ORDER. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Julie Elmer*