MICHAEL J. FREEMAN (OH BAR # 0086797)
Senior Litigation Counsel
JEREMY M. GOLDSTEIN (CA Bar # 324422)
Trial Attorney
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
Telephone: (202) 213-2774
Fax: (202) 514-5847
Email: Michael.Freeman@usdoj.gov

[Additional counsel listed on signature page]

Attorneys for Plaintiff
United States of America

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>*Defendants.* | CASE NO.  5:25-CV-00951-PCP<br><br>**NOTICE OF JOINT STIPULATION AND [PROPOSED] AMENDED PROTECTIVE ORDER**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

**NOTICE OF JOINT STIPULATION AND [PROPOSED] AMENDED PROTECTIVE ORDER**

Pursuant to Paragraph 22 of the Modified Protective Order (Dkt. No. 50), Plaintiff the United States of America ("Plaintiff") and Defendant Hewlett Packard Enterprise Co. and Juniper Networks Inc. ("Defendants") hereby stipulate to amend the Protective Order as set forth in the attached Joint Stipulation and [Proposed] Amended Protective Order (Exhibit A).

These amendments were negotiated in response to non-party Ubiquiti Inc.'s Motion to Modify the Protective Order (Dkt. No. 78).  The Parties and Ubiquiti Inc. have agreed to the revisions in the attached Joint Stipulation and [Proposed] Amended Protective Order (Exhibit A), and Ubiquiti Inc. has agreed to withdraw its Motion to Modify the Protective Order.

The Parties have included as Exhibit A a clean version of the Joint Stipulation and [Proposed]

Amended Protective Order. Attached as Exhibit B is a redline version of the Protective Order, identifying all changes from the original Order (Dkt. No. 50).


Dated:  March 7, 2025


_/s/  Miriam M. Arghavani_
MIRIAM M. ARGHAVANI (CA Bar 334536)
Michael J. Freeman (OH BAR # 0086797)
Pamela Cole (CA Bar # 208286)
Craig W. Conrath (MN Bar # 0018569)
Don Daniel (TX Bar # 24120575)
Jeremy M. Goldstein (CA Bar # 324422)
Thomas R. Greene (CA Bar # 203480)
Aaron M. Sheanin (CA Bar # 214472)
Matthew Veldman (CA Bar # 357810)

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 213-2774
Fax: (202) 514-5847
Email: Michael.Freeman@usdoj.gov

_Attorneys for Plaintiff United States of America_

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Miriam Arghavani, am the ECF user whose identification and password are being used to file this Notice of Joint Stipulation and [Proposed] Amended Protective Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/  Miriam M. Arghavani*