1  Laura Lin (Bar No. 281542)
   Laura.Lin@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
3  Palo Alto, California 94304
   Telephone: (650) 251-5000
4  Facsimile: (650) 251-5002

5  *Attorneys for Non-Party Ubiquiti Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:25-cv-00951-PCP |
|---|---|
| Plaintiff, | **NON-PARTY UBIQUITI INC.'S NOTICE OF WITHDRAWAL OF MOTION TO MODIFY PROTECTIVE ORDER** |
| v. | |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | Hon. P. Casey Pitts |
| Defendants. | |

1  PLEASE TAKE NOTICE that, following non-Party Ubiquiti Inc.'s ("Ubiquiti") discussions with the Parties to this action regarding (1) the Modified Protective Order in this case, ECF No. 50, and (2) Ubiquiti's Motion to Modify the Protective Order, ECF No. 78, (the "Motion"), the Parties submitted for the Court's approval a Joint Stipulation and Proposed Amended Protective Order incorporating certain modifications proposed by Ubiquiti, ECF Nos. 105, 105-1, 105-2.  Accordingly, Ubiquiti hereby withdraws its Motion.

March 10, 2025

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By  /s/ Laura Lin

    Laura Lin (Bar No. 281542)
    laura.lin@stblaw.com
    2475 Hanover Street
    Palo Alto, California 94304
    Telephone: (650) 251-5000
    Facsimile: (650) 251-5002