|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,

    Defendant(s).

Case No. 5:25-cv-00951-PCP

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Amaury S. Sibon, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Juniper Networks, Inc. in the above-entitled action. My local co-counsel in this case is Jack P. DiCanio, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 138782.

1440 New York Avenue, N.W.
Washington, D.C. 20005
MY ADDRESS OF RECORD

525 University Avenue, Palo Alto, CA 94301
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 371-7000
MY TELEPHONE # OF RECORD

(650) 470-4500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

amaury.sibon@skadden.com
MY EMAIL ADDRESS OF RECORD

jack.dicanio@skadden.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1531287.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2025                                    /s/ Amaury S. Sibon
                                                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Amaury S. Sibon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 13, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Amaury S SIBON

was duly qualified and admitted on March 9, 2018 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 11, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.