# Exhibit 4

MICHAEL J. FREEMAN (OH BAR # 0086797)
Senior Litigation Counsel
JEREMY M. GOLDSTEIN (CA Bar # 324422)
Trial Attorney
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Email: Michael.Freeman@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br><br>     v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>          *Defendants.* | CASE NO. 5:25-CV-00951-PCP<br><br>JUDGE: Hon. P. Casey Pitts<br>MAGISTRATE JUDGE: Hon. Susan van Keulen<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |

This matter is before the Court on Plaintiff United States of America and Non-Party Gartner, Inc.'s Joint Statement Regarding Discovery Dispute. Upon consideration of the Joint Statement, the relevant authorities cited therein and the Exhibits thereto, the Court finds that Plaintiff has shown sufficient cause for the production of the documents requested by the Subpoena dated March 27, 2025. Therefore, it is hereby ORDERED that Non-Party Gartner, Inc. shall comply with the Subpoena within 7 days of entry of this order and no later than Monday, June 23, 2025, being 10 days prior to the date for

1 | the submission of final exhibit lists to the Court in accordance with the Scheduling Order (ECF 104).

3 | IT SO ORDERED.

4 | Dated: _____, 2025

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge