# Exhibit 5

William Devaney (*Pro Hac Vice* pending)
BAKER MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: (212) 626 4100
william.devaney@bakermckenzie.com

Andrew L. Black (*Pro Hac Vice* pending)
BAKER MCKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: (202) 452-7000
andrew.black@bakermckenzie.com

Byron Tuyay (CA Bar # 308049)
BAKER MCKENZIE LLP
10250 Constellation Boulevard
Suite 1850
Los Angeles, California 90067
Tel: (310) 201-4728
Byron.Tuyay@bakermckenzie.com

*Attorneys for Gartner, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>                *Defendants*. | CASE NO.  5:25-CV-00951-PCP<br><br>JUDGE: Hon. P. Casey Pitts<br>MAGISTRATE JUDGE: Susan van Keulen<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |

This matter is before the Court on Plaintiff United States of America and Non-Party Gartner, Inc.'s Joint Statement Regarding Discovery Dispute.  Upon consideration of the Joint Statement, the relevant authorities cited therein and the Exhibits thereto, the Court finds that Plaintiff has not shown sufficient cause for the production of the documents requested by the Subpoena dated March 27, 2025.  Therefore,

1  it is hereby ORDERED that the Motion to Compel is denied.

2  IT SO ORDERED.

3  Dated: _____ , 2025

4                                          HONORABLE SUSAN VAN KEULEN
                                        United States Magistrate Judge