BETH A. WILKINSON (*pro hac vice*)
KOSTA S. STOJILKOVIC (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

JULIE ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (CA No. 180578)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

STEVEN C. SUNSHINE (*pro hac vice*)
TARA REINHART (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
steven.sunshine@skadden.com
tara.reinhart@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

MICHAEL J. FREEMAN (OH No. 086797)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Michael.Freeman@usdoj.gov

*Attorney for Plaintiff*
UNITED STATES OF AMERICA

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | Case No. 5:25-cv-00951-PCP<br><br>**JOINT STIPULATION TO EXPEDITE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR EVEN ALLOTMENT OF TRIAL TIME AND TO PRECLUDE TRIAL BY SUBMISSION**<br><br>Hon. P. Casey Pitts |

1    WHEREAS, trial in this matter is scheduled to begin on July 9, 2025;

2    WHEREAS, the final Pretrial Conference is scheduled for June 30, 2025;

3    WHEREAS, Defendants and the Department of Justice Antitrust Division ("DOJ") have

4    met and conferred about trial logistics in advance of the final Pretrial Conference and reached

5    agreement on numerous trial topics;

6    WHEREAS, however, the parties have reached an impasse on three issues related to the

7    allotment of trial time, the playing of deposition designations at trial, and submission of exhibits

8    without a sponsoring witness at trial;

9    WHEREAS, the parties have conferred and agreed that resolution of these issues by the

10   Court at or before the final Pretrial Conference would aid both sides in trial preparation;

11   NOW THEREFORE, Defendants and DOJ hereby stipulate and agree, subject to the

12   Court's approval, to the following:

13   1)   The parties will submit their briefing on an expedited schedule, with Defendants filing

14        their Motion on June 10, 2025, and the DOJ filing its Response on June 16, 2025;

15   2)   If the Court would find argument on these issues helpful, the parties will be prepared

16        to argue them at the Pretrial Conference or at the Court's convenience before the

17        Pretrial Conference.

18

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21

22   DATED: June _____, 2025

_____
23                                              HONORABLE P. CASEY PITTS
                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28

JOINT STIPULATION TO EXPEDITE BRIEFING
                                              SCHEDULE ON DEFENDANTS' MOTION

1    Dated: June 10, 2025                    *Respectfully submitted,*

2
                                        By:    */s/ Kosta S. Stojilkovic*
3                                              Beth A. Wilkinson (*pro hac vice*)
                                               Kosta S. Stojilkovic (*pro hac vice*)
4                                              Roxana C. Guidero (Bar No. 319299)
                                               Jenna H. Pavelec (*pro hac vice*)
5                                              Wilkinson Stekloff LLP
                                               2001 M Street NW, 10th Floor
6                                              Washington, DC 20036
                                               Telephone: (202) 847-4000
7                                              bwilkinson@wilkinsonstekloff.com
8                                              kstojilkovic@wilkinsonstekloff.com
                                               rguidero@wilkinsonstekloff.com
9                                              jpavelec@wilkinsonstekloff.com

10

11                                             Julie Elmer
                                               Jennifer Mellott
12                                             Freshfields US LLP
                                               700 13th Street, NW, 10th Floor
13                                             Washington, DC 20005-3960
                                               Telephone: (202) 777-4500
14                                             julie.elmer@freshfields.com
15                                             jennifer.mellott@freshfields.com

16                                             Samuel G. Liversidge (CA No. 180578)
                                               Gibson Dunn & Crutcher LLP
17                                             333 South Grand Avenue
                                               Los Angeles, CA 90071-3197
18                                             Telephone: (213) 229-7000
19                                             sliversidge@gibsondunn.com
                                               *Attorneys for Defendant Hewlett Packard*
20                                             *Enterprise Co.*

21    Dated: June 10, 2025                     */s/ Steven C. Sunshine*
                                               Steven C. Sunshine (*pro hac vice*)
22                                             Tara Reinhart (*pro hac vice*)
                                               Skadden, Arps, Slate, Meagher & Flom LLP
23                                             1440 New York Avenue, NW
                                               Washington, DC 20005
24                                             Telephone: (202) 371-7000
                                               Facsimile: (202) 661-8301
25                                             steve.sunshine@skadden.com
                                               tara.reinhart@skadden.com
26                                             *Attorneys for Defendant Juniper Networks,*
                                               *Inc.*
27

28

JOINT STIPULATION TO EXPEDITE BRIEFING
                                        SCHEDULE ON DEFENDANTS' MOTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: June 10, 2025

*/s/ Michael J. Freeman*
Senior Litigation Counsel
U.S. Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Michael.Freeman@usdoj.gov
*Attorneys for Plaintiff United States*

4

1

**L.R. 5-1 SIGNATURE ATTESTATION**

2      As the ECF user whose user ID and password are utilized in the filing of this document, I

3  attest under penalty of perjury that concurrence in the filing of the document has been obtained

4  from each of the other signatories.

5

Dated: June 10, 2025                    By:_____*/s/ Kosta S. Stojilkovic*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXPEDITE BRIEFING
SCHEDULE ON DEFENDANTS' MOTION