BETH A. WILKINSON (*pro hac vice*)
KOSTA S. STOJILKOVIC (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (Bar No. 180578)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

JACK P. DICANIO (SBN 138782)
MICHAEL C. MINAHAN (SBN 311873)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Jack.DiCanio@skadden.com
Michael.Minahan@skadden.com

STEVEN C. SUNSHINE (*pro hac vice*)
TARA REINHART (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-8301
Steve.Sunshine@skadden.com
Tara.Reinhart@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**DECLARATION OF KOSTA S. STOJILKOVIC**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

1

I, Kosta S. Stojilkovic, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Partner at the law firm Wilkinson Stekloff LLP, which represents Defendant Hewlett Packard Enterprise Co. ("HPE") in the above-captioned case.

2. I am an attorney admitted to practice in the District of Columbia, and I have been admitted to appear pro hac vice in the above-captioned case.

3. Pursuant to Civil Local Rule 7-11, I respectfully submit this Declaration in Support of Defendants' Defendants' Motion for Even Allotment or Trial Time and to Preclude Trial by Out-of-Court Submission, dated June 10, 2025.

4. On May 28, 2025, DOJ emailed Defendants with proposals regarding the division of trial time, the application of the chess clock, and the rule on sponsoring witnesses, among other matters. This email was followed by multiple meet and confer discussions between DOJ and Defendants. Attached as Exhibit A is a true and correct copy of DOJ's May 28, 2025 email to Defendants.

5. On June 4, 2025, DOJ and Defendants exchanged their affirmative deposition designations. Defendants affirmatively designated approximately 8 hours of testimony in total from 18 deposition witnesses. By contrast, DOJ affirmatively designated more than 25 hours from 13 deposition witnesses.

6. On June 5, 2025, DOJ sent out 25 requests for Rule 902(11) declarations to third parties, including to 10 third parties that were neither deposed nor identified on either side's final witness list.

7. On June 9, Defendants informed DOJ that they intended to file a motion to resolve the parties' disagreement as to: (1) whether trial time should be split evenly; (2) whether deposition designations should be submittable without being played at trial and without counting against the chess clock; and (3) whether the rule on sponsoring witnesses should be enforced. DOJ responded, agreeing that the parties were at an impasse on the issue of the latter two issues (the application of the trial clock and the sponsoring witness rule). On the division of trial time, DOJ amended its original proposal and suggested that DOJ should get 30 hours and Defendants 26 hours. DOJ also noted that if the Court disagreed with its proposal, DOJ would seek additional time, such as by starting the trial at an earlier date or having longer trial days. Attached as Exhibit B is a true and correct copy of the June 9, 2025 email exchange between Defendants and DOJ.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of June, 2025, in Washington, D. C.

Dated: June 10, 2025

Respectfully submitted,

By: /s/ Kosta Stojilkovic
Kosta S. Stojilkovic (*pro hac vice*)

**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4010
kstojilkovic@wilkinsonstekloff.com