# EXHIBIT A

 Outlook

**HPE/Juniper Trial Logistics**

| | |
|---|---|
| **From** | Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov> |
| **Date** | Wed 5/28/2025 10:15 PM |
| **To** | Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance <Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com> |
| **Cc** | Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com> |

Kosta,

I am following up on our discussion last week about trial logistics. We think it would be helpful to get some guidance from the judge before the final pretrial conference on June 30. Ideally, I would like to file a joint request for a status conference (in-person or remote) this week requesting a conference for June 5. Below is a list of proposals around the trial. Some of which I think we can agree without court involvement, but some I think we want the Court's input.  Please let us know your thoughts on the proposal and if you have any other topics. We can discuss more fully on our call tomorrow.

- **Openings and closings**: One hour for openings and 90 minutes for closings
- **Allocation of trial time**: Court has allocated 56 hours for trial. Plaintiff gets 33 hours (about 60%) and Defendants get 23 hours given Plaintiff has burden
- **Chess Clock:** The above time allocation is calculated by the use of a chess clock, meaning that time is only deducted when questioning a witness or playing a deposition designation video or read in
- **Sponsoring Witness:** Parties will not object to exhibits on the basis of authenticity or lack of foundation because the exhibit is being admitted without a sponsoring witness.
- **Demonstratives:** Parties will exchange demonstratives, including those used for opening and closing, by 9 PM PT the day before their intended use
- **Witness Order:** By 9 PM PT, the parties will disclose their intended witness order for the following trial day including those they intend to offer by designation if by video or read in
- **PFOF and PCOL:** The proposed findings of facts and conclusions of law (pre-trial and post-trial) will be one document not to exceed 200 pages.
- **Pretrial Brief:** The substance of pretrial briefs range significantly depending on the court and judge. Request the court provide some guidance as to the substance and length of the pretrial brief.

Thanks.

Mike

2