# EXHIBIT B

Outlook

**RE: HPE/Juniper Trial Logistics**

| | |
|---|---|
| **From** | Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com> |
| **Date** | Tue 6/10/2025 5:01 AM |
| **To** | Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance <Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com> |
| **Cc** | Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com> |

Mike,

Thanks for the agreement on the witness order exchange. We'll revert on your latest proposal on the proposed findings of fact and conclusions of law, but we're close there now as well. On these areas of alignment or near-alignment, we agree that motions practice is not necessary, and we can figure out an efficient way to present them to the court.

On the issues of equal division of time, depo designations counting against the clock, and the enforcement of the rule on sponsoring witnesses, however, we've concluded that we should proceed via motions practice rather than a joint request for guidance. We see these as not mere logistical issues, but as ones that will meaningfully shape the substance and conduct of trial. Just as a motion in limine would be conducted through an opening brief and a response teeing up a ruling from the court, we think that process is called for here on these areas of impasse. That you see the implications here as potentially including an extension of trial days or length further confirms the importance of these issues to us.

As to your comment that the deposition designation impasse is not a live issue, this underlines why we feel the need to file a motion. There was no briefing or argument on this before the February conference, and no argument on it at the conference, it was something you raised casually in a question to the court at the end of the hearing. And, obviously, we did not have the deposition designations back then, which in DOJ's case now suggest that you intend to roughly double the length of your trial record through out of court designation submissions. We believe the better approach is to brief such issues and lay out the implications, and we have a right to seek relief from the court and try to persuade it now that we have a tangible sense of the implications.

In terms of the motion we will file, it would be a single motion addressing these three areas of impasse. Defendants will ask for an even division of trial time, that deposition designations be played and count against the clock even if they are not played, and that the rule on sponsoring witnesses be enforced. The arguments we'll offer in support should not come as a surprise, as we've previewed them in our meet and confers.

I think we can be in position to file today. Please let me know how long you would like for DOJ's response.

Thank you,
Kosta

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Monday, June 9, 2025 11:44 PM
**To:** Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance

<Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com>
**Cc:** Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Subject:** RE: HPE/Juniper Trial Logistics

Kosta,

We agree that the parties should have clarity regarding trial logistics no later than the final pretrial on June 30.

Let me start with some topics where I think we can have agreement. First, we agree to exchange the witness order 48 hours in advance. Second, we propose having no more than 100 pages for the pretrial proposed findings of fact and conclusions of law, and 175 pages for post-trial.

Regarding the other areas, we agree we are at an impasse regarding allocation of time. However, for clarity, we amend our original proposal and propose that Plaintiff get 30 hours and Defendants get 26 because we have the burden of proof, and by nature of going first, we have to get into background information that you do not. I would note that if the Court disagrees with our position, we will be seeking additional time- either starting on an earlier date (such as July 7) or by having longer trial days.

The other two issues- deposition designations and sponsoring witnesses- we appear to be at an impasse, but our position is that the Court has already provided guidance on the designations and so it is not a live issue.

Nonetheless, we believe that these three issues are better suited for a joint letter/motion with some page restrictions because these issues are seeking the Court's preference rather than a matter of law.

Please let us know your thoughts on the joint letter/motion. If you disagree, please let us know what type of motion you intend to file.

Thanks.

Mike

**From:** Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>
**Sent:** Monday, June 9, 2025 2:34 PM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance <Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com>
**Cc:** Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Subject:** [EXTERNAL] RE: HPE/Juniper Trial Logistics

Mike,

As we've continued to reflect on our conversation around trial logistics, Defendants have concluded that we need to raise the areas of impasse with the Court promptly. By areas of impasse, I mean (1) whether the trial time should be split evenly; (2) whether depo designations should be submittable without being played at trial and without counting against the chess clock; and (3) whether the rule on sponsoring witnesses should be enforced.

On the other items we have been discussing, we seem at or close to agreement, and they do not seem like things that would substantially change the nature of the trial. We're happy to keep discussing those with you and present something to the court, but we do not want to hold off raising the above three issues now via motions practice.

In terms of process, because a motion on a regular schedule would be set for argument after the pre-trial conference, we will seek expediting so that we can get a ruling at least by the pre-trial conference and possibly earlier. Would DOJ be willing to stipulate to briefing the above issues on an expedited basis? If so, please let me know how many days DOJ would want for its response to Defendants' motion.

We're also inclined to tell the Court that if it would find argument helpful, the parties stand ready to argue the motion at the pre-trial conference or before then if the Court has availability, and that if the Court is inclined to rule on the papers the parties will await its ruling.

Thanks,
Kosta

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Thursday, June 5, 2025 11:02 AM
**To:** Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance <Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com>
**Cc:** Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Subject:** RE: HPE/Juniper Trial Logistics

Kosta,

We agree with pulling the meeting today.

Thanks.

Mike

**From:** Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>
**Sent:** Thursday, June 5, 2025 10:35 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance <Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com>
**Cc:** Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Subject:** [EXTERNAL] RE: HPE/Juniper Trial Logistics

Counsel,

We suggest pulling down today's call. We spoke yesterday afternoon, and we are busy assessing the more than 25 hours of depo designations that you disclosed last night, along with the confidentiality and objections workstreams for the exhibits. If there is something pressing today, please reach out via email.

Thanks,

Kosta

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Monday, June 2, 2025 3:17 PM
**To:** Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance <Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com>
**Cc:** Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Subject:** RE: HPE/Juniper Trial Logistics

Kosta,

Does 2 PM ET work tomorrow to continue our discussion?

Thanks.

Mike

**From:** Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>
**Sent:** Thursday, May 29, 2025 9:40 AM
**To:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance <Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com>
**Cc:** Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Subject:** [EXTERNAL] RE: HPE/Juniper Trial Logistics

Thanks Mike.  We were thinking already in our internal conversations since last Thursday's call, and the below proposals confirms to us, that we should not be seeking a status hearing next week for guidance on this.  Some of these suggestions would suspend appliable legal requirements, others would impinge on defendants' substantive rights.  If we can't reach common ground, we will need to brief them with the court, and we would not agree to do so on an artificially expedited basis, particularly considering that we have a lot of near

term deadlines like the exhibit list, depo designations, and expert depo practice.

Our suggestions is this: let's start discussing these items today and see if we can work toward areas of agreement, as well as to better understand some of your proposals and articulate our concerns, so that both sides have more information to take back and consider. If we can agree on a set of proposals over the coming weeks, we believe that we can present them to Judge Pitts at the pretrial conference and get his buy-in. And if we can't eliminate areas of disagreement, we can at least try to narrow them through a fulsome meet and confer process that extends beyond today's call, and figure out how to raise them in briefing with the court.

Kosta


**Kosta Stojilkovic** | Partner
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4045 | Fax: (202) 847-4005
kstojilkovic@wilkinsonstekloff.com
wilkinsonstekloff.com


The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

---

**From:** Freeman, Michael (ATR) <Michael.J.Freeman@usdoj.gov>
**Sent:** Wednesday, May 28, 2025 10:15 PM
**To:** Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Goldstein, Jeremy (ATR) <Jeremy.Goldstein@usdoj.gov>; FORKNER, Constance <Constance.Forkner@freshfields.com>; GIORDANO, Elizabeth <Elizabeth.Giordano@freshfields.com>
**Cc:** Samuel Liversidge <SLiversidge@gibsondunn.com>; Michael J Perry <MJPerry@gibsondunn.com>; Ryan Travers <ryan.travers@skadden.com>; Conrath, Craig (ATR) <Craig.Conrath@usdoj.gov>; Jensen, Elizabeth (ATR) <Elizabeth.Jensen@usdoj.gov>; Levan, Andrea (ATR) <Andrea.Levan@ATR.USDOJ.GOV>; Sheanin, Aaron (ATR) <Aaron.Sheanin@usdoj.gov>; SVENSON, Ross <Ross.Svenson@freshfields.com>; ELMER, Julie

(JSE) <Julie.Elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>
**Subject:** HPE/Juniper Trial Logistics

Kosta,

I am following up on our discussion last week about trial logistics. We think it would be helpful to get some guidance from the judge before the final pretrial conference on June 30. Ideally, I would like to file a joint request for a status conference (in-person or remote) this week requesting a conference for June 5. Below is a list of proposals around the trial. Some of which I think we can agree without court involvement, but some I think we want the Court's input.  Please let us know your thoughts on the proposal and if you have any other topics. We can discuss more fully on our call tomorrow.

- **Openings and closings**: One hour for openings and 90 minutes for closings
- **Allocation of trial time**: Court has allocated 56 hours for trial. Plaintiff gets 33 hours (about 60%) and Defendants get 23 hours given Plaintiff has burden
- **Chess Clock:** The above time allocation is calculated by the use of a chess clock, meaning that time is only deducted when questioning a witness or playing a deposition designation video or read in
- **Sponsoring Witness:** Parties will not object to exhibits on the basis of authenticity or lack of foundation because the exhibit is being admitted without a sponsoring witness.
- **Demonstratives:** Parties will exchange demonstratives, including those used for opening and closing, by 9 PM PT the day before their intended use
- **Witness Order:** By 9 PM PT, the parties will disclose their intended witness order for the following trial day including those they intend to offer by designation if by video or read in
- **PFOF and PCOL:** The proposed findings of facts and conclusions of law (pre-trial and post-trial) will be one document not to exceed 200 pages.
- **Pretrial Brief:** The substance of pretrial briefs range significantly depending on the court and judge. Request the court provide some guidance as to the substance and length of the pretrial brief.

Thanks.

Mike