BETH A. WILKINSON (*pro hac vice*)
KOSTA S. STOJILKOVIC (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

JULIE ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (CA No. 180578)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

JACK P. DICANIO (SBN 138782)
MICHAEL C. MINAHAN (SBN 311873)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Jack.DiCanio@skadden.com
Michael.Minahan@skadden.com

STEVEN C. SUNSHINE (*pro hac vice*)
TARA REINHART (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-8301
Steve.Sunshine@skadden.com
Tara.Reinhart@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | Case No. 5:25-cv-00951-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EVEN ALLOTMENT OF TRIAL TIME AND TO PRECLUDE TRIAL BY SUBMISSION**<br><br>Hon. P. Casey Pitts |

1    On June 10, 2025, Defendants Hewlett Packard Enterprise Co. and Juniper Networks, Inc.
2   ("Defendants"), filed a Motion for Even Allotment of Trial Time and To Preclude Trial by Out-
3   Of-Court Submission. The Court, having considered the materials on file on this issue, and being
4   fully advised, HEREBY ORDERS that Defendants' Motion is GRANTED. The following forms
5   of relief, as described in the Motion, are enacted:
6    (1) Trial time will be allotted equally between the sides and will be tracked via a chess
7   clock applicable to all witness questioning.
8    (2) Deposition designations and counter-designations will be played at trial and will count
9   against the chess clock same as live testimony.
10   (3) The rule on sponsoring witnesses will be enforced at trial.

12  SO ORDERED.
13   Dated: _____

HONORABLE P. CASEY PITTS
United States District Judge