| | |
|---|---|
| BETH A. WILKINSON (*pro hac vice*)<br>KOSTA S. STOJILKOVIC (*pro hac vice*)<br>WILKINSON STEKLOFF LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>(202) 847-4010<br>bwilkinson@wilkinsonstekloff.com<br>kstojilkovic@wilkinsonstekloff.com<br><br>JULIE ELMER (*pro hac vice*)<br>JENNIFER MELLOTT (*pro hac vice*)<br>FRESHFIELDS US LLP<br>700 13th St NW<br>Washington, DC 20005<br>(202) 777-4500<br>julie.elmer@freshfields.com<br>jennifer.mellott@freshfields.com<br><br>SAMUEL G. LIVERSIDGE (CA No. 180578)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000<br>sliversidge@gibsondunn.com<br><br>*Attorneys for Defendant*<br>HEWLETT PACKARD ENTERPRISE CO. | STEVEN C. SUNSHINE (*pro hac vice*)<br>TARA REINHART (*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>(202) 371-7000<br>steven.sunshine@skadden.com<br>tara.reinhart@skadden.com<br><br>*Attorneys for Defendant*<br>JUNIPER NETWORKS, INC.<br><br><br>MICHAEL J. FREEMAN (OH No. 086797)<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 4000<br>Washington, DC 20530<br>Telephone: (212) 213-2774<br>Fax: (202) 514-5847<br>Michael.Freeman@usdoj.gov<br><br>*Attorney for Plaintiff*<br>UNITED STATES OF AMERICA<br><br>[Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | Case No. 5:25-cv-00951-PCP<br><br>**JOINT STIPULATION TO EXPEDITE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR EVEN ALLOTMENT OF TRIAL TIME AND TO PRECLUDE TRIAL BY SUBMISSION**<br><br>Hon. P. Casey Pitts |

1   WHEREAS, trial in this matter is scheduled to begin on July 9, 2025;

2   WHEREAS, the final Pretrial Conference is scheduled for June 30, 2025;

3   WHEREAS, Defendants and the Department of Justice Antitrust Division ("DOJ") have
4   met and conferred about trial logistics in advance of the final Pretrial Conference and reached
5   agreement on numerous trial topics;

6   WHEREAS, however, the parties have reached an impasse on three issues related to the
7   allotment of trial time, the playing of deposition designations at trial, and submission of exhibits
8   without a sponsoring witness at trial;

9   WHEREAS, the parties have conferred and agreed that resolution of these issues by the
10  Court at or before the final Pretrial Conference would aid both sides in trial preparation;

11  NOW THEREFORE, Defendants and DOJ hereby stipulate and agree, subject to the
12  Court's approval, to the following:

13  1) The parties will submit their briefing on an expedited schedule, with Defendants filing
14     their Motion on June 10, 2025, and the DOJ filing its Response on June 16, 2025;

15  2) If the Court would find argument on these issues helpful, the parties will be prepared
16     to argue them at the Pretrial Conference or at the Court's convenience before the
17     Pretrial Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June __10__, 2025

_____
HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE