Laura Lin (Bar No. 281542)
Laura.Lin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for Non-Party Ubiquiti Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br>JUNIPER NETWORKS, INC.,<br><br>                    Defendants. | Case No. 5:25-cv-00951-PCP<br><br>**NON-PARTY UBIQUITI INC.'S MOTION TO EXTEND TIME TO FILE A MOTION TO SEAL**<br><br>Hon. P. Casey Pitts |

Pursuant to the operative Scheduling Order in this action, ECF No. 104, (the "Scheduling Order"), non-Party Ubiquiti Inc. ("Ubiquiti") moves for a brief extension of a deadline applicable to Ubiquiti.  The Scheduling Order provides that "[a]ny Party or non-party Protected Person that seeks to prevent its Confidential Information or Highly Confidential Information contained in a trial exhibit or designated deposition testimony from being disclosed on the public record at Trial must file a motion with the Court seeking to seal such information" by June 16, 2025.  ECF No. 104 at 3.  Under the terms of the operative Amended Protective Order, Ubiquiti is a non-party Protected Person because it has provided Investigation Materials and Litigation Materials to the parties.  *See* ECF No. 107 at 2-3.

Ubiquiti conferred with counsel for the parties regarding this request.  The parties stated that they do not oppose an extension of Ubiquiti's time to file a motion to seal through June 23, which will allow Ubiquiti and the parties additional time to meet-and-confer regarding the disclosure of information at Trial pursuant to paragraph 48 of the Amended Protective Order.  Accordingly, Ubiquiti respectfully requests that the Court grant Ubiquiti until June 23, 2025 for Ubiquiti to file a motion to seal.  Ubiquiti thanks the Court for its consideration of its request.

June 11, 2025                                Respectfully submitted,

                                            SIMPSON THACHER & BARTLETT LLP

                                            By  */s/ Laura Lin*

                                                Laura Lin (Bar No. 281542)
                                                laura.lin@stblaw.com
                                                2475 Hanover Street
                                                Palo Alto, California 94304
                                                Telephone: (650) 251-5000
                                                Facsimile: (650) 251-5002