1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>    Defendants. | Case No. 5:25-cv-00951-PCP<br><br>[PROPOSED] ORDER GRANTING NON-PARTY UBIQUITI INC.'S MOTION TO EXTEND TIME TO FILE A MOTION TO SEAL<br><br>Hon. P. Casey Pitts |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On June 11, 2025, non-Party Ubiquiti Inc. ("Ubiquiti") filed a Motion to Extend Time to File a Motion to Seal.  Having considered Ubiquiti's Motion and the papers in support thereof,

IT IS HEREBY ORDERED THAT Ubiquiti's Motion is GRANTED.  Ubiquiti shall file any motion to seal on or by June 23, 2025.

DATED: June 12, 2025

HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE