UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE CO., et al.,<br><br>　　　　Defendants. | Case No.25-cv-00951-PCP |

**NOTICE REGARDING VIDEO RECORDING**

　　A request has been made to video record the July 9, 2025 Bench Trial in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )　　All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

(X)　　At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 6/12/2025　　　　　　　　　　　　　　　Mark B. Busby, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark B. Busby*
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk