MICHAEL J. FREEMAN (OH No. 086797)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Michael.Freeman@usdoj.gov

*Attorney for Plaintiff*
UNITED STATES OF AMERICA

JACK P. DICANIO (CA Bar. No 138782)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
 jack.dicanio@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC

JULIE ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (CA No. 180578)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*<br>          v.<br><br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.,<br><br>                    *Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME FOR THIRD PARTY FILINGS**<br><br>Judge:          P. Casey Pitts<br>Action Filed:    January 30, 2025 |

-1-

Plaintiff United States of America, Defendant Hewlett Packard Enterprise Co. ("HPE"), and Defendant Juniper Networks, Inc. ("Juniper"), hereinafter jointly referred to as the Parties, submit this Joint Stipulation to extend the time for Third Party Sealing Motions to **June 23, 2025**.

The current Motion to Seal deadline for Third Parties is June 16, 2025. (Dkt. No. 104). The Case Scheduling Order provides that Parties may seek modification of the Order for good cause, if the modifications affect the pretrial filing schedule. (Dkt. No. 104). There is good cause to extend the Third Party Motion to Seal deadline, as a June 23, 2025 deadline will reduce excess motions and reduce the burden on both Third Parties and the Court.

Under the Scheduling Order, the Parties finish exchanging counter designation objections by June 18, 2025. (Dkt. No. 104). This is two days after the June 16th sealing deadline. A June 23, 2025 deadline for Third Party Motions to Seal will provide Third Parties with sufficient time to review any counter designations and file one streamlined Motion to Seal for all their materials. This will reduce the burden on the Court, by reducing excess Motion to Seal or Extension of Time filings.

Extending the Motion to Seal deadline for Third Parties will also reduce the burden on Third Parties by giving them additional time to review materials, coordinate with local counsel, and prepare filings.

WHEREFORE, the Parties submit that the foregoing constitutes good cause to modify the Scheduling Order to extend the deadline for Third Parties to submit Motions to Seal to June 23, 2025, as seen in the revised Case Schedule below.

| Event | Date |
|---|---|
| Complaint filed | Jan. 30, 2025 |
| Answers filed | Feb. 10, 2025 |
| Discovery begins | Feb. 14, 2025 |

-2-

| | |
|---|---|
| Plaintiff produce Investigative File | No later than Feb. 20, 2025 |
| Any other parties must be joined or the pleadings amended | Feb. 28, 2025 |
| Parties exchange preliminary trial fact witness lists | Mar. 14, 2025 |
| Parties exchange designations of the field of expertise for all experts they intend to call in their respective case-in-chief and defense case | Apr. 21, 2025 |
| Close of written and document fact discovery | Apr. 28, 2025 |
| Parties serve initial expert reports on the issues on which the Parties bear the burden | Apr. 28, 2025 |
| Parties exchange final trial fact witness lists | May 19, 2025 |
| Parties to serve any rebuttal expert reports to the initial expert reports | May 19, 2025 |
| Close of fact deposition discovery | May 28, 2025 |
| Parties exchange exhibit lists (including redacted versions of such exhibits, as set forth in the Protective Order) and opening deposition designations | June 2, 2025 |
| Parties to serve any reply expert reports to the rebuttal expert reports | June 4, 2025 |
| Each Party informs each non-party of all documents produced by that non-party that are on the Party's exhibit list | June 5, 2025 |

-3-

| | |
|---|---|
| and all depositions of that non-party that have been designated by any Party. | |
| Parties exchange of objections to exhibit lists (including redacted versions of any exhibits identified by the opposing Party that contain information the Party previously designated as Confidential or Highly Confidential Information and objections to redactions that were initially exchanged with the exhibit lists, as set forth in the Protective Order), objections to deposition designations, and/or counters to deposition designations | June 11, 2025 |
| Deadline for expert depositions and close of expert discovery | June 13, 2025 |
| Any Party ~~or non-party Protected Person~~ that seeks to prevent its Confidential Information or Highly Confidential Information contained in a trial exhibit or designated deposition testimony from being disclosed on the public record at Trial must file a motion with the Court seeking to seal such information | June 16, 2025 |
| Each side exchanges its objections to the other side's deposition counter-designations | June 18, 2025 |
| Deadline for filing motions in limine and Daubert motions | June 18, 2025 |
| Parties meet and confer regarding disputes about trial exhibits and deposition designations, including confidentiality of any Party and non-party documents or depositions | June 19 - June 23, 2025 |

-4-

| | |
|---|---|
| Parties serve expert witness lists, including designations of all experts that each intends to call in its respective case, along with a brief statement of the subject matter on which the expert will testify | June 23, 2025 |
| Any non-party Protected Person that seeks to prevent its Confidential Information or Highly Confidential Information contained in a trial exhibit or designated deposition testimony from being disclosed on the public record at Trial must file a motion with the Court seeking to seal such information | June 23, 2025 |
| Joint Party Submission to Court regarding disputes about admissibility of trial exhibits, confidentiality issues, and deposition designations | June 25, 2025 |
| Pre-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | June 25, 2025 |
| Responses to any motions in limine or Daubert motions | June 25, 2025 |
| Final pre-trial conference | June 30, 2025 |
| Parties submit final trial exhibits to Court (in a format to be directed by the Court) | July 3, 2025 |
| Trial begins | July 9, 2025 |
| Post-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court) | 7 days after trial concludes |

JOINT STIPULATION REGARDING EXTENSION OF TIME FOR THIRD PARTY FILINGS
Case No. 5:25-cv-00951-PCP

1

2

3      Dated: June 13, 2025                    /s/ Miriam M. Arghavani
                                               Miriam M. Arghavani
4                                              U.S. Department of Justice
                                               450 Golden Gate Ave.
5                                              San Francisco, CA 94102
                                               Telephone: (202) 374-6582
6                                              Fax: (202) 514-5847
                                               Miriam.Arghavani@usdoj.gov
7                                              Attorneys for Plaintiff United States

8

9

10     Dated: June 13, 2025                    /s/ Julie Elmer
                                               Julie Elmer  Jennifer
11                                             Mellott Freshfields US
                                               LLP
12                                             700 13th Street, NW, 10th Floor Washington, DC
                                               20005-3960
13                                             (202) 777-4500
14                                             julie.elmer@freshfields.com
                                               jennifer.mellott@freshfields.com
15

16                                             Beth A. Wilkinson (pro hac vice) Wilkinson
                                               Stekloff LLP
17                                             2001 M Street NW, 10th Floor Washington, DC
                                               20036
18                                             (202) 847-4010
19                                             bwilkinson@wilkinsonstekloff.com

20                                             Samuel G. Liversidge (CA No. 180578) Gibson
                                               Dunn & Crutcher LLP
21                                             333 South Grand Avenue
22                                             Los Angeles, CA 90071-3197
                                               (213) 229-7000
23                                             sliversidge@gibsondunn.com
                                               Attorneys for Defendant Hewlett Packard
24                                             Enterprise Co.

25

26

27

28

-6-

JOINT STIPULATION REGARDING EXTENSION OF TIME FOR THIRD PARTY FILINGS
Case No. 5:25-cv-00951-PCP

1   Dated: June 13, 2025

2

3

4

5

6

7

8

9

10

11

12

13   PURSUANT TO STIPULATION, IT SO ORDERED.

14

15

16   Dated: _____

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Steven C. Sunshine*
Steven C. Sunshine
Tara Reinhart
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
steve.sunshine@skadden.com
tara.reinhart@skadden.com
*Attorneys for Defendant Juniper Networks, Inc.*

_____
HONORABLE P. CASEY PITTS
United States District Judge

-7-

1

## **ATTORNEY ATTESTATION**

I, Miriam M. Arghavani, am the ECF user whose identification and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.


/s/ *Miriam M. Arghavani*
Miriam M. Arghavani

-8-