# Exhibit A

```
 1                   UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4

 5    UNITED STATES OF AMERICA,      )  C-25-00951 PCP
                                     )
 6                     PLAINTIFF,    )  SAN JOSE, CALIFORNIA
                                     )
 7            VS.                    )  FEBRUARY 28, 2025
                                     )
 8    HEWLETT PACKARD ENTERPRISE CO. )  PAGES 1-20*
      AND JUNIPER NETWORKS, INC.,    )
 9                                   )
                       DEFENDANTS.   )
10    _____)

11

12               TRANSCRIPT OF ZOOM PROCEEDINGS
              BEFORE THE HONORABLE P. CASEY PITTS
13                 UNITED STATES DISTRICT JUDGE

14    A P P E A R A N C E S:

15    FOR THE PLAINTIFF:    UNITED STATES DEPARTMENT OF JUSTICE
                            ANTITRUST DIVISION
16                          BY:  MICHAEL J. FREEMAN
                                 JEREMY M. GOLDSTEIN
17                               CRAIG CONRATH
                            450 FIFTH STREET, NW, SUITE 4000
18                          WASHINGTON, D.C.   20530

19                          BY:  MICHAEL MIKAWA
                            450 GOLDEN GAVE AVENUE, SUITE 10-0101
20                          SAN FRANCISCO, CALIFORNIA  94102

21

22              APPEARANCES CONTINUED ON THE NEXT PAGE

23    OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1

 2        APPEARANCES (CONTINUED)

 3

 4        FOR DEFENDANT              FRESHFIELDS US LLP
          HEWLETT PACKARD:           BY:  JULIE S. ELMER
 5                                   700 13TH STREET NW
                                     WASHINGTON, D.C.  20005
 6

 7                                   WILKINSON STEKLOFF LLP
                                     BY:  BETH A. WILKINSON
 8                                        ROXANA C. GUIDERO
                                          KOSTA S. STOJILKOVIC
 9                                   2001 M STREET NW, 10TH FLOOR
                                     WASHINGTON, D.C.  20036
10

11                                   GIBSON DUNN & CRUTCHER
                                     BY:  SAMUEL G. LIVERSIDGE
12                                   333 SOUTH GRAND AVENUE
                                     LOS ANGELES, CALIFORNIA  90071
13

14        FOR DEFENDANT              SKADDEN, ARPS, SLATE,
          JUNIPER:                   MEAGHER & FLOM LLP
15                                   BY:  STEVEN C. SUNSHINE
                                          TARA REINHART
16                                   1440 NEW YORK AVENUE N.W.
                                     WASHINGTON, D.C.  20005
17

18

19

20

21

22

23

24

25
```

```
 1      SAN JOSE, CALIFORNIA                         FEBRUARY 28, 2025
 2                         P R O C E E D I N G S
 3            (ZOOM PROCEEDINGS CONVENED AT 2:04 P.M.)
 4                THE COURT:  OKAY.  AT THE START, I JUST WANTED TO
 5      THANK EVERYONE FOR THEIR PATIENCE.  AS -- I'M NOT SURE IF IT
 6      WAS EXPLAINED TO YOU, BUT I HAVE A JURY THAT IS DELIBERATING
 7      RIGHT NOW AND WE HAD A QUESTION FROM THE JURY THAT WE NEEDED TO
 8      RESOLVE, SO I HAD TO TAKE A LITTLE TIME TO DO THAT.
 9            SO DO YOU WANT TO CALL THE CASE.
10                THE CLERK:  YES.
11            CALLING CASE NUMBER 25-CV-951, UNITED STATES VERSUS
12      HEWLETT PACKARD, ET AL., ON TODAY FOR THE CASE MANAGEMENT
13      CONFERENCE.
14            WILL THE PARTIES PLEASE APPROACH AND STATE YOUR
15      APPEARANCES FOR THE RECORD, BEGINNING WITH PLAINTIFF'S COUNSEL.
16                MR. FREEMAN:  GOOD AFTERNOON, YOUR HONOR.
17            MICHAEL FREEMAN ON BEHALF OF THE UNITED STATES.  WITH ME
18      TODAY I HAVE CRAIG CONRATH, JEREMY GOLDSTEIN, AND
19      MICHAEL MIKAWA.
20                THE COURT:  GOOD AFTERNOON.
21                MS. WILKINSON:  GOOD AFTERNOON, YOUR HONOR.
22            I'M BETH WILKINSON ON BEHALF OF H.P.
23                THE COURT:  GOOD AFTERNOON.
24                MR. SUNSHINE:  GOOD AFTERNOON, YOUR HONOR.
25            STEVE SUNSHINE ON BEHALF OF JUNIPER NETWORKINGS.  MY
```

1       THE COURT: OKAY. THEN I'LL GIVE -- I'LL GIVE THE
2  GOVERNMENT A LITTLE EXTRA TIME. LET'S GO UNTIL WEDNESDAY.
3       MR. FREEMAN: THANK YOU, YOUR HONOR. I'VE GOT TO
4  TAKE ONE WIN.
5       THE COURT: OKAY. SO THAT'S THE PLAN ON THE CASE
6  MANAGEMENT MATTERS.
7    IS THERE ANYTHING ELSE THAT WE NEED TO ADDRESS RIGHT NOW?
8       MR. FREEMAN: I'M NOT SURE IT NEEDS TO BE ADDRESSED
9  RIGHT NOW, BUT ANY OTHER GUIDANCE YOU HAVE ABOUT YOUR TRIAL
10 ROUTINE AND PROTOCOL WOULD BE HELPFUL FOR PLANNING PURPOSES,
11 JUST IN TERMS OF, LIKE, DEPOSITION DESIGNATIONS, DO YOU LIKE
12 VIDEOS PLAYED DURING THE TRIAL OR SUBMISSIONS OR THINGS ALONG
13 THAT LINE?
14   I DON'T KNOW IF YOU WANT MORE TIME TO THINK ABOUT THAT.
15 BUT THAT TYPE OF GUIDANCE WOULD BE HELPFUL FOR BOTH PARTIES, I
16 BELIEVE.
17      THE COURT: YEAH. I MEAN, I THINK -- I THINK I -- AS
18 A BENCH TRIAL, I PROBABLY DON'T NEED ==EVERY DEPOSITION THAT==
19 ==YOU'RE PUTTING IN AS A FACTUAL MATTER TO BE PLAYED FOR ME.== IF
20 THERE ARE ONES THAT -- IF THERE ARE AREAS WHERE YOU THINK THERE
21 ARE GOING TO BE IMPORTANT QUESTIONS OF CREDIBILITY, THEN I
22 THINK IT IS HELPFUL FOR ME TO VIEW THAT VIDEO.
23   BUT IF I FEEL THAT -- I WILL SORT OF LET YOU KNOW -- I
24 WILL LEAVE IT TO YOU IF YOU THINK IT'S IMPORTANT TO PLAY THAT
25 AND USE THAT TIME, THAT YOU CAN DO SO.

```
 1          BUT IF YOU THINK THAT I CAN UNDERSTAND ADEQUATELY READING
 2     THE DEPOSITION TRANSCRIPT -- I'VE READ MANY IN MY LIFE -- THEN
 3     I'M HAPPY TO DO THAT WORK ON MY OWN AND USE THE TIME IN HERE
 4     MORE PRODUCTIVELY.
 5          BUT I WILL FOLLOW UP.  CERTAINLY, YOU KNOW, WELL BEFORE
 6     TRIAL I WILL PROVIDE THE PARTIES WITH, YOU KNOW, CLEAR
 7     INSTRUCTIONS ON HOW I'M GOING TO WANT -- YOU KNOW, WHAT KIND OF
 8     EVIDENCE I'M GOING TO WANT, PAPER VERSUS DIGITAL, AND HOW THAT
 9     SHOULD ALL BE PROVIDED TO THE COURT AND HOW WE CAN PLAN ON
10     PROCEEDING.
11          ANYTHING ELSE?
12              MR. FREEMAN:  NO, YOUR HONOR.  THANK YOU.
13              THE COURT:  OKAY.
14              MS. WILKINSON:  NOTHING FROM THE DEFENDANTS.  THANK
15     YOU.
16              MR. SUNSHINE:  NOTHING HERE.  THANK YOU, YOUR HONOR.
17              THE COURT:  OKAY.  THANK YOU.
18          THANK YOU ALL FOR COMING HERE TODAY, AND HAVE A GOOD
19     WEEKEND.
20              THE CLERK:  THANK YOU.  COURT IS CONCLUDED.
21          (THE PROCEEDINGS WERE CONCLUDED AT 2:27 P.M.)
22
23
24
25
```