# Exhibit B

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
        Plaintiffs,                )
                                   )    CV No. 20-3010
     vs.                           )    Washington, D.C.
                                   )    September 1, 2023
GOOGLE LLC,                        )    3:00 p.m.
                                   )
        Defendant.                 )
_____)


                      TRANSCRIPT OF
           PRETRIAL CONFERENCE PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For DOJ Plaintiffs:        Kenneth M. Dintzer
                           U.S. DEPARTMENT OF JUSTICE
                           1100 L Street, NW
                           Washington, D.C.
                           (202) 307-0340
                           Email:
                           kenneth.dintzer2@usdoj.gov

                           Jeremy M.P. Goldstein
                           U.S. DEPARTMENT OF JUSTICE
                           450 Golden Gate Avenue
                           Room 10-101
                           San Francisco, CA 94102
                           (415) 934-5300
                           Email:
                           Jeremy.Goldstein@usdoj.gov

                           Karl Edward Herrmann
                           U.S. DEPARTMENT OF JUSTICE
                           Technology &
                           Financial Services Section
                           450 Fifth Street, NW
                           Washington, DC 20001
                           202-476-0316
                           Email: karl.herrmann@usdoj.gov

                           Sarah Bartels
                           U.S. DEPARTMENT OF JUSTICE
                           Antitrust Division
                           450 Fifth Street, NW
                           Washington, D.C. 20530
                           (202) 710-0047
                           Email: sarah.bartels@usdoj.gov

                           David E. Dahlquist
                           UNITED STATES
                           DEPARTMENT OF JUSTICE
                           Antitrust Division
                           209 South LaSalle Street
                           Suite 600
                           Chicago, IL 60604
                           (202) 805-8563
                           Email:
                           david.dahlquist@usdoj.gov

```
APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:            Jonathan Bruce Sallet
                              COLORADO DEPARTMENT OF LAW
                              Consumer Protection Section,
                              Antitrust Unit
                              Ralph L. Carr
                              Colorado Judicial Center
                              1300 Broadway
                              Suite 7th Floor
                              Denver, CO 80203
                              (720) 508-6000
                              Email: jon.sallet@coag.gov

                              William F. Cavanaugh, Jr.
                              PATTERSON BELKNAP
                              WEBB & TYLER LLP
                              1133 Avenue of the Americas
                              Suite 2200
                              New York, NY 10036-6710
                              (212) 335-2793
                              Email: wfcavanaugh@pbwt.com

For Defendant Google:         John E. Schmidtlein
                              Graham Safty
                              WILLIAMS & CONNOLLY LLP
                              725 12th St., NW
                              Washington, D.C. 20005
                              (202) 434-5000
                              Email: jschmidtlein@wc.com

For Non-Party Petitioner
Patrick Chang
Samsung Next LLC:             Juan Arteaga
                              CROWELL & MORING LLP
                              590 Madison Avenue
                              New York, NY 10022
                              (212) 803-4053
                              Email: jarteaga@crowell.com
```

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249
Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

5

```
 1                    P R O C E E D I N G S
 2             COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Civil Action 20-3010, United States of America,
 4   et al., versus Google LLC.
 5             Kenneth Dintzer for the DOJ Plaintiffs.
 6             Jonathan Sallet and William Cavanaugh for
 7   Plaintiff States.
 8             And John Schmidtlein on behalf of Google LLC.
 9             THE COURT:  All right, good afternoon, everyone.
10             I think this room has kicked up the D.C. economy a
11   little bit.
12             All right.  So we are here for our Pretrial
13   Conference after, how many months has it been, folks?
14             All right.  We're on the cusp of trial, which is
15   very exciting.
16             All right.  So we have got a number of matters we
17   need to take care of this afternoon.  I think we had -- we
18   did forward sort of an order of operations of what needs to
19   be discussed.
20             Just to reiterate it, I've sort of got five
21   things, but none of this is to the exclusion of what you all
22   want to raise and discuss, but there are a handful of
23   matters in the parties' joint submission.  There are,
24   I think, four pending motions in limine, the motions to
25   quash filed by Apple and Samsung, there's a confidentiality
```

1   with that at a different time.

2           But we know that these have no objections. And so
3   us knowing at the beginning that they've been pushed in,
4   lets us know that there's not going to be a fight or
5   anything else later on, and so we can start with that.

6           THE COURT: So let me just say this.

7           If there is not an objection to the exhibit in a
8   typical civil case, I consider any objections waived.

9           This is not the typical civil case. So if there
10  are not objected-to exhibits, I would just as well have all
11  those admitted, whether it's just to be pushed in or whether
12  these are exhibits you're going to present to a witness. So
13  we don't have to go through the song and dance of asking me
14  to admitted it, et cetera, et cetera, and we can just move
15  forward with the testimony and not worry about foundational
16  questions.

17          MR. DINTZER: That would be terrific.

18          If we could do that, we can submit a list before
19  the trial starts then, I mean, along with any of the ones
20  that we wouldn't have used.

21          THE COURT: Right.

22          MR. DINTZER: We'd start with the first witness,
23  I don't have to do the thing that we have all seen a million
24  times, but I don't have to do that, that would be terrific.

25          THE COURT: Right.