# Exhibit C

Case 5:25-cv-00951-PCP     Document 146-4     Filed 06/16/25     Page 1 of 4

```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

       United States of America,     )
       et al.,                       )
                                     )   Redacted
                      Plaintiffs,    )
                                     )   CV No. 20-3010
          vs.                        )   Washington, D.C.
                                     )   September 27, 2023
       Google LLC,                   )   1:30 p.m.
                                     )
                      Defendant.     )
       _____)


                        TRANSCRIPT OF BENCH TRIAL
                    BEFORE THE HONORABLE AMIT P. MEHTA
                        UNITED STATES DISTRICT JUDGE

       APPEARANCES:
       For DoJ Plaintiffs:      Kenneth M. Dintzer
                                Ian Hoffman
                                U.S. DEPARTMENT OF JUSTICE
                                1100 L Street, NW
                                Washington, D.C.
                                (202) 307-0340
                                Email: Kenneth.dintzer2@usdoj.gov
                                Email: Ian.hoffman@usdoj.gov

                                David E. Dahlquist
                                U.S. Department of Justice
                                209 South LaSalle Street
                                Suite 600
                                Chicago, IL  60604
                                (202) 805-8563
                                Email: David.dahlquist@usdoj.gov


       For Plaintiff
       State of Colorado:       William J. Cavanaugh, Jr.
                                Patterson Belknap Webb & Tyler LLP
                                1133 Avenue of the Americas
                                Suite 2200
                                New York, NY 10036
                                (212) 335-2793
                                Email: Wfcavanaugh@pbwt.com
```

```
 1   For Defendant Google:   John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
 2                           725 12th St., NW
                             Washington, D.C. 20005
 3                           (202) 434-5000
                             Email:  Jschmidtlein@wc.com
 4
                             Mark Popofsky
 5                           Matthew McGinnis
                             Ropes & Gray LLP
 6                           2099 Pennsylvania Avenue, NW
                             Washington, DC  20006
 7                           (202) 508-4624
                             Email:  Mark.popofsky@rogesgray.com
 8                           Email:  Matthew.mcginnis@ropesgray.com

 9
     Court Reporter:         Janice E. Dickman, RMR, CRR, CRC
10                           Official Court Reporter
                             United States Courthouse, Room 6523
11                           333 Constitution Avenue, NW
                             Washington, DC  20001
12                           202-354-3267
                                  *   *   *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    to focus on them and they'll, frankly, be the ones that I
 2    remember, more than something just pushed into the record.
 3              I'm not saying you that shouldn't do that, but with
 4    that in mind, I guess where we are is as follows:  Look, we're
 5    not sitting Friday.  Everybody remembers that; correct?  You
 6    know, let's -- I'm going to ask you all to take some time on
 7    Friday to try to and work through this.  If, at the end of the
 8    day, there remains disputes, then let's see if we can group
 9    these documents -- put these documents into groups and we'll
10    just have to take some time to try and get to -- try and
11    resolve some of these evidentiary issues.  Okay?
12              MR. McLELLAN:  Sounds great to me.  Thanks, Judge.
13              THE COURT:  I want to avoid -- and I think this is
14    true for both sides, what I want to avoid is a situation where
15    a party is not in a position to introduce a piece of evidence
16    simply because a records custodian wasn't called or something
17    that is really very, you know, procedural in nature.
18              MR. McLELLAN:  That's our intent as well.
19              THE COURT:  Okay.  All right.
20              MR. McLELLAN:  Thank you, Your Honor.
21              THE COURT:  One more scheduling question.  Do we
22    expect to finish -- we're going to tomorrow with Mr. Austin.
23    Do we think we're going to get through Mr. Tinter tomorrow, is
24    that the plan?
25              MR. SCHMIDTLEIN:  Uncertain.  Uncertain.  The
```