UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>               *Defendants.* | CASE NO. 5:25-CV-00951-PCP<br><br>JUDGE: Hon. P. Casey Pitts<br>MAGISTRATE JUDGE: Hon. Susan van Keulen<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR EVEN ALLOTMENT OF TRIAL TIME AND TO PRECLUDE TRIAL BY SUBMISSION** |

      Upon consideration of Defendants' Motion for Even Allotment of Trial Time and to Preclude Trial by Submission ("Motion"), ECF No. 126, and Plaintiff's Opposition to Defendants' Motion Regarding Trial Logistics, the Motion is DENIED. The Parties are permitted to (1) submit designated deposition testimony rather than play that testimony in open court and (2) enter into evidence exhibits without sponsoring witnesses. The Court further allocates 30 hours of trial time to United States and 26 hours for Defendants for presenting their respective cases.

Dated: June___, 2025

                                                  _____
                                                  HON. P. CASEY PITTS
                                                  UNITED STATES DISTRICT COURT

1

[Proposed] Order Denying Defendants' Motion for even allotment of trial time and to preclude trial by submission
Case No. 5:25-cv-00951-PCP