UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO., et al.,<br><br>Defendants. | Case No. 25-cv-00951-PCP<br><br>**ORDER SETTING REMOTE HEARING**<br><br>Re: Dkt. No. 126 |
|---|---|

On June 10, 2025, defendants in this matter moved the Court for an order providing for an equal allotment of trial time, requiring that all exhibits be admitted through a sponsoring witness, and requiring that the parties be prohibited from introducing deposition testimony outside of trial. The United States filed its opposition to defendants' motion on June 16, 2025.

Although the parties have stated that they will be prepared to address the issues raised in defendants' motion at the June 30, 2025 pretrial conference, the Court believes that the parties' interests will be better served by resolving those issues at an earlier date. Accordingly, the Court sets defendants' motion for a remote hearing via Zoom on Wednesday, June 18, 2025, at 2pm. In preparing for the hearing, the parties should be aware that the Court expects that each trial day will include an average of roughly 6 hours of testimony after accounting for necessary breaks, and that the Court is now able to extend the trial by 3 days, with those trial days falling on Monday, July 28, 2025; Tuesday, July 29, 2025; and Friday, August 1, 2025.

**IT IS SO ORDERED.**

Dated: June 17, 2025

P. Casey Pitts
United States District Judge