DANA M. SILVA (BAR NO. 271920)
dana.silva@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Third Party
THE PENNSYLVANIA STATE UNIVERSITY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>　　　　Defendants. | Case No. 5:25-cv-00951-PCP<br><br>**[PROPOSED] ORDER GRANTING THIRD PARTY THE PENNSYLVANIA STATE UNIVERSITY'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBITS AND TRIAL TESTIMONY**<br><br>**[L.R. 7-11, 79-5]**<br><br>Judge:　P. Casey Pitts |

**[PROPOSED] ORDER**

Upon consideration of Third Party The Pennsylvania State University's Administrative Motion to Seal Trial Exhibits and Trial Testimony, the Court rules as follows:

Third Party The Pennsylvania State University's Administrative Motion to Seal Trial Exhibits and Trial Testimony is granted for good cause shown.

IT IS FURTHER ORDERED that the documents identified by Bates Numbered PSU-DOJ-00000199-202; PSU-DOJ-00000215-219; PSU-DOJ-00000301-302; and PSU-DOJ-00000343-344, and attached as Exhibits 3, 4, 5, and 6 to the Campbell Declaration submitted in support of the Motion to Seal, shall be filed under seal pursuant to Local Rule 79-5(c); and

IT IS FURTHER ORDERED that the following portions of the deposition testimony of Mark Campbell, designated to be read at trial in lieu of live testimony, identified by the page and line number of the deposition transcript as follows: 24:7-10; 30:2-15; 84:11-14; 88:10-17; 93:7-95:20; 106:6-107:9; 107:16-18; 108:7-9; 108:13-23; 111:4-24; 124: 10-14; 125:2-126:12; 127:22-129:8; 194:1-25; 195:24-196:15; and 203:24-205:15 shall be filed under seal pursuant to Local Rule 79-5(c).

Dated: _____

P. Casey Pitts
United States District Court Judge