UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

HEWLETT PACKARD ENTERPRISE
CO. and JUNIPER NETWORKS, INC.,

Defendant(s).

Case No. 5:25-cv-00951-PCP

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Dylan Young, an active member in good standing of the bar of New York and D.C., hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Cisco Systems, Inc. in the above-entitled action. My local co-counsel in this case is Dan Asimow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 165661.

250 West 55th St New York, NY 10019
MY ADDRESS OF RECORD

212.836.7908
MY TELEPHONE # OF RECORD

dylan.young@arnoldporter.com
MY EMAIL ADDRESS OF RECORD

3 Embarcadero Cr, San Francisco, CA 9411
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415.471.3142
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

daniel.asimow@arnoldporter.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5938717 (NY);.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 6/12/2025                                    Dylan Young

5                                                      APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Dylan Young                is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: ____June 17, 2025_____

16

17  _____

18  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California