UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE CO., et al.,<br><br>　　　　Defendants. | Case No.  5:25-cv-00951-PCP<br><br>**ORDER RE: TRIAL PROCEDURES**<br><br>Re: Dkt. No. 126 |

As discussed at the June 18, 2025 hearing:

1. Trial time will be allocated equally between parties, with each side allocated 33 hours.

2. The Court will allow submission of deposition designations and counter-designations not to exceed 10 hours combined for each side.

3. By June 27, 2025, the parties will file a report regarding the status of their efforts to reach agreement regarding the admission of certain exhibits without a sponsoring witness.

4. The parties will provide the Court with two chambers copies of all future filings. The copies should be three-hole punched, printed double sided, and include tabs that identify the document by its ECF docketing stamp. The chambers copies must be unredacted, and each binder should include a table of contents that identifies each document by its location on the docket.

**IT IS SO ORDERED.**

Dated: June 20, 2025

_____
P. Casey Pitts
United States District Judge