1 MARK W. POE (BAR NO. 223714)
mpoe@gawpoe.com
2 RANDOLPH GAW (BAR NO. 223718)
rgaw@gawpoe.com
3 GAW | POE LLP
4 4 Embarcadero, Suite 1400
San Francisco, CA 94111
5 Telephone:   415-766-7451

6 *Counsel for third-party Palo Alto Networks, Inc.*

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 25-cv-00951-PCP |
| 12 Plaintiff, | **DECLARATION OF YOGESH RANADE** |
| 13 v. | **[HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER]** |
| 14 HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | |
| 15 | **[REDACTED VERSION FOR PUBLIC FILING]** |
| 16 Defendants. | |

RANADE DECL.
NO. 25-CV-00951-PCP

I, Yogesh Ranade, declare as follows:

1. I am currently employed as Senior Director, Product Management, for Palo Alto Networks, Inc. ("PAN"). This declaration is based in part on my personal knowledge, and in part on communications that I have had with PAN colleagues who are themselves knowledgeable about such matters, and whose statements on such matters I deem reliable. If called as a witness, I could and would testify competently thereto.

2. I understand that Hewlett Packard Enterprise Co. ("HP") has served PAN with a subpoena related to the above-captioned case, and that the United States has likewise served PAN with a substantially identical subpoena. I am advised that both subpoenas call for PAN to produce various documents related to the proposed acquisition of Juniper Networks, Inc. by HP, and related to PAN's business as it relates to wireless local area networking, or "WLAN."

3. [REDACTED]

4. Because the matters addressed herein relate to PAN's confidential corporate plans and strategies, and could damage PAN's competitive position if publicly disclosed, they should be treated as HIGHLY CONFIDENTIAL pursuant to the terms of the protective order that has been entered in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 2025-05-28, at Santa Clara, California.

Signed by:
*Yogesh Ranade*
Yogesh Ranade

- 1 -

RANADE DECL.
NO. 25-CV-00951-PCP