1  JACOB K. DANZIGER (SBN 278219)
2  ARENTFOX SCHIFF LLP
   350 S. Main Street, Ste 210
3  Ann Arbor, MI 48104
   Telephone:    (734) 222-1516
4  Jacob.Danziger@afslaw.com
   Attorneys for Third-Party Subpoena
5  Recipient FORTINET, INC.

6  BETH A. WILKINSON (*pro hac vice*)          STEVEN C. SUNSHINE (*pro hac vice*)
7  **WILKINSON STEKLOFF LLP**                  TARA REINHART (*pro hac vice*)
   2001 M Street NW, 10th Floor                **SKADDEN, ARPS, SLATE, MEAGHER**
8  Washington, DC 20036                        **& FLOM LLP**
   (202) 847-4010                              1440 New York Avenue, NW
9  bwilkinson@wilkinsonstekloff.com            Washington, DC 20005
                                               (202) 371-7000
10 JULIE ELMER (*pro hac vice*)                steven.sunshine@skadden.com
   JENNIFER MELLOTT (*pro hac vice*)           tara.reinhart@skadden.com
11 **FRESHFIELDS US LLP**
   700 13th St NW                              *Attorneys for Defendant*
12 Washington, DC 20005                        JUNIPER NETWORKS, INC.
   (202) 777-4500
13 julie.elmer@freshfields.com
   jennifer.mellott@freshfields.com
14
15 SAMUEL G. LIVERSIDGE (CA No. 180578)
16 **GIBSON, DUNN & CRUTCHER LLP**
   333 South Grand Avenue
17 Los Angeles, CA 90071-3197
   (213) 229-7000
18 sliversidge@gibsondunn.com
19 *Attorneys for Defendant*
   HEWLETT PACKARD ENTERPRISE CO.
20
               **IN THE UNITED STATES DISTRICT COURT**
21             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
22 UNITED STATES OF AMERICA,
23                                             Case No. 5:25-cv-00951-PCP
              Plaintiff,
24                                             **FORTINET, INC.'S ADMINISTRATIVE**
        v.                                     **MOTION TO SEAL (1) TRIAL**
25 HEWLETT PACKARD ENTERPRISE                  **EXHIBITS; AND (2) DEPOSITION**
   CO. and JUNIPER NETWORKS, INC.,             **TESTIMONY OF CHRISTOPHER HINSZ**
26
              Defendants.
27                                             Judge:          Hon. P. Case Pitts
                                               Action Filed:   January 30, 2025
28

FORTINET'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS AND DEPOSITION
TESTIMONY

1

## I.    INTRODUCTION

Pursuant to Civil Local Rule 7-11 and 79-5, Fortinet, Inc. ("Fortinet") respectfully submits this Administrative Motion to File Under Seal certain Fortinet documents identified by the parties as trial exhibits and certain limited portions of deposition testimony from Fortinet witness Christopher Hinsz that the parties have designated as potential trial testimony.

The Fortinet documents designated as trial exhibits were produced pursuant to subpoenas issued by the parties and designated as Highly Confidential under to the applicable Protective Order.  *See* Dkt. 107 (Joint Stipulation and Amended Protective Order). Copies of the documents that Fortinet seeks to maintain under seal are attached as Exhibits 1-21 and have been provisionally filed under seal.

A party seeking to file a document under seal must "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law."  Civil L.R. 79-5(b).  In connection with a non-dispositive motion, a party must demonstrate that "'good cause' exists to protect th[e] information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality."  *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2009) (alteration in original) (quoting *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002)).  Good cause is shown by "making a 'particularized showing' that 'specific prejudice or harm will result' should the information be disclosed."  *PQ Labs, Inc. v. Qi*, No. C 12-450 CW, 2014 WL 4617216, at *1 (N.D. Cal. Sept. 15, 2014) (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006)).

The documents that Fortinet moves to maintain under seal contain confidential and sensitive business information that Fortinet would not share with competitors or publicly disclose. If such information is disclosed, there is a substantial probability that Fortinet would suffer competitive harm – making it more difficult for Fortinet to compete. Some of the documents Fortinet seeks to seal contain information about third-party customers and the disclosure of that information could be harmful to those customers. Similarly, Mr. Hinsz testified at his deposition

28

about Fortinet's confidential financial information, third-party customer information, Fortinet's

sales strategy, Fortinet's internal assessment of its capabilities and those of its competitors, and

other confidential business information.

Fortinet seeks to seal only highly sensitive and confidential information, the public

disclosure of which would harm Fortinet and its non-party customers. Disclosing these documents

and this deposition trial testimony publicly would harm Fortinet by revealing its highly

confidential, financial and business information and non-party customer information to its

competitors. There is an overriding interest in maintaining the confidentiality of this information

that justifies sealing these materials. Accordingly, Fortinet requests that the documents and

deposition testimony identified below be sealed at trial.

## II.    THE INFORMATION REQUESTED TO BE SEALED

Fortinet moves to seal the following proposed trial exhibits and deposition trial testimony:

| Exhibit | Document | Reason for Sealing |
|---------|----------|-------------------|
| 1 | FTNT-SUB-00026897-FTNT-SUB-00026900 | Contains Fortinet confidential financial information, business information about sales strategy and pricing, details about third-party Fortinet customers, and confidential technical information including details about third-party customer wifi product deployment. |
| 2 | FTNT-SUB-00021636 - FTNT-SUB-00021640 | Contains Fortinet confidential financial information, business information about sales strategy, details about third-party Fortinet customers, and confidential technical information including details about a third-party customer wifi product deployment. |
| 3 | FTNT-SUB-00027615 - FTNT-SUB-00027618 | Contains confidential details about third-party Fortinet customers' technical information including details about third-party customer wifi issues and Fortinet's efforts to resolve. |
| 4 | FTNT-SUB-00052414 - FTNT-SUB-00052416 | Contains Fortinet confidential financial information, business information about sales strategy, details about a third-party Fortinet customer, and confidential technical information including details about a third-party customer's wifi product deployment. |
| 5 | FNTN-CID-00191090 - | Contains Fortinet confidential financial information, including revenue and revenue targets, and business |

| | | FNTN-CID-00191094 | information about sales strategy. |
|---|---|---|---|
| | 6 | FNTN-CID-00009777 - FNTN-CID-00009796 | Contains Fortinet confidential business information, including strategy for communications with analysts and Fortinet's internal assessment of its capabilities. |
| | 7 | FNTN-CID-00013451 - FNTN-CID-00013479 | Contains Fortinet confidential business information, including strategy for communications with analysts and Fortinet's internal assessment of its capabilities. |
| | 8 | FNTN-CID-00020681 - FNTN-CID-00020683 | Contains Fortinet confidential business information, including strategy for communications with analysts and Fortinet's internal assessment of its capabilities. |
| | 9 | FNTN-CID-00033899 - FNTN-CID-00033899 | Contains Fortinet confidential financial information, business information about sales strategy, details about a third-party Fortinet customer, and confidential technical information including details about a third-party customer's wifi product deployment. |
| | 10 | FNTN-CID-00035371 - FNTN-CID-00035388 | Contains Fortinet confidential business information, including strategy for communications with analysts and Fortinet's internal assessment of its capabilities. |
| | 11 | FNTN-CID-00009834 - FNTN-CID-00009835 | Contains Fortinet confidential business information, including strategy for communications with analysts and analysts' assessment of Fortinet capabilities. |
| | 12 | FNTN-CID-00026304 - FNTN-CID-00026304 | Contains Fortinet confidential business information, including sales strategy and Fortinet's internal assessment of its capabilities. |
| | 13 | FNTN-CID-00030518 - FNTN-CID-00030520 | Contains Fortinet confidential sales strategy information, including proposed promotion to convert customers. |
| | 14 | FTNT-CID-00000027 | Contains Fortinet's revenue and product cost for US and worldwide sales. |
| | 15 | FTNT-SUB-00007764 - FTNT-SUB-00007765 | Contains Fortinet confidential business information, including discussion of potential new customer, sales strategy, and Fortinet's internal assessment of its capabilities. |
| | 16 | FTNT-SUB-00011245 - FTNT-SUB-00011246 | Contains Fortinet confidential business information, including discussion of potential new customer, sales strategy, and Fortinet's internal assessment of its capabilities. |

| 17 | FTNT-SUB-00017438 - FTNT-SUB-00017440 | Contains Fortinet confidential business information, including sales strategy, and competitive advantages. |
|---|---|---|
| 18 | FTNT-SUB-00023444 - FTNT-SUB-00023446 | Contains Fortinet confidential business information, including discussion of new customer, sales strategy, and the third-party customer's internal assessment of its capabilities. |
| 19 | FTNT-SUB-00041130 - FTNT-SUB-00041133 | Contains Fortinet confidential business information, including discussion of potential new customer, sales strategy, and Fortinet's internal assessment of its capabilities. |
| 20 | FTNT-SUB-00060435 - FTNT-SUB-00060482 | Contains Fortinet confidential business information, including sales strategy, and competitive advantages. |
| 21(a) | Hinsz Dep. Tr. 45:9-46:22 | Testimony about Fortinet's confidential financial information. |
| 21(b) | Hinsz Dep. Tr. 60:1-17 | Testimony about Fortinet's confidential product feature/plans for products. |
| 21(c) | Hinsz Dep. Tr. 68:1-6 | Testimony about Fortinet's confidential future plans for products. |
| 21(d) | Hinsz Dep. Tr. 78:8-79:1; 81:2-19; 82:11-19 | Testimony about Fortinet's confidential promotional program and opinion of the marketplace post-merger. |
| 21(e) | Hinsz Dep. Tr. 83:19-96:21 | Testimony about a Fortinet document containing confidential business and financial information. |
| 21(f) | Hinsz Dep. Tr. 97:8-101:5 | Testimony about a Fortinet document containing confidential business, sales strategy, and financial information. |
| 21(g) | Hinsz Dep. Tr. 102:3-108:13 | Testimony about a Fortinet document containing confidential third-party customer information, business, sales strategy, and financial information. |
| 21(h) | Hinsz Dep. Tr. 108:22-113:9 | Testimony about third-party Fortinet customers' technical information including details about third-party customer wifi issues and Fortinet's efforts to resolve. |
| 21(i) | Hinsz Dep. Tr. 114:3-119:9 | Testimony about Fortinet confidential financial information, business information about sales strategy and pricing, details about third-party Fortinet customers, and confidential technical information including details about third-party customer wifi product deployment. |

| 21(j) | Hinsz Dep. Tr. 119:10-120:23 | Testimony about Fortinet confidential financial information, business information about sales strategy, details about a third-party Fortinet customer, and confidential technical information including details about a third-party customer's wifi product deployment. |
| 21(k) | Hinsz Dep. Tr. 126:4-126:13 | Testimony about Fortinet's policy on discounting. |
| 21(l) | Hinsz Dep. Tr. 127:2-135:17 | Testimony about Fortinet confidential business information, including strategy for communications with analysts and analysts' assessment of Fortinet capabilities. |
| 21(m) | Hinsz Dep. Tr. 135:21-141:10 | Testimony about Fortinet confidential business information, including strategy for communications with analysts and Fortinet's internal assessment of its capabilities. |
| 21(n) | Hinsz Dep. Tr. 141:14-146:19 | Testimony about Fortinet confidential business information, including strategy for communications with analysts and Fortinet's internal assessment of its capabilities. |
| 21(o) | Hinsz Dep. Tr. 162:23-163:18 | Testimony about Fortinet confidential business information, including strategy for communications with analysts and Fortinet's internal assessment of its capabilities. |
| 21(p) | Hinsz Dep. Tr. 203:16-213:19 | Testimony about Fortinet's current customers. |
| 21(q) | Hinsz Dep. Tr. 216:25-225:1 | Testimony about Fortinet's confidential contract information and information about third-party Fortinet customer, and confidential technical information including details about a third-party customer's wifi product deployment. |
| 21(r) | Hinsz Dep. Tr. 225:19-226:11 | Testimony regarding Fortinet's confidential corporate strategy. |
| 21(s) | Hinsz Dep. Tr. 228:14-19 | Testimony regarding Fortinet's confidential corporate strategy. |
| 21(t) | Hinsz Dep. Tr. 230:1-231:1 | Testimony regarding Fortinet's assessments of competitors. |
| 21(u) | Hinsz Dep. Tr. 233:17-234:19 | Testimony regarding Fortinet's assessments of competitors. |

| 21(v) | Hinsz Dep. Tr. 238:10-242:5 | Testimony regarding Fortinet's assessments of competitors. |
| 21(w) | Hinsz Dep. Tr. 275:16-278:25 | Testimony regarding confidential promotional program. |
| 21(x) | Hinsz Dep. Tr. 280:11-289:2 | Testimony regarding confidential promotional program. |
| 21(y) | Hinsz Dep. Tr. 307:20-311:5 | Testimony regarding Fortinet's confidential sales strategy and internal assessment of its capabilities. |
| 21(z) | Hinsz Dep. Tr. 294:3-294:12 | Testimony regarding Fortinet's confidential assessment of sales strategy. |
| 21(aa) | Hinsz Dep. Tr. 311:15-312:3 | Testimony regarding confidential Fortinet revenue and market share information. |
| 21(bb) | Hinsz Dep. Tr. 313:9-314:21 | Testimony regarding Fortinet's confidential sales strategy and internal assessment of its capabilities. |
| 21(cc) | Hinsz Dep. Tr. 317:16-318:15 | Testimony regarding Fortinet's confidential sales strategy and internal assessment of its capabilities. |

Accordingly, pursuant to Civil L.R. 79-5(f), Fortinet hereby moves the Court for an order sealing the following documents: Exhibits 1 to 20 to the Danziger Declaration and the limited portions of the Hinsz deposition transcript (Danziger Decl. Exhibit 21) noted above.

| DATED:  June 23, 2025            By: | Respectfully submitted:<br><br>*/s/ Jacob K. Danziger*<br>Jacob K. Danziger (SBN 278219)<br>ARENTFOX SCHIFF LLP<br>350 S. Main Street, Ste 210<br>Ann Arbor, MI 48104<br>Telephone:   (734) 222-1516<br>Jacob.Danziger@afslaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.


By: ___*/s/ Jacob K. Danziger*___