JENNIFER M. OLIVER (CA SBN 311196)
Jennifer.oliver@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:    619 239 8700
Fax:              619 702 3898

*Attorney for Non-Party,
Duquesne University*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>                    Defendants. | Case No.: 5:25-cv-00951-PCP<br><br>**EXHIBITS A- J TO NON-PARTY DUQUESNE UNIVERSITY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND SEAL DOCUMENTS AT TRIAL [DKT 182]**<br><br>Complaint Filed:   January 30, 2025 |