| | |
|---|---|
| MICHAEL J. FREEMAN (OH No. 086797)<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Fifth Street, NW, Suite 4000<br>Washington, DC 20530<br>Telephone: (212) 213-2774<br>Fax: (202) 514-5847<br>Michael.Freeman@usdoj.gov<br><br>*Attorney for Plaintiff*<br>UNITED STATES OF AMERICA<br><br>STEVEN C. SUNSHINE (*pro hac vice*)<br>TARA REINHART (*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>(202) 371-7000<br>steven.sunshine@skadden.com<br>tara.reinhart@skadden.com<br><br>*Attorneys for Defendant*<br>JUNIPER NETWORKS, INC.<br><br>[Additional counsel listed on signature page] | BETH A. WILKINSON (*pro hac vice*)<br>KOSTA S. STOJILKOVIC (*pro hac vice*)<br>WILKINSON STEKLOFF LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>(202) 847-4010<br>bwilkinson@wilkinsonstekloff.com<br>kstojilkovic@wilkinsonstekloff.com<br><br>JULIE ELMER (*pro hac vice*)<br>JENNIFER MELLOTT (*pro hac vice*)<br>FRESHFIELDS US LLP<br>700 13th St NW<br>Washington, DC 20005<br>(202) 777-4500<br>julie.elmer@freshfields.com<br>jennifer.mellott@freshfields.com<br><br>SAMUEL G. LIVERSIDGE (CA No. 180578)<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000<br>sliversidge@gibsondunn.com<br><br>*Attorneys for Defendant*<br>HEWLETT PACKARD ENTERPRISE CO. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants.* | CASE NO. 5:25-cv-00951-PCP<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF CIVIL LOCAL RULE 79-5 FOR PRE-TRIAL FILINGS**<br><br>Judge:          P. Casey Pitts<br>Action Filed:  June 25, 2025 |

-1-

Plaintiff United States of America, Defendant Hewlett Packard Enterprise Co. ("HPE"), and Defendant Juniper Networks, Inc. ("Juniper"), hereinafter jointly referred to as the Parties, submit this Joint Stipulation to modify Civil Local Rule 79-5 for certain pre-trial filings in order to minimize duplicative sealing motions and reduce the burden on the Court and third parties.

WHEREAS the Case Management Statement requires the Parties to file this week pre-trial filings, including Pre-Trial Briefs; Pre-Trial Proposed Findings of Fact and Proposed Conclusions of Law; Motions In Limine; and a joint submission to the Court regarding disputes about the admissibility of trial exhibits and deposition designations and outstanding issues regarding confidentiality issues (collectively, "Pre-Trial Filings");

WHEREAS each Pre-Trial Filing will involve information designated as confidential by the Parties and/or multiple third parties, necessitating the filing of sealing motions and declarations;

WHEREAS the Local Rules call for a separate Motion to Consider Sealing for each third party to be supported by a subsequent motion or declaration from the third party, see Civil L.R. 79-5(f);

WHEREAS substantial time is required to carefully and properly redact each Party and third party's confidential information and thus avoid inadvertent disclosure of confidential information;

WHEREAS the majority of the Party and third-party confidential information at issue is already before the Court in sealing motions related to the Parties' trial exhibits and deposition designations and is currently pending Court review;

WHEREAS the Parties wish to conserve the resources of the Court, the Parties, and third parties in this matter by avoiding the filing of multiple, duplicative sealing motions and declarations;

WHEREAS Parties in other matters in the Northern District of California have, with court approval, stipulated to modifications of the sealing procedures set forth in the local rules when warranted to streamline the sealing process when multiple sealing motions and orders otherwise would be required, *see, e.g.*, Stipulation and Order Modifying Sealing Procedures, *In re Apple iPhone Antitrust Litigation*, No. 11-cv-06714 (N.D. Cal. Sept. 26, 2022) (adopting the parties' modified sealing procedure which involved filing an omnibus sealing motion after briefing on the underlying motions concluded);

WHEREAS the Court's Civil Standing Orders note that if the briefing on a substantive motion includes multiple sealing motions, the Court may require a single joint motion consolidating all requests;

WHEREFORE, the Parties hereby stipulate and agree subject to the Court's approval:

1. With respect to Defendants' Brief Opposing Plaintiffs' Omnibus Motion In Limine, the Parties agree to file the brief publicly with any necessary redactions consistent with the ordinary process of Civil Local Rule 79-5, but to the extent that the supporting declaration and any exhibits to the brief include information for which the Party intends to request sealing or for which it believes another Party or third party intends to request sealing, the Party may file the supporting declaration and its associated exhibits provisionally under seal.

2. With respect to the Pre-Trial Briefs, the Parties agree to file the briefs and any supporting materials provisionally under seal on June 25, 2025, and to file public redacted versions of the briefs alone on June 30, 2025.

3. With respect to all other Pre-Trial Filings, if those filings include information for which the Party intends to request sealing or for which it believes another Party or third party intends to request sealing, the Party may file the document and any supporting material provisionally under seal.

4. After filing the sealed versions of the Pre-Trial Filings on June 25, 2025, the filing Party within 24 hours shall bear the responsibility of (1) notifying each affected third party if any of the third party's confidential information has been filed under seal, and (2) informing the third party that, if necessary, it may file a supplemental motion to seal by July 3.

5. The Parties shall jointly consolidate any remaining Party-specific confidentiality issues that have not been previously presented to the Court in a Pre-Trial Consolidated Sealing Motion to be filed on July 3;

   a. The Pre-Trial Consolidated Sealing Motion shall attach declarations supporting requests to seal, as appropriate;

   b. The Pre-Trial Consolidated Sealing Motion shall attach a proposed order. The proposed order shall include a table listing the documents requested to be sealed, in accordance with Civil Local Rule 79-5(c)(3).

6. The Party that filed the underlying document sought to be sealed shall file the public-facing version of the document, with any redactions pursuant to the Court's sealing order, within 7 days following the Court's order on the Pre-Trial Consolidated Sealing Motion with respect to Party-specific confidential information, and within 7 days following the Court's respective orders concerning third-party confidential information.

SO ORDERED.

Dated: _____

HONORABLE P. CASEY PITTS
United States District Judge

Dated: June 25, 2025

/s/ *Miriam M. Arghavani*
Miriam M. Arghavani (CA Bar # 334536)
U.S. Department of Justice
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (202) 374-6582
Fax: (202) 514-5847
Miriam.Arghavani@usdoj.gov
*Attorneys for Plaintiff United States*

| | |
|---|---|
| Dated: June 25, 2025 | /s/   *Julie Elmer* |
| | Julie Elmer |
| | Jennifer Mellott |
| | Freshfields US LLP |
| | 700 13th Street, NW, 10th Floor |
| | Washington, DC 20005-3960 |
| | (202) 777-4500 |
| | julie.elmer@freshfields.com |
| | jennifer.mellott@freshfields.com |
| | |
| | Beth A. Wilkinson (*pro hac vice*) |
| | Wilkinson Stekloff LLP |
| | 2001 M Street NW, 10th Floor |
| | Washington, DC 20036 |
| | (202) 847-4010 |
| | bwilkinson@wilkinsonstekloff.com |
| | |
| | Samuel G. Liversidge (CA No. 180578) |
| | Gibson Dunn & Crutcher LLP |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| | (213) 229-7000 |
| | sliversidge@gibsondunn.com |
| | *Attorneys for Defendant Hewlett Packard Enterprise Co.* |

| | |
|---|---|
| Dated: June 25, 2025 | /s/ *Steven C. Sunshine* <br> Steven C. Sunshine <br> Tara Reinhart <br> Skadden, Arps, Slate, Meagher & Flom LLP 1440 New York Avenue, NW <br> Washington, DC 20005 <br> (202) 371-7000 <br> steve.sunshine@skadden.com <br> tara.reinhart@skadden.com <br> *Attorneys for Defendant Juniper Networks, Inc.* |

-6-

JOINT STIPULATION RE: MODIFICATION OF CIVIL L.R. 79-5 FOR PRE-TRIAL FILINGS
Case No. 5:25-cv-00951-PCP

**ATTORNEY ATTESTATION**

I, Miriam M. Arghavani, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ *Miriam M. Arghavani*
Miriam M. Arghavani