BETH A. WILKINSON (*pro hac vice*)
KOSTA S. STOJILKOVIC (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (Bar No. 180578)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

JACK P. DICANIO (SBN 138782)
MICHAEL C. MINAHAN (SBN 311873)
**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Jack.DiCanio@skadden.com
Michael.Minahan@skadden.com

STEVEN C. SUNSHINE (*pro hac vice*)
TARA REINHART (*pro hac vice*)
JOSEPH RANCOUR (*pro hac vice*)
RYAN J. TRAVERS (*pro hac vice*)
ANISA A. SOMANI (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-8301
Steve.Sunshine@skadden.com
Tara.Reinhart@skadden.com
Joseph.Rancour@skadden.com
Ryan.Travers@skadden.com
Anisa.Somani@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-cv-00951-PCP |
| *Plaintiff*, | |
| v. | **DEFENDANTS' ADMINISTRATIVE MOTION SEEKING TO PROVISIONALLY SEAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND SUPPORTING DECLARATION AND EXHIBITS** |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | |
| *Defendants*. | Judge:        P. Casey Pitts |
| | Action Filed:   January 30, 2025 |

Defendants respectfully move this Court to provisionally seal from public disclosure and permit sealing of the Proposed Findings of Fact and Conclusions of Law, as well as the supporting Declaration and Exhibits, pursuant to the Joint Stipulation Regarding Modification of Civil Local Rule 79-5 granted by the Court. *See* ECF No. 195.

Dated:  June 25, 2025

By: */s/ Jack P. DiCanio*
Jack P. DiCanio
*Attorney for Defendant*
*JUNIPER NETWORKS, INC.*

Jack P. DiCanio (SBN 138782)
Michael C. Minahan (SBN 311873)
**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Jack.DiCanio@skadden.com
Michael.Minahan@skadden.com

Steven C. Sunshine (*pro hac vice*)
Tara Reinhart (*pro hac vice*)
Joseph Rancour (*pro hac vice*)
Ryan J. Travers (*pro hac vice*)
Anisa A. Somani (*pro hac vice*)
**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-8301
Steve.Sunshine@skadden.com
Tara.Reinhart@skadden.com
Joseph.Rancour@skadden.com
Ryan.Travers@skadden.com
Anisa.Somani@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

Respectfully Submitted,

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
*Attorney for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*

Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Daniel Epps (*pro hac vice*)
Roxana Guidero (SBN 319299)
Jenna Pavelec (*pro hac vice*)
Kellen M. McCoy (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
depps@wilkinsonstekloff.com
rguidero@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
kmccoy@wilkinsonstekloff.com

Owen W. Gallogly (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
ogallogly@wilkinsonstekloff.com

Julie S. Elmer (*pro hac vice*)
Eric Mahr (*pro hac vice*)
Jennifer Mellott (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

Justina K. Sessions (Bar No.  270914)
**FRESHFIELDS US LLP**
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

Samuel G. Liversidge (SBN 180578)
Daniel Nowicki (SBN 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
DNowicki@gibsondunn.com

Stephen Weissman (*pro hac vice*)
Michael J. Perry (SBN 255411)
Kristen C. Limarzi (*pro hac vice*)
Jamie E. France (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
SWeissman@gibsondunn.com
MJPerry@gibsondunn.com
KLimarzi@gibsondunn.com
JFrance@gibsondunn.com

*Attorneys for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*