MICHAEL J. FREEMAN (OH BAR # 0086797)
Senior Litigation Counsel
JEREMY M. GOLDSTEIN (CA BAR # 324422)
Trial Attorney
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 213-2774
Fax: (202) 514-5847
Email: Michael.Freeman@usdoj.gov

[Additional counsel listed on signature page]

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**UNITED STATES OF AMERICA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>DATE: June 25, 2025<br>JUDGE: Hon. P. Casey Pitts |

    Pursuant to Civil Local Rule 79-5 and the Joint Stipulation Regarding Modifications of Civil Local Rule 79-5 for Pre-Trial Filings ("Joint Pre-Trial Filings Sealing Stipulation"), ECF No. 191, Plaintiff United States of America ("United States") submits this Administrative Motion to File Under Seal the United States' Pre-Trial Brief and Pre-Trial Proposed Findings of Fact and Conclusions of Law.

    The Joint Pre-Trial Filings Sealing Stipulation provides that the Parties may file Pre-Trial Briefs, Pre-Trial Proposed Findings of Fact and Proposed Conclusions of Law, and any supporting materials provisionally under seal if those filings include information for which the Party believes another Party or third party intends to request sealing. The United States believes that its Pre-Trial Brief, Pre-Trial

Proposed Findings of Fact and Conclusions of Law, and supporting materials contain such information and provisionally files them under seal as a result. *See* Decl. of Michael J. Freeman In Support of Pl. United States of America's Pre-Trial Prop. Findings of Fact and Conclusions of Law ¶ 4.

Dated: June 25, 2025

/s/ *Michael J. Freeman*
MICHAEL J. FREEMAN (OH BAR # 0086797)
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Email: Michael.Freeman@usdoj.gov

*Attorney for Plaintiff United States of America*

**ATTORNEY ATTESTATION**

I, Jeremy M. Goldstein, am the ECF user whose identification and password are being used to file the PLAINTIFF UNITED STATES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ *Jeremy M. Goldstein*
Jeremy M. Goldstein

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2025, I served the foregoing on all counsel of record via ECF.

Dated: June 25, 2025

By:   */s/ Jeremy M. Goldstein*

JEREMY M. GOLDSTEIN (CA BAR # 324422)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102-3478
(415) 818-4752
Jeremy.Goldstein@usdoj.gov

*Counsel for Plaintiff United States of America*