MICHAEL J. FREEMAN (OH NO. 086797)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Michael.Freeman@usdoj.gov

*ATTORNEY FOR PLAINTIFF*
UNITED STATES OF AMERICA

STEVEN C. SUNSHINE (*PRO HAC VICE*)
TARA REINHART (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
steven.sunshine@skadden.com
tara.reinhart@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

[Additional counsel listed on signature page]

BETH A. WILKINSON (*PRO HAC VICE*)
KOSTA S. STOJILKOVIC (*PRO HAC VICE*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

JULIE ELMER (*PRO HAC VICE*)
JENNIFER MELLOTT (*PRO HAC VICE*)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (CA NO. 180578)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

UNITED STATES OF AMERICA,

*Plaintiff*

v.

HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,

*Defendants.*

CASE NO. 5:25-cv-00951-PCP

**JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

DATE: June 27, 2025
JUDGE: Hon. P. Casey Pitts

Pursuant to Civil Local Rule 79-5 and the Joint Stipulation Regarding Modifications of Civil Local Rule 79-5 for Pre-Trial Filings ("Joint Pre-Trial Filings Sealing Stipulation"), ECF No. 191, Plaintiff United States of America and Defendants Hewlett Packard Enterprise Co. and Juniper Networks submits this Administrative Motion to File Under Seal the Parties' Joint Submission Regarding Disputes About Admissibility of Trial Exhibits, Confidentiality Issues, and Deposition Designations ("Joint Submission").

The Joint Pre-Trial Filings Sealing Stipulation provides that the Parties may file Joint Stipulations and any supporting materials provisionally under seal if those filings include information for which the Party believes another Party or third party intends to request sealing. The Parties believe that the Joint Submission contains such information and provisionally files it under seal as a result.

Dated: June 27, 2025

*/s/ Michael J. Freeman*

MICHAEL J. FREEMAN (OH BAR # 0086797)
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Email: Michael.Freeman@usdoj.gov

*Attorney for Plaintiff United States of America*

Dated: June 27, 2025

/s/ *Julie Elmer*
Julie Elmer
Jennifer Mellott
Freshfields US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

Beth A. Wilkinson (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com

Samuel G. Liversidge (CA No. 180578)
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com
*Attorneys for Defendant Hewlett Packard Enterprise Co.*

Dated: June 27, 2025

*/s/ Steven C. Sunshine*
Steven C. Sunshine
Tara Reinhart
Skadden, Arps, Slate, Meagher & Flom LLP 1440
New York Avenue, NW
Washington, DC 20005
(202) 371-7000
steve.sunshine@skadden.com
tara.reinhart@skadden.com
*Attorneys for Defendant Juniper Networks, Inc.*

**ATTORNEY ATTESTATION**

I, Miriam M. Arghavani, am the ECF user whose identification and password are being used to file the JOINT SUBMISSION REGARDING DISPUTES ABOUT ADMISSIBILITY OF TRIAL EXHIBITS, CONFIDENTIALITY ISSUES, AND DEPOSITION DESIGNATIONS. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ *Miriam M. Arghavani*
Miriam M. Arghavani

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2025, I served the foregoing on all counsel of record via ECF.

Dated: June 27, 2025

By: */s/ Miriam M. Arghavani*

Miriam M. Arghavani
U.S. Department of Justice
Antitrust Division
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102-3478
(415) 818-4752
Miriam.Arghavani@usdoj.gov

*Counsel for Plaintiff United States of America*