ABIGAIL SLATER
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530
TELEPHONE: (202) 616-1473
ABIGAIL.SLATER@USDOJ.GOV

*ATTORNEY FOR PLAINTIFF*
UNITED STATES OF AMERICA

STEVEN C. SUNSHINE (*PRO HAC VICE*)
JOSEPH RANCOUR (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 NEW YORK AVENUE, NW
WASHINGTON, DC 20005
(202) 371-7000
STEVEN.SUNSHINE@SKADDEN.COM
JOSEPH.RANCOUR@SKADDEN.COM

*ATTORNEYS FOR DEFENDANT*
JUNIPER NETWORKS, INC.

ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE

BETH A. WILKINSON (*PRO HAC VICE*)
KOSTA S. STOJILKOVIC (*PRO HAC VICE*)
WILKINSON STEKLOFF LLP
2001 M STREET NW, 10TH FLOOR
WASHINGTON, DC 20036
(202) 847-4010
BWILKINSON@WILKINSONSTEKLOFF.C
OM
KSTOJILKOVIC@WILKINSONSTEKLOFF.
COM

JULIE ELMER (*PRO HAC VICE*)
JENNIFER MELLOTT (*PRO HAC VICE*)
FRESHFIELDS US LLP
700 13TH ST NW
WASHINGTON, DC 20005
(202) 777-4500
JULIE.ELMER@FRESHFIELDS.COM
JENNIFER.MELLOTT@FRESHFIELDS.CO
M

SAMUEL G. LIVERSIDGE (CA NO. 180578)
GIBSON DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197
(213) 229-7000
SLIVERSIDGE@GIBSONDUNN.COM

*ATTORNEYS FOR DEFENDANT*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.<br><br>*Defendants.* | CASE NO. 5:25-CV-00951-PCP<br><br>**JOINT SUBMISSION REGARDING**<br>**SETTLEMENT**<br><br>JUDGE: Hon. P. Casey Pitts |

## JOINT SUBMISSION REGARDING SETTLEMENT

On June 27, 2025, the United States and Defendants reached a settlement that resolves the government's competitive concerns about Hewlett Packard Enterprise's proposed acquisition of Juniper Networks. The settlement is subject to review by the Court under the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)–(h) (the "APPA" or "Tunney Act").  An explanation of the procedures under the Tunney Act is included as Exhibit A. As part of the Tunney Act procedures, the parties also have jointly submitted a proposed Final Judgment and an Asset Preservation and Hold Separate Stipulation and Order, as well as a Competitive Impact Statement explaining the proposed settlement.  Dkt. No. 217.

The United States and Defendants respectfully request that the Court sign the Stipulation and Order as soon as possible.  The Stipulation and Order will ensure the Defendants preserve competition during the Tunney Act proceedings by complying with the provisions of the proposed Final Judgment and maintaining the assets that the proposed Final Judgment requires Defendants to divest or license.

In light of the settlement resolving this litigation, the parties propose that the Court cancel the pre-trial conference currently scheduled for Monday at 10 am PDT.  If the Court has any immediate questions about the Stipulation and Order, the Parties can be available to address those by video conference at the Court's earliest convenience on Monday. If the Court has any other questions about the settlement or the Tunney Act procedures, the parties can be available to address those promptly.

Dated: June 28, 2025

/s/ Chad Mizelle
CHAD MIZELLE
*Acting Associate Attorney General*

/s/ Stanley Woodward
STANLEY WOODWARD
*Counselor to the Attorney General*

/s/ Ketan Bhirud
KETAN BHIRUD
*Associate Deputy Attorney General*

/s/ Abigail A. Slater
ABIGAIL A. SLATER
*Assistant Attorney General*

ROGER P. ALFORD
*Principal Deputy Assistant Attorney General*

OMEED ASSEFI
MARK HAMER
WILLIAM J. RINNER
*Deputy Assistant Attorneys General*

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue N.W.
Washington, DC 20530
Tel.: 202-616-1473

/s/ JENNIFER MELLOTT (*pro hac vice*)
 JULIE ELMER (*pro hac vice*)
JAN RYBNICEK (*pro hac vice*)
MARY LEHNER
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
(202) 777-4500

/s/ BETH A. WILKINSON (*pro hac vice*)
KOSTA S. STOJILKOVIC (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4010

/s/ SAMUEL G. LIVERSIDGE (CA No. 180578)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

Attorneys for HEWLETT PACKARD ENTERPRISE CO.

/s/ STEVEN C. SUNSHINE (*pro hac vice*)
JOSEPH RANCOUR (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

Attorneys for
JUNIPER NETWORKS, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jan Rybnicek, am the ECF user whose identification and password are being used to file the Joint Submission Regarding Settlement. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Jan Rybnicek*