| | |
|---|---|
| BETH A. WILKINSON (*pro hac vice*) <br> KOSTA S. STOJILKOVIC (*pro hac vice*) <br> WILKINSON STEKLOFF LLP <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> (202) 847-4010 <br> bwilkinson@wilkinsonstekloff.com <br> kstojilkovic@wilkinsonstekloff.com | STEVEN C. SUNSHINE (*pro hac vice*) <br> TARA REINHART (*pro hac vice*) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> 1440 New York Avenue, NW <br> Washington, DC 20005 <br> (202) 371-7000 <br> steven.sunshine@skadden.com <br> tara.reinhart@skadden.com |
| JULIE ELMER (*pro hac vice*) <br> JENNIFER MELLOTT (*pro hac vice*) <br> FRESHFIELDS US LLP <br> 700 13th St NW <br> Washington, DC 20005 <br> (202) 777-4500 <br> julie.elmer@freshfields.com <br> jennifer.mellott@freshfields.com | *Attorneys for Defendant* <br> JUNIPER NETWORKS, INC. <br><br> MICHAEL J. FREEMAN (OH No. 086797) <br> U.S. DEPARTMENT OF JUSTICE <br> ANTITRUST DIVISION <br> 450 Fifth Street, NW, Suite 4000 <br> Washington, DC 20530 <br> Telephone: (212) 213-2774 <br> Fax: (202) 514-5847 <br> Michael.Freeman@usdoj.gov |
| SAMUEL G. LIVERSIDGE (CA No. 180578) <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> (213) 229-7000 <br> sliversidge@gibsondunn.com | *Attorney for Plaintiff* <br> UNITED STATES OF AMERICA |
| *Attorneys for Defendant* <br> HEWLETT PACKARD ENTERPRISE CO. | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff* <br> v. <br><br> HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., <br><br> *Defendants*. | Case No. 5:25-cv-00951-PCP <br><br> **JOINT STIPULATION REGARDING RELIEF FROM CASE DEADLINES AND SEALING** <br><br> Hon. P. Casey Pitts |

WHEREAS, the Court entered a Scheduling Order in this matter on March 7, 2025 setting forth case deadlines, including the July 3, 2025 deadline to submit trial exhibits, the July 9, 2025 date for trial to begin, and the deadline to submit post-trial briefs (ECF No. 104);

WHEREAS, the parties in this matter agreed to several other deadlines concerning sealing motions related to pre-trial filings, as laid out in the Joint Stipulation Regarding Modification of Civil Local Rule 79-5 for Pre-Trial Filings (ECF No. 195);

WHEREAS, the parties filed Pre-Trial Briefs, Proposed Pre-Trial Findings of Fact and Conclusions of Law, and supporting materials provisionally under seal on June 25, 2025;

WHEREAS, the parties filed redacted versions of the Pre-Trial Briefs (ECF Nos. 221 and 222) pursuant to the Joint Stipulation Regarding Modification of Civil Local Rule 79-5 for Pre-Trial Filings (ECF No. 195);

WHEREAS, the parties filed an Asset Preservation and Hold Separate Stipulation and Order, Proposed Final Judgment, and Competitive Impact Statement on June 27, 2025 (ECF No. 217, 217-1, and 217-2);

WHEREAS, the Court entered the Asset Preservation and Hold Separate Stipulation and Order on June 30, 2025 (ECF No. 220);

NOW THEREFORE, Defendants and DOJ hereby stipulate and agree, subject to the Court's approval, to the following:

1) In light of the Proposed Final Judgment, all remaining case deadlines, including those set forth in ECF Nos. 104 and 195, are vacated;

2) All information that Defendants and third parties have moved to seal in previously submitted motions to seal shall be sealed; and

3) All supplemental third-party information (i.e., information that third parties were notified of post-June 25, 2025) that was included in a Party's Pre-Trial filings shall be sealed.

Dated: July 1, 2025

*Respectfully submitted,*

By: /s/ *Kosta S. Stojilkovic*
Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Roxana C. Guidero (Bar No. 319299)
Jenna H. Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
rguidero@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Julie Elmer
Jennifer Mellott
Freshfields US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

Samuel G. Liversidge (CA No. 180578)
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
sliversidge@gibsondunn.com
*Attorneys for Defendant Hewlett Packard Enterprise Co.*

Dated: July 1, 2025

/s/ *Steven C. Sunshine*
Steven C. Sunshine (*pro hac vice*)
Tara Reinhart (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-8301
steve.sunshine@skadden.com
tara.reinhart@skadden.com
*Attorneys for Defendant Juniper Networks, Inc.*

| | | |
|---|---|---|
| 1 | Dated: July 1, 2025 | */s/ Miriam M. Arghavani* |
| 2 | | Miriam M. Arghavani (Bar # 334536) |
| | | U.S. Department of Justice |
| 3 | | 450 Golden Gate Ave. |
| | | San Francisco, CA 94102 |
| 4 | | Telephone: (202) 374-6582 |
| | | Fax: (202) 514-5847 |
| 5 | | Miriam.Arghavani@usdoj.gov |
| | | *Attorneys for Plaintiff United States* |