BETH A. WILKINSON (*pro hac vice*)
KOSTA S. STOJILKOVIC (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

JULIE ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (CA No. 180578)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

STEVEN C. SUNSHINE (*pro hac vice*)
TARA REINHART (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
steven.sunshine@skadden.com
tara.reinhart@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

MICHAEL J. FREEMAN (OH No. 086797)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Michael.Freeman@usdoj.gov

*Attorney for Plaintiff*
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

UNITED STATES OF AMERICA,

  *Plaintiff*

v.

HEWLETT PACKARD ENTERPRISE CO.
and JUNIPER NETWORKS, INC.,

  *Defendants*.

Case No. 5:25-cv-00951-PCP

**[PROPOSED] STIPULATED ORDER GRANTING RELIEF FROM CASE DEADLINES AND ORDER TO SEAL**

Trial Date: July 9, 2025
Judge: Hon. P. Casey Pitts

1    The Court, having considered the parties' Stipulated Request for Relief from Case

2    Deadlines and Sealing, and for good cause shown,

3    **PURSUANT TO THE STIPULATION IT IS HEREBY ORDERED** that:

4    1)  All remaining case deadlines, including those set forth in ECF Nos. 104 and 195, are

5        vacated;

6    2)  All information that Defendants and third parties have moved to seal in previously

7        submitted motions to seal shall be sealed; and

8    3)  All supplemental third-party information (i.e., information that third parties were

9        notified of post-June 25, 2025) that was included in a Party's Pre-Trial filings shall be

10       sealed.

11

12   SO ORDERED.

13

14   Dated: _____

15                                          _____
                                           HONORABLE P. CASEY PITTS
16                                         United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28