BETH A. WILKINSON (*pro hac vice*)
KOSTA S. STOJILKOVIC (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

JULIE ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
(202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (CA No. 180578)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
sliversidge@gibsondunn.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

STEVEN C. SUNSHINE (*pro hac vice*)
TARA REINHART (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
steven.sunshine@skadden.com
tara.reinhart@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

MICHAEL J. FREEMAN (OH No. 086797)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
Michael.Freeman@usdoj.gov

*Attorney for Plaintiff*
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | Case No. 5:25-cv-00951-PCP<br><br>[PROPOSED] **STIPULATED ORDER GRANTING RELIEF FROM CASE DEADLINES AND ORDER TO SEAL**<br><br>Trial Date: July 9, 2025<br>Judge: Hon. P. Casey Pitts |

The Court, having considered the parties' Stipulated Request for Relief from Case Deadlines and Sealing, and for good cause shown,

**PURSUANT TO THE STIPULATION IT IS HEREBY ORDERED** that:

1) All remaining case deadlines, including those set forth in ECF Nos. 104 and 195, are vacated;

2) All information that Defendants and third parties have moved to seal in previously submitted motions to seal shall be sealed; and

3) All supplemental third-party information (i.e., information that third parties were notified of post-June 25, 2025) that was included in a Party's Pre-Trial filings shall be sealed.

SO ORDERED.

Dated: July 2, 2025

HONORABLE P. CASEY PITTS
United States District Judge