JENNIFER MELLOTT (*pro hac vice*)
MARY LEHNER
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
(202) 777-4500
jennifer.mellott@freshfields.com
mary.lehner@freshfields.com

JUSTINA K. SESSIONS (CA Bar No. 270914)
**FRESHFIELDS US LLP**
855 Main Street
Redwood City, CA 94063
(650) 618-9250
justina.sessions@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

STEVEN. C. SUNSHINE (*pro hac vice*)
JOSEPH M. RANCOUR (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
steve.sunshine@skadden.com
joseph.rancour@skadden.com

JACK P. DICANIO (CA Bar No. 138782)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>Hon. P. Casey Pitts<br><br>**DESCRIPTION AND CERTIFICATION OF WRITTEN OR ORAL COMMUNICATIONS BY HEWLETT PACKARD ENTERPRISE CO. AND JUNIPER NETWORKS, INC. CONCERNING THE PROPOSED FINAL JUDGMENT** |

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act (the "Tunney Act"), 15 U.S.C. § 16(g), Defendants Hewlett Packard Enterprise Co. ("HPE") and Juniper Networks, Inc. ("Juniper") by and through their undersigned counsel, submit the following description and certification of all written and oral communications by, or on behalf of, HPE and Juniper with any officer or employee of the Executive Branch of the United States concerning or relevant to the Proposed Final Judgment filed in this action on June 27, 2025. In accordance with Section 2(g), the description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone," and is limited to communications concerning or relevant to the Proposed Final Judgment.

## I. Description

Excluding the communications described above, Defendants and their agents and advisors had communications with officers or employees of the United States about the proposed settlement of this action as described in this section.

Between March 25 and June 27, 2025, Defendants and their agents and advisors had in-person meetings, videoconferences, telephone calls, and written communications with officers and employees of the Department of Justice ("DOJ") relating to the proposed Final Judgment, including communications about the national security interests favoring consensual resolution of the action. These communications included in-person meetings on April 3, April 15, April 30, June 5, and June 18, 2025. Listed below are representatives of Defendants, excluding counsel of record, and officers and employees of the Department of Justice who participated in one or more of these communications.

**Defendants**
John Schultz (HPE Chief Legal and Operating Officer)
Gregg Melinson (HPE Senior Vice President, Corporate Affairs)
David Antczak (HPE Senior Vice President & General Counsel)
Jonathan Sturz (HPE Vice President & Deputy General Counsel)
William Levi (Partner at Sidley Austin LLP, HPE advisor)
Michael Davis (Partner at MRD Law, HPE advisor)

**U.S. Government**
Abigail Slater (Assistant Attorney General, DOJ Antitrust Division)
Roger Alford (Principal Deputy Assistant Attorney General, DOJ Antitrust Division)
William Rinner (Deputy Assistant Attorney General, DOJ Antitrust Division)
Mark Hamer (Deputy Assistant Attorney General, DOJ Antitrust Division)
Chetan Sanghvi (Deputy Assistant Attorney General, DOJ Antitrust Division)
Omeed Assefi (Deputy Assistant Attorney General, DOJ Antitrust Division)
Ryan Danks (Director of Civil Enforcement, DOJ Antitrust Division)
George Nierlich (Deputy Director of Civil Enforcement, DOJ Antitrust Division)
Jacklin Lem (San Francisco Section Chief, DOJ Antitrust Division)
Chad Mizelle (Chief of Staff and Acting Associate Attorney General, DOJ)
Stanley Woodward (Counselor to the Attorney General, DOJ)
Ashleigh Bondoc (Office of the Associate Attorney General and Assistant to Stanley Woodward, DOJ)
Hannah Jahreis (Special Assistant to Chad Mizelle, Chief of Staff and Acting Associate Attorney General, DOJ)

## II. Certification

To the best of Defendants' knowledge, after appropriate inquiry, there have been no other written or oral communications by or on behalf of Defendants with any officer or employee of the Executive Branch of the United States concerning or relevant to the proposed Final Judgment except for communications between counsel of record for Defendants and the Department of Justice. Defendants therefore certify that they have complied with the requirements of Section 2(g) and that the above description of communications by or on behalf of Defendants as required to be reported under Section 2(g) is true and complete.

Dated: July 7, 2025

*Respectfully submitted,*

By:   */s/ Jennifer Mellott*
Jennifer Mellott (*pro hac vice*)
Mary Lehner
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
(202) 777-4500
jennifer.mellott@freshfields.com

Justina K. Sessions (CA Bar No. 270914)

**FRESHFIELDS US LLP**
855 Main Street
Redwood City, CA 94063
(650) 618-9250
justina.sessions@freshfields.com

*Counsel for Defendant Hewlett Packard Enterprise Co.*

/s/ Steven C. Sunshine
Steven C. Sunshine (*pro hac vice*)
Joseph M. Rancour (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7860
steve.sunshine@skadden.com
joseph.rancour@skadden.com

Jack P. DiCanio (CA Bar No. 138782)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com

*Counsel for Defendant Juniper Networks, Inc.*

DEFENDANTS' DESCRIPTION AND CERTIFICATION OF WRITTEN OR ORAL COMMUNICATIONS