UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE CO., et al.,<br><br>          Defendants. | Case No. 5:25-cv-00951-PCP<br><br>**NOTICE OF LETTERS RECEIVED** |
|---|---|

      Please take notice that the emails below (with contact information omitted) were submitted to Judge Pitts's courtroom deputy via email on August 1, 2025.

**From:** Sarah Ovink
**Sent:** Friday, August 1, 2025 3:09 PM
**Subject:** Public comment: antitrust HPE-Juniper case

      Dear Judge Pitts,

      I write to complain about the proposed merger of HPE and Juniper. This merger would constitute a monopoly in violation of U.S. law. I concur with Senator Warren's recent letter requesting that you hold an evidentiary hearing pursuant to Section 2 of the Antitrust Procedures and Penalties Act, 2 15 U.S.C. 16(b)–(h) (the Tunney Act), to determine whether the settlement is in the public interest. Due to multiple allegations and irregularities, I am confident you will find that it is not.

      Sincerely,
      Sarah Ovink, a concerned citizen

**From:** Rachel Kohler
**Sent:** Friday, August 1, 2025 7:52 AM
**Subject:** Hewlett Packard and Juniper Enterprises Public Comment

      Hello:

      I would like to register my public disapproval of violating antitrust laws and allowing the

merger of HP and Juniper Enterprises to go through. Beyond the apparent corruption happening in the background of this case, these are exactly the sorts of prospective monopolies that our antitrust laws are designed to combat. Please don't subject the American people to yet another destructive monopoly, especially one brokered in back rooms through lobbyists and bribery.

Thank you.

Sincerely,
Rachel Kohler

Such ex parte communications with the Court are inappropriate, and the Court will not review any further communications concerning the proposed settlement submitted directly to the Court. Instead, any party that sends such a communication will be instructed that it will not reviewed by the Court and that they must instead submit any comments to Civil Chief, San Francisco Office, Antitrust Division, Department of Justice, 450 Golden Gate Avenue, Room 10-0101, Box 36046, San Francisco, CA 94102 or *ATR.Public-Comments-Tunney-Act-MB@usdoj.gov*, as per the instructions published in the Federal Register.

**IT IS SO ORDERED.**

Dated: August 6, 2025

P. Casey Pitts
United States District Judge