UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:25-cv-00951-PCP |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF LETTER RECEIVED** |
| HEWLETT PACKARD ENTERPRISE CO., et al., | |
| Defendants. | |

Please take notice that the letter attached hereto as Exhibit A was received by the Court August 4, 2025.

**IT IS SO ORDERED.**

Dated: August 14, 2025

_____
P. Casey Pitts
United States District Judge