MIRIAM ARGHAVANI (CA No. 334536)
Trial Attorney
United States Department of Justice, Antitrust Division
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Tel: (415) 934-5300
Fax: (415) 934-5399
Email: Miriam.Arghavani@usdoj.gov

*Attorney for Plaintiff*
United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | **MOTION TO PUBLISH TUNNEY ACT COMMENTS ELECTRONICALLY** |
| v. | |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | JUDGE: Hon. P. Casey Pitts |
| *Defendants*. | |

The United States requests that the Court authorize electronic publication of the public comments submitted in this matter rather than costly *Federal Register* publication, for good cause, pursuant to 15 U.S.C. § 16(d). The United States has conferred with all parties to this action and this motion is unopposed. Attached is a Proposed Order permitting the United States to satisfy its statutory publication obligations by posting public comments on the Antitrust Division's website, in tandem with *Federal Register* publication of the relevant internet address.

The United States filed the complaint in this case on January 30, 2025. A proposed Final Judgment with respect to Hewlett Packard Enterprise Co. and Juniper Networks, Inc. was filed on June 27, 2025. As required by the Antitrust Procedures and Penalties Act, 15 U.S.C. § (b)-(h) (the "Tunney Act"), the United States caused notices to be published in the *Federal Register*, *The Washington Post*, and *The Mercury News*, providing instructions for public comment on the proposed Final Judgment. The United States has received over 130 pages of comments so far during the public comment period.

After the conclusion of the comment period, and as required by the Tunney Act, the United States will file with the Court and serve on all parties to this action a Response to Comments. The Response to Comments filed with the Court will attach copies of all comments submitted. The Response to Comments will also be published in the *Federal Register*.

The Tunney Act requires that the comments be made available to the public, which, before the Tunney Act was amended in 2004, the United States was required to accomplish through publication in the *Federal Register*. However, the Tunney Act now authorizes the United States to publish comments by "alternative means" pursuant to 15 U.S.C. § 16(d) when the costs of *Federal Register* publication exceed the benefits thereof. In this case, the United States already has received over 130 pages of comments, most of which will require photographic treatment for *Federal Register* publication at a rate of $399 per page,[1] generating publication costs of more than $51,870. The United States anticipates the potential receipt of additional comments.

Further, publication in the *Federal Register* does not confer any significant public interest benefit that cannot be better served by electronic publication. Indeed, at the time of passage of

---

[1] *See* Government Printing Office Circular Letter No. 1158 (July 18, 2025), available at: https://www.gpo.gov/how-to-work-with-us/agency/circular-letters/new-federal-register-publishing-rate-june-2025.

the 2004 amendment authorizing alternative publication, Senator Leahy of the Judiciary

Committee noted that *Federal Register* publication can offer "little benefit, because those

materials are, if anything, more accessible on the Web than in a library." 150 CONG. REC.

6,328 (2004). Likewise, Senator Kohl opined that alternatives such as "posting the proposed

decrees electronically, [] are sufficient to inform interested persons of the proposed consent

decree." 150 CONG. REC. 6,332 (2004).

Recognizing the benefits of electronic publication, other courts have excused *Federal*

*Register* publication of *Tunney Act* comments and/or attachments in favor of electronic

publication in several recent cases. *See United States v. Cargill Meat Solutions Corporation, et.*

*al.*, No. 1:22-cv-01821-SAG (D.Md. Jan. 30, 2023) (attached as Exhibit 1); *United States v.*

*Bayer AG, et al.*, No. 1:18-cv-01241-JEB (D.D.C. Jan. 2, 2019) (attached as Exhibit 2); *United*

*States, et al. v. CVS Health Corporation, et al.*, No. 1:18-cv-02340-RJL (D.D.C. Feb. 9, 2019)

(attached as Exhibit 3).

Accordingly, the United States asks that the Court excuse publication of the public

comments in the *Federal Register* and, instead, allow comments to be posted on the Antitrust

Division website in conjunction with *Federal Register* publication of the internet address at

which comments can be read and downloaded.

Respectfully Submitted,

*/s/ Miriam Arghavani*
Miriam Arghavani

*Attorney for Plaintiff*
United States of America

1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

3

4

UNITED STATES OF AMERICA,

CASE NO. 5:25-cv-00951-PCP

5

*Plaintiff*,

JUDGE: Hon. P. Casey Pitts

v.

6

7

HEWLETT PACKARD ENTERPRISE CO.

8

and JUNIPER NETWORKS, INC.,

9

*Defendants*.

10

11

12

**[PROPOSED] ORDER**

13

The Court, having considered the application of the United States, finds that good cause

14

exists pursuant to 15 U.S.C. § 16(d) to excuse the publication of Tunney Act public comments in

15

the *Federal Register*,

16

GRANTS the United States' motion to excuse *Federal Register* publication of Tunney

17

Act public comments, and

18

AUTHORIZES, as an alternative method of public dissemination, the publication in the

19

*Federal Register* of a statement providing the location on the United States Department of

20

Justice Antitrust Division website where those comments can be viewed and downloaded.

21

IT IS SO ORDERED.

22

23

Dated: _____

24

_____
HONORABLE P. CASEY PITTS
United States District Judge

25

CERTIFICATE OF SERVICE

I certify that on Sept. 12, 2025, I served the foregoing on all counsel of record via ECF.


Dated: 9/12/25                                    /s/ Miriam Arghavani_____
                                                  Miriam Arghavani
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Antitrust Division
                                                  450 Golden Gate Avenue, Suite 10-0101
                                                  San Francisco, CA 94102
                                                  Tel: (415) 934-5300
                                                  Fax: (415) 934-5399
                                                  Email: Miriam.Arghavani@usdoj.gov

                                                  *Attorney for Plaintiff*
                                                  United States of America