# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br><br>v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION, *et al.*,<br><br>              *Defendants*. | Civil Action No.: 22-cv-1821 |

## [PROPOSED] ORDER

Having reviewed Plaintiff United States' Unopposed Motion to Publish Tunney Act Comments Electronically, the Court finds that the expense of publication of such comments in the *Federal Register* exceeds the public interest benefits to be gained from such publication and therefore GRANTS the United States' Unopposed Motion to Publish Tunney Act Comments Electronically.

IT IS SO ORDERED by this Court, this 30th day of January, 2023.

                                                                  /s/
                                          Hon. Stephanie A. Gallagher
                                          United States District Judge