UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE CO., et al.,<br><br>　　　　Defendants. | Case No.  25-cv-00951-PCP<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION IN PART**<br><br>Re: Dkt. No. 233 |

The Court, having considered the application of the United States, finds that good cause exists pursuant to 15 U.S.C. § 16(d) to excuse publication of all Tunney Act public comments in the *Federal Register* and therefore GRANTS the United States' motion to excuse *Federal Register* publication of all such comments. The Court AUTHORIZES, as an alternative method of public dissemination, the publication in the *Federal Register* of a statement providing the location on the United States Department of Justice Antitrust Division website where those comments can be viewed. In addition to providing the location of this website, the *Federal Register* notice shall provide the identity of each person or entity that submitted a comment, the total number of comments received, and a summary of the content of the comments, including the total number of comments supporting or opposing approval of the proposed settlement.

**IT IS SO ORDERED.**

Dated: September 24, 2025

P. Casey Pitts
United States District Judge