| | |
|---|---|
| JEREMY M. GOLDSTEIN (Bar No. 324422)<br>U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>450 Golden Gate Ave.<br>Suite 10-0101<br>San Francisco, CA 94102<br>Telephone: (415) 934-5300<br>jeremy.goldstein@usdoj.gov<br><br>*Attorney for Plaintiff*<br>UNITED STATES OF AMERICA | JENNIFER MELLOTT (*pro hac vice*)<br>FRESHFIELDS US LLP<br>700 13th St NW<br>Washington, DC 20005<br>(202) 777-4500<br>jennifer.mellott@freshfields.com<br><br>SAMUEL G. LIVERSIDGE (Bar No. 180578)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000<br>SLiversidge@gibsondunn.com<br><br>*Attorneys for Defendants*<br>HEWLETT PACKARD ENTERPRISE CO.<br>AND JUNIPER NETWORKS, INC. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff,*<br><br>               v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.<br><br>               *Defendants*. | CASE NO. 5:25-CV-00951-PCP<br><br>**JOINT STIPULATION TO STAY CASE: HEWLETT PACKARD ENTERPRISE CO. AND JUNIPER NETWORKS, INC.**<br><br>Judge:        P. Casey Pitts<br>Action Filed:  January 30, 2025 |

Subject to the Court's approval, Plaintiff United States of America and Defendants, through their undersigned counsel of record, hereby stipulate as follows:

1. At midnight on Tuesday, September 30th, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies. The date when funding will be restored by Congress has not been established.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from

working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the United States and Defendants therefore request a stay of the above captioned case until Congress has restored appropriations to the Department of Justice and the government shutdown ends.

4. If this Joint Stipulation is granted, counsel for the United States will promptly notify the Court as soon as Congress has appropriated funds for the Department.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, subject to the Court's approval the United States and Defendants hereby jointly stipulate for a stay in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

/s/ Jeremy M. Goldstein
JEREMY M. GOLDSTEIN (CA Bar No. 324422)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Golden Gate Ave.
Suite 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jeremy.goldstein@usdoj.gov

*Attorney for Plaintiff*
UNITED STATES OF AMERICA

Dated: October 1, 2025

/s/ Jennifer Mellott
JENNIFER MELLOTT (*pro hac vice*)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
(202) 777-4500
jennifer.mellott@freshfields.com

SAMUEL G. LIVERSIDGE (Bar No. 180578)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com

*Attorneys for Defendants*
HEWLETT PACKARD ENTERPRISE CO. AND
JUNIPER NETWORKS, INC.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. This case is hereby STAYED until after the shutdown of the federal government has ended and appropriations to the Department of Justice have been restored;

2. The Government will promptly notify the Court as soon as the government shutdown has ended.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE P. CASEY PITTS
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Miriam M. Arghavani, am the ECF user whose identification and password are being used to file the Joint Stipulation to Stay. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                                                  /s/ Miriam M. Arghavani