**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff,*<br><br>     vs.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.<br><br>     *Defendants.* | CASE NO. 5:25-cv-00951-PCP<br><br>**DECLARATION OF ARTHUR BILLER IN SUPPORT OF MOTION FOR INTERVENTION** |

I, Arthur Biller, declare as follows:

1. I am a Senior Assistant Attorney General in the Antitrust Unit of the Colorado Attorney General's Office and am a member of the team representing Movant State of Colorado in the above-captioned case. I submit this declaration in support of the Motion for Intervention.

2. Attached hereto as Exhibit 1 is a true and correct copy of a public comment from several State Attorneys General, including those moving for intervention here, submitted to the United States Department of Justice on September 5, 2025, pursuant to the Tunney Act, opposing the Proposed Final Judgment submitted in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14th day of October, 2025, at Denver, Colorado.

/s/ Arthur Biller
Arthur Biller

1
Declaration of Arthur Biller in Support of Motion for Intervention –
Case No. 5:25-cv-00951-PCP