```
PHILIP J. WEISER
Attorney General
ARTHUR BILLER*
Senior Assistant Attorney General
BRYN A. WILLIAMS
First Assistant Attorney General (SBN 301699)
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Arthur.Biller@coag.gov
        Bryn.Williams@coag.gov
*Pro hac vice application forthcoming
```

*Attorneys for Movants*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING INTERVENTION** |
| vs. | |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | |
| *Defendants*. | |

Having considered the Motion For Intervention filed by the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States"), and any opposition thereto,

IT IS HEREBY ORDERED that the States' Motion for Intervention is GRANTED and the States are granted party status as intervenors.

Dated:

By: _____
United States Judge P. Casey Pitts