# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff,* | **[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM STAY TO FILE MOTION FOR HOLD SEPARATE ORDER** |
| vs. | |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | |
| *Defendants.* | |

Having considered the Motion for Relief from Stay to File Motion for Hold Separate Order (the "Motion for Relief") filed by the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States"), and any opposition thereto,

IT IS HEREBY ORDERED that the States' Motion for Relief is GRANTED.  The Court's October 15, 2025, Order is modified to except the States' Motion for Hold Separate Order from the stay.

Dated:

By: _____

United States Judge P. Casey Pitts

[Proposed] Order Granting Motion for Relief from Stay to File Motion for Hold Separate Order -
Case No. 5:25-cv-00951-PCP