UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING HOLD SEPARATE** |
| vs. | |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC. | |
| *Defendants*. | |

Having considered the Motion For Hold Separate Order filed by the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States"), (collectively, the "States"), and any opposition thereto,

IT IS HEREBY ORDERED that the States' Motion for Hold Separate Order is GRANTED.  Accordingly, it is hereby ORDERED as follows:

1. Defendant Hewlett Packard Enterprise Co. ("HPE") shall provide a report to the Court explaining what steps have been taken to date on integration between, and consolidation of, HPE and Defendant Juniper Networks, Inc. ("Juniper"), no later than 14 days from the date of entry of this Order.  The report must be contemporaneously served on the States.

2. HPE must immediately cease all actions relating to further integration and consolidation of HPE and Juniper. To the extent that it is impossible to immediately cease any particular actions, HPE shall immediately notify the Court of any such actions and provide a proposal as to how to cease those actions or otherwise perform them in a manner that complies with the other provisions of this Order.

3. HPE must immediately put in place internal controls and procedures to prevent the sharing of competitively sensitive information between HPE and legacy Juniper, which may include erecting firewalls, providing instructions to employees and contractors, and issuing a corporate policy.

4. HPE must operate legacy Juniper as a separate and distinct unit from HPE, and put measures in place to maintain legacy Juniper as an ongoing, economically viable, and active competitor.

5. HPE must not influence the management of legacy Juniper. Juniper personnel must maintain control over Juniper's decision-making, including pricing, product offerings, product development, and personnel.

6. Juniper personnel must retain no less than their current compensation and benefits, and may not be hired by HPE.

7. Beginning on the date 30 days from entry of this Order, HPE shall file, on a quarterly basis, declarations certifying compliance with the requirements of this Order. The declarations shall be sworn under penalty of perjury by one or more HPE employees with personal knowledge of the measures put in place and their implementation. The declarations must state in detail the measures put in place to comply with this Order.

8. This Order shall terminate no sooner than 30 days after the Court rules on the Proposed Final Judgment.

Dated:

By: _____
United States Judge P. Casey Pitts