PHILIP J. WEISER
Attorney General
ARTHUR BILLER*
Senior Assistant Attorney General
BRYN A. WILLIAMS
First Assistant Attorney General (SBN 301699)
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Arthur.Biller@coag.gov
Bryn.Williams@coag.gov
**Pro hac vice application forthcoming*

*Attorneys for Movants*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**MOTION TO SHORTEN TIME ON MOTION FOR RELIEF FROM STAY TO FILE MOTION FOR HOLD SEPARATE ORDER**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

Proposed Intervenors, the Attorneys General for the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States") hereby move to shorten time on their Motion for Relief From Stay To File Motion for Hold Separate Order (the "Motion for Relief"). The States seek to shorten time so that the Motion for Relief can be heard on the same day as the States' Motion for Intervention, which the Court has set for hearing at 10:00 am on November 18, 2025. The States do not request that the time to file opposition briefs or a reply

1
Motion to Shorten Time on Motion for Relief from Stay to File Motion for Hold Separate Order - Case No. 5:25-cv-00951-PCP

brief be shortened.

The States contacted the parties to this case on October 15, 2025, and requested a phone conferral for either October 16, 2025, or October 17, 2025. Before receiving a response, the Court entered an Order partially granting the parties' request for a stay due to the federal government shutdown. Order (Oct. 15, 2025) (Dkt. No. 237). The States then notified the parties by email on October 16, 2025, that they would be filing the Motion for Relief and this motion to shorten time.

The United States then informed the States that the United States takes no position on this motion at this time.

The Defendants then informed the States that they oppose this motion and do not consent to its filing.

Pursuant to the Court's Civil Local Rules, the earliest the Motion for Relief could be heard is November 21, 2025. That is only three days after the scheduled hearing on the States' Motion for Intervention. Rather than hear the matters a few days apart, it would be more efficient for the Court and for the parties to be heard on the same day. This would preserve judicial resources, and it would preserve the States' and the parties' resources; the States and the parties' counsel are geographically dispersed around the country, and it would save resources to avoid traveling to the Court multiple times within a week, or extending their stay.

Shortening time also would not burden the parties because the States do not request that parties' time to respond be shortened.[1]

This motion to shorten time is being filed concurrently with the Motion for Relief. The Motion for Relief requests that the Court partially lift the stay on this matter to allow the States to move for a hold separate order so that the Defendants freeze their integration efforts and to preserve the status quo pending the Court's determination of whether the proposed settlement in

[1] The States acknowledge that this request would result in a shorter time between the filing of a reply brief and the hearing, which may present a burden to the Court. In that event, the States would be willing to file a reply brief within five days of any opposition, on November 5, 2025. This would give the Court thirteen days to review before the requested hearing date on November 18, 2025.

this matter is in the public interest under the Tunney Act.

**CONCLUSION**

For the foregoing reasons, the States respectfully request that this Court grant this Motion and set the Motion for Relief for a hearing on November 18, 2025, at 10:00 am.

PHILIP J. WEISER
Attorney General

*/s/ Bryn A. Williams*
BRYN A. WILLIAMS
First Assistant Attorney General (SBN 301699)
ARTHUR BILLER*
Senior Assistant Attorney General
JONATHAN B. SALLET*
Special Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Arthur.Biller@coag.gov
Bryn.Williams@coag.gov
Jon.Sallet@coag.gov
**Pro hac vice application forthcoming*

*Attorneys for the State of Colorado*

ROB BONTA
Attorney General of California

*/s/ Brian D. Wang*
PAULA L. BLIZZARD, Senior Assistant Attorney General (SBN 207920)
MICHAEL W. JORGENSON, Supervising Deputy Attorney General (SBN 201145)
BRIAN D. WANG, Deputy Attorney General (SBN 284490)
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
(415) 510-4400

3
Motion to Shorten Time on Motion for Relief from Stay to File Motion for Hold Separate Order - Case No. 5:25-cv-00951-PCP

Brian.Wang@doj.ca.gov

*Attorneys for the State of California*

WILLIAM TONG
ATTORNEY GENERAL

*/s/ Nicole Demers*
Nicole Demers (*pro hac vice application forthcoming*)
Deputy Associate Attorney General
Antitrust Section
Connecticut Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
Tel.: (860) 808-5030
nicole.demers@ct.gov

*Attorneys for the State of Connecticut*

BRIAN SCHWALB
Attorney General of the District of Columbia

*/s/ Coty Montag*
Coty Montag (SBN 255703)
Deputy Attorney General, Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 417-5402
Coty.Montag@dc.gov

*Attorneys for the District of Columbia*

ANNE E. LOPEZ
Attorney General

*/s/ Rodney I. Kimura**
RODNEY I. KIMURA
Deputy Attorney General
Department of the Attorney General

4
Motion to Shorten Time on Motion for Relief from Stay to File Motion for Hold Separate Order - Case No. 5:25-cv-00951-PCP

425 Queen Street
Honolulu, Hawaii. 96813
Telephone: (808) 586-1180
Email: Rodney.i.kimura@hawaii.gov
*Pro hac vice application forthcoming*

*Attorneys for State of Hawaii*

KWAME RAOUL
Attorney General of Illinois

*/s/ Paul J. Harper*

ELIZABETH L. MAXEINER (*pro hac vice application forthcoming*)
Chief, Antitrust Bureau
PAUL J. HARPER (*pro hac vice application forthcoming*)
Assistant Attorney General, Antitrust Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street, 35th Floor
Chicago, Illinois 60603
773-590-7935 | elizabeth.maxeiner@ilag.gov
773-590-6837 | paul.harper@ilag.gov

*Attorneys for State of Illinois*

COMMONWEALTH OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General

*/s/ Anthony W. Mariano*
Anthony W. Mariano *(Admitted Pro Hac Vice)*
Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(781) 835-7990
Anthony.Mariano@mass.gov

*Attorneys for Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General

*/s/ Jon M. Woodruff*

ELIZABETH ODETTE (*pro hac vice* forthcoming)
Manager, Assistant Attorney General
Antitrust Division

JON M. WOODRUFF (*pro hac vice* forthcoming)
Assistant Attorney General
Antitrust Division

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Telephone: (651) 300-7425
elizabeth.odette@ag.state.mn.us
jon.woodruff@ag.state.mn.us

*Attorneys for State of Minnesota*


LETITIA JAMES
Attorney General of the State of New York

CHRISTOPHER D'ANGELO
Chief Deputy Attorney General
Economic Justice Division

*/s/ Elinor Hoffmann*

ELINOR R. HOFFMANN
(*pro hac vice* forthcoming)
Chief, Antitrust Bureau
AMY McFARLANE
(*pro hac vice* forthcoming)
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ
(*pro hac vice* forthcoming)
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8269

6
Motion to Shorten Time on Motion for Relief from Stay to File Motion for Hold Separate Order
- Case No. 5:25-cv-00951-PCP

Email: Elinor.Hoffmann@ag.ny.gov

*Attorneys for State of New York*

JEFF JACKSON
Attorney General of North Carolina

*/s/ Kunal J. Choksi*
*(Admitted Pro Hac Vice)*

Kunal Janak Choksi
Senior Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6032
E-Mail: kchoksi@ncdoj.gov

*Attorneys for State of North Carolina*

Dan Rayfield
Attorney General of Oregon

*/s/ Rachel K. Sowray*
Rachel K. Sowray *(Admitted Pro Hac Vice)*
Senior Assistant Attorney General
Timothy D. Smith *(Admitted Pro Hac Vice)*
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR  97201
503.689.0249 | Rachel.Sowray@doj.oregon.gov
503.798.3297 | tim.smith@doj.oregon.gov

*Attorneys for State of Oregon*

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Amy N. L. Hanson*
*(Admitted Pro Hac Vice)*

7

Motion to Shorten Time on Motion for Relief from Stay to File Motion for Hold Separate Order
- Case No. 5:25-cv-00951-PCP

JONATHAN A. MARK (*pro hac vice* forthcoming)
Antitrust Division Chief
AMY N.L. HANSON
Senior Managing Assistant Attorney General
Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Email: jonathan.mark@atg.wa.gov
Email: amy.hanson@atg.wa.gov
Tel: 206-389-3806 (Mark)
Tel: 206-464-5419 (Hanson)

*Attorneys for State of Washington*

JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/Caitlin M. Madden*
Caitlin M. Madden ((*Admitted Pro Hac Vice)*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-1311
caitlin.madden@wisdoj.gov

*Attorneys for State of Wisconsin*