UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.<br><br>    *Defendants.* | CASE NO. 5:25-cv-00951-PCP<br><br>**DECLARATION OF ARTHUR BILLER IN SUPPORT OF MOTION TO SHORTEN TIME ON MOTION FOR RELIEF FROM STAY TO FILE MOTION FOR HOLD SEPARATE ORDER** |

I, Arthur Biller, declare as follows:

1. I am a Senior Assistant Attorney General in the Antitrust Unit of the Colorado Attorney General's Office and am a member of the team representing proposed intervenor State of Colorado in the above-captioned case. I submit this declaration in support of the Motion to Shorten Time on Motion for Relief From Stay To File Motion for Hold Separate Order.

2. I sent an email to counsel for the parties in this case on October 15, 2025, requesting a phone conferral on either October 16, 2025, or October 17, 2025.

1

Declaration of Arthur Biller in Support of Motion to Shorten Time on Motion for Relief from
Stay to File Motion for Hold Separate Order –
Case No. 5:25-cv-00951-PCP

3. On October 16, 2025, I sent an email to counsel for the parties in this case informing them that the proposed intervenor States would be filing a Motion for Relief From Stay To File Motion for Hold Separate Order (the "Motion for Relief") on October 17, 2025, as well as a motion to shorten time so that the Motion for Relief could be heard on the same day as the Motion for Intervention.

4. On October 16, 2025, I received a phone call from counsel for the United States, informing me that the United States takes no position at this time on the motions proposed to be filed by the States.

5. On October 17, 2025, by email and a subsequent Zoom call, I was informed by Defendants' counsel that Defendants oppose the motions proposed to be filed by the States and do not consent to their filing.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the 17th day of October, 2025, at Denver, Colorado.

/s/ Arthur Biller
Arthur Biller