**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **MOTION TO SHORTEN TIME ON** |
| vs. | ) **MOTION FOR RELIEF FROM STAY TO** |
| | ) **FILE MOTION FOR HOLD SEPARATE** |
| HEWLETT PACKARD ENTERPRISE CO. | ) **ORDER** |
| and JUNIPER NETWORKS, INC., | ) |
| *Defendants*. | ) |
| | ) |

Having considered the Motion to Shorten Time on Motion for Relief from Stay to File Motion for Hold Separate Order (the "Motion to Shorten Time") filed by the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States"), and any opposition thereto,

IT IS HEREBY ORDERED that the States' Motion to Shorten Time is GRANTED.

IT IS FURTHER ORDERED that a hearing on the States' Motion for Relief from Stay to File Motion for Hold Separate Order shall be held on November 18, 2025, at 10:00 am.

Dated:

By: _____

United States Judge P. Casey Pitts

[Proposed] Order Granting Motion to Shorten Time on Motion for Relief from Stay to File
Motion for Hold Separate Order - Case No. 5:25-cv-00951-PCP