AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:25-cv-00951-PCP |
| HEWLETT PACKARD ENTERPRISE CO. et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Washington          .

Date:   10/17/2025

/s/ Amy N. L. Hanson
*Attorney's signature*

Amy N. L. Hanson, WSBA No. 28589
*Printed name and bar number*

800  Fifth Avenue, Suite 2000
Seattle, WA 98104
*Address*

amy.hanson@atg.wa.gov
*E-mail address*

(206) 464-5419
*Telephone number*

(206) 464-6338
*FAX number*