SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>　　　　*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**DECLARATION OF SAMUEL LIVERSIDGE IN SUPPORT OF HEWLETT PACKARD ENTERPRISE CO.'S OPPOSITION TO MOTION TO SHORTEN TIME** |

I, Samuel Liversidge, declare as follows:

1. I am an attorney admitted to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Hewlett Packard Enterprise Co. ("HPE") in the above-captioned matter. I am over the age of 18 and make this declaration based on my personal knowledge in support of HPE's Opposition to the Motion to Shorten Time.

2. Attached hereto as Exhibit A is a true and correct copy of the published remarks of Roger Paul Alford, given on August 18, 2025 at the Tech Policy Institute in Aspen, Colorado, which is available from the SSRN service at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=5396537.

3. Attached hereto as Exhibit B is a true and correct copy of an article published online by CBS News on July 16, 2025, titled *Tension over antitrust division crops up inside Trump administration, sources say*. The article is available at https://www.cbsnews.com/news/top-trump-administration-antitrust-official-faces-criticism-over-approach-sources-say/.

4. Attached hereto as Exhibit C is a true and correct copy of an article published online by the New York Times in its "DealBook" feature on July 29, 2025, titled *Are Cracks Appearing in Trump's Antitrust Approach?* The article is available at https://www.nytimes.com/2025/07/29/business/dealbook/justice-dept-antitrust-slater-loomer.html.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on October 21, 2025, in Los Angeles, California.

*/s/ Samuel Liversidge*
Samuel Liversidge