UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE CO., et al.,<br><br>    Defendants. | Case No. 25-cv-00951-PCP<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 257 |

Proposed intervenors the Attorneys General for the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, and Wisconsin, and the District of Columbia have moved to shorten time so that their motion for relief from the stay of proceedings in this case, Dkt. No. 256, can be heard on the same day as their motion to intervene, Dkt. No. 236. Defendant Hewlett Packard Enterprise has opposed the motion. Dkt. No. 280.

The motion to shorten time is granted. The proposed intervenors' motion for relief from the stay will be heard at the same time as the motion to intervene on November 18, 2025, at 10:00 a.m. in Courtroom 8 of this Court's San José courthouse. The briefing schedule on the motion for relief from the stay will remain the same.

**IT IS SO ORDERED.**

Dated: October 22, 2025

_____
P. Casey Pitts
United States District Judge