# EXHIBIT A

SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**DECLARATION OF ANTONIO F. NERI**<br><br>Judge:          P. Casey Pitts<br>Action Filed:  January 30, 2025 |

I, Antonio F. Neri, hereby declare as follows:

1. I am the President and Chief Executive Officer of Hewlett Packard Enterprise Company ("HPE"), a position that I have held since 2018. I have personal knowledge of each of the facts set forth below, and, if called as a witness, I could and would testify to each of them under oath.

2. As President and Chief Executive Officer of HPE, I was responsible for HPE's acquisition of Juniper Networks Inc. ("Juniper").

3. I reviewed and approved the Proposed Final Judgment, which contains all of the terms of the settlement of this litigation among the United States Department of Justice, HPE and Juniper. There is no agreement between HPE and the DOJ or the U.S. Government to settle this litigation outside of the Proposed Final Judgment.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: October 28, 2025

Antonio F. Neri
*President and Chief Executive Officer*
*Hewlett Packard Enterprise Co.*