# EXHIBIT C

SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br><br>JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**DECLARATION OF DAVID HUGHES IN SUPPORT OF HPE'S OPPOSITION TO THE STATES' MOTION FOR INTERVENTION**<br><br>Judge:         P. Casey Pitts<br>Action Filed: January 30, 2025 |

I, David Hughes, declare as follows:

1. I am currently employed by Hewlett Packard Enterprise Company ("HPE"). My title is Senior Vice President SASE & Security of HPE's Networking business unit. In this role, I have supervisory responsibility over HPE's Instant On campus networking business. I have personal knowledge of each of the facts set forth below, and, if called as a witness, I could and would testify to each of them under oath.

2. I have held executive positions in the networking industry for over thirty years and have been awarded more than 100 patents in several fields of networking technology. I spent several years at Cisco in the 1990s. I then held a Vice President and General Manager role at BlueLeaf Networks. In 2004, I founded Silver Peak Systems, a startup that pioneered software-defined wide area networking. HPE purchased Silver Peak in 2020 and since then I have progressed through various roles at HPE, including Chief Product Officer for HPE Aruba Networking, until assuming my current role as noted above.

3. I make this declaration in support of HPE's Opposition to the States' Motion for Intervention Pursuant to Civil L.R. 7-5.

4. HPE Instant On offers enterprise-grade campus and branch networking products primarily used by small and medium sized businesses ("SMBs") that includes enterprise-grade WLAN access points, switches, and gateways. Instant On products are managed using a centralized cloud-based management platform, called the Instant On Cloud Portal. Instant On has a strong reputation for its robust enterprise-level features that are designed for the needs of small and medium sized business with a focus on simplicity and ease of deployment at a relatively low price point.

5. HPE's other campus and branch business, HPE Aruba Networking, includes enterprise-grade WLAN access points and network management software, which HPE markets to larger enterprise customers. HPE Aruba Networking is designed for larger enterprises, offering more advanced features and scalability.

6. The customer base for Instant On includes SMBs. Industry analysts to whom HPE subscribes divide WLAN offerings into enterprise-grade and consumer-grade solutions; within the framework of

industry analysts and in HPE's estimation, Instant On is an enterprise-grade offering. While most of Instant On's customers are SMBs, large enterprises also use Instant On, including distributed enterprise retail and hospitality customers with thousands of locations.

7. The operating system for Instant On access points is based on AOS8, the operating system that is used with HPE Aruba-branded access points today, except that certain enterprise-grade features for those access points, including location services, automatic quality of service, and firewall capabilities, are not available in the AOS8 operating system used in Instant On devices today. These features are not included because they are not needed by the SMB customers to which Instant On is targeted. However, the purchaser of the Instant On business could enable enterprise-grade features on Instant On access points, as described further below. Further, as with HPE's Aruba offerings, Instant On access points have been released for Wi-Fi 5 and Wi-Fi 6/6E standards. Wi-Fi 7 access points for Instant On are in development.

8. The purchaser of the Instant On business will receive the AOS8 code for access points, including those enterprise features for access points that are not available to Instant On users today. Accordingly, the purchaser could enable these enterprise features in the AOS8 code for Instant On access points. As such, the purchaser of the Instant On business will receive not only an enterprise-grade WLAN business as Instant On operates today, but also AOS8 code for access points that can be enabled to add additional features and customization for Instant On access points that would expand the purchaser's ability to target larger and more complex enterprise customers. With additional AOS8 features for access points enabled, Instant On access points will have an even greater ability to compete directly against HPE's Aruba offering.

9. Because Instant On is capable of features and capabilities that larger enterprise customers would expect, the buyer of Instant On could reposition Instant On access points as a solution for larger enterprises. Furthermore, as noted above, large enterprise customers do already use Instant On access points.

10. In my more than three decades in the networking industry I have witnessed other companies reposition SMB-focused WLAN solutions toward larger enterprise customers. For example, Meraki

was a SMB-focused WLAN provider prior to its acquisition by Cisco, but has since repositioned itself as a top provider of WLAN solutions to the largest enterprises as well as to SMBs. The most recent example is Ubiquiti, which – much like Instant On – created a reputation in the marketplace as a top provider of WLAN to SMBs. Ubiquiti has in recent years marketed existing and new products to large enterprise customers, making inroads with major customers and winning business away from Cisco, HPE, and others. This strategy has achieved success as Ubiquiti has grown significantly in recent years.

11. I understand that there has been significant interest in the Instant On business from potential buyers. More than a dozen potential buyers have engaged with HPE's divestiture process, which is ongoing.

12. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:  October 28, 2025

David Hughes
*Senior Vice President, SASE & Security*
*HPE Networking*