
1  HENRY C. SU (CA BAR # 211202)
   Senior Litigation Counsel
2  U.S. Department of Justice, Antitrust Division
   450 Fifth Street, NW, Suite 4000
3  Washington, DC 20530
   Telephone: (202) 705-6338
4  Henry.Su@usdoj.gov

5  JEREMY M. GOLDSTEIN (CA Bar # 324422)
   MICHAEL G. LEPAGE (DC Bar # 1618918)
6  Trial Attorneys
   U.S. Department of Justice, Antitrust Division
7  450 Golden Gate Ave, Room 10-0101
   San Francisco, CA 94102
8  Telephone: (415) 934-5300
   Jeremy.Goldstein@usdoj.gov
9
   *Attorneys for Plaintiff*
10 *United States of America*

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                    **SAN JOSE DIVISION**

13

14 | UNITED STATES OF AMERICA,           | CASE NO. 5:25-CV-00951-PCP |

15 |              *Plaintiff,*            | JUDGE: Hon. P. Casey Pitts
                                          | MAGISTRATE JUDGE: Hon. Susan van Keulen
16 |                v.                    |
                                          | **DECLARATION OF JEREMY M. GOLDSTEIN
17 | HEWLETT PACKARD ENTERPRISE CO.       | IN SUPPORT OF PLAINTIFF'S OPPOSITION
   | and JUNIPER NETWORKS, INC.,          | TO MOTION FOR INTERVENTION**
18 |
   |              *Defendants.*
19

20

21

22

23

24

25

26

27

28

I, Jeremy M. Goldstein, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set forth in this Declaration are based on my personal knowledge.

2. I am an attorney with the United States Department of Justice, Antitrust Division. I represent Plaintiff United States of America in the above-captioned Action.

3. I submit this Declaration in support of Plaintiff's Opposition to Motion For Intervention.

4. Hewlett Packard Enterprise, Co. ("HPE") announced its intention to acquire Juniper Networks, Inc. ("Juniper") on January 9, 2024. On January 30, 2025, after a nearly one-year investigation, the United States filed a complaint seeking to enjoin HPE and Juniper's proposed merger. Dkt. No. 1 ("Complaint"). The Complaint alleged that the merger likely would substantially lessen competition in the United States for enterprise-grade WLAN solutions, in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18. *Id.*

5. The Parties engaged in extensive fact discovery on an expedited basis. Between February and May 2025, the Parties collectively served nine requests for production of documents and data, over 200 third-party subpoenas, and three rounds of interrogatories. The United States noticed 25 depositions of fact witnesses (including two 30(b)(6) depositions) and took 23; Defendants noticed 24 depositions and took 22. The Parties collectively served reports from five experts and deposed three of them.

6. On June 27, 2025, less than two weeks before the scheduled start of trial, the United States and Defendants filed a Joint Stipulation and Order that, among other things, indicated the Parties had reached a settlement. The same day, the Parties filed a proposed Final Judgment containing all terms of the settlement and a Competitive Impact Statement, as required by the Antitrust Procedures and Penalties Act ("Tunney Act"), 15 U.S.C. § 16(b). Dkt. No. 217.

7. The Tunney Act permits any person who wishes to submit to the United States written comments regarding the proposed Final Judgment to do so within 60 calendar days of publication of the proposed Final Judgment and Competitive Impact Statement in the *Federal Register* or the summary of the terms of the proposed Final Judgment and Competitive Impact Statement in a newspaper of record, whichever is later.

2

DECLARATION OF JEREMY M. GOLDSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO INTERVENE
CASE NO. 5:25-CV-00951-PCP

8. Consistent with the Tunney Act, 15 U.S.C. § 16(c), the United States published the Complaint, the proposed Final Judgment, and the Competitive Impact Statement, together with directions for the submission of written comments, in the *Federal Register* on July 10, 2025. *See* 90 Fed. Reg. 30685 (July 10, 2025). The United States also caused to be published a summary of the proposed Final Judgment and Competitive Impact Statement and instructions for submitting comments in the *Washington Post* between July 9 and July 15, 2025, and in the *Mercury News* between July 9 and 16, 2025. The 60-day comment period closed in mid-September.

9. The United States received twelve public comments from individuals, states, and public advocacy organizations regarding the proposed Final Judgment during the statutory comment period. The United States received no comments from companies or individuals who purported to purchase, sell, or distribute enterprise-grade WLAN solutions. Consistent with the Tunney Act, 15 U.S.C. § 16(d), the United States reviewed all comments and is prepared to file a response shortly after the current partial stay in this matter is lifted. *See* Dkt. No. 237.

10. On September 5, 2025, nineteen states and the District of Columbia, including all the Moving States, submitted a public comment pursuant to the Tunney Act. *See* Dkt. No. 236-2.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: October 28, 2025

*/s/ Jeremy M. Goldstein*
JEREMY M. GOLDSTEIN (CA BAR # 324422)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102-3478
Telephone: (415) 934-5300
Email: Jeremy.Goldstein@usdoj.gov

*Attorney for Plaintiff United States of America*

3

Declaration Of Jeremy M. Goldstein in Support of Plaintiff's Opposition to Motion to Intervene
Case No. 5:25-cv-00951-PCP