SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.,<br><br>*Defendants.* | CASE NO. 5:25-cv-00951-PCP<br><br>**HEWLETT PACKARD ENTERPRISE CO.'S RESPONSE TO MOTION FOR RELIEF FROM STAY**<br><br>Judge:         P. Casey Pitts<br>Action Filed:  January 30, 2025 |

On October 17, 2025, the Attorneys General of twelve states and the District of Columbia (the "Non-Parties") filed this motion to lift the stay for the purpose of filing a separate motion for an injunction (which the Non-Parties refer to as a "hold separate" order). *See* ECF No. 256, ECF No. 256-2.[1] Defendant Hewlett Packard Enterprise Co. ("HPE") takes no position on the appropriate time to lift the stay in this case. The stay was put in place so that the DOJ attorneys affected by the government shutdown would not be forced to work during the shutdown, and HPE defers to the DOJ attorneys regarding whether they continue to need the stay. However, HPE believes that the Non-Parties' motion to lift the stay so they can file a motion for injunctive relief is premature. A decision on the Non-Parties' motion to intervene, ECF No. 236, should precede any determination as to whether the Non-Parties may file their underlying motion for injunctive relief. As explained in its opposition brief, HPE opposes the motion to intervene and opposes granting the Non-Parties any rights other than a right to participate in this Tunney Act review as *amici*. *See* ECF No. 298. HPE thus opposes granting the Non-Parties the right to file a motion for injunctive relief. Should the Court disagree with HPE and grant the Non-Parties the right to file their motion for injunctive relief, HPE will file its opposition to that motion pursuant to a briefing schedule set by the Court.

---

[1] While the Non-Parties refer to their requested injunction as a "hold separate" order, a "hold separate" order is issued *before* a merger occurs, when the parties' assets are still "separate" (indeed, the Parties here agreed, *before* the merger, that HPE would "hold separate" those assets that it must divest under the Proposed Final Judgment, while the remainder of the companies' assets were integrated). ECF No. 220 at 6-9. Here, the merger closed months ago, so the Non-Parties are in fact requesting an affirmative injunction. HPE will address this issue if the Court grants the Non-Parties the right to bring their motion for injunction relief.

Dated: October 31, 2025

By: /s/ Samuel Liversidge

Samuel G. Liversidge
*Attorney for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*

Samuel G. Liversidge (Bar No. 180578)
Eric Vandevelde (Bar No. 240699)
Daniel Nowicki (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

Stephen Weissman (*pro hac vice*)
Michael J. Perry (Bar No. 255411)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
SWeissman@gibsondunn.com
MJPerry@gibsondunn.com
KLimarzi@gibsondunn.com

Julie S. Elmer (*pro hac vice*)
Jennifer Mellott (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

Justina K. Sessions (Bar No. 270914)
**FRESHFIELDS US LLP**
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

*Attorneys for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*

HEWLETT PACKARD ENTERPRISE CO.'S RESPONSE TO MOTION FOR RELIEF FROM STAY
CASE NO. 5:25-cv-00951