1  HENRY C. SU (CA Bar # 211202)
   Senior Litigation Counsel
2  U.S. Department of Justice, Antitrust Division
   450 Fifth Street, NW, Suite 4000
3  Washington, DC 20530
   Telephone: (202) 705-6338
4  Email: Henry.Su@usdoj.gov

5  JEREMY M. GOLDSTEIN (CA Bar # 324422)
   MICHAEL G. LEPAGE (DC Bar # 1618918)
6  Trial Attorneys
   U.S. Department of Justice, Antitrust Division
7  450 Golden Gate Ave, Room 10-0101
   San Francisco, CA 94102
8  Telephone: (415) 934-5300
   Jeremy.Goldstein@usdoj.gov
9  Michael.Lepage@usdoj.gov

10 *Attorneys for Plaintiff*
   United States of America

11

12                  **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
13                      **SAN JOSE DIVISION**

14 UNITED STATES OF AMERICA,          CASE NO.  5:25-CV-00951-PCP

15                    *Plaintiff,*    **RESPONSE OF UNITED STATES TO THE**
                                      **PROPOSED INTERVENORS' MOTION FOR**
16            v.                      **RELIEF FROM STAY**

17 HEWLETT PACKARD ENTERPRISE CO.     DATE: November 18, 2025
   and JUNIPER NETWORKS, INC.,        TIME: 10:00 a.m.
18                                    JUDGE: Hon. P. Casey Pitts
19                    *Defendants*.

20

21        The United States files this response to the motion from the Attorneys General of 12 states and

22 the District of Columbia[1] ("Moving States") for relief from the stay entered by the Court on October 15,

23 2025 ("Motion"). Dkt. No. 256. As noted by the Moving States in their Motion, the United States takes

24 no position on whether the stay should be lifted. The United States reserves all rights, however, with

25 respect to any motion for a hold separate order that may be filed by the Moving States.

26

27        [1] In addition to the District of Columbia, the States filing this motion are Colorado, California,
   Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon,
   Washington, and Wisconsin. The Moving States have also filed a motion to intervene in this action, to
28 which the United States has filed an opposition, as directed by the Court. *See* Dkt. Nos. 236 & 299.

1    Due to the current lapse in appropriations, the United States filed stay requests in numerous

2  matters. The Antitrust Division obtained stays from some courts. *See*, *e.g.*, *United States v. Agri Stats,*

3  *Inc.*, Civil Case No. 23-3009 (JRT) (D. Minn. Oct. 8, 2025) (granting government's motion to stay civil

4  litigation); *United States v. Apple Inc.*, Civil Case No. 24-4055 (JXN) (D.N.J. Oct. 3, 2025) (same). But

5  other courts denied stays, and in those cases the Antitrust Division has continued to work. *See*, *e.g.*,

6  *United States v. UnitedHealth Group*, Civil Case No. 24-3267 (JKP) (D. Md. Oct. 9, 2025) (denying

7  government's motion to stay Tunney Act proceeding); *United States v. Google LLC*, Civil Case No. 20-

8  3010 (APM) (D.D.C. Oct. 2, 2025) (denying government's motion to stay civil litigation); *United States*

9  *v. Google LLC*, Civil Case No. 23-108 (LMB) (E.D. Va. Oct. 1, 2025) (same); *United States v. Live*

10  *Nation Entertainment, Inc.*, Civil Case No. 24-3973 (AS) (S.D.N.Y. Oct. 1, 2025) (same).

11    The United States intends to file its response to public comments submitted under the Tunney

12  Act, 15 U.S.C. § 16(d), with the Court shortly after the stay is lifted.

13

14   Dated: October 31, 2025

15   ELIZABETH S. JENSEN (CA Bar # 302355)      */s/ Henry C. Su*
     Assistant Civil Chief                      HENRY C. SU (CA Bar # 211202)
16                                               Senior Litigation Counsel
     San Francisco Office                        U.S. Department of Justice, Antitrust Division
17                                               450 Fifth Street, NW, Suite 4000
                                                 Washington, DC 20530
18                                               Telephone: (202) 705-6338
                                                 Email: Henry.Su@usdoj.gov
19
                                                 JEREMY M. GOLDSTEIN (CA Bar # 324422)
20                                               MICHAEL G. LEPAGE (DC Bar # 1618918)
                                                 U.S. Department of Justice, Antitrust Division
21                                               450 Golden Gate Ave, Room 10-0101
                                                 San Francisco, CA 94102
22                                               Telephone: (415) 934-5300
                                                 Jeremy.Goldstein@usdoj.gov
23                                               Michael.Lepage@usdoj.gov

24                                               *Attorneys for Plaintiff United States of America*

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jeremy M. Goldstein, am the ECF user whose identification and password are being used to file RESPONSE OF UNITED STATES TO THE PROPOSED INTERVENORS' MOTION FOR RELIEF FROM STAY. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Jeremy M. Goldstein*