HENRY C. SU (CA Bar # 211202)
Senior Litigation Counsel
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 705-6338
Henry.Su@usdoj.gov

JEREMY M. GOLDSTEIN (CA Bar # 324422)
MICHAEL G. LEPAGE (DC Bar # 1618918)
Trial Attorneys
U.S. Department of Justice, Antitrust Division
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
Jeremy.Goldstein@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., <br><br> *Defendants*. | CASE NO. 5:25-CV-00951-PCP <br><br> JUDGE: Hon. P. Casey Pitts <br> MAGISTRATE JUDGE: Hon. Susan van Keulen <br><br> **UNITED STATES' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DOCKET NO. 297)** |

Plaintiff United States of America submits this Motion to Remove Incorrectly Filed Document to remove the version of Plaintiff's Opposition to Motion for Intervention filed at Docket No. 297. After the United States filed Plaintiff's Opposition to Motion for Intervention, it discovered that the filing inadvertently contained protected attorney work product in a resolved Microsoft Word comment that had been retained when the document was converted to an Adobe PDF. Immediately upon discovery of the error, the United States emailed the Docketing Clerk, requesting the filing be temporarily blocked to the public; filed a corrected version of Plaintiff's Opposition to Motion for Intervention (Dkt. No. 299); and emailed counsel for Defendants and the Colorado State Attorney General asking them to disregard the filing containing attorney work product. Accordingly, the United States respectfully requests that Docket No. 297 be permanently deleted from the docket.

Dated: October 31, 2025

| | |
|---|---|
| ELIZABETH S. JENSEN (CA Bar # 302355)<br>Assistant Civil Chief<br>San Francisco Office | */s/ Jeremy M. Goldstein*<br>HENRY C. SU (CA BAR # 211202)<br>Senior Litigation Counsel<br>U.S. Department of Justice, Antitrust Division<br>450 Fifth Street, NW, Suite 4000<br>Washington, DC 20530<br>Telephone: (202) 615-2165<br>Email: Henry.Su@usdoj.gov<br><br>JEREMY M. GOLDSTEIN (CA Bar # 324422)<br>MICHAEL G. LEPAGE (DC Bar # 1618918)<br>U.S. Department of Justice, Antitrust Division<br>450 Golden Gate Ave, Room 10-0101<br>San Francisco, CA 94102<br>Telephone: (415) 934-5300<br>Email: Jeremy.Goldstein@usdoj.gov<br><br>*Attorneys for Plaintiff United States of America* |