1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.,<br><br>      *Defendants.* | CASE NO.  5:25-CV-00951-PCP<br><br>JUDGE: Hon. P. Casey Pitts<br>MAGISTRATE JUDGE: Hon. Susan van Keulen<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DOCKET NO. 297)** |

**[PROPOSED] ORDER**

   Before the Court is Plaintiff United States of America's Motion to Remove Incorrectly Filed Document (Docket No. 297) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

   **SO ORDERED.**

Dated: _____

               _____
               THE HON. P. CASEY PITTS
               United States District Judge