HENRY C. SU (CA Bar # 211202)
Senior Litigation Counsel
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 705-6338
Henry.Su@usdoj.gov

JEREMY M. GOLDSTEIN (CA Bar # 324422)
MICHAEL G. LEPAGE (DC Bar # 1618918)
Trial Attorneys
U.S. Department of Justice, Antitrust Division
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
Jeremy.Goldstein@usdoj.gov

*Attorneys for Plaintiff
United States of America*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-CV-00951-PCP |
| *Plaintiff,* | JUDGE: Hon. P. Casey Pitts |
| v. | MAGISTRATE JUDGE: Hon. Susan van Keulen |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | **NOTICE OF RESUMED CIVIL LITIGATION FUNCTIONS** |
| *Defendants.* | |

On October 1, 2025, Plaintiff United States of America and Defendant Hewlett Packard Enterprise Co. ("HPE") filed a Joint Stipulation to Stay Case following the expiration of the continuing resolution funding the United States Department of Justice. Dkt. No. 235. On October 15, the Court granted the Parties' request in part, staying the case except with respect to the States' Motion for Intervention, Dkt. No. 236, "until Department of Justice attorneys can resume their civil litigation functions or further order of the Court." Dkt. No. 237.

On November 12, 2025, Congress passed a new continuing resolution that restored funding to the Department of Justice. The Department has resumed its normal civil litigation functions.

Dated: November 14, 2025

| | |
|---|---|
| ELIZABETH S. JENSEN (CA Bar # 302355)<br>Assistant Civil Chief<br>San Francisco Office | */s/ Jeremy M. Goldstein*<br>HENRY C. SU (CA BAR # 211202)<br>Senior Litigation Counsel<br>U.S. Department of Justice, Antitrust Division<br>450 Fifth Street, NW, Suite 4000<br>Washington, DC 20530<br>Telephone: (202) 615-2165<br>Email: Henry.Su@usdoj.gov<br><br>JEREMY M. GOLDSTEIN (CA Bar # 324422)<br>MICHAEL G. LEPAGE (DC Bar # 1618918)<br>U.S. Department of Justice, Antitrust Division<br>450 Golden Gate Ave, Room 10-0101<br>San Francisco, CA 94102<br>Telephone: (415) 229-2934<br>Email: Jeremy.Goldstein@usdoj.gov<br><br>*Attorneys for Plaintiff United States of America* |