# Exhibit A-3

# Changes to Proposed Final Judgment in Response to Public Comments

| Change to Proposed Final Judgment | Comment(s) that Change Responds to |
|---|---|
| II.F. (Page 3) – Includes more information defining the metes and bounds of the AI Ops for Mist Source Code | Former Antitrust Division Professionals Letter (Page 6) <br> American Economic Liberties Project Letter (Page 15) (Question 8) |
| IV.2.B. (Page 6) – Requires the Divestiture Trustee to sell HPE Divestiture Assets as quickly as possible as consistent with the Final Judgment | State Attorneys General Letter (Page 11) <br> Former Antitrust Division Professionals Letter (Page 8) |
| IV.2.I-J. (Page 8) – Provides that the Divestiture Trustee will serve until the divestiture is completed or for a term otherwise ordered by the Court, and allows the United States to request the appointment of substitute Divestiture Trustee if it determines the original Trustee is not acting diligently or in a reasonably cost-effective manner | State Attorneys General Letter (Page 11) |
| V.1.B.4. (Page 11) – Provides that at the option of the primary Mist Source Code licensee, subject to approval of the United States, HPE must extend the transition services offered to the primary licensee by up to 6 months | State Attorneys General Letter (Pages 10-11) <br> American Economic Liberties Project Letter (Page 13 & 15 (Question 7)) |
| V.1.B.5. (Page 11) – Deletes provision stating that primary Mist Source Code license will include a non-solicitation provision | State Attorneys General Letter (Page 10) <br> American Economic Liberties Project Letter (Page 13 & 15 (Question 7)) |
| V.2.B. (Page 14) – Requires the License Trustee to license the source code as quickly as possible | State Attorneys General Letter (Page 11) <br> Former Antitrust Division Professionals Letter (Page 8) |
| V.2.I-J (Pages 16-17) – Provides that the License Trustee will serve until the divestiture is completed or for a term otherwise ordered by the Court, and allows the United States to request the appointment of substitute License Trustee if it determines the original Trustee is not acting diligently or in a reasonably cost-effective manner | State Attorneys General Letter (Page 11) |

| Change to Proposed Final Judgment | Comment(s) that Change Responds to |
|---|---|
| VI (Pages 18-20) – Includes several "Additional Requirements" that are typically part of Department of Justice antitrust consent judgments. These provisions include:<br>• Requiring HPE to use best efforts to divest the HPE Divestiture Assets and license the AI Ops for Mist Source Code as expeditiously as possible<br>• Requiring that the divestiture and licensing go to companies that will use the assets to compete in the market for enterprise-grade WLAN solutions in the United States, and that the companies have "the intent and capability, including the necessary managerial, operational, technical, and financial capability" to compete in that market<br>• Prohibiting HPE from inhibiting or financing the divestiture or licensing<br>• Prohibiting HPE from reacquiring the HPE Divestiture Assets or the AI Ops for Mist Source Code | State Attorneys General Letter (Page 11)<br>Former Antitrust Division Professionals Letter (Page 8)<br><br>Former Antitrust Division Professionals Letter (Page 6)<br><br><br><br><br><br><br><br>American Economic Liberties Project Letter (Page 15) (Question 8)<br>American Economic Liberties Project Letter (Page 15) (Question 8) |
| XI (Pages 22-23) – Includes several standard provisions to ensure enforcement of the Final Judgment, including allowing the United States to seek relief (under a preponderance of the evidence standard) should HPE violate the terms of the Final Judgment. Such relief includes contempt sanctions and an extension of the Final Judgment, as well as reimbursement for all government expenses incurred in enforcing the Final Judgment | State Attorneys General Letter (Page 11)<br>Former Antitrust Division Professionals Letter (Page 8)<br>American Economic Liberties Project Letter (Page 15) (Question 8) |