SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | |
| v. | **HEWLETT PACKARD ENTERPRISE CO.'S NOTICE OF ERRATA** |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | Judge:  P. Casey Pitts |
| *Defendants*. | Action Filed:  January 30, 2025 |

On October 28, 2025, Defendant Hewlett Packard Enterprise Co. ("HPE") filed an Opposition to the Non-Parties' Motion to Intervene. ECF No. 298. In that filing, HPE mistakenly placed quotation marks around a sentence that was not a quotation. Specifically, on page 16 lines 9-10 of the original brief, there is the following sentence: "In addition, the Non-Parties could petition the Court to participate as amici—which 'is far and away ... preferred' over intervention. *G. Heileman*, 563 F. Supp. at 653.'" In the corrected version of the brief, filed herewith, HPE seeks to replace that sentence with the following: "In addition, the Non-Parties could petition the Court to participate as amici—which is far and away preferred over intervention. *See G. Heileman*, 563 F. Supp. at 653." Additionally, the corrected brief removes the citation, located on page 25 lines 25-26 of the original brief, which reads "*See id*. at 653 (amici status "is far and away the preferred method" for participation in Tunney Act case)." HPE respectfully requests the corrected version of the brief, filed herewith, be substituted for ECF No. 298 to correct this error.

.

Dated: November 17, 2025

By: /s/ *Samuel Liversidge*

Samuel G. Liversidge
*Attorney for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*

Samuel G. Liversidge (Bar No. 180578)
Eric Vandevelde (Bar No. 240699)
Daniel Nowicki (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

Stephen Weissman (*pro hac vice*)
Michael J. Perry (Bar No. 255411)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
SWeissman@gibsondunn.com
MJPerry@gibsondunn.com
KLimarzi@gibsondunn.com

Julie S. Elmer (*pro hac vice*)
Jennifer Mellott (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

Justina K. Sessions (Bar No. 270914)
**FRESHFIELDS US LLP**
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

*Attorneys for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*