# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | CASE NO. 5:25-CV-00951-PCP<br><br>JUDGE: Hon. P. Casey Pitts<br>MAGISTRATE JUDGE: Hon. Susan van Keulen<br><br>~~[PROPOSED]~~ ORDER GRANTING UNITED STATES' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DOCKET NO. 297) |

### ~~[PROPOSED]~~ ORDER

Before the Court is Plaintiff United States of America's Motion to Remove Incorrectly Filed Document (Docket No. 297) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

Dated: November 17, 2025

_____
THE HON. P. CASEY PITTS
United States District Judge