PHILIP J. WEISER
Attorney General
ARTHUR BILLER (*pro hac vice*)
Senior Assistant Attorney General
BRYN A. WILLIAMS
First Assistant Attorney General (SBN 301699)
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Arthur.Biller@coag.gov
          Bryn.Williams@coag.gov

*Attorneys for Intervenors*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.<br><br>*Defendants.* | CASE NO. 5:25-cv-00951-PCP<br><br>**NOTICE OF ADOPTION OF UNITED STATES' COMPLAINT**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

On November 18, 2025, this Court held that "the States will be entitled to intervene as parties" in this action. Nov. 18, 2025 Hearing Transcript at 62. The Court further directed the States[1] to "identify within seven days whether they adopt the allegations in the United States' complaint . . . in full or only in part for purposes of satisfying the pleading requirements of the Federal Rules." *Id.* Accordingly, the States hereby file this Notice of Adoption of United States' Complaint. The States adopt the allegations in the Complaint (Dkt. No. 1), on information and

---

[1] The Intervenor States are Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia.

1    belief, and reserve the right to amend the allegations if necessary following discovery and further

2    proceedings in this action.

3

4    Dated: November 25, 2025

5                                            PHILIP J. WEISER
                                            Attorney General

6
                                            */s/ Arthur Biller*
7                                            ARTHUR BILLER *(Admitted Pro Hac Vice)*
                                            Senior Assistant Attorney General
8                                            BRYN A. WILLIAMS
                                            First Assistant Attorney General (SBN 301699)
9                                            JONATHAN B. SALLET *(Admitted Pro Hac Vice)*
                                            Special Assistant Attorney General
10                                           ROBIN ALEXANDER (*pro hac vice application*
                                            *pending*)
11                                           Assistant Attorney General
                                            1300 Broadway, 10th Floor
12                                           Denver, CO 80203
                                            Telephone: (720)508-6000
13                                           Email: Arthur.Biller@coag.gov
14                                                   Bryn.Williams@coag.gov
                                                    Jon.Sallet@coag.gov
15                                                   Robin.Alexander@coag.gov

16
                                            *Attorneys for the State of Colorado*
17

18                                           ROB BONTA
                                            Attorney General of California
19
                                            */s/ Brian D. Wang*
20                                           PAULA L. BLIZZARD, Senior Assistant Attorney
                                            General (SBN 207920)
21                                           MICHAEL W. JORGENSON, Supervising Deputy
                                            Attorney General (SBN 201145)
22                                           BRIAN D. WANG, Deputy Attorney General (SBN
                                            284490)
23                                           Office of the Attorney General
                                            California Department of Justice
24                                           455 Golden Gate Avenue, Suite 11000
                                            San Francisco, California 94102
25                                           (415) 510-4400
                                            Brian.Wang@doj.ca.gov
26

27                                           *Attorneys for the State of California*

28

1

2 WILLIAM TONG
ATTORNEY GENERAL

3

4 */s/ Nicole Demers*
Nicole Demers (*pro hac vice application forthcoming*)
Deputy Associate Attorney General

5 Antitrust Section
Connecticut Office of the Attorney General

6 165 Capitol Ave.

7 Hartford, CT 06106
Tel.: (860) 808-5030

8 nicole.demers@ct.gov

9 *Attorneys for the State of Connecticut*

10

11

12 BRIAN SCHWALB
Attorney General of the District of Columbia

13 */s/ Coty Montag*
Coty Montag (SBN 255703)

14 Deputy Attorney General, Public Advocacy Division
Office of the Attorney General for the District of

15 Columbia

16 400 6th Street NW
Washington, DC 20001

17 Telephone: (202) 417-5402
Coty.Montag@dc.gov

18

19 *Attorneys for the District of Columbia*

20

21 ANNE E. LOPEZ
Attorney General

22 */s/ Rodney I. Kimura*

23 RODNEY I. KIMURA *(Admitted Pro Hac Vice)*
Deputy Attorney General

24 Department of the Attorney General
425 Queen Street

25 Honolulu, Hawaii. 96813
Telephone:  (808) 586-1180

26 Email:  Rodney.i.kimura@hawaii.gov

27

28 *Attorneys for State of Hawaii*

NOTICE OF ADOPTION OF UNITED STATES' COMPLAINT – Case No. 5:25-cv-00951-PCP

KWAME RAOUL
Attorney General of Illinois

*/s/ Paul J. Harper*
*(Admitted Pro Hac Vice)*

ELIZABETH L. MAXEINER
*(Admitted Pro Hac Vice)*
Chief, Antitrust Bureau
PAUL J. HARPER
Assistant Attorney General, Antitrust Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street, 35th Floor
Chicago, Illinois 60603
773-590-7935 | elizabeth.maxeiner@ilag.gov
773-590-6837 | paul.harper@ilag.gov

*Attorneys for State of Illinois*


COMMONWEALTH OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General

*/s/ Anthony W. Mariano*
Anthony W. Mariano *(Admitted Pro Hac Vice)*
Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(781) 835-7990
Anthony.Mariano@mass.gov

*Attorneys for*
*Commonwealth of Massachusetts*


KEITH ELLISON
Attorney General

*/s/ Jon M. Woodruff*
*(Admitted Pro Hac Vice)*

ELIZABETH ODETTE *(Admitted Pro Hac Vice)*
Manager, Assistant Attorney General
Antitrust Division

JON M. WOODRUFF

- 4 -

Assistant Attorney General
Antitrust Division

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Telephone: (651) 300-7425
elizabeth.odette@ag.state.mn.us
jon.woodruff@ag.state.mn.us

*Attorneys for State of Minnesota*


LETITIA JAMES
Attorney General of the State of New York

CHRISTOPHER D'ANGELO
Chief Deputy Attorney General
Economic Justice Division

*/s/ Elinor Hoffmann*
*(Admitted Pro Hac Vice)*

ELINOR R. HOFFMANN
Chief, Antitrust Bureau
AMY McFARLANE
*(Admitted Pro Hac Vice)*
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ
*(Admitted Pro Hac Vice)*
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Attorneys for State of New York*


JEFF JACKSON
Attorney General of North Carolina

*/s/ Kunal J. Choksi*
*(Admitted Pro Hac Vice)*

Kunal Janak Choksi
Senior Deputy Attorney General

NOTICE OF ADOPTION OF UNITED STATES' COMPLAINT – Case No. 5:25-cv-00951-PCP

North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6032
E-Mail: kchoksi@ncdoj.gov

*Attorneys for State of North Carolina*

Dan Rayfield
Attorney General of Oregon

*/s/ Rachel K. Sowray*
Rachel K. Sowray *(Admitted Pro Hac Vice)*
Senior Assistant Attorney General
Timothy D. Smith *(Admitted Pro Hac Vice)*
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR 97201
503.689.0249 | Rachel.Sowray@doj.oregon.gov
503.798.3297 | tim.smith@doj.oregon.gov

*Attorneys for State of Oregon*

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Amy N. L. Hanson*
*(Admitted Pro Hac Vice)*

JONATHAN A. MARK *(Admitted Pro Hac Vice)*
Antitrust Division Chief
AMY N.L. HANSON
Senior Managing Assistant Attorney General
Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Email: jonathan.mark@atg.wa.gov
Email: amy.hanson@atg.wa.gov
Tel: 206-389-3806 (Mark)
Tel: 206-464-5419 (Hanson)

*Attorneys for State of Washington*

NOTICE OF ADOPTION OF UNITED STATES' COMPLAINT – Case No. 5:25-cv-00951-PCP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/Caitlin M. Madden*
Caitlin M. Madden *(Admitted Pro Hac Vice)*

Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-1311
caitlin.madden@wisdoj.gov

*Attorneys for State of Wisconsin*

NOTICE OF ADOPTION OF UNITED STATES' COMPLAINT – Case No. 5:25-cv-00951-PCP