SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com


JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com


*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD SEPARATE ORDER** |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | |
| *Defendants.* | Judge:           P. Casey Pitts |
| | Action Filed:    January 30, 2025 |

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff United States of America ("United States"), Defendant Hewlett Packard Enterprise Co. ("HPE"), and Intervenors Attorneys General for the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States," and together with the United States and HPE, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the United Sates filed its Complaint against HPE on January 30, 2025 (ECF No. 1);

WHEREAS, the United States and HPE filed a Joint Agreed Stipulation and Proposed Judgment, indicating that the United States and HPE had reached a settlement in this Action, on June 27, 2025 (ECF No. 217);

WHEREAS, on October 14, 2025, the States filed a Motion for Intervention (ECF No. 236);

WHEREAS, during the November 18, 2025 hearing on the States' Motion for Intervention, the Court granted the States' Motion for Intervention (ECF No. 314);

WHEREAS, on November 18, 2025, the States filed their Motion for Hold Separate Order ("Hold Separate Motion") (ECF No. 317);

WHEREAS, given the upcoming Thanksgiving holiday, HPE needs additional time to respond to each of the points raised in the Hold Separate Motion and to collect declarations from HPE employees in support thereof;

WHEREAS, the States likewise need additional time for their reply to HPE's opposition to the Hold Separate Motion;

WHEREAS, the Parties have conferred and agreed to a schedule for briefing on the Hold Separate Motion;

WHEREAS, the Parties have agreed that the hearing on the Hold Separate Motion will take place on January 8, 2025 at 10:00 am, or anytime thereafter the Court deems appropriate;

NOW, THEREFORE, the United States, HPE, and the States have agreed to, and respectively submit for approval by the Court, the following schedule for the Hold Separate Motion:

2

1.      HPE will file its opposition to the Hold Separate Motion by December 9, 2025.  To the extent the United States responds to the Hold Separate Motion, any such response shall be filed by December 9, 2025.

2.      The States will file their reply to opposition to the Hold Separate Motion by December 23, 2025.

3.      The hearing on the Hold Separate Motion will take place on January 8, 2026 at 10:00 am, or at whatever time thereafter the Court deems appropriate.

**IT IS SO STIPULATED.**

Dated: November 25, 2025

By: */s/ Samuel G. Liversidge*

Samuel G. Liversidge (Bar No. 180578)
Eric Vandevelde (Bar No. 240699)
Daniel Nowicki (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

Stephen Weissman (*pro hac vice*)
Michael J. Perry (Bar No. 255411)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
SWeissman@gibsondunn.com
MJPerry@gibsondunn.com
KLimarzi@gibsondunn.com

Julie S. Elmer (*pro hac vice*)
Jennifer Mellott (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

Justina K. Sessions (Bar No.  270914)
**FRESHFIELDS US LLP**
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

*Attorneys for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*

4

1  Dated: November 25, 2025

2  By: */s/ Henry C. Su*

3  HENRY C. SU (CA Bar # 211202)
   Senior Litigation Counsel

4  U.S. Department of Justice, Antitrust Division
   450 Fifth Street, NW, Suite 4000

5  Washington, DC 20530
   Telephone: (202) 705-6338

6  Email: Henry.Su@usdoj.gov

7  JEREMY M. GOLDSTEIN (CA BAR # 324422)

8  MICHAEL G. LEPAGE (DC BAR # 1618918)
   ELIZABETH S. JENSEN (CA BAR # 302355)

9  Assistant Civil Chief
   U.S. Department of Justice, Antitrust Division

10 450 Golden Gate Ave, Room 10-0101
   San Francisco, CA 94102

11 Telephone: (415) 934-5300

12 Jeremy.Goldstein@usdoj.gov
   Michael.Lepage@usdoj.gov

13

14 San Francisco Office

15 *Attorneys for Plaintiff*

16 *UNITED STATES OF AMERICA*

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

Dated: November 25, 2025

PHILIP J. WEISER
Attorney General

By: /s/ Arthur Biller
ARTHUR BILLER (Admitted Pro Hac Vice)
Senior Assistant Attorney General
BRYN A. WILLIAMS
First Assistant Attorney General (SBN 301699)
JONATHAN B. SALLET (pro hac vice application forthcoming)
Special Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Arthur.Biller@coag.gov
        Bryn.Williams@coag.gov
        Jon.Sallet@coag.gov

*Attorneys for the State of Colorado*

ROB BONTA
Attorney General of California

By: /s/ Brian D. Wang
PAULA L. BLIZZARD, Senior Assistant Attorney
General (SBN 207920)
MICHAEL W. JORGENSON, Supervising Deputy
Attorney General (SBN 201145)
BRIAN D. WANG, Deputy Attorney General
(SBN 284490)
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
(415) 510-4400
Brian.Wang@doj.ca.gov

*Attorneys for the State of California*

WILLIAM TONG
Attorney General

By: /s/ Nicole Demers
Nicole Demers (pro hac vice application forthcoming)
Deputy Associate Attorney General
Antitrust Section

6

Connecticut Office of the Attorney General
165 Capitol Ave. Hartford, CT 06106 Tel.: (860) 808-5030
nicole.demers@ct.gov

*Attorneys for the State of Connecticut*

BRIAN SCHWALB
Attorney General of the District of Columbia

By: */s/ Coty Montag*

Coty Montag (SBN 255703)
Deputy Attorney General, Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 417-5402
Coty.Montag@dc.gov

*Attorneys for the District of Columbia*

ANNE E. LOPEZ
Attorney General

By: */s/ Rodney I. Kimura*

RODNEY I. KIMURA (Admitted Pro Hac Vice)
Deputy Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii. 96813
Telephone: (808) 586-1180
Email: Rodney.i.kimura@hawaii.gov

*Attorneys for State of Hawaii*

KWAME RAOUL Attorney General of Illinois

By: */s/ Paul J. Harper*

(Admitted Pro Hac Vice)
ELIZABETH L. MAXEINER
(Admitted Pro Hac Vice)
Chief, Antitrust Bureau
PAUL J. HARPER
Assistant Attorney General, Antitrust Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street, 35th Floor
Chicago, Illinois 60603
773-590-7935 | elizabeth.maxeiner@ilag.gov

7

1  773-590-6837 | paul.harper@ilag.gov

2  *Attorneys for State of Illinois*

3
4  COMMONWEALTH OF MASSACHUSETTS
   ANDREA JOY CAMPBELL
   Attorney General

5
6  By: */s/ Anthony W. Mariano*
   Anthony W. Mariano (Admitted Pro Hac Vice)
7  Chief, Antitrust Division
   Office of the Massachusetts Attorney General
8  One Ashburton Place, 20th Floor
   Boston, MA 02108
9  (781) 835-7990
   Anthony.Mariano@mass.gov
10
11 *Attorneys for Commonwealth of Massachusetts*

12 KEITH ELLISON
   Attorney General
13
   By: */s/ Jon M. Woodruff*
14 (Admitted Pro Hac Vice)
   ELIZABETH ODETTE (Admitted Pro Hac Vice)
15 Manager, Assistant Attorney General
   Antitrust Division
16 JON M. WOODRUFF
   Assistant Attorney General
17 Antitrust Division
18 Office of the Minnesota Attorney General
   445 Minnesota Street, Suite 600
19 Saint Paul, MN 55101
   Telephone: (651) 300-7425
20 elizabeth.odette@ag.state.mn.us
21 jon.woodruff@ag.state.mn.us

22 *Attorneys for State of Minnesota*

23 LETITIA JAMES
   Attorney General of the State of New York
24 CHRISTOPHER D'ANGELO

25
26 Chief Deputy Attorney General
   Economic Justice Division
27
28 By: */s/ Elinor Hoffmann*

8

(Admitted Pro Hac Vice)

ELINOR R. HOFFMANN
Chief, Antitrust Bureau
AMY McFARLANE
(Admitted Pro Hac Vice)
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ
(Admitted Pro Hac Vice)
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Attorneys for State of New York*

JEFF JACKSON
Attorney General of North Carolina

By: */s/ Kunal J. Choksi*
(Admitted Pro Hac Vice)
Kunal Janak Choksi
Senior Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6032
E-Mail: kchoksi@ncdoj.gov

*Attorneys for State of North Carolina*

Dan Rayfield
Attorney General of Oregon

By: */s/ Rachel K. Sowray*
Rachel K. Sowray (Admitted Pro Hac Vice)
Senior Assistant Attorney General
Timothy D. Smith (Admitted Pro Hac Vice)
Attorney-in-Charge
Economic Justice Section

Oregon Department of Justice
100 SW Market St, Portland OR 97201
503.689.0249 | Rachel.Sowray@doj.oregon.gov

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

503.798.3297 | tim.smith@doj.oregon.gov
*Attorneys for State of Oregon*

NICHOLAS W. BROWN
Attorney General of Washington

By: */s/ Amy N. L. Hanson*
(Admitted Pro Hac Vice)
JONATHAN A. MARK (Admitted Pro Hac Vice)
Antitrust Division Chief
AMY N.L. HANSON
Senior Managing Assistant Attorney General
Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000 Seattle, WA 98104
Email: jonathan.mark@atg.wa.gov
Email: amy.hanson@atg.wa.gov
Tel: 206-389-3806 (Mark)
Tel: 206-464-5419 (Hanson)

*Attorneys for State of Washington*

JOSHUA L. KAUL
ATTORNEY GENERAL

By: */s/ Caitlin M. Madden*

Caitlin M. Madden (Admitted Pro Hac Vice)
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-1311
caitlin.madden@wisdoj.gov

*Attorneys for State of Wisconsin*

10

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

DATED: November 25, 2025                     _/s/ Samuel G. Liversidge_
                                             Samuel G. Liversidge


\*\*\*\*\*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____          _____
                                       Hon. P. Casey Pitts
                                       United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD SEPARATE ORDER
CASE NO. 5:25-cv-00951