SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>    *Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**DECLARATION OF SAMUEL LIVERSIDGE IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD SEPARATE ORDER** |

I, Samuel Liversidge, declare as follows:

1. I am an attorney admitted to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Hewlett Packard Enterprise Co. ("HPE") in the above-captioned matter. I submit this declaration in accordance with Civil Local Rule 6-2(a) in support of the Joint Stipulation and [Proposed] Order Regarding Briefing Schedule on Motion for Hold Separate Order ("Stipulation") filed jointly by the United States, HPE, and the States (together, the "Parties"). The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently to these facts.

2.. On November 24, 2025, the Parties agreed, subject to the Court's approval, that HPE will have an extra week to oppose the States' Motion for Hold Separate Order ("Hold Separate Motion"), extending the deadline for HPE to oppose the Hold Separate Motion from December 2, 2025, to December 9, 2025. The Parties also agreed, subject to the Court's approval, that the States will have an extra week to file their reply to the opposition to the Hold Separate Motion, extending the deadline to December 23, 2025. The Parties agreed to these extensions of time given the Thanksgiving holiday and the need to have adequate time to respond to the issues raised in the Hold Separate Motion.

3.. On November 24, 2025, the parties also agreed that the hearing on the Hold Separate Motion should take place on January 8, 2026, at 10:00 am, or any time thereafter that the Court deems appropriate.

4. Even with the requested extensions of time, the Hold Separate Motion will be fully briefed more than two weeks prior to the proposed hearing date. Nor will the proposed extensions impact any other deadlines in the case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on November 25, 2025, in Los Angeles, California.

                            */s/ Samuel Liversidge*
                            Samuel Liversidge