SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com


JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com


*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD SEPARATE ORDER** |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | |
| *Defendants*. | Judge:          P. Casey Pitts |
| | Action Filed:  January 30, 2025 |

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff United States of America ("United States"), Defendant Hewlett Packard Enterprise Co. ("HPE"), and Intervenors Attorneys General for the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States," and together with the United States and HPE, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the United Sates filed its Complaint against HPE on January 30, 2025 (ECF No. 1);

WHEREAS, the United States and HPE filed a Joint Agreed Stipulation and Proposed Judgment, indicating that the United States and HPE had reached a settlement in this Action, on June 27, 2025 (ECF No. 217);

WHEREAS, on October 14, 2025, the States filed a Motion for Intervention (ECF No. 236);

WHEREAS, during the November 18, 2025 hearing on the States' Motion for Intervention, the Court granted the States' Motion for Intervention (ECF No. 314);

WHEREAS, on November 18, 2025, the States filed their Motion for Hold Separate Order ("Hold Separate Motion") (ECF No. 317);

WHEREAS, given the upcoming Thanksgiving holiday, HPE needs additional time to respond to each of the points raised in the Hold Separate Motion and to collect declarations from HPE employees in support thereof;

WHEREAS, the States likewise need additional time for their reply to HPE's opposition to the Hold Separate Motion;

WHEREAS, the Parties have conferred and agreed to a schedule for briefing on the Hold Separate Motion;

WHEREAS, the Parties have agreed that the hearing on the Hold Separate Motion will take place on January 8, 2025 at 10:00 am, or anytime thereafter the Court deems appropriate;

NOW, THEREFORE, the United States, HPE, and the States have agreed to, and respectively submit for approval by the Court, the following schedule for the Hold Separate Motion:

2

1.    HPE will file its opposition to the Hold Separate Motion by December 9, 2025.  To the extent the United States responds to the Hold Separate Motion, any such response shall be filed by December 9, 2025.

2.    The States will file their reply to opposition to the Hold Separate Motion by December 23, 2025.

3.    The hearing on the Hold Separate Motion will take place on January 8, 2026 at 10:00 am, or at whatever time thereafter the Court deems appropriate.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD SEPARATE ORDER
CASE NO. 5:25-cv-00951

1    Dated: November 25, 2025

2    By: */s/ Samuel G. Liversidge*

3    Samuel G. Liversidge (Bar No. 180578)
     Eric Vandevelde (Bar No. 240699)

4    Daniel Nowicki (Bar No. 304716)
     **GIBSON, DUNN & CRUTCHER LLP**

5    333 South Grand Avenue
     Los Angeles, California 90071

6    Telephone: (213) 229-7000

7    SLiversidge@gibsondunn.com
     EVandevelde@gibsondunn.com

8    DNowicki@gibsondunn.com

9    Stephen Weissman (*pro hac vice*)
     Michael J. Perry (Bar No. 255411)

10   Kristen C. Limarzi (*pro hac vice*)

11   **GIBSON, DUNN & CRUTCHER LLP**
     1700 M Street, N.W.

12   Washington, D.C. 20036
     Telephone: (202) 955-8500

13   SWeissman@gibsondunn.com
     MJPerry@gibsondunn.com

14   KLimarzi@gibsondunn.com

15
     Julie S. Elmer (*pro hac vice*)

16   Jennifer Mellott (*pro hac vice*)
     **FRESHFIELDS US LLP**

17   700 13th St NW
     Washington, DC 20005

18   Telephone: (202) 777-4500

19   julie.elmer@freshfields.com
     eric.mahr@freshfields.com

20   jennifer.mellott@freshfields.com

21   Justina K. Sessions (Bar No.  270914)

22   **FRESHFIELDS US LLP**
     855 Main St

23   Redwood City, CA 94063
     Telephone: (650) 618-9250

24   justina.sessions@freshfields.com

25   *Attorneys for Defendant*
     *HEWLETT PACKARD ENTERPRISE CO.*

26

27

28
                                        4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

Dated: November 25, 2025

By: */s/ Henry C. Su*
HENRY C. SU (CA Bar # 211202)
Senior Litigation Counsel
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 705-6338
Email: Henry.Su@usdoj.gov

JEREMY M. GOLDSTEIN (CA Bar # 324422)
MICHAEL G. LEPAGE (DC Bar # 1618918)
ELIZABETH S. JENSEN (CA Bar # 302355)
Assistant Civil Chief
U.S. Department of Justice, Antitrust Division
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
Jeremy.Goldstein@usdoj.gov
Michael.Lepage@usdoj.gov


San Francisco Office

*Attorneys for Plaintiff*
*UNITED STATES OF AMERICA*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

1    Dated: November 25, 2025

2    PHILIP J. WEISER
     Attorney General
3
     By: /s/ Arthur Biller
4    ARTHUR BILLER (Admitted Pro Hac Vice)
     Senior Assistant Attorney General
5    BRYN A. WILLIAMS
     First Assistant Attorney General (SBN 301699)
6    JONATHAN B. SALLET (pro hac vice application forthcoming)
7    Special Assistant Attorney General
     1300 Broadway, 10th Floor
8    Denver, CO 80203
     Telephone: (720)508-6000
9    Email: Arthur.Biller@coag.gov
            Bryn.Williams@coag.gov
10           Jon.Sallet@coag.gov
11
     *Attorneys for the State of Colorado*
12
13   ROB BONTA
     Attorney General of California
14
     By: /s/ Brian D. Wang
15   PAULA L. BLIZZARD, Senior Assistant Attorney
     General (SBN 207920)
16   MICHAEL W. JORGENSON, Supervising Deputy
     Attorney General (SBN 201145)
17   BRIAN D. WANG, Deputy Attorney General
18   (SBN 284490)
     Office of the Attorney General
19   California Department of Justice
     455 Golden Gate Avenue, Suite 11000
20   San Francisco, California 94102
     (415) 510-4400
21   Brian.Wang@doj.ca.gov
22
     *Attorneys for the State of California*
23
24   WILLIAM TONG
     Attorney General
25

26   By: /s/ Nicole Demers
     Nicole Demers (pro hac vice application forthcoming)
27   Deputy Associate Attorney General
     Antitrust Section
28
                                    6

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

1  Connecticut Office of the Attorney General

2  165 Capitol Ave. Hartford, CT 06106 Tel.: (860) 808-5030
nicole.demers@ct.gov

3

*Attorneys for the State of Connecticut*

4

5  BRIAN SCHWALB
Attorney General of the District of Columbia

6  By: */s/ Coty Montag*

7  Coty Montag (SBN 255703)
Deputy Attorney General, Public Advocacy Division

8  Office of the Attorney General for the District of Columbia
400 6th Street NW

9  Washington, DC 20001
Telephone: (202) 417-5402

10  Coty.Montag@dc.gov

11  *Attorneys for the District of Columbia*

12  ANNE E. LOPEZ
Attorney General

13

14  By: */s/ Rodney I. Kimura*
RODNEY I. KIMURA (Admitted Pro Hac Vice)

15  Deputy Attorney General
Department of the Attorney General

16  425 Queen Street
Honolulu, Hawaii. 96813

17  Telephone: (808) 586-1180
Email: Rodney.i.kimura@hawaii.gov

18

19  *Attorneys for State of Hawaii*

20

KWAME RAOUL Attorney General of Illinois

21

By: */s/ Paul J. Harper*

22  (Admitted Pro Hac Vice)
ELIZABETH L. MAXEINER

23  (Admitted Pro Hac Vice)
Chief, Antitrust Bureau

24  PAUL J. HARPER
Assistant Attorney General, Antitrust Bureau

25  Office of the Illinois Attorney General

26  115 S. LaSalle Street, 35th Floor
Chicago, Illinois 60603

27  773-590-7935 | elizabeth.maxeiner@ilag.gov

28
7

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

773-590-6837 | paul.harper@ilag.gov

*Attorneys for State of Illinois*

COMMONWEALTH OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General

By: */s/ Anthony W. Mariano*
Anthony W. Mariano (Admitted Pro Hac Vice)
Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(781) 835-7990
Anthony.Mariano@mass.gov

*Attorneys for Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General

By: */s/ Jon M. Woodruff*
(Admitted Pro Hac Vice)
ELIZABETH ODETTE (Admitted Pro Hac Vice)
Manager, Assistant Attorney General
Antitrust Division
JON M. WOODRUFF
Assistant Attorney General
Antitrust Division
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Telephone: (651) 300-7425
elizabeth.odette@ag.state.mn.us
jon.woodruff@ag.state.mn.us

*Attorneys for State of Minnesota*

LETITIA JAMES
Attorney General of the State of New York
CHRISTOPHER D'ANGELO


Chief Deputy Attorney General
Economic Justice Division

By: */s/ Elinor Hoffmann*

8

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

1  (Admitted Pro Hac Vice)

2  ELINOR R. HOFFMANN

3  Chief, Antitrust Bureau
   AMY McFARLANE

4  (Admitted Pro Hac Vice)
   Deputy Bureau Chief, Antitrust Bureau

5  MICHAEL SCHWARTZ
   (Admitted Pro Hac Vice)

6  Assistant Attorney General

7  New York State Office of the Attorney General

8  28 Liberty Street
   New York, NY 10005

9  Phone: (212) 416-8269
   Email: Elinor.Hoffmann@ag.ny.gov

10

11 *Attorneys for State of New York*

12 JEFF JACKSON
   Attorney General of North Carolina

13 By: */s/ Kunal J. Choksi*

14 (Admitted Pro Hac Vice)
   Kunal Janak Choksi

15 Senior Deputy Attorney General

16 North Carolina Department of Justice
   114 W. Edenton St.

17 Raleigh, NC 27603
   Telephone: (919) 716-6032

18 E-Mail: kchoksi@ncdoj.gov

19 *Attorneys for State of North Carolina*

20 Dan Rayfield

21 Attorney General of Oregon

22 By: */s/ Rachel K. Sowray*

   Rachel K. Sowray (Admitted Pro Hac Vice)
23 Senior Assistant Attorney General
   Timothy D. Smith (Admitted Pro Hac Vice)
24 Attorney-in-Charge

25 Economic Justice Section

26 Oregon Department of Justice
   100 SW Market St, Portland OR 97201
27 503.689.0249 | Rachel.Sowray@doj.oregon.gov

28

9

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR HOLD
SEPARATE ORDER
CASE NO. 5:25-cv-00951

503.798.3297 | tim.smith@doj.oregon.gov
*Attorneys for State of Oregon*

NICHOLAS W. BROWN
Attorney General of Washington


By: */s/ Amy N. L. Hanson*
(Admitted Pro Hac Vice)
JONATHAN A. MARK (Admitted Pro Hac Vice)
Antitrust Division Chief
AMY N.L. HANSON
Senior Managing Assistant Attorney General
Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000 Seattle, WA 98104
Email: jonathan.mark@atg.wa.gov
Email: amy.hanson@atg.wa.gov
Tel: 206-389-3806 (Mark)
Tel: 206-464-5419 (Hanson)

*Attorneys for State of Washington*

JOSHUA L. KAUL
ATTORNEY GENERAL


By: */s/ Caitlin M. Madden*


Caitlin M. Madden (Admitted Pro Hac Vice)
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-1311
caitlin.madden@wisdoj.gov

*Attorneys for State of Wisconsin*

10

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

DATED:  November 25, 2025

*/s/ Samuel G. Liversidge*
Samuel G. Liversidge

\*\*\*\*\*

~~[PROPOSED]~~ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___November 26, 2025___

_____
Hon. P. Casey Pitts
United States District Judge

11