**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>*Defendants.* | CASE NO. 5:25-cv-00951-PCP<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR REMOTE HEARING |

Having considered the Joint Administrative Motion for Remote Hearing filed by Plaintiff United States of America, Defendant Hewlett Packard Enterprise Co. ("HPE"), and Intervenors, the Attorneys General for the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (all together, the "Parties"),

IT IS HEREBY ORDERED that the Joint Administrative Motion is GRANTED, and the Court will conduct the December 16, 2025 hearing in this matter remotely via Zoom.

Dated: December 9, 2025

By: _____

United States Judge P. Casey Pitts

- 1 -

[~~Proposed~~] Order Granting Joint Administrative Motion for Remote Hearing – Case No. 5:25-cv-00951-PCP