SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br>JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**DECLARATION OF JOHN F. SCHULTZ IN SUPPORT OF HPE'S OPPOSITION TO THE STATES' MOTION FOR HOLD SEPARATE ORDER**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

1

DECLARATION OF JOHN F. SCHULTZ, Case No. 5:25-cv-00951-PCP

I, John F. Schultz, declare as follows:

1. I am currently employed by Hewlett Packard Enterprise Company ("HPE"). My title is Executive Vice President and Chief Operating & Legal Officer. I also currently serve as the Chief Integration Officer for HPE's acquisition of Juniper Networks, Inc. ("the Transaction"), and in that role, I lead and oversee all aspects of HPE's integration of Juniper Networks, Inc. ("Juniper"), reporting to HPE's Chief Executive Officer and to HPE's Board of Directors. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify to each of them under oath.

2. Following the entry of the Court's Asset Preservation and Hold Separate Stipulation and Order (the "Stipulation") on June 30, 2025, and subject to its terms, HPE closed the Transaction on July 2, 2025. In accordance with the Stipulation, HPE agreed to auction up to two licenses to the source code for Juniper's AIOps software for WLAN and hold separate its Instant On networking business for future divestiture. The Instant On business earned over $141 million in revenue for fiscal year 2025, about $36 million of which came from WLAN.

3. The closing followed nearly 18 months of regulatory processes, during which all antitrust and foreign direct investment authorities that reviewed the Transaction cleared it unconditionally except for the United States.

4. At closing, Juniper shareholders tendered their shares to HPE in return for approximately $14 billion in the aggregate. Trading in the common stock of Juniper on the New York Stock Exchange was suspended, and the entire Board of Directors of Juniper resigned.

5. Following the July 2, 2025 closing, HPE immediately moved to execute on its integration plan for which substantial planning work had been done since the announcement of the Transaction in January 2024. Juniper's networking business was combined with HPE's networking business, HPE Aruba, to form a single, integrated networking business called HPE Networking.

6. Because of the uncertainty caused by the eighteen-month delay from the announcement of the Transaction to its closing, HPE determined that the most critical integration activity should occur – and already occurred here – within the first few months after closing. We viewed this approach as necessary to both minimize any further confusion around the Transaction and build a sense of confidence amongst employees, customers, partners, and investors.

7. Swift and effective integration was particularly important to avoid a loss of talent. An integration of this magnitude creates significant uncertainty for employees, who may be unaware of their future compensation, role, leadership, and organizational structure at the time a transaction closes. This exposes the company to significant talent loss as competitors seize the opportunity to capitalize on the uncertainty surrounding the future of those employees. Accordingly, it was imperative that HPE move quickly to integrate its talent and remove the fear and uncertainty surrounding the future of its employees.

8. Executing the integration plan quickly was also critical to reassure customers, who have invested millions or often tens of millions of dollars in their networking technology, that their technology will continue to be supported at the highest level and their infrastructure investments are not at risk. These customers span the spectrum of industries that utilize enterprise-grade networking technology: from Fortune 100 companies to universities to hospitals to small businesses.

9. These customers also include agencies and departments of the U.S. government, including the National Security Agency, Department of Homeland Security, Department of Energy, and Pentagon, all of which rely on HPE for mission-critical technological infrastructure. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ HPE's work in this area includes a 10-year $2 billion agreement that we entered in 2021 with the National Security Agency in support of its mission, a recently announced $900 million deal with the Department of Defense to develop a hybrid cloud for the Defense Information Systems Agency, and an agreement with the Department of Energy to build three of the world's only exascale systems at national labs, to ensure that the United States leads the supercomputing race with China.

10. By combining the complementary offerings of HPE and Juniper, the Transaction establishes a second global vendor that can offer its own "full stack" of enterprise server, storage and networking products and solutions at scale. Today, the only other global vendor that can do so is Huawei—a Chinese company that has been banned from competing in the United States because of national security concerns. In the past, the lack of a credible, secure alternative to Huawei often resulted

in governmental and important private sector entities outside the United States selecting Huawei as a supplier for critical infrastructure. The Transaction ensures that HPE remains a source of critical technology to the U.S. government and provides its allies with a strong alternative to Huawei. Any effort to pause or reverse integration would jeopardize HPE's ability to supply technology to federal agencies that execute the intelligence and national security functions of the United States government, and also harm U.S. national security interests by forestalling the benefits of the Transaction in creating a credible, secure alternative to Huawei abroad.

11. HPE Networking is already operating as a single, integrated business, under a single blended leadership team led by Juniper's former CEO Rami Rahim, in which employees, source code, intellectual property, product roadmaps, and supply chains of HPE Aruba and legacy Juniper have been combined. To comply with the States' requested injunctive relief, HPE would not only have to cease integration activity but would need to effectively reverse everything that has occurred to date. Even with those affirmative efforts, it is unlikely HPE would be able to fully comply with the requested relief given the irreversible nature of some of the changes that have occurred, including the departure of many senior Juniper leaders, the change in roles or departures of legacy HPE Aruba and Juniper employees, the sharing of pricing and technical information between the teams, and the unification of corporate functions and finances. Any attempt at compliance with such injunctive relief would effectively require HPE to take substantially costly and burdensome non-specific affirmative actions in order to create and operate two separate networking businesses that would somehow compete with each other and with all of the other competitors in the enterprise WLAN market. The resulting confusion and uncertainty would undermine confidence in HPE and delay the procompetitive benefits of the Transaction, causing irreparable harm to HPE and its employees.

12. As further described below, HPE's already completed integration efforts span all parts of its business.

### I. Corporate Structure, Finance, and Accounting

13. HPE has merged the complex corporate entity structure of Juniper into HPE and has moved billions of dollars of assets and intellectual property into HPE's worldwide legal entity structure. In addition, HPE has replaced the directors of over 80 Juniper corporate entities around the world.

14. Juniper's former CEO, who is now the President of the HPE Networking business, has full responsibility over both legacy HPE Aruba and legacy Juniper products, and the former CEO of HPE's Aruba networking business is now serving as Executive Vice President and Chief Sales Officer and focused on other parts of the HPE business.

15. Following the closing, technology and product roadmap leadership responsibilities also changed. In July, the prior HPE Aruba Chief Product Officer moved to a new position as Senior Vice President of SASE and Security at HPE Networking. Juniper's Chief Operating Officer left HPE shortly after the close of the Transaction and Juniper's former head of its Enterprise Campus and Branch business is now the Executive Vice President and General Manager for the combined Enterprise Campus and Branch business of HPE Networking.

16. Following the departure of Juniper's Chief Financial Officer, Chief People Officer, Chief Marketing Officer, and General Counsel and many of the senior leaders on their respective teams, these functional organizations (Finance, Human Resources, Marketing, and Legal) all were unified under common leadership under a combined organizational structure consisting of blended leadership and team members.

17. With respect to real estate, HPE has already relocated approximately 3,600 legacy Juniper employees in Bangalore, India to the new HPE Bangalore office, with 400 remaining legacy Juniper employees planned for relocation to the Bangalore office in January 2026. Globally, HPE has already exited or consolidated 46 legacy Juniper and HPE Aruba sites and is in the process of exiting or consolidating 16 additional sites by the end of 2025. HPE has already begun the demolition and renovation of legacy Juniper's Sunnyvale office, its former headquarters, to transform the facility to an HPE workplace.

18. The HPE and legacy Juniper sourcing teams, now combined, have been working with each other's cost information since the merger closed. The integrated team has initiated cost and supply strategy planning for the combined company and has already begun the process of renegotiating supply contracts.

19. HPE has already successfully consolidated legacy Juniper's financial information into HPE's. HPE closed the books for its third quarter ended July 31, 2025, which included the

consolidation of Juniper's financial results from the period between July 2, 2025, and July 31, 2025. The budgets and financial results for the legacy Juniper and HPE Aruba businesses have been combined, and a budget and consolidated financial plan for the 2026 fiscal year based on the integrated business has been implemented. HPE reported on the quarterly results of the combined business on September 3, 2025 and provided full-year financial guidance for 2026 to its shareholders last month. The analysts that cover HPE's stock have already communicated with the market regarding their views on the combined business. HPE reported fiscal year 2025 results on December 4, 2025, including a full quarter of the combined networking business results, and provided investors with first quarter fiscal year 2026 guidance for the combined business.

## II. Sales, Marketing, and Channel Partner Program

20. Both HPE—and, prior to the Transaction, Juniper—sell many networking products through a global network of distributors, resellers, and channel partners ("Partners"), who in turn sell to customers and provide value-add services including network design, training, and request-for-proposal support. By the end of October 2025, HPE had already onboarded 951 Partners that had previously sold either legacy Aruba or Juniper products, but not both, to sell the combined HPE Networking portfolio consisting of both legacy Aruba and legacy Juniper products. Partners have invested substantial time and resources to learn and prepare to sell the combined portfolio. A pause or reversal of the integration process would result in confusion for Partners and their customers, as well as significant associated costs and loss of business for both the Partners and HPE.

21. HPE has already consolidated branding and integrated legacy Aruba and Juniper sales and marketing functions. For example, HPE has already, among other things, (1) created a unified HPE Networking product portfolio that integrates legacy Juniper and HPE Aruba products and features; (2) migrated legacy Juniper sales, compensation, and product data into HPE systems; (3) enabled Juniper legacy Partners in HPE's customer relationship management platform; (4) retired the Highspot marketing tool (previously used by Juniper) and transitioned all sellers and legacy Juniper content into Seismic (an HPE tool); (5) completed a full marketing cutover from Eloqua (a tool previously used by Juniper) to HPE's system; and (6) issued extended sales letters to align legacy HPE Aruba and legacy Juniper Partners on the same 12-month cycle.

### III. Intellectual Property and Product Roadmap

22. HPE already has had access to competitively sensitive information relating to Juniper's intellectual property and product portfolio, including its non-published patent filings and trade secrets, recent inventions, crown jewel patent lists, analysis and strategy regarding competitors and intellectual property disputes, product roadmaps, pricing information, and customer, supplier, and vendor accounts and contracts. The HPE and Juniper IP departments are significantly integrated, and both teams have been exposed and given access to highly valuable confidential information, including trade secrets. For example, the HPE IP team has visibility into Juniper's non-public patent filings, recent inventions (pre-patenting), crown jewel patent lists, and IP analysis/strategy with respect to competitors and IP disputes. The legacy Juniper IP team, which has been integrated into the HPE IP team, has similar visibility and access with respect to Aruba's competitively sensitive information. The legacy Aruba and Juniper IP teams have full access to each other's IP databases which include detailed records, plans, metadata, valuation, comments, and strategy with respect to IP assets. This also includes sensitive IP agreements, including important inbound and outbound licenses. Finally, as part of the strategy and budget alignment process, HPE has already abandoned various patent assets in Juniper's portfolio.

23. After five months of integration, the product and engineering roadmap for HPE Networking incorporates competitively sensitive information for both legacy Juniper and legacy Aruba products, and the product development team has already written unified code that incorporates elements from both legacy Aruba and legacy Juniper products. Pausing the integration at this stage would require HPE to take affirmative action to separate the unified code and create two entirely different product and engineering roadmaps for its now integrated networking business. It would also deprive customers of the "best of both" features that they have requested.

24. Because WLAN represents only a small portion of the Juniper assets HPE acquired in the Transaction, the integration has involved a much broader set of products and wider geography than WLAN in the United States, and pausing or reversing the integration would create confusion, uncertainty, and harm that extends far beyond WLAN in the United States.

25. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2025

_____
John F. Schultz
EVP, Chief Operating and Legal Officer
Hewlett Packard Enterprise Co.