SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC,<br><br>   *Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**DECLARATION OF RAMI RAHIM IN SUPPORT OF HPE'S OPPOSITION TO THE STATES' MOTION FOR HOLD SEPARATE ORDER**<br><br>Judge:  P. Casey Pitts<br>Action Filed: January 30, 2025 |

I, Rami Rahim, declare as follows:

1. I am currently employed by Hewlett Packard Enterprise Company ("HPE"). My title is Executive Vice President, President & General Manager, HPE Networking. Prior to its acquisition by HPE, I was the President and CEO of Juniper Networks, Inc. ("Juniper"). I was appointed to my current role on July 2, 2025, upon the close of HPE's acquisition of Juniper. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify to each of them under oath.

2. My leadership team, which was announced and put in place on July 8, 2025, is comprised of a blend of legacy HPE Aruba and Juniper leaders. Since July 8, 2025, the team and I have had access to competitively sensitive information relating to both legacy Aruba and legacy Juniper products, features, pricing, customers, partners, vendors, and intellectual property.

3. After five months of integration, the product and engineering roadmap for HPE Networking already incorporates competitively sensitive information for both legacy Juniper and legacy Aruba products, and the product development team has written unified code that incorporates elements from both legacy Aruba and legacy Juniper products. Pausing the integration at this stage would require HPE to take affirmative action to separate the unified code and create two entirely different product and engineering roadmaps for its now integrated networking business. It would also deprive customers of the "best of both" features that they have requested and expect.

4. HPE has publicly announced that its unified product portfolio will incorporate features from both the legacy Aruba and legacy Juniper platforms. For example, HPE is developing Wi-Fi 7 access points that work across both Mist and Aruba Central and has already announced the first of this series, with a full access point portfolio under development. HPE has already begun developing a single family of access points for Wi-Fi 8 that will also run both Mist and Aruba Central, depending on the customer deployment. Additionally, work on developing campus chassis switches based on legacy Juniper technology has ceased, and HPE is developing campus chassis switches that leverage Aruba CX chassis switch technology. Again, pausing these efforts will harm innovation and customers.

5. HPE is also developing and has publicly announced new products outside of WLAN that could not have been possible without the merger and integration conducted to date. For example, HPE announced the first wired switch to use Broadcom's latest Tomahawk 6 chips, the QFX5250. This

switch leverages legacy Juniper's Junos software innovations and HPE's liquid cooling innovations, creating a true "best-in-breed" solution.

6. New products that combine the features of legacy Aruba and Juniper are already in development, and information about these products has already been shared with distributors, channel partners, and customers. Pausing the integration would undermine or reverse the rollout of new products, slow or halt innovation, and create uncertainty for distributors, channel partners and customers who are making business decisions based on these announcements and their expectations for a "best of breed" suite of networking solutions. For example, because HPE is developing only one HPE-branded chassis switch, there is no "Juniper" chassis switch to hold separate. If HPE were ordered to stand up legacy Juniper as an independent competitor, a reconstituted Juniper would have to start from scratch to develop and commercialize its own chassis switch, putting it potentially a year or more behind HPE and other competitors.

7. Given how far down the road HPE is in developing an integrated product portfolio based on the best of legacy Aruba and legacy Juniper features, pausing the integration would be both impractical and harmful. A pause would require HPE's engineers (which include legacy Juniper engineers) to stop writing code for the unified product portfolio, attempt to separate the code, and rewrite two separate sets of code. In attempting to separate the unified code, engineers would be forced to interact with the competitively sensitive information of both legacy Aruba and Juniper.

8. The HPE Aruba and legacy Juniper sales teams have been combined under the former HPE Aruba's Senior Vice President for Worldwide Sales, now Senior Vice President for Worldwide Sales of HPE Networking, and have been selling together for the better part of four months. The consolidated sales team already has full access to pricing and other competitively sensitive information, including Salesforce databases, for both legacy Aruba and legacy Juniper products.

9. Changes to the global sales leadership team were announced shortly after the close of the merger. Approximately 25 high-level Juniper sales executives have already departed their positions, with many departing HPE.

10. Starting January 1, 2026, the sales quotas (which impact sales employee compensation) and territories for the unified sales team will be based on the unified HPE Networking product portfolio

incorporating both legacy HPE Aruba and Juniper products. Because of the way sales quotas work, precluding sales employees from selling either legacy Aruba or legacy Juniper products would negatively impact the compensation of these 3,600 colleagues, who will soon be made aware of their 2026 quotas and territories.

11. Pausing the integration would be ineffectual because the combined sales team already has access to the competitively sensitive information of both legacy companies. To create an independent Juniper, HPE would have to affirmatively unwind many integration steps that have already been completed and re-hire individuals who have left the company. And it would be impossible to force existing team members to forget the competitively sensitive information of which they are already aware.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: December 9, 2025

Rami Rahim
Executive Vice President, President
& General Manager, HPE Networking
*Hewlett Packard Enterprise Co.*

Juniper Business Use Only