SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com


JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com


*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | |
| v. | **CERTIFICATE OF SERVICE** |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | Judge:         P. Casey Pitts<br>Action Filed:  January 30, 2025 |
| *Defendants.* | |

---

HEWLETT PACKARD ENTERPRISE CO.'S OPPOSITION TO MOTION FOR HOLD SEPARATE ORDER
CASE NO. 5:25-cv-00951

# CERTIFICATE OF SERVICE

I, Courtney L. Spears, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 3161 Michelson Dr., Irvine, CA 92612-4412 in said County and State. On December 9, 2025, I served the following document:

**DECLARATION OF JOHN F. SCHULTZ [FILED UNDER SEAL] (UNREDACTED)**

on the parties stated below, by email transmission, per agreement of the parties to accept service by email, to the respective email address(es) of the party(ies) stated below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

*Plaintiff United States of America*:

Henry C. Su
Jeremy M. Goldstein
Michael G. Lepage
U.S. Department of Justice
Antitrust Division
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
(415) 934-5300
henry.su@usdoj.gov
jeremy.goldstein@usdoj.gov
michael.lepage@usdoj.gov

*Attorneys for the State of Colorado*

Arthur Biller
Bryn Anderson Williams
Robin E Alexander
Colorado Department of Law
1300 Broadway
Ste 10th Floor
Denver, CO 80203
720-508-6228
arthur.biller@coag.gov
bryn.williams@coag.gov
robin.alexander@coag.gov

*Attorneys for the State of California*

Paula L. Blizzard
Michael Wayne Jorgenson
Brian Wang
Office of the Attorney General of California
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3765
paula.blizzard@doj.ca.gov
Michael.Jorgenson@doj.ca.gov
Michael Wayne Jorgenson
brian.wang@doj.ca.gov

*Attorneys for the State of Connecticut*

Nicole Demers
Deputy Associate Attorney General
Antitrust Section
Connecticut Office of the Attorney General
165 Capitol Ave. Hartford, CT 06106
(860) 808-5030
nicole.demers@ct.gov

*Attorneys for the District of Columbia*

Coty Montag
Deputy Attorney General, Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 417-5402
Coty.Montag@dc.gov

*Attorneys for the State of Hawaii*

Rodney I. Kimura
Hawaii Attorney General's Office
425 Queen Street
Honolulu, HI 96813
(808) 586-1180
(808) 586-1205 (fax)
rodney.i.kimura@hawaii.gov

*Attorneys for the State of Illinois*

Elizabeth L. Maxeiner

Paul J Harper
Illinois Attorney General's Office
115 S. LaSalle St.
35th Floor
Chicago, IL 60603
773-590-7935
elizabeth.maxeiner@ilag.gov
paul.harper@ilag.gov

*Attorneys for Commonwealth of Massachusetts*

Anthony W. Mariano
Massachusetts Attorney General's Office
1 Ashburton Place, 20th Floor
Boston, MA 02108
617-963-2414
anthony.mariano@mass.gov

*Attorneys for the State of Minnesota*

Elizabeth R. Odette
Jon M. Woodruff
Minnesota Attorney General's Office
445 Minnesota Street
Suite 600
Minneapolis, MN 55101-2125
651-728-7208
elizabeth.odette@ag.state.mn.us
jon.woodruff@ag.state.mn.us

*Attorneys for the State of New York*

Elinor Hoffmann
Michael D. Schwartz
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
212-416-8269
212-416-6015 (fax)
elinor.hoffmann@ag.ny.gov
michael.schwartz@ag.ny.gov

*Attorneys for the State of North Carolina*

Kunal Choksi
NC Department of Justice
114 W. Edenton St.
Raleigh, NC 27603

919-716-6032
kchoksi@ncdoj.gov

*Attorneys for the State of Oregon*

Timothy Daly Smith
Rachel Katherine Sowray
Oregon Department of Justice
100 SW Market Street
Portland, OR 97210
(503) 934-4400
(503) 378-7067 (fax)
tim.smith@doj.oregon.gov
rachel.sowray@doj.oregon.gov

*Attorneys for the State of Washington*

Amy N.L. Hanson
Jonathan A Mark
State of Washington Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-5419
amy.hanson@atg.wa.gov
jonathan.mark@atg.wa.gov

*Attorneys for the State of Wisconsin*

Caitlin M. Madden
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-1311
caitlin.madden@wisdoj.gov

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 9, 2025

                                         */s/ Courtney L. Spears*
                                         Courtney L. Spears