UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR REMOTE HEARING LINK |

Having considered the Administrative Motion for Remote Hearing Link filed by the Intervenor States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States"), and any opposition thereto,

IT IS HEREBY ORDERED that the States' Administrative Motion is GRANTED, and the Court will provide a remote access link for the January 8, 2026, hearing in this matter ~~to be used only by counsel for the parties~~.

Dated:   January 7, 2026

By: _____

United States Judge P. Casey Pitts

- 1 -
[Proposed] Order Granting Administrative Motion for Remote Hearing Link – Case No. 5:25-cv-00951-PCP