

U.S. Department of Justice

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

December 23, 2025

**VIA EMAIL**

Arthur Biller, Esq.
(Arthur.Biller@coag.gov)
Senior Assistant Attorney General
Office of the Attorney General
State of Colorado
1300 Broadway, 10th Floor
Denver, CO 80203

      Re:    *United States of America v. Hewlett Packard Enterprise Co., et al.*,
             No. 5:25-cv-00951-PCP (N.D. Cal. filed on Jan. 30, 2025)

Dear Arthur:

I write concerning the Subpoenas to Testify at a Deposition in a Civil Action directed to former Deputy Assistant Attorney General William J. Rinner, former Principal Deputy Assistant Attorney General Roger P. Alford, and former Chief of Staff to the Attorney General Chad R. Mizelle. These subpoenas were sent to the United States Department of Justice by email on December 22, 2025.

The Department's *Touhy* regulations, 28 C.F.R. § 16.21 *et seq.*, require that a party seeking Department information from current or former Department employees must summarize the testimony sought. *See* 28 C.F.R. § 16.23(c) ("If oral testimony is sought by a demand in a case or matter in which the United States is a party, an affidavit, or, if that is not feasible, a statement by the party seeking the testimony or by the party's attorney setting forth a summary of the testimony sought must be furnished to the Department attorney handling the case or matter.").

Consequently, your subpoenas must conform to the Department's *Touhy* regulations. You have not provided summaries of the deposition testimony sought from former Deputy Assistant Attorney General William J. Rinner, former Principal Deputy Assistant Attorney General Roger P. Alford, and former Chief of Staff to the Attorney General Chad R. Mizelle pursuant to these regulations. I request that you provide an affidavit or other written statement for each witness in accordance with the Department's *Touhy* regulations.

The Department cannot authorize testimony pursuant to your subpoenas without compliance with the *Touhy* regulations, and we object to the subpoenas, at a minimum,

Arthur Biller, Esq.<br>
December 23, 2025<br>
Page 2

on this basis. This objection is not exclusive, and the Department reserves the right to assert further objections to the Subpoenas to Testify at a Deposition in a Civil Action to Mr. Rinner, Mr. Alford, and Mr. Mizelle.

Should you have any questions about what is required by the *Tuohy* regulations, we are available to meet and confer with you.

Sincerely,

Henry C. Su

cc:  Bryn A. Williams (Bryn.Williams@coag.gov)
Jonathan Sallet (Jon.Sallet@coag.gov)
Samuel G. Liversidge (sliversidge@gibsondunn.com)
Julie Elmer (julie.elmer@freshfields.com)
Jennifer Mellott (jennifer.mellott@freshfields.com)
Jeremy M. Goldstein (jeremy.goldstein@usdoj.gov)
Michael G. Lepage (michael.lepage@usdoj.gov)