SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**DECLARATION OF SAMUEL LIVERSIDGE IN SUPPORT OF HPE'S STATEMENT IN SUPPORT OF THE MOTION FOR ENTRY OF FINAL JUDGMENT** |

I, Samuel Liversidge, declare as follows:

1. I am an attorney admitted to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Hewlett Packard Enterprise Co. ("HPE") in the above-captioned matter. I submit this declaration in support of HPE's Statement in Support of the Motion for Entry of Final Judgment. The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently to these facts.

2.. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Civil Investigative Demand ("CID") deposition transcript of Ash Chowdappa taken on October 18, 2024.

3.. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the Civil Investigative Demand ("CID") deposition transcript of Ubiquiti (Safi Mojadiddidi) taken on October 18, 2024.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on February 2, 2026, in Los Angeles, California.

                                                  */s/ Samuel Liversidge*
                                                  Samuel Liversidge