# EXHIBIT A

SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>    Defendants. | Case No.: 5:25-cv-00951-PCP<br><br>**DECLARATION OF JONATHAN R. STURZ**<br><br>Judge:          P. Casey Pitts<br>Action Filed:  January 30, 2025 |

1

I, Jonathan R. Sturz, declare as follows:

1. I am currently employed by Hewlett Packard Enterprise Company ("HPE"). My title is Vice President, Deputy General Counsel and Assistant Corporate Secretary. Since June 30, 2025, I have been responsible for overseeing the auction process for the HPE Divestiture Assets and the AIOps for Mist Source Code, as those terms are defined in the Amended Proposed Final Judgment ("APFJ") (Dkt. No. 351-1). I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify to each of them under oath.

2. Since late June 2025, HPE has undertaken extensive efforts to prepare for and conduct the auction processes for the AI Ops for Mist Source Code and HPE Divestiture Assets. Dozens of employees have been involved in outreach to potential bidders, identifying and preparing the asset sale parameters, setting up and populating data rooms, creating materials for potential bidders to review, negotiating and executing non-disclosure agreements, soliciting and reviewing bids, and responding to questions from potential bidders about the AI Ops for Mist Source Code and HPE Divestiture Assets.

3. Since late June 2025, HPE, both directly and through counsel, has discussed the AI Ops for Mist Source Code, HPE Divestiture Assets, and/or auction process with multiple potential buyers and licensees. Consistent with the APFJ, HPE has disclosed to the United States the identities of these potential buyers and licensees and the dates of these communications.

4. As of the date of this declaration, HPE has received three bids to license the AI Ops for Mist Source Code and five bids to acquire the HPE Divestiture Assets. These bidders include a WLAN competitor (for the HPE Divestiture Assets) and firms in adjacent networking markets with plans to use the assets to compete in the WLAN market. One of the bidders has submitted bids for both assets. HPE has not yet accepted any of these bids and remains open to receiving additional bids for both the AI Ops for Mist Source Code and the HPE Divestiture Assets.

5. As set forth in the APFJ, the United States has the sole discretion to accept or reject the AI Ops for Mist Licensee and the Divestiture Acquirer, as those terms are defined in the APFJ. To that end and in accordance with the requirements of the APFJ, HPE has provided the United States with the bids it has received and the materials it has shared with the bidders.

6. In evaluating the bids for the AI Ops for Mist Source Code and HPE Divestiture Assets, HPE considers not only the price of each bid but the ability of the potential licensee or acquirer to successfully complete the transaction. Relevant factors include the bidder's ability to finance the transactions and future growth of the assets, its current supply chain and corporate infrastructure, nature of its business, including whether it already operates in the wireless or adjacent space(s), ability to use the auctioned assets to compete in the WLAN market, and expected ease of integration.

7. Upon acceptance of any bid for the AI Ops for Mist Source Code, and subject to approval of the AI Ops for Mist Licensee by the United States, HPE will negotiate a Source Code License Agreement and, at the option of the AI Ops for Mist Licensee, a Transition Services Agreement to facilitate knowledge transfer and engineering support from HPE.

8. The AI Ops for Mist Source Code is a collection of software code for set standards defined as service level expectations ("SLEs") designed to be used as part of a WLAN solution. These SLEs, among other things, assist the network administrator with establishing wireless connections, quantifying the time to connect to a network, and maintaining data transport speeds for a WLAN. The AI Ops for Mist Source Code also includes source code for data aggregation functions, as well as an AI client throughput prediction model. The AI Ops for Mist Source Code continuously measures the performance of a WLAN, computes information about whether network performance goals are met, and identifies the likely root cause of connectivity issues. According to the DOJ's complaint, AI Ops was the key differentiator of the Juniper Mist offering for WLAN.

9. The HPE Divestiture Assets consist of the entire HPE Networking Instant On ("Instant On") campus and branch business, comprising enterprise-grade, purpose-built networking solutions through cloud and app-managed products. The Divestiture Acquirer will acquire a full business line operating in 30 countries, selling products through thousands of channel partners and more than 100 employees around the world. As of the date of this declaration, all of Instant On's executive team that was in place at the time HPE's acquisition of Juniper Networks closed remain at Instant On. In addition, the purchaser of Instant On will receive a license to the AOS8 operating system, the same operating system that is currently used by HPE Aruba branded access points today.

10. HPE has complied with its existing obligations set forth in the APFJ. Among other things, HPE has taken all steps necessary to comply with the Asset Preservation and Hold Separate Stipulation and Order entered by the Court on June 30, 2025 (Dkt. 220) and to preserve the AI Ops for Mist Source Code as an economically viable asset. Beginning on July 17, 2025, and every 30 days thereafter, HPE, through its counsel, has delivered to the United States an affidavit setting forth the fact and manner of its compliance with the APFJ.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026

*[signature]*

Jonathan R. Sturz
VP, Deputy General Counsel and Assistant Corporate Secretary
Hewlett Packard Enterprise Company