SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br><br>JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**DECLARATION OF ROBERT PARTICELLI**<br><br>Judge:       P. Casey Pitts<br>Action Filed:   January 30, 2025 |

1

I, Robert Particelli, declare as follows:

1.    I am currently employed by Hewlett Packard Enterprise Company ("HPE"). My title is Deputy General Counsel, Litigation and Human Resources Legal. I am a member in good standing of the bar of the State of Pennsylvania. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify to each of them under oath.

2.    I make this Declaration in support of HPE's Administrative Motion to Seal Certain Materials Submitted with HPE's Brief in Support of Proposed Final Judgment, filed under N.D. Cal. Civil L.R. 7-11 and 79-5.

3.    Exhibit D contains confidential and competitively sensitive information relating to HPE's business strategy and product offerings. This information is maintained by HPE as confidential and secret and is not disclosed to the public or third parties (with the exception of limited information shared with distribution partners) in the ordinary course of HPE's business.

4.    Public disclosure of the competitively sensitive information contained in Exhibit D would provide HPE's competitors with unfair insight into HPE's business strategy that they could use to unfairly disadvantage HPE when bidding on future customer opportunities. Further, public disclosure of the competitively sensitive information contained in Exhibit D may unfairly affect the pending bidding process for the HPE Divestiture Assets.

5.    Exhibit B, the Declaration of John F. Schultz and Exhibits thereto (Exs. 1-6) contain confidential and competitively sensitive business information, as well as confidential and highly sensitive information relating to HPE's communications with the United States government prior to and during this Action, relating to the issues in and settlement of this Action. HPE has maintained and continues to seek to maintain the confidentiality of the information contained in the Schultz Declaration and Exhibits thereto.

6.    Public disclosure of the competitively sensitive information contained in the Schultz Declaration and Exhibits thereto (Exhibit B) would provide HPE's competitors with unfair insight into HPE's business, its relationships with federal government customers, and its communications with its government partners regarding national security issues.

DECLARATION OF ROBERT PARTICELLI, Case No. 5:25-cv-00951-PCP

7.      Public disclosure of the highly sensitive information relating to HPE's communications with the United States government contained in the Schultz Declaration and Exhibits thereto (Exhibit B) would harm HPE. HPE, like all parties with matters involving the federal government, must respond strategically in its best interest. Public disclosure of information relating to HPE's communications with the United States government, including relating to the pre-litigation investigation and settlement of this Action, would compromise HPE's ability and incentive to negotiate with the United States and other governments in the future. Public disclosure of HPE's communications with government customers would negatively impact HPE's ability to discuss national security issues with its government customers.

8.      I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF ROBERT PARTICELLI, Case No. 5:25-cv-00951-PCP

Dated: February 2, 2026

Robert Particelli

DECLARATION OF ROBERT PARTICELLI, Case No. 5:25-cv-00951-PCP