PHILIP J. WEISER
Attorney General
ARTHUR BILLER (*pro hac vice*)
Senior Assistant Attorney General
BRYN A. WILLIAMS
First Assistant Attorney General (SBN 301699)
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Arthur.Biller@coag.gov
        Bryn.Williams@coag.gov

*Attorneys for Intervenors*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>  vs.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.<br><br>   *Defendants.* | CASE NO. 5:25-cv-00951-PCP<br><br>**INTERVENORS' SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT HEWLETT PACKARD ENTERPRISE CO.**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

The States submit this Second Set of Requests for Production to Defendant Hewlett Packard Enterprise Co., pursuant to Federal Rule of Civil Procedure 34.

## DEFINITIONS

1. The terms "You," "Your," and "HPE" mean Defendant Hewlett Packard Enterprise Co., its parents, predecessors, divisions, subsidiaries, affiliates, partnerships, and joint ventures, and all directors, officers, employees, agents, attorneys, lobbyists, and representatives of the foregoing.

2. "Juniper" means Juniper Networks, Inc., its parents, predecessors, divisions, subsidiaries, affiliates, partnerships, and joint ventures, and all directors, officers, employees, agents, attorneys, lobbyists, and representatives of the foregoing.

- 1 -

3.      The terms "and" and "or" have both conjunctive and disjunctive meanings as necessary to bring within the scope of this request anything that might otherwise be outside its scope. The terms "each," "any," and "all" mean "each and every." The singular form of a noun or pronoun includes its plural form, and vice versa; and the present tense of any word includes the past tense, and vice versa.

4.      The term "Communication" means any transmittal of information by, between, or among any person(s) and/or entit(ies), whether written, oral, or electronic, and includes any Document containing or reflecting Communications.

5.      The terms "concerning" or "related to" mean in whole or in part addressing, analyzing, constituting, containing, describing, discussing, identifying, mentioning, reflecting, referring to, dealing with, pertaining to, reporting on, stating, or in any way logically or factually connected with the matter.

6.      The term "document" shall be given the broadest meaning pursuant to Federal Rule of Civil Procedure 34, and includes all written, printed, handwritten, recorded, electronic or graphic material of any kind, however produced or reproduced, and regardless of where located, including all electronically stored information such as emails, text messages, chats, messaging applications, collaboration programs or tools (such as Microsoft Teams or Slack), conferencing applications, voicemail, social media accounts, letters, logs, drafts, messages, records, spreadsheets, summaries, calendar or diary entries, notes, minutes, working papers, agendas, recordings, facsimile transmissions, metadata, embedded data, databases, images, audio, video, and all other tangible preservations of information.

7.      "AI Ops for Mist Source Code" has the meaning ascribed to it in the Proposed Final Judgment filed in this action (Dkt. No. 217-1), and the Amended Proposed Final Judgment filed in this action (Dkt. No. 311-2).

8.      "AI Ops for Mist Source Code License" has the meaning ascribed to it in the Proposed Final Judgment filed in this action (Dkt. No. 217-1), and the Amended Proposed Final Judgment filed in this action (Dkt. No. 311-2).

9.      "Computer Files" includes information stored in, or accessible through, computer or

- 2 -

1  other information retrieval systems. Thus, the Company should produce documents that exist in

2  machine-readable form, including documents stored in personal computers, portable computers,

3  workstations, minicomputers, mobile devices, mainframes, servers, backup disks and tapes, archive

4  disks and tapes, and other forms of offline storage, whether on or off Company premises.

5        10.    "Electronically Stored Information" or "ESI" refers to any information, document,

6  or data found on a computer or other device capable of storing electronic data, where such data is

7  capable of being manipulated as an entry.  "Electronically stored information" also includes all non-

8  public information that can be accessed using any hyperlink that appears in any document submitted

9  in response to this subpoena, if the information that can be accessed using the hyperlink is in Your

10  possession, custody, or control. Devices capable of storing Electronically Stored Information

11  include, but are not limited to: servers, desktop computers, portable computers, handheld computers,

12  flash memory devices, wireless communication devices, pagers, workstations, minicomputers,

13  mainframes, and any other forms of online or offline storage, whether on or off company premises.

14        11.    "HPE Divestiture Assets" has the meaning ascribed to it in the in the Proposed Final

15  Judgment filed in this action (Dkt. No. 217-1), and the Amended Proposed Final Judgment filed in

16  this action (Dkt. No. 311-2).

17        12.    "Person" means any natural person, proprietorship, corporation, company,

18  partnership, trust, joint venture, group, association, organization, government entity, legal entity, or

19  other entity.

20        13.    "Settlement" means any agreement between You and the United States to resolve the

21  claim brought by the United States against You in the Complaint in this action (Dkt. No. 1).  The

22  term Settlement includes the Proposed Final Judgment filed in this action (Dkt. No. 217-1), and the

23  Amended Proposed Final Judgment filed in this action (Dkt. No. 311-2).

**INSTRUCTIONS**

24        1.    Instructions are the same as those in the Intervenors' First Set of Requests for

25  

26  Production to Defendant Hewlett Packard Enterprise Co., dated December 22, 2025.

**REQUESTS**

27  

28        4.    All documents concerning inquiries or interest in the HPE Divestiture Assets or the

- 3 -

1   AI Ops for Mist Source Code License.

2         5.       All documents concerning Your efforts to market, sell, or advertise the HPE

3 Divestiture Assets or the AI Ops for Mist Source Code License.

4         6.       Documents sufficient to show Your integration plan for the integration of HPE and

5 Juniper, steps taken pursuant to that integration plan, and steps remaining to complete integration.

6         7.       Documents sufficient to show Your valuation of the HPE Divestiture Assets and the

7 AI Ops for Mist Source Code, including any changes in such valuation during the relevant time

8 period of January 9, 2024 to the present.

9         8.       All documents concerning trading of Out-of-the-Money Call Options on Your HPE

10 stock between June 26, 2025 and July 1, 2025.

11         9.       All documents produced in response to the August 1, 2025, letter You received from

12 United States Senators Blumenthal, Booker, Warren, and Klobuchar, and the requests made therein.

13         10.       For the past 5 years, documents sufficient to show the estimated market share of Your

14 Instant On business line, within the market for enterprise-grade WLAN solutions.

15

16 Dated: January 12, 2026

17                                       PHILIP J. WEISER
                                            Attorney General

18

19                                       */s/ Arthur Biller*
                                        ARTHUR BILLER *(Admitted Pro Hac Vice)*
                                        Senior Assistant Attorney General

20                                       BRYN A. WILLIAMS
                                        First Assistant Attorney General (SBN 301699)

21                                       JONATHAN B. SALLET *(Admitted Pro Hac Vice)*
                                        Special Assistant Attorney General

22                                       ROBIN ALEXANDER (*pro hac vice application
pending*)

23                                       Assistant Attorney General

24                                       1300 Broadway, 10th Floor
                                        Denver, CO 80203

25                                       Telephone: (720)508-6000
                                        Email: Arthur.Biller@coag.gov

26                                                   Bryn.Williams@coag.gov

27                                                   Jon.Sallet@coag.gov
                                                  Robin.Alexander@coag.gov

28

Intervenors' Second Set of Requests for Production to Defendant Hewlett Packard Enterprise Co. –
Case No. 5:25-cv-00951-PCP

1

*Attorneys for the State of Colorado*

2

ROB BONTA
Attorney General of California

3

4

/s/ Brian D. Wang
PAULA L. BLIZZARD, Senior Assistant Attorney

5

General (SBN 207920)
MICHAEL W. JORGENSON, Supervising Deputy

6

Attorney General (SBN 201145)
BRIAN D. WANG, Deputy Attorney General (SBN

7

284490)
Office of the Attorney General

8

California Department of Justice

9

455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

10

(415) 510-4400
Brian.Wang@doj.ca.gov

11

12

*Attorneys for the State of California*

13

14

WILLIAM TONG
ATTORNEY GENERAL

15

/s/ Nicole Demers

16

Nicole Demers (*pro hac vice application forthcoming*)
Deputy Associate Attorney General

17

Antitrust Section
Connecticut Office of the Attorney General

18

165 Capitol Ave.
Hartford, CT 06106

19

Tel.: (860) 808-5030

20

nicole.demers@ct.gov

21

*Attorneys for the State of Connecticut*

22

23

BRIAN SCHWALB
Attorney General of the District of Columbia

24

25

/s/ Coty Montag
Coty Montag (SBN 255703)

26

Deputy Attorney General, Public Advocacy Division
Office of the Attorney General for the District of

27

Columbia

28

400 6th Street NW
Washington, DC 20001

- 5 -

Telephone: (202) 417-5402
Coty.Montag@dc.gov

*Attorneys for the District of Columbia*

ANNE E. LOPEZ
Attorney General

*/s/ Rodney I. Kimura*
RODNEY I. KIMURA *(Admitted Pro Hac Vice)*
Deputy Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii. 96813
Telephone:  (808) 586-1180
Email:  Rodney.i.kimura@hawaii.gov

*Attorneys for State of Hawaii*

KWAME RAOUL
Attorney General of Illinois

*/s/ Paul J. Harper*
*(Admitted Pro Hac Vice)*

ELIZABETH L. MAXEINER
*(Admitted Pro Hac Vice)*
Chief, Antitrust Bureau
PAUL J. HARPER
Assistant Attorney General, Antitrust Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street, 35th Floor
Chicago, Illinois 60603
773-590-7935 | elizabeth.maxeiner@ilag.gov
773-590-6837 | paul.harper@ilag.gov

*Attorneys for State of Illinois*

COMMONWEALTH OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General

*/s/ Anthony W. Mariano*
Anthony W. Mariano *(Admitted Pro Hac Vice)*
Chief, Antitrust Division
Office of the Massachusetts Attorney General

- 6 -

One Ashburton Place, 20th Floor
Boston, MA 02108
(781) 835-7990
Anthony.Mariano@mass.gov

*Attorneys for*
*Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General

*/s/ Jon M. Woodruff*
*(Admitted Pro Hac Vice)*

ELIZABETH ODETTE *(Admitted Pro Hac Vice)*
Manager, Assistant Attorney General
Antitrust Division

JON M. WOODRUFF
Assistant Attorney General
Antitrust Division

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Telephone: (651) 300-7425
elizabeth.odette@ag.state.mn.us
jon.woodruff@ag.state.mn.us

*Attorneys for State of Minnesota*

LETITIA JAMES
Attorney General of the State of New York

CHRISTOPHER D'ANGELO
Chief Deputy Attorney General
Economic Justice Division

*/s/ Elinor Hoffmann*
*(Admitted Pro Hac Vice)*

ELINOR R. HOFFMANN
Chief, Antitrust Bureau
AMY McFARLANE
*(Admitted Pro Hac Vice)*
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ

- 7 -

(Admitted Pro Hac Vice)
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Attorneys for State of New York*

JEFF JACKSON
Attorney General of North Carolina

*/s/ Kunal J. Choksi*
*(Admitted Pro Hac Vice)*

Kunal Janak Choksi
Senior Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6032
E-Mail: kchoksi@ncdoj.gov

*Attorneys for State of North Carolina*

Dan Rayfield
Attorney General of Oregon

*/s/ Rachel K. Sowray*
Rachel K. Sowray *(Admitted Pro Hac Vice)*
Senior Assistant Attorney General
Timothy D. Smith *(Admitted Pro Hac Vice)*
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR  97201
503.689.0249 | Rachel.Sowray@doj.oregon.gov
503.798.3297 | tim.smith@doj.oregon.gov

*Attorneys for State of Oregon*

NICHOLAS W. BROWN
Attorney General of Washington

- 8 -

1

2

*/s/ Amy N. L. Hanson*
*(Admitted Pro Hac Vice)*

3

JONATHAN A. MARK *(Admitted Pro Hac Vice)*
Antitrust Division Chief

4

AMY N.L. HANSON
Senior Managing Assistant Attorney General

5

Antitrust Division

6

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000

7

Seattle, WA  98104
Email: jonathan.mark@atg.wa.gov

8

Email: amy.hanson@atg.wa.gov
Tel: 206-389-3806 (Mark)

9

Tel: 206-464-5419 (Hanson)

10

11

*Attorneys for State of Washington*

12

JOSHUA L. KAUL

13

ATTORNEY GENERAL

14

*/s/Caitlin M. Madden*
Caitlin M. Madden *(Admitted Pro Hac Vice)*

15

16

Assistant Attorney General
Wisconsin Department of Justice

17

17 West Main Street
Post Office Box 7857

18

Madison, WI 53707-7857
(608) 267-1311

19

caitlin.madden@wisdoj.gov

20

*Attorneys for State of Wisconsin*

21

22

23

24

25

26

27

28

- 9 -