UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>vs.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>    *Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**[PROPOSED] ORDER GRANTING INTERVENORS' MOTION TO COMPEL DISCOVERY** |

Having considered the Intervenor States (the "States") and Defendant Hewlett Packard Enterprise Co.'s ("HPE") Joint Letter dated February 11, 2026 Regarding Discovery Disputes Between the States and HPE,

IT IS HEREBY ORDERED that HPE must produce unredacted documents responsive to RFP Nos. 4 and 5, and respond to Interrogatory Nos. 3 and 4 to disclose the identities of the entities requested therein.

Dated:

                                          By: _____

                                        United States Judge P. Casey Pitts