SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br><br>JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**[PROPOSED] ORDER DENYING INTERVENORS' MOTION TO COMPEL DISCOVERY**<br><br>Judge:  P. Casey Pitts<br>Action Filed:  January 30, 2025 |

1

Currently before the Court is the Intervenor States (the "States") and Defendant Hewlett Packard Enterprise Co.'s ("HPE") Joint Letter dated February 11, 2026 Regarding Discovery Disputes Between the States and HPE.  In their RFP Nos. 4 and 5 and Interrogatory Nos. 3 and 4, the States seek to compel HPE to disclose the identities and contact information of actual and potential bidders for the HPE Divestiture Assets and the AI Ops for Mist Source Code License, as those terms are defined in the Amended Proposed Final Judgment.  HPE has objected to production of this information while the auction is open and negotiations are ongoing.

The Court, having considered the States' and HPE's arguments, and for good cause shown, hereby DENIES Intervenors' request to compel production of the identities and contact information of actual and potential bidders while the auction is open and negotiations are ongoing.

**IT IS SO ORDERED.**

Dated: _____                                    _____
                                                                 Hon. P. Casey Pitts
                                                                 United States District Judge