SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**HEWLETT PACKARD ENTERPRISE CO.'S RESPONSE TO INTERVENORS' ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT**<br><br>Judge:         P. Casey Pitts<br>Action Filed:  January 30, 2025 |

Defendant Hewlett Packard Enterprise Co. ("HPE") submits this response to the Administrative Motion to Exceed Page Limit ("Administrative Motion," ECF No. 408), regarding the States' briefing that is due on March 9, 2025, filed by the Intervenor States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, and Wisconsin, and the District of Columbia (the "States").

It is HPE's view that 50 pages for the States' opposition to the Motion for Entry of Final Judgment is more than is needed under the circumstances. HPE nevertheless attempted to compromise with the States to avoid burdening the Court with this issue. In response to the States request for 50 pages, HPE proposed 35 pages for each party (the States' opposition and HPE's and DOJ's replies) as a compromise, and noted that the States will also have up to 15 pages for any sur-reply. Vandevelde Decl. ¶ 3. The States rejected HPE's proposal and asked the parties to agree to 45 pages per party. *Id.* ¶ 4. HPE did not—and does not—believe that 45 pages is reasonable under the circumstances and thus declined the States' proposal. *Id.* ¶ 5. HPE stated that it would agree to 40 pages per party. *Id.* When the States said they intended to file a motion with Court, HPE agreed to 45 pages for each party to try to avoid burdening the Court and the parties with motion practice. *Id.* ¶¶ 7–8. The DOJ declined to agree to 45 pages (*id.* ¶ 9), so the States filed the instant Administrative Motion.

At bottom, HPE does not believe that 50 or 45—or even 40—pages is warranted under the circumstances, including because, in addition to its opposition brief, the States are permitted to file a 15-page sur-reply after HPE and the DOJ file their replies. But HPE would agree to 40 pages, assuming it gets the same number of pages for its reply brief, as HPE has not yet had the opportunity to file a brief addressing the discovery that has been taken since the States were permitted to intervene and engage in discovery in this proceeding.

In light of the foregoing, HPE respectfully requests that the Court deny the States' request for 50 pages for their opposition brief and permit the States no more than 40 pages. HPE also respectfully requests that it be given the same number of pages for its reply brief as the Court permits the States for their opposition.

Dated: March 5, 2026

By: */s/ Samuel Liversidge*
Samuel G. Liversidge
*Attorney for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

Samuel G. Liversidge (Bar No. 180578)
Eric Vandevelde (Bar No. 240699)
Daniel Nowicki (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

Stephen Weissman (*pro hac vice*)
Michael J. Perry (Bar No. 255411)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
SWeissman@gibsondunn.com
MJPerry@gibsondunn.com
KLimarzi@gibsondunn.com

Julie S. Elmer (*pro hac vice*)
Jennifer Mellott (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

Justina K. Sessions (Bar No. 270914)
**FRESHFIELDS US LLP**
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

HPE'S RESPONSE TO INTERVENORS' ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT
CASE NO. 5:25-cv-00951

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.