HENRY C. SU (CA Bar 211202)
JEREMY M. GOLDSTEIN (CA Bar 324422)
MICHAEL G. LEPAGE (DC Bar 1618918)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
henry.su@usdoj.gov
jeremy.goldstein@usdoj.gov
michael.lepage@usdoj.gov

*Attorneys for Plaintiff United States of America*

PHILIP J. WEISER
Attorney General
ARTHUR BILLER (*pro hac vice*)
Senior Assistant Attorney General
BRYN A. WILLIAMS
First Assistant Attorney General (SBN 301699)
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Arthur.Biller@coag.gov
        Bryn.Williams@coag.gov

*Attorneys for Intervenors*

[Additional counsel listed on signature page]

SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (pro hac vice)
JENNIFER MELLOTT (pro hac vice)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant Hewlett Packard Enterprise Co.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**[PROPOSED] JOINT STIPULATION REGARDING MODIFICATION OF CIVIL LOCAL RULE 79-5 FOR TUNNEY ACT BRIEFING**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

- 1 -

Plaintiff United States of America, Defendant Hewlett Packard Enterprise Co., and Intervenors Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia, hereinafter jointly referred to as the Parties, submit this Joint Stipulation to modify Civil Local Rule 79-5 for upcoming filings pertaining to the United States's motion for entry of final judgment, in order to minimize duplicative sealing motions and reduce the burden on the Court, the Parties, and third parties.

WHEREAS the Court has ordered Intervenors to file any opposition to the United States's motion for entry of final judgment by March 9, 2026; Plaintiff and Defendants to file any response by March 16, 2026; and Intervenors to file any sur-reply to any such response by March 22, 2026 (collectively "Tunney Act Briefing") (Dkt. 403);

WHEREAS the Parties anticipate that the Tunney Act Briefing will involve information designated as Confidential or Highly Confidential by Plaintiff, Defendant, and/or multiple third parties, necessitating the filing of sealing motions and declarations;

WHEREAS the Local Rules call for a separate Motion to Consider Sealing for each third party to be supported by a subsequent motion or declaration from the third party, *see* Civil L.R. 79-5(f);

WHEREAS substantial time is required to carefully and properly redact each Party's and third party's confidential information and thus avoid inadvertent disclosure of confidential information;

WHEREAS the Parties wish to conserve the resources of the Court, the Parties, and third parties in this matter by avoiding the filing of multiple, duplicative sealing motions and declarations;

WHEREAS this Court previously approved stipulated modifications of the sealing procedures set forth in the local rules for pre-trial submissions in this case (Dkt. 195); and

WHEREAS the Court's Civil Standing Orders note that if the briefing on a substantive motion includes multiple sealing motions, the Court may require a single joint motion consolidating all requests;

WHEREFORE, the Parties hereby stipulate and agree subject to the Court's approval:

1.      With respect to the Tunney Act Briefing, if those filings include information for which the Party intends to request sealing or for which it believes another Party or third party intends to request sealing, the Party may file the document and any supporting material provisionally under seal.

2.      The Parties will file redacted public versions of their briefs submitted with the Tunney Act Briefing four days after they are filed provisionally under seal. That is, Intervenors will file a redacted public version of their brief opposing the United States's motion for entry of final judgment by March 13, 2026; Plaintiff and Defendants will file redacted public versions of any responding briefs by March 20, 2026; and Intervenors will file a redacted public version of any sur-reply brief by March 26, 2026.

3.      After filing the sealed versions of the Tunney Act Briefing, the filing Party within 24 hours shall bear the responsibility of (1) notifying each affected third party if any of the third party's confidential information has been filed under seal, and (2) informing the third party that, if necessary, it may file a supplemental motion to seal by March 27, 2026.

4.      With respect to all Tunney Act Briefing other than the Intervenors' sur-reply, the Parties shall jointly consolidate any remaining Party-specific confidentiality issues that have not been previously presented to the Court in a Consolidated Sealing Motion to be filed on March 19, 2026;

      a.  The Consolidated Sealing Motion shall attach declarations supporting requests to seal, as appropriate;

      b.  The Consolidated Sealing Motion shall attach a proposed order. The proposed order shall include a table listing the documents requested to be sealed, in accordance with Civil Local Rule 79-5(c)(3).

5.      With respect to the Intervenors' sur-reply, the Parties shall jointly file any remaining Party-specific confidentiality issues in a Second Consolidated Sealing Motion to be filed on March 27, 2026, following the same procedure set forth in paragraph 4.

6.      The Party that filed the underlying document sought to be sealed shall file the public-facing version of the document, with any redactions pursuant to the Court's sealing order, within 14

- 3 -

days following the Court's order on the Consolidated Sealing Motion with respect to Party-specific confidential information, and within 14 days following the Court's respective orders concerning third-party confidential information.

SO ORDERED

Dated: _____                     _____

HONORABLE P. CASEY PITTS

United States District Judge

Dated: March 5, 2026

/s/ Henry C. Su_____
HENRY C. SU (CA Bar 211202)
JEREMY M. GOLDSTEIN (CA Bar 324422)
MICHAEL G. LEPAGE (DC Bar 1618918)
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
henry.su@usdoj.gov
jeremy.goldstein@usdoj.gov
michael.lepage@usdoj.gov

*Attorneys for Plaintiff United States of America*

SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (pro hac vice)
JENNIFER MELLOTT (pro hac vice)
FRESHFIELDS US LLP
700 13th St NW
Washington, DC 20005

- 4 -

Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant Hewlett Packard Enterprise Co.*


PHILIP J. WEISER
Attorney General

*/s/ Arthur Biller*
ARTHUR BILLER *(Admitted Pro Hac Vice)*
Senior Assistant Attorney General
BRYN A. WILLIAMS
First Assistant Attorney General (SBN 301699)
JONATHAN B. SALLET *(Admitted Pro Hac Vice)*
Special Assistant Attorney General
ROBIN ALEXANDER (*Admitted Pro Hac Vice*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Arthur.Biller@coag.gov
         Bryn.Williams@coag.gov
         Jon.Sallet@coag.gov
         Robin.Alexander@coag.gov

*Attorneys for the State of Colorado*


ROB BONTA
Attorney General of California

*/s/ Brian D. Wang*
PAULA L. BLIZZARD, Senior Assistant Attorney General (SBN 207920)
MICHAEL W. JORGENSON, Supervising Deputy Attorney General (SBN 201145)
BRIAN D. WANG, Deputy Attorney General (SBN 284490)
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
(415) 510-4400
Brian.Wang@doj.ca.gov

*Attorneys for the State of California*

WILLIAM TONG
ATTORNEY GENERAL

*/s/ Nicole Demers*
Nicole Demers (*pro hac vice application forthcoming*)
Deputy Associate Attorney General
Antitrust Section
Connecticut Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
Tel.: (860) 808-5030
nicole.demers@ct.gov

*Attorneys for the State of Connecticut*

BRIAN SCHWALB
Attorney General of the District of Columbia

*/s/ Coty Montag*
Coty Montag (SBN 255703)
Deputy Attorney General, Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 417-5402
Coty.Montag@dc.gov

*Attorneys for the District of Columbia*

ANNE E. LOPEZ
Attorney General

*/s/ Rodney I. Kimura*
RODNEY I. KIMURA *(Admitted Pro Hac Vice)*
Deputy Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii. 96813
Telephone:  (808) 586-1180
Email:  Rodney.i.kimura@hawaii.gov

*Attorneys for State of Hawaii*

- 6 -

KWAME RAOUL
Attorney General of Illinois

/s/ Paul J. Harper
(Admitted Pro Hac Vice)

ELIZABETH L. MAXEINER
(Admitted Pro Hac Vice)
Chief, Antitrust Bureau
PAUL J. HARPER
Assistant Attorney General, Antitrust Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street, 35th Floor
Chicago, Illinois 60603
773-590-7935 | elizabeth.maxeiner@ilag.gov
773-590-6837 | paul.harper@ilag.gov

Attorneys for State of Illinois


COMMONWEALTH OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General

/s/ Anthony W. Mariano
Anthony W. Mariano (Admitted Pro Hac Vice)
Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(781) 835-7990
Anthony.Mariano@mass.gov

Attorneys for
Commonwealth of Massachusetts


KEITH ELLISON
Attorney General

/s/ Jon M. Woodruff
(Admitted Pro Hac Vice)

ELIZABETH ODETTE (Admitted Pro Hac Vice)
Manager, Assistant Attorney General
Antitrust Division

JON M. WOODRUFF

- 7 -

Assistant Attorney General
Antitrust Division

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
Saint Paul, MN 55101
Telephone: (651) 300-7425
elizabeth.odette@ag.state.mn.us
jon.woodruff@ag.state.mn.us

*Attorneys for State of Minnesota*

LETITIA JAMES
Attorney General of the State of New York

CHRISTOPHER D'ANGELO
Chief Deputy Attorney General
Economic Justice Division

*/s/ Elinor Hoffmann*
*(Admitted Pro Hac Vice)*

ELINOR R. HOFFMANN
Chief, Antitrust Bureau
AMY McFARLANE
*(Admitted Pro Hac Vice)*
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ
*(Admitted Pro Hac Vice)*
Senior Enforcement Counsel, Antitrust Bureau

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Attorneys for State of New York*

JEFF JACKSON
Attorney General of North Carolina

*/s/ Kunal J. Choksi*
*(Admitted Pro Hac Vice)*

Kunal Janak Choksi
Senior Deputy Attorney General

- 8 -

North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6032
E-Mail: kchoksi@ncdoj.gov

*Attorneys for State of North Carolina*

Dan Rayfield
Attorney General of Oregon

*/s/ Rachel K. Sowray*
Rachel K. Sowray *(Admitted Pro Hac Vice)*
Senior Assistant Attorney General
Timothy D. Smith *(Admitted Pro Hac Vice)*
Attorney-in-Charge
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR  97201
503.689.0249 | Rachel.Sowray@doj.oregon.gov
503.798.3297 | tim.smith@doj.oregon.gov

*Attorneys for State of Oregon*

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Amy N. L. Hanson*
*(Admitted Pro Hac Vice)*

JONATHAN A. MARK *(Admitted Pro Hac Vice)*
Antitrust Division Chief
AMY N.L. HANSON
Senior Managing Assistant Attorney General
Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
Email: jonathan.mark@atg.wa.gov
Email: amy.hanson@atg.wa.gov
Tel: 206-389-3806 (Mark)
Tel: 206-464-5419 (Hanson)

*Attorneys for State of Washington*

- 9 -

JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/Caitlin M. Madden*
Caitlin M. Madden *(Admitted Pro Hac Vice)*

Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-1311
caitlin.madden@wisdoj.gov

*Attorneys for State of Wisconsin*

JOINT STIPULATION RE: MODIFICATION OF CIVIL L.R. 79-5 FOR TUNNEY ACT BRIEFING
Case No. 5:25-cv-00951-PCP