SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com


JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com


*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**HEWLETT PACKARD ENTERPRISE CO.'S UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT**<br><br>Judge:        P. Casey Pitts<br>Action Filed:   January 30, 2025 |

1 | Defendant Hewlett Packard Enterprise Co. ("HPE") submits this Unopposed Administrative Motion to Exceed Page Limit regarding HPE's forthcoming response to the States' opposition to the Motion for Entry of Final Judgment.

HPE respectfully requests that the Court grant HPE up to 50 pages for its response to the States' opposition to the Motion for Entry of Final Judgment. HPE believes that 50 pages are necessary to respond to the 50 pages of briefing the Court has permitted for the States' opposition (ECF No. 410), and because HPE has not yet had the opportunity to file a brief addressing the discovery that has been taken since the States were permitted to intervene and engage in discovery in this proceeding.

The States and the DOJ have confirmed that they do not oppose HPE's request. Vandevelde Decl. ¶¶ 2–3.

Dated: March 6, 2026

By: */s/ Samuel Liversidge*
Samuel G. Liversidge
*Attorney for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*

Samuel G. Liversidge (Bar No. 180578)
Eric Vandevelde (Bar No. 240699)
Daniel Nowicki (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

Stephen Weissman (*pro hac vice*)
Michael J. Perry (Bar No. 255411)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
SWeissman@gibsondunn.com
MJPerry@gibsondunn.com
KLimarzi@gibsondunn.com

Julie S. Elmer (*pro hac vice*)
Jennifer Mellott (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

Justina K. Sessions (Bar No. 270914)
**FRESHFIELDS US LLP**
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

HPE'S UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT
CASE NO. 5:25-cv-00951

*Attorneys for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*