SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>       *Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**DECLARATION OF ERIC VANDEVELDE IN SUPPORT OF HPE'S UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT** |

I, Eric Vandevelde, declare as follows:

1. I am an attorney admitted to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Hewlett Packard Enterprise Co. ("HPE") in the above-captioned matter. I submit this declaration in support of HPE's Unopposed Administrative Motion to Exceed Page Limit. The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently to these facts.

2.. During a meet and confer between the parties on Thursday, March 5, 2026, the States indicated that they would not oppose HPE's request for 50 pages for its response to the States' opposition.

3. On Friday, March 6, 2026, the DOJ confirmed via email that it would not oppose HPE's request for 50 pages for its response to the States' opposition.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on March 6, 2026, in Los Angeles, California.

Eric Vandevelde

DECLARATION OF ERIC VANDEVELDE
CASE NO. 5:25-CV-00951-PCP

Gibson, Dunn & Crutcher LLP