SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | ~~[PROPOSED]~~ ORDER GRANTING HPE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT |
| v. | |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | |
| *Defendants*. | |

Having considered Hewlett Packard Enterprise Co.'s ("HPE") Administrative Motion to Exceed Page Limit,

IT IS HEREBY ORDERED that HPE is permitted up to 50 pages for its response to the States' opposition to the United States' Motion for Entry of Final Judgment, which is due on March 16, 2026.

Dated: March 9, 2026

By: _____
The Honorable P. Casey Pitts
United States District Judge

[PROPOSED] ORDER GRANTING HPE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT
CASE NO. 5:25-CV-00951-PCP