# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff*, | **DECLARATION OF ARTHUR BILLER IN SUPPORT OF INTERVENORS' OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT** |
| vs. | |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC. | Judge: P. Casey Pitts |
| *Defendants*. | Action Filed: January 30, 2025 |

I, Arthur Biller, declare as follows:

1. I am a Senior Assistant Attorney General in the Antitrust Unit of the Colorado Attorney General's Office and am a member of the team representing Intervenor State of Colorado in the above-captioned case. I submit this declaration in support of the Intervenors' Opposition to Motion for Entry of a Final Judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Roger Alford, dated February 23, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Alain Carpentier, dated October 10, 2024.

- 1 -

Declaration of Arthur Biller In Support of Intervenors' Opposition to Motion for Entry of Final Judgment – Case No. 5:25-cv-00951-PCP

- 2 -

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Anindya Chakraborty, dated April 11, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of William Choe, dated October 16, 2024.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Ash Chowdappa, dated October 18, 2024.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Michael Davis, dated February 20, 2026.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Robert Friday, dated April 23, 2025.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the deposition of David Hughes, dated April 9, 2025.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition of Stan Kovler, dated October 15, 2024.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition of William Levi, dated February 27, 2026.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the deposition of Sudheer Matta, dated April 25, 2025.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition of Daniel Mesimer, dated May 27, 2025.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition of James Mileski, dated May 15, 2025.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the deposition of Rami Rahim, dated April 17, 2025.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition of Rami Rahim, dated February 26, 2026.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the deposition of Karthik Ramaswamy, dated April 10, 2025.

- 3 -

18. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the deposition of William Rinner, dated March 3, 2026.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the deposition of John Schultz, dated February 25, 2026.

20. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the deposition of Thomas Wilburn, dated January 10, 2025.

21. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the deposition of Thomas Wilburn, dated June 17, 2025.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the deposition of Safi Mojaddidi, dated May 28, 2025.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the Corrected Expert Report of Marc Remer, Ph.D., dated May 12, 2025.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the Expert Report of Nicholas Hill, dated May 19, 2025.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a document that was marked as Alford Exhibit 1.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a document that was marked as Alford Exhibit 3.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a document that was marked as Alford Exhibit 6.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a document that was marked as Davis Exhibit 12.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a document that was marked as Davis Exhibit 13

31. Attached hereto as **Exhibit 30** is a true and correct copy of a document that was marked as Davis Exhibit 14.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a document that was marked as Davis Exhibit 26.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a document that was marked as Levi Exhibits 8, 9, 10A, which is bates-stamped DOJ-TUNNEY-00001694.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a document that was marked as Levi Exhibits 11-14, which is bates-stamped DOJ-TUNNEY-00000042.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a document that was marked as Rahim Exhibit 12.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a document that was marked as Rinner Exhibit 2, which is bates-stamped DOJ-TUNNEY-00000012.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a document that was marked as Rinner Exhibit 9, which is bates-stamped HPE-TUNNEY-0041120.

38. Attached hereto as **Exhibit 37** is a true and correct copy of a document that was marked as Rinner Exhibit 13, which is bates-stamped DOJ-TUNNEY-00000419.

39. Attached hereto as **Exhibit 38** is a true and correct copy of a document that was marked as Schultz Exhibit 3, which is bates-stamped HPE-TUNNEY-0040906.

40. Attached hereto as **Exhibit 39** is a true and correct copy of a document that was marked as Schultz Exhibit 4, which is bates-stamped HPE-TUNNEY-0040968.

41. Attached hereto as **Exhibit 40** is a true and correct copy of a document that was marked as Schultz Exhibit 5, which is bates-stamped HPE-TUNNEY-0041137.

42. Attached hereto as **Exhibit 41** is a true and correct copy of a document that was marked as Schultz Exhibit 6, which is bates-stamped HPE-TUNNEY-0040964.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a document that was marked as Schultz Exhibit 7.

44. Attached hereto as **Exhibit 43** is a true and correct copy of a document that was marked as Schultz Exhibit 9, which is bates-stamped HPE-TUNNEY-0041639.

45. Attached hereto as **Exhibit 44** is a true and correct copy of a document that was marked as Schultz Exhibit 10, which is bates-stamped HPE-TUNNEY-0041685.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a document that was marked as Schultz Exhibit 11, which is bates-stamped HPE-TUNNEY-0042010.

47. Attached hereto as **Exhibit 46** is a true and correct copy of a document that was marked as Schultz Exhibit 12, which is bates-stamped HPE-TUNNEY-0041662.

48. Attached hereto as **Exhibit 47** is a true and correct copy of Defendant Hewlett Packard Enterprise Co.'s Responses and Objections to Intervenors' Second Set of Interrogatories, dated February 2, 2026.

49. Attached hereto as **Exhibit 48** is a true and correct copy of Plaintiff's Privilege Log, dated February 20, 2026. This document was originally produced to the Intervenors as a Microsoft Excel spreadsheet, and has been converted into a PDF for the purpose of this filing. The spreadsheet can be emailed to the Court upon request.

50. Attached hereto as **Exhibit 49** is a true and correct copy of the Affidavit of John V. Tunney, dated January 22, 2002. This document is publicly available at https://www.justice.gov/sites/default/files/atr/legacy/2007/09/10/mtc-00032065.pdf.

51. Attached hereto as **Exhibit 50** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00000418.

52. Attached hereto as **Exhibit 51** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00001352.

53. Attached hereto as **Exhibit 52** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00001383.

54. Attached hereto as **Exhibit 53** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00001387.

55. Attached hereto as **Exhibit 54** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00001415.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00001533.

57. Attached hereto as **Exhibit 56** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00001544.

58. Attached hereto as **Exhibit 57** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00001564.

59. Attached hereto as **Exhibit 58** is a true and correct copy of a document that is bates-stamped DOJ-TUNNEY-00001575.

60. Attached hereto as **Exhibit 59** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000084.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000110.

62. Attached hereto as **Exhibit 61** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0000734, and has also been marked DX262.

63. Attached hereto as **Exhibit 62** is a true and correct copy of the Expert Report of Mark E. Zmijewski, Ph.D., dated April 28, 2025, which is bates-stamped HPE-TUNNEY-0002815.

64. Attached hereto as **Exhibit 63** is a true and correct copy of the Expert Report of Elizabeth M. Bailey, Ph.D., dated May 19, 2025, which is bates-stamped HPE-TUNNEY-0003729.

65. Attached hereto as **Exhibit 64** is a true and correct copy of the Expert Reply Report of Mark E. Zmijewski, Ph.D., dated June 4, 2025, which is bates-stamped HPE-TUNNEY-0021643.

66. Attached hereto as **Exhibit 65** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0028674, and has also been marked Meyercord Ex. 3.

67. Attached hereto as **Exhibit 66** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0029844, and has also been marked DX035.

68. Attached hereto as **Exhibit 67** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0040798.

69. Attached hereto as **Exhibit 68** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0040852.

70. Attached hereto as **Exhibit 69** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0040926.

71. Attached hereto as **Exhibit 70** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0040941.

Declaration of Arthur Biller In Support of Intervenors' Opposition to Motion for Entry of Final Judgment – Case No. 5:25-cv-00951-PCP

72. Attached hereto as **Exhibit 71** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0041445.

73. Attached hereto as **Exhibit 72** is a true and correct copy of a document that was marked as Schultz Exhibit 8, which is bates-stamped HPE-TUNNEY-0041821.

74. Attached hereto as **Exhibit 73** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0041823.

75. Attached hereto as **Exhibit 74** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0041826.

76. Attached hereto as **Exhibit 75** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0041829.

77. Attached hereto as **Exhibit 76** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0041833.

78. Attached hereto as **Exhibit 77** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0041978.

79. Attached hereto as **Exhibit 78** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0042022.

80. Attached hereto as **Exhibit 79** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0042061.

81. Attached hereto as **Exhibit 80** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0043087.

82. Attached hereto as **Exhibit 81** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0043739.

83. Attached hereto as **Exhibit 82** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0043741.

84. Attached hereto as **Exhibit 83** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0043756.

85. Attached hereto as **Exhibit 84** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0043768.

86. Attached hereto as **Exhibit 85** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0043789.

87. Attached hereto as **Exhibit 86** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0043900.

88. Attached hereto as **Exhibit 87** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044090.

89. Attached hereto as **Exhibit 88** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044113.

90. Attached hereto as **Exhibit 89** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044283.

91. Attached hereto as **Exhibit 90** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044310.

92. Attached hereto as **Exhibit 91** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044528.

93. Attached hereto as **Exhibit 92** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044555.

94. Attached hereto as **Exhibit 93** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044562.

95. Attached hereto as **Exhibit 94** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044612.

96. Attached hereto as **Exhibit 95** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044666.

97. Attached hereto as **Exhibit 96** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044677.

98. Attached hereto as **Exhibit 97** is a true and correct copy of a document that is bates-stamped HPE-TUNNEY-0044684.

99. Attached hereto as **Exhibit 98** is a true and correct copy of a document that is marked Hajela Ex. 3, which is bates-stamped JNPR-2R-00075281.

1  100. Attached hereto as **Exhibit 99** is a true and correct copy of a document that is marked Wilburn Ex. 12.

101. Attached hereto as **Exhibit 100** is a true and correct copy of a document that is marked Wilburn Ex. 2, which is bates-stamped JNPR-2R-00892774.

102. Attached hereto as **Exhibit 101** is a true and correct copy of a document that is marked Wilburn Ex. 5, which is bates-stamped JNPR-2R-00998383.

103. Attached hereto as **Exhibit 102** is a true and correct copy of a document that is marked Hughes 14, which is bates-stamped HPEUS-002451468.

104. Attached hereto as **Exhibit 103** is a true and correct copy of a document that is marked Rahim Ex. 3, which is bates-stamped JNPR-2R-00829436.

105. Attached hereto as **Exhibit 104** is a true and correct copy of a document that is marked Lipton Ex. 10, which is bates-stamped HPE_JNPR_HSR_00001716.

106. Attached hereto as **Exhibit 105** is a true and correct copy of a document that is marked Mann Ex. 5, which is bates-stamped HPE-LIT-004189112.

107. Attached hereto as **Exhibit 106** is a true and correct copy of a document that is marked Mann Ex. 14, which is bates-stamped HPE-LIT-006034839.

108. Attached hereto as **Exhibit 107** is a true and correct copy of a document that is marked Mann Ex. 2, which is bates-stamped HPE-LIT-004189668.

109. Attached hereto as **Exhibit 108** is a true and correct copy of a document that is marked Kiser Ex. 4.

110. Attached hereto as **Exhibit 109** is a true and correct copy of a document that is marked Zimmerman Ex. 1, which is bates-stamped Gartner_000034.

111. Attached hereto as **Exhibit 110** is a true and correct copy of a document that is marked Zimmerman Ex. 2, which is bates-stamped Gartner_000001.

112. Attached hereto as **Exhibit 111** is a true and correct copy of a document that is marked Mottram Ex. 11, which is bates-stamped HPEUS-004782565.

113. Attached hereto as **Exhibit 112** is a true and correct copy of a document that is marked Friday Ex. 3, which is bates-stamped HPJUN-FRI-0000021.

1  114. Attached hereto as **Exhibit 113** is a true and correct copy of a document that is
2  marked Friday Ex. 10, which is bates-stamped JNPR-2R-02249648.
3  115. Attached hereto as **Exhibit 114** is a true and correct copy of a document that is
4  marked Friday Ex. 9, which is bates-stamped JNPR-LIT-00310441.
5  116. Attached hereto as **Exhibit 115** is a true and correct copy of a document that is
6  marked Hill Ex. 5, which is bates-stamped DELLO-HPEJ-000001170.
7  117. Attached hereto as **Exhibit 116** is a true and correct native version of a document
8  that is bates-stamped CISCO-HPEJ-00004245.
9  118. Attached hereto as **Exhibit 117** is a true and correct copy of a document that is
10 bates-stamped DOJ_ER_001463.
11 119. Attached hereto as **Exhibit 118** is a true and correct copy of a document that is
12 bates-stamped HPE-LIT-000668048.
13 120. Attached hereto as **Exhibit 119** is a true and correct copy of a document that is
14 bates-stamped HPE-LIT-001465838.
15 121. Attached hereto as **Exhibit 120** is a true and correct native version of a document
16 that is bates-stamped HPE-LIT-004181747.
17 122. Attached hereto as **Exhibit 121** is a true and correct copy of a document that is
18 bates-stamped HPE-LIT-005979411.
19 123. Attached hereto as **Exhibit 122** is a true and correct native version of a document
20 that is bates-stamped HPEUS-000777971.
21 124. Attached hereto as **Exhibit 123** is a true and correct copy of a document that is
22 bates-stamped HPEUS-001071689.
23 125. Attached hereto as **Exhibit 124** is a true and correct copy of a document that is
24 bates-stamped HPEUS-001161115.
25 126. Attached hereto as **Exhibit 125** is a true and correct native version of a document
26 that is bates-stamped HPEUS-001242220.
27 127. Attached hereto as **Exhibit 126** is a true and correct copy of a document that is
28 bates-stamped HPEUS-001261902.

1  128. Attached hereto as **Exhibit 127** is a true and correct native version of a document
2  that is bates-stamped HPEUS-001264023.

3  129. Attached hereto as **Exhibit 128** is a true correct copy of a document that is bates-
4  stamped HPEUS-002760008.

5  130. Attached hereto as **Exhibit 129** is a true and correct copy of a document that is
6  bates-stamped HPEUS-003609053.

7  131. Attached hereto as **Exhibit 130** is a true and correct copy of a document that is
8  bates-stamped HPEUS-003617173.

9  132. Attached hereto as **Exhibit 131** is a true and correct copy of a document that is
10 bates-stamped HPEUS-003822220.

11 133. Attached hereto as **Exhibit 132** is a true and correct copy of a document that is
12 bates-stamped HPEUS-003835680.

13 134. Attached hereto as **Exhibit 133** is a true and correct copy of a document that is
14 bates-stamped HPEUS-003842980.

15 135. Attached hereto as **Exhibit 134** is a true and correct copy of a document that is
16 bates-stamped HPEUS-005168335.

17 136. Attached hereto as **Exhibit 135** is a true and correct copy of a document that is
18 bates-stamped HPEUS-006558115.

19 137. Attached hereto as **Exhibit 136** is a true and correct copy of a document that is
20 bates-stamped HPEUS-006664298.

21 138. Attached hereto as **Exhibit 137** is a true and correct copy of a document that is
22 bates-stamped HPE-VRL000353.

23 139. Attached hereto as **Exhibit 138** is a true and correct copy of a document that is
24 bates-stamped HPJUN-RAM-0000007.

25 140. Attached hereto as **Exhibit 139** is a true and correct copy of a document that is
26 bates-stamped JNPR-2R-00171805.

27 141. Attached hereto as **Exhibit 140** is a true and correct native version of document that
28 is bates-stamped JNPR-2R-00423604.

142. Attached hereto as **Exhibit 141** is a true and correct copy of a document that is bates-stamped JNPR-2R-00980355.

143. Attached hereto as **Exhibit 142** is a true and correct native version of a document that is bates-stamped JNPR-2R-01208041.

144. Attached hereto as **Exhibit 143** is a true and correct copy of a document that is bates-stamped JNPR-LIT-01364614.

145. Attached hereto as **Exhibit 144** is a true and correct copy of a document that is stamped PX0021.

146. Attached hereto as **Exhibit 145** is a true and correct copy of a document that is marked PX0050.

147. Attached hereto as **Exhibit 146** is a true and correct copy of a document that is marked PX0052.

148. Attached hereto as **Exhibit 147** is a true and correct copy of a document that is marked PX0112.

149. Attached hereto as **Exhibit 148** is a true and correct copy of a document that is marked PX0113.

150. Attached hereto as **Exhibit 149** is a true and correct copy of a document that is marked PX0116.

151. Attached hereto as **Exhibit 150** is a true and correct copy of a document that is marked PX0119.

152. Attached hereto as **Exhibit 151** is a true and correct copy of a document that is marked PX0132.

153. Attached hereto as **Exhibit 152** is a true and correct copy of a document that is marked PX0149.

154. Attached hereto as **Exhibit 153** is a true and correct copy of a document that is marked PX0158.

155. Attached hereto as **Exhibit 154** is a true and correct copy of a document that is marked PX0161.

Declaration of Arthur Biller In Support of Intervenors' Opposition to Motion for Entry of Final Judgment – Case No. 5:25-cv-00951-PCP

156. Attached hereto as **Exhibit 155** is a true and correct copy of a document that is marked PX0183.

157. Attached hereto as **Exhibit 156** is a true and correct copy of a document that is marked PX0218.

158. Attached hereto as **Exhibit 157** is a true and correct copy of a document that is marked PX0234.

159. Attached hereto as **Exhibit 158** is a true and correct copy of a document that is marked PX0248.

160. Attached hereto as **Exhibit 159** is a true and correct copy of a document that is marked PX0252.

161. Attached hereto as **Exhibit 160** is a true and correct copy of a document that is marked PX0271.

162. Attached hereto as **Exhibit 161** is a true and correct copy of a document that is marked PX0289.

163. Attached hereto as **Exhibit 162** is a true and correct copy of a document that is marked PX0321.

164. Attached hereto as **Exhibit 163** is a true and correct copy of a document that is marked PX0382.

165. Attached hereto as **Exhibit 164** is a true and correct copy of a document that is marked PX0388.

166. Attached hereto as **Exhibit 165** is a true and correct copy of a document that is marked PX0411.

167. Attached hereto as **Exhibit 166** is a true and correct copy of a document that is marked PX0416.

168. Attached hereto as **Exhibit 167** is a true and correct copy of a document that is marked PX0449.

169. Attached hereto as **Exhibit 168** is a true and correct copy of a document that is marked PX0493.

1  170. Attached hereto as **Exhibit 169** is a true and correct copy of a document that is
2  marked PX0498.
3  171. Attached hereto as **Exhibit 170** is a true and correct copy of a document that is
4  marked PX0510.
5  172. Attached hereto as **Exhibit 171** is a true and correct copy of a document that is
6  marked PX0514.
7  173. Attached hereto as **Exhibit 172** is a true and correct copy of a document that is
8  marked PX0539.
9  174. Attached hereto as **Exhibit 173** is a true and correct copy of a document that is
10 marked PX0541.
11 175. Attached hereto as **Exhibit 174** is a true and correct copy of a document that is
12 marked PX0549.
13 176. Attached hereto as **Exhibit 175** is a true and correct copy of a document that is
14 marked PX0550.
15 177. Attached hereto as **Exhibit 176** is a true and correct copy of a document that is
16 marked PX0559.
17 178. Attached hereto as **Exhibit 177** is a true and correct copy of a document that is
18 marked PX0568.
19 179. Attached hereto as **Exhibit 178** is a true and correct copy of a document that is
20 marked PX0569.
21 180. Attached hereto as **Exhibit 179** is a true and correct copy of a document that is
22 marked PX0574.
23 181. Attached hereto as **Exhibit 180** is a true and correct copy of a document that is
24 marked PX0588.
25 182. Attached hereto as **Exhibit 181** is a true and correct copy of a document that is
26 marked PX0625.
27 183. Attached hereto as **Exhibit 182** is a true and correct copy of a document that is
28 marked PX0638.

184. Attached hereto as **Exhibit 183** is a true and correct copy of a document that is marked PX0662.

185. Attached hereto as **Exhibit 184** is a true and correct copy of a document that is marked PX0703.

186. Attached hereto as **Exhibit 185** is a true and correct copy of a document that is marked PX0726.

187. Attached hereto as **Exhibit 186** is a true and correct copy of a document that is marked PX0742.

188. Attached hereto as **Exhibit 187** is a true and correct copy of a document that is marked PX0781.

189. Attached hereto as **Exhibit 188** is a true and correct copy of the Expert Rebuttal Report of Adoria Lim, dated May 19, 2025, and is marked PX0787.

190. Attached hereto as **Exhibit 189** is a true and correct copy of a document that is marked PX0816.

191. Attached hereto as **Exhibit 190** is a true and correct copy of a document that is marked PX0835.

192. Attached hereto as **Exhibit 191** is a true and correct copy of a document that is marked PX0837.

193. Attached hereto as **Exhibit 192** is a true and correct copy of a document that is marked PX0840.

194. Attached hereto as **Exhibit 193** is a true and correct copy of a document that is marked PX0851.

195. Attached hereto as **Exhibit 194** is a true and correct copy of a document that is marked PX0853.

196. Attached hereto as **Exhibit 195** is a true and correct copy of a document that is marked PX0862.

- 16 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 9th day of March, 2026, at Denver, Colorado.

*/s/ Arthur Biller*
Arthur Biller