SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br><br>**HEWLETT PACKARD ENTERPRISE CO.'S INTERIM ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE OPPOSITION TO REQUEST TO HOLD EVIDENTIARY HEARING**<br><br>Judge:        P. Casey Pitts<br>Action Filed: January 30, 2025 |

Defendant Hewlett Packard Enterprise Co. ("HPE") respectfully submits this Interim Administrative Motion to Seal regarding its Opposition to Request to Hold Evidentiary Hearing filed concurrently herewith pursuant to the Joint Stipulation Regarding Modification of Civil Local Rule 79-5 for Tunney Act Briefing, As Modified (the "Stipulation") entered by the Court on March 6, 2026 (ECF No. 413). In accordance with the Stipulation, HPE concurrently files the Opposition to Request to Hold Evidentiary Hearing provisionally under seal, will file a public redacted version of the Opposition to Request to Hold Evidentiary Hearing within four days, and will present the confidentiality issues related to the Opposition to Request to Hold Evidentiary Hearing in the forthcoming Consolidated Sealing Motion, to be filed on March 19, 2026.

2

HEWLETT PACKARD ENTERPRISE CO.'S INTERIM ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE OPPOSITION TO REQUEST TO HOLD EVIDENTIARY HEARING
CASE NO. 5:25-cv-00951

Dated: March 11, 2026

By: */s/ Samuel Liversidge*

Samuel G. Liversidge
*Attorney for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

Samuel G. Liversidge (Bar No. 180578)
Eric Vandevelde (Bar No. 240699)
Daniel Nowicki (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

Stephen Weissman (*pro hac vice*)
Michael J. Perry (Bar No. 255411)
Kristen C. Limarzi (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
SWeissman@gibsondunn.com
MJPerry@gibsondunn.com
KLimarzi@gibsondunn.com

Julie S. Elmer (*pro hac vice*)
Jennifer Mellott (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
eric.mahr@freshfields.com
jennifer.mellott@freshfields.com

Justina K. Sessions (Bar No. 270914)
**FRESHFIELDS US LLP**
855 Main St
Redwood City, CA 94063
Telephone: (650) 618-9250
justina.sessions@freshfields.com

*Attorneys for Defendant*

3

1  *HEWLETT PACKARD ENTERPRISE CO.*