UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO., et al.,<br><br>Defendants. | Case No. 25-cv-00951-PCP<br><br>**ORDER RE: MARCH 23, 2026, HEARING** |

The Court has received the intervenor states' opposition to the United States's motion for entry of final judgment, including their request for an evidentiary hearing, Dkt. No. 417, as well as the other parties' oppositions to that request. Because the United States's motion can likely be decided without an evidentiary hearing, the Court will hear argument on the United States's motion at the scheduled 10:00 a.m. time and will not permit live testimony during that proceeding.

Nonetheless, the states should ensure that Dr. Carl Shapiro is available on the afternoon of March 23, 2026, either in person or by videoconference, should the Court determine during the morning's argument that hearing from him would be of use to the Court. The United States and Hewlett Packard Enterprise should ensure that any expert they might wish to offer in response to Dr. Shapiro's testimony is also available, either in person or by videoconference, on that afternoon.

**IT IS SO ORDERED.**

Dated: March 13, 2026

P. Casey Pitts
United States District Judge