**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.<br><br>*Defendants*. | CASE NO.  5:25-CV-00951-PCP |

Upon consideration of the United States' Unopposed Administrative Motion to Exceed Page Limit and with good cause shown, the Motion is **GRANTED.**

Dated: March 16, 2026

_____
P. CASEY PITTS
United States District Judge