HENRY C. SU (CA BAR 221202)
JEREMY M. GOLDSTEIN (CA Bar 324422)
MICHAEL G. LEPAGE (DC Bar 1618918)
United States Department of Justice, Antitrust Division
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102
henry.su@usdoj.gov
jeremy.goldstein@usdoj.gov
michael.lepage@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>*Defendants*. | CASE NO.  5:25-CV-00951-PCP<br><br>**UNITED STATES OF AMERICA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>JUDGE: Hon. P. Casey Pitts<br><br>Hearing Date: March 23, 2026 |

Pursuant to Civil Local Rule 79-5 and the Parties' Joint Sealing Stipulation, Dkt. 415, Plaintiff United States of America ("United States") submits this Administrative Motion to File Under Seal the United States' Reply in Further Support of the United States' Entry of Final Judgment and supporting materials, which include documents and excerpts of deposition transcripts attached as exhibits to the Reply.

The Joint Sealing Stipulation provides that the Parties may file this brief and any supporting materials provisionally under seal if those filings include information for which the Party believes a Party or third party intends to request sealing. The United States believes that its Reply in Further Support of the United States' Entry of Final Judgment and supporting materials contain such information and provisionally files them under seal as a result. *See* Decl. of Henry C. Su in Support of Plaintiff United States of America's Administrative Motion to File Under Seal, ¶ 4.

Dated: March 16, 2026

*/s/ Henry C. Su*
HENRY C. SU (CA Bar # 211202)
Senior Litigation Counsel
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 705-6338
Email: henry.su@usdoj.gov

ELIZABETH S. JENSEN (CA Bar # 302355)
Assistant Civil Chief, San Francisco Office

JEREMY M. GOLDSTEIN (CA Bar # 324422)
MICHAEL G. LEPAGE (DC Bar # 1618918)
Trial Attorneys
U.S. Department of Justice, Antitrust Division
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 229-2934
Email: jeremy.goldstein@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 16, 2026, I served a true and correct copy of the foregoing document upon all counsel of record via electronic email.


Dated: March 16, 2026

By:   */s/ Jeremy M. Goldstein*
Jeremy M. Goldstein
U.S. Department of Justice, Antitrust Division
San Francisco Office
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102-3478
jeremy.goldstein@usdoj.gov

*Counsel for Plaintiff United States of America*

United States of America's Administrative Motion to File Under Seal
Case No. 5:25-cv-00951-PCP

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jeremy Goldstien, am the ECF user whose identification and password are being used to file Plaintiff United States' Administrative Motion to File Under Seal. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: March 16, 2026

/s/ Jeremy M. Goldstein
Jeremy M. Goldstein
U.S. Department of Justice
Antitrust Division
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102-3478
Telephone: (415) 818-4752
Email: Jeremy.Goldstein@usdoj.gov

*Counsel for Plaintiff United States of America*