HENRY C. SU (CA BAR 221202)
JEREMY M. GOLDSTEIN (CA Bar 324422)
MICHAEL G. LEPAGE (DC Bar 1618918)
United States Department of Justice, Antitrust Division
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102
henry.su@usdoj.gov
jeremy.goldstein@usdoj.gov
michael.lepage@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC. <br><br> *Defendants.* | CASE NO.  5:25-CV-00951-PCP <br><br> JUDGE: Hon. P. Casey Pitts <br> MAGISTRATE JUDGE: Hon. Susan van Keulen <br><br> **DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFF UNITED STATES OF AMERICA'S ADMINISTRATIVE MOTION TO SEAL** |

1

I, Henry C. Su, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth in this Declaration is based on my personal knowledge.

2. I am an attorney with the United States Department of Justice, Antitrust Division. I represent the United States, Plaintiff in the above-captioned Action.

3. I submit this Declaration in support of Plaintiff's Administrative Motion to Seal ("Administrative Motion"), filed in connection with Plaintiff United States of America's Reply in Further Support of Entry of Final Judgment.

4. Pursuant to Civil Local Rule 79-5, Plaintiff's Administrative Motion provisionally seals (1) the entirety of the United States of America's Reply in Further Support of Entry of Final Judgment. and (2) the entirety of the exhibits to the Declaration of Henry C. Su in Support of Plaintiff United States of America's Reply in Further Support of Entry of Final Judgment. Plaintiff United States of America's Reply in Further Support of Entry of Final Judgment, and exhibits thereto, contain material that Plaintiff, Defendants, and non-parties have designated confidential and/or highly confidential. *See* Joint Stipulation, ECF No. 415 ¶ 1. Defendants and Non-Parties have not indicated that they will agree to de-designate these materials.

5. Plaintiff does not take a position on the merits of sealing other Parties' and Non-Parties' designated materials in accordance with Civil Local Rule 79-5(f)(1). Plaintiff expects other Parties and Non-Parties to file statements and/or declarations in accordance with Civil Local Rule 79-5(f)(3) and the Joint Sealing Stipulation or as otherwise directed by the Court.

Executed in Washington, DC, on March 16, 2026

*/s/ Henry C. Su*
HENRY C. SU (CA Bar # 211202)
Senior Litigation Counsel
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 705-6338
Email: henry.su@usdoj.gov

*Attorney for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

I certify that on March 16, 2026, I served the foregoing on all counsel of record via ECF and counsel for Non-Parties implicated in the filing.

Dated: March 16, 2026

_/s/ Jeremy M. Goldstein_
Jeremy M. Goldstein
U.S. Department of Justice
Antitrust Division
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102-3478
Telephone: (415) 818-4752
Email: Jeremy.Goldstein@usdoj.gov

_Counsel for Plaintiff United States of America_

3