SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

HENRY C. SU (CA Bar # 211202)
Senior Litigation Counsel
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 705-6338
Email: henry.su@usdoj.gov

ELIZABETH S. JENSEN (CA Bar # 302355)
Assistant Civil Chief, San Francisco Office
JEREMY M. GOLDSTEIN (CA Bar # 324422)
MICHAEL G. LEPAGE (DC Bar # 1618918)
Trial Attorneys
U.S. Department of Justice, Antitrust Division
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 229-2934
Email: jeremy.goldstein@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br>JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS**<br><br>Judge:        P. Casey Pitts<br>Action Filed:    January 30, 2025 |

**APPENDIX A**

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| **Intervenors' Opposition to Motion for Entry of Final Judgment, ECF No. 417** | | | |
| N/A | Intervenors' Opposition Brief | p. 2 ln 21-22<br>p. 42 ln 24-25<br>p. 43 ln 1-7, 9-14, 16-28<br>p. 46 ln 10-13, 18-20<br>p. 45 ln 6-8, 10-16<br>p. 45 ln 19-28 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the Amended Proposed Final Judgment ("APFJ"). *See* Particelli Decl. ¶¶ 17-21. |
| | | p. 13 ln 27<br>p. 40 ln 20-22<br>p 44 ln 4-5<br>p. 46 ln 10-13, 18-20 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| | | p. 44 ln 4-5, 15-21, 23-28<br>p. 45 ln 1-4, 18-28<br>p. 46 ln 1, 23 | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including granular details on the scope of the AI Ops license. *See* Particelli Decl. ¶¶ 16-21. |
| | | p. 9 ln 8-10<br>p. 9 ln 19<br>p. 11 ln 28<br>p. 12 ln 1<br>p. 34 ln 16<br>p. 36 ln 28 | **HPE:** Contains confidential information regarding internal and forward-looking decision-making processes and business strategy. *See* Particelli Decl. ¶¶ 10-12. |

---

[1] For ease of reference, the parties use the exhibit numbering from the respective Tunney Act briefing docket entries. *See* ECF Nos. 417, 436, 438.

[2] The information for which the parties are requesting sealing treatment is highlighted at the provided page and/or line numbers in the exhibits attached to this motion. Documents for which the parties are requesting "seal[ing] in their entirety" are not re-attached as exhibits to this motion.

1

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| N/A | Shapiro Declaration | p. 8 n. 16<br>p. 20 n. 54<br>p. 23 ¶ 80 | **HPE:** Contains confidential information related to HPE's pricing and discounting. *See* Particelli Decl. ¶¶ 6-9, 17-21. |
| | | p. 30, ¶ 106<br>p. 32, ¶ 112<br>p. 32 n. 86 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 6-9, 17-21. |
| 1 | Alford Deposition Excerpts | 71:24-25<br>72:1, 4, 6-7, 9, 12, 15-16<br>73:21<br>74:2-4, 8-10, 18-19<br>75:4-5, 12-13, 21-24<br>76:3-4<br>82:14-16<br>83:13-15, 20-22<br>84:19-21<br>106:3-5<br>108:15-17<br>140:6-15, 24<br>141:11-13 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 15 | Rahim Deposition Excerpts | 35:5-9<br>36:20-21<br>36:25<br>37:1<br>52:17-23<br>53:8-10<br>53:18-20<br>53:25<br>54:1-2 | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |

2

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | 54:24-25<br>56:8-10<br>57:6-8<br>57:6-57:8<br>57:14-19<br>57:21-22<br>62:7-11<br>62:19<br>62:23-24<br>63:5-6<br>84:17-20<br>84:25<br>85:1-3<br>85:9-24<br>122:1-2<br>122:14-16<br>123:2-4<br>123:17<br>124:7-8<br>124:10-11 | |
| 17 | Rinner Deposition Excerpts | 44:6-8, 18-22<br>45:9-11, 14, 16-18, 21, 23-25<br>83:18-20<br>84:16-22<br>85:1-9<br>126:6-9 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 18 | Schultz Deposition Excerpts | 139:22<br>139:24-140:1<br>140:3-140:7<br>140:10<br>140:12<br>140:14-20<br>141:3-10<br>141:11<br>141:13<br>141:15-141:16<br>141:18-21<br>141:23<br>141:25<br>142:3-8<br>142:12-21<br>142:25-143:1<br>143:3-143:19<br>143:21 | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |

3

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | 143:24-144:12 144:20-144:24 145:11 145:15-16 145:19-21 145:25 | |
| 22 | 2025.05.12 Remer Corrected Report - HIGHLY CONFIDENTIAL | p. 66 pp. 112-113 pp. 129-130 p. D-10 p. D-11 p. F-1 | **HPE:** Contains confidential information related to HPE's pricing and discounting. *See* Particelli Decl. ¶¶ 6-9. |
| 23 | 2025.06.04 Remer Reply Report - HIGHLY CONFIDENTIAL | pp. 29-30 p. 54 p. 76 | **HPE:** Contains confidential information related to HPE's pricing and discounting. *See* Particelli Decl. ¶¶ 6-9. |
| 24 | Expert Report of Nicholas Hill | p. 73 | **HPE:** Contains confidential information related to HPE's pricing and discounting. *See* Particelli Decl. ¶¶ 6-9. |
| 32 | Levi Deposition Exhibits 8, 9, 10A | -694-698 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 33 | Levi Deposition Exhibits 11-14 | -042-064 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 36 | Rinner Deposition Exhibit 9 | -120-124 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 38 | Schultz Deposition Exhibit 3 | -906-925 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 39 | Schultz Deposition Exhibit 4 | -968-971 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 40 | Schultz Deposition Exhibit 5 | -137 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |

4

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| 41 | Schultz Deposition Exhibit 6 | -964-967 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 43 | Schultz Deposition Exhibit 9 | -639-658 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 44 | Schultz Deposition Exhibit 10 | -685-719 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 45 | Schultz Deposition Exhibit 11 | -010-016 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 46 | Schultz Deposition Exhibit 12 | -662-682 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 51 | HPE-TUNNEY-00001352 | -352-353 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 55 | DOJ-TUNNEY-00001533 | -535-543 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 56 | DOJ-TUNNEY-00001544 | -545-552 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set |

5

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 57 | DOJ-TUNNEY-00001564 | -567-574 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 58 | DOJ-TUNNEY-00001575 | -578-591 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 62 | HPE-TUNNEY-0002815 | -831-34<br>-836<br>-844-46<br>-849<br>-853<br>-859-903<br>-905-06<br>-909-44<br>-957-58<br>-960-61<br>-963-032 | **HPE:** Contains confidential information regarding internal and forward-looking strategic business plans and analyses, including financial forecasts. *See* Particelli Decl. ¶¶ 10-12. |
| 63 | HPE-TUNNEY-0003729 | p. 20<br>p. 26<br>p. 27<br>p. 53<br>p. 54 | **HPE:** Contains confidential information related to HPE's pricing and discounting. *See* Particelli Decl. ¶¶ 6-9. |
| 64 | HPE-TUNNEY-0021643 | -652-54<br>-667<br>-679<br>-681<br>-683-87 | **HPE:** Contains confidential information regarding internal and forward-looking strategic business plans and analyses. *See* Particelli Decl. ¶¶ 10-12. |

6

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | -689 | |
| 67 | HPE-TUNNEY-0040798 | -798 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 68 | HPE-TUNNEY-0040852 | -852 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 69 | HPE-TUNNEY-0040926 | -926-940 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| | | -930-931 | **HPE:** Contains confidential information regarding the terms of customer relationships and services HPE offers to win and retain key customers. *See* Particelli Decl. ¶¶ 7, 10-11. |
| 70 | HPE-TUNNEY-0040941 | -941-962 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 71 | HPE-TUNNEY-0041445 | -448-449 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 76 | HPE-TUNNEY-0041833 | -834-852 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 78 | HPE-TUNNEY-0042022 | Sealed In Its Entirety | **HPE:** Contains highly confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including details of the licensed source code, which is non-public. *See* Particelli Decl. ¶¶ 16-21. |
| 79 | HPE-TUNNEY-0042061 | Sealed In Its Entirety | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set |

APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS, Case No. 5:25-cv-00951-PCP

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | forth in the APFJ.  *See* Particelli Decl. ¶¶ 17-21. |
| 80 | HPE-TUNNEY-0043087 | Sealed In Its Entirety | **HPE:** Contains highly confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including details of the licensed source code, which is non-public.  *See* Particelli Decl. ¶¶ 16-21. |
| 81 | HPE-TUNNEY-0043739 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction.  *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ.  *See* Particelli Decl. ¶¶ 17-21. |
| 82 | HPE-TUNNEY-0043741 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction.  *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ.  *See* Particelli Decl. ¶¶ 17-21. |
| 83 | HPE-TUNNEY-0043756 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction.  *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains highly confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including details of the licensed source code, which is non- |

8

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | public. *See* Particelli Decl. ¶¶ 16-21. |
| 84 | HPE-TUNNEY-0043768 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 85 | HPE-TUNNEY-0043789 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 86 | HPE-TUNNEY-0043900 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 87 | HPE-TUNNEY-0044090 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set |

APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS, Case No. 5:25-cv-00951-PCP

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 88 | HPE-TUNNEY-0044113 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9. <br><br> **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 89 | HPE-TUNNEY-0044283 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9. <br><br> **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 90 | HPE-TUNNEY-0044310 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9. <br><br> **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 91 | HPE-TUNNEY-0044528 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9. <br><br> **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set |

10

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | forth in the APFJ.  *See* Particelli Decl. ¶¶ 17-21. |
| 92 | HPE-TUNNEY-0044555 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction.  *See* Su Decl. ¶¶ 4-9. <br><br> **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ.  *See* Particelli Decl. ¶¶ 17-21. |
| 93 | HPE-TUNNEY-0044562 | -562-565 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction.  *See* Su Decl. ¶¶ 4-9. <br><br> **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ.  *See* Particelli Decl. ¶¶ 17-21. |
| 94 | HPE-TUNNEY-0044612 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction.  *See* Su Decl. ¶¶ 4-9. <br><br> **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ.  *See* Particelli Decl. ¶¶ 17-21. |
| 95 | HPE-TUNNEY-0044666 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction.  *See* Su Decl. ¶¶ 4-9. <br><br> **HPE:** Contains highly confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, |

11

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
|  |  |  | including details of the licensed source code, which is non-public. *See* Particelli Decl. ¶¶ 16-21. |
| 96 | HPE-TUNNEY-0044677 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains highly confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including details of the licensed source code, which is non-public. *See* Particelli Decl. ¶¶ 16-21. |
| 97 | HPE-TUNNEY-0044684 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 98 | JNPR-2R-00075281 | -292-293 | **HPE:** This document was Ex. 3 to Juniper's Motion to File Under Seal and For In Camera Treatment of Certain Exhibits, ECF No. 145. *See* ECF No. 145-6. HPE incorporates the reasoning for sealing provided in ECF No. 145-2. |
| 102 | HPEUS-002451468 | -473-476 | **HPE:** This document was Ex. 119 to HPE's Motion HPE's Motion to File Under Seal seeking in camera treatment of Select Portions of Certain Exhibits and Deposition Testimony. *See* ECF No. 141-7. HPE incorporates the reasoning |

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | for sealing provided in ECF No. 136-2. |
| 104 | HPE_JNPR_HSR_00001716 | -718 -721-727 | **HPE:** This document was Ex. 132 to HPE's Motion HPE's Motion to File Under Seal seeking in camera treatment of Select Portions of Certain Exhibits and Deposition Testimony.  *See* ECF No. 141-7. HPE incorporates the reasoning for sealing provided in ECF No. 136-2. |
| 111 | HPEUS-004782565 | -565 -567-568 | **HPE:** This document was Ex. 135 to HPE's Motion HPE's Motion to File Under Seal seeking in camera treatment of Select Portions of Certain Exhibits and Deposition Testimony.  *See* ECF No. 141-10.  HPE incorporates the reasoning for sealing provided in ECF No. 136-2. |
| 119 | HPE-LIT-001465838 | -840-842 | **HPE:** This document was Ex. 100 to HPE's Motion to File Under Seal seeking in camera treatment of Select Portions of Certain Exhibits and Deposition Testimony.  *See* ECF No. 139-25.  HPE incorporates the reasoning for sealing provided in ECF No. 136-2. |
| 128 | HPEUS-002760008 | -023 -026 -028 -030-031 -058 -065 | **HPE:** This document was Ex. 145 to HPE's Motion to File Under Seal seeking in camera treatment of Select Portions of Certain Exhibits and Deposition Testimony.  *See* ECF No. 141-20.  HPE incorporates the reasoning for sealing provided in ECF No. 136-2. |
| 135 | HPEUS-006558115 | -122 -124 -128 -130 -134 | **HPE:** Contains confidential information regarding internal and forward-looking strategic business plans and analyses. *See* Particelli Decl. ¶¶ 10-12. |

APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS, Case No. 5:25-cv-00951-PCP

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | -136 -140 | |
| 139 | JNPR-2R-00171805 | -805-06 -808-12 | **HPE:** This document was Ex. 32 to Juniper's Motion to File Under Seal and For In Camera Treatment of Certain Exhibits. *See* ECF No. 145-35. HPE incorporates the reasoning for sealing provided in ECF No. 145-2. |
| 140 | JNPR-2R-00423604 | -605-606 | **HPE:** This document was Ex. 5 to Juniper's Motion to File Under Seal and For In Camera Treatment of Certain Exhibits. *See* ECF No. 145-8. HPE incorporates the reasoning for sealing provided in ECF No. 145-2. |
| 147 | HPEUS-003857724 | -725 | **HPE:** This document was Ex. 115 to HPE's Motion to File Under Seal seeking in camera treatment of Select Portions of Certain Exhibits and Deposition Testimony. *See* ECF No. 140-15. HPE incorporates the reasoning for sealing provided in ECF No. 136-2. |
| 150 | HPEUS-006743916 | -927 | **HPE:** This document was Ex. 117 to HPE's Motion to File Under Seal seeking in camera treatment of Select Portions of Certain Exhibits and Deposition Testimony. *See* ECF No. 140-17. HPE incorporates the reasoning for sealing provided in ECF No. 136-2. |
| 169 | JNPR-2R-00446730 | -739 -742 -745 -753 -757 -761 -763 -765 -767 | **HPE:** This document was Ex. 4 to Juniper's Motion to File Under Seal and For In Camera Treatment of Certain Exhibits. *See* ECF No. 145-7. HPE incorporates the reasoning for sealing provided in ECF No. 145-2. |

14

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | -769<br>-771<br>-772<br>-778-79 | |
| 171 | JNPR-2R-00235688 | -689 | **HPE:** This document was Ex. 13 to Juniper's Motion to File Under Seal and For In Camera Treatment of Certain Exhibits. *See* ECF No. 145-16.  HPE incorporates the reasoning for sealing provided in ECF No. 145-2. |
| 179 | JNPR-2R-01419859 | -861-63<br>-867-71<br>-896<br>-879-80<br>-888<br>-907-08<br>-906 | **HPE:** This document was Ex. 36 to Juniper's Motion to File Under Seal and For In Camera Treatment of Certain Exhibits. *See* ECF No. 145-39.  HPE incorporates the reasoning for sealing provided in ECF No. 145-2. |
| 185 | HPEUS-003163718-0000001 | -007-008<br>-011-012 | **HPE:** This document was contained in Ex. 221 to HPE's Motion to File Under Seal seeking in camera treatment of Select Portions of Certain Exhibits and Deposition Testimony.  *See* ECF No. 144-21.  HPE incorporates the reasoning for sealing provided in ECF No. 136-2. |
| **HPE's Reply in Support of Motion for Entry of Final Judgment, ECF No. 436** | | | |
| N/A | HPE Reply Brief Body | p. 36 ln 19-28<br>p. 37 ln 1-7<br>p. 38 ln 27-28 | **HPE:** Contains confidential information regarding the ongoing divestiture auction.  *See* Particelli Decl. ¶ 4. |
| | | p. 6 ln 18<br>p. 40 ln 23-26<br>p. 41 ln 1-2, 5-6, 10-25, n. 57<br>p. 42 ln 1-4, 16-24 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction.  *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that |

15

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| N/A | Friday Declaration | p. 4 ln 23-26<br>p. 5 ln 1, 4-5, 7, 8, 17, 21, 24-26, 28<br>p. 6 ln 15, 7-8, 10-11, 18, 23-24,<br>p. 7 ln 1-2, 4-10, 11-12, 16, 18-20, 26-27<br>p. 8 ln 1, 3-10, 16-24<br>p. 9 ln 3, 4-12, 14-17<br>p. 10 ln 2, 10-11, 25-26<br>p. 11 ln 1-28<br>p. 12 ln 1-2, 8-9, 12, 15-26<br>p. 13 1-16 | **HPE**: Contains highly confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including bidder identities and what is included in the licensed source code, which is non-public. *See* Particelli Decl. ¶¶ 16-21. |
| N/A | Bailey Declaration | p. 17<br>p. 22<br>p. 23 | **HPE:** Contains highly confidential margin and discount information relating to HPE and Juniper, including margin information related to specific pricing escalation documents. *See* Particelli Decl. ¶¶ 5-9. |
| 1 | Schultz Deposition [Excerpts] | 125:3-4<br>127:22-25 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| | | 140:3-7<br>140:10<br>140:12-13<br>140:14-20<br>141:3-4<br>141:6-9<br>141:11<br>141:13<br>141:15-16<br>141:18-21<br>141:23<br>141:25 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |

16

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| 5 | HPE-TUNNEY-0040926 | -926<br>-927-940 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| | | -930 | **HPE:** Contains confidential information regarding internal and forward-looking strategic business plans and analyses. *See* Particelli Decl. ¶¶ 10-12. |
| 19 | Rahim Deposition [Excerpts] | 23:16-20<br>101:7<br>101:25 | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 20 | HPE-TUNNEY-0044312 | Sealed In Its Entirety | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. Further, it contains confidential information regarding internal and forward-looking strategic business plans and analyses. *See* Particelli Decl. ¶¶ 10-12. |
| **DOJ's Reply in Further Support of Entry of Final Judgment, ECF No. 438** | | | |
| N/A | DOJ Reply Brief Body | p. 17 ln 8-12<br>p. 17 ln 14-19<br>p. 20 ln 24-27<br>p. 21 ln 1-19 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE**: Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| | | p. 18 ln 10-12<br>p. 20 ln 1-5<br>p. 20 ln 16-20 | **HPE:** Contains highly confidential information relating to the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including granular details of the licensed |

17

APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS, Case No. 5:25-cv-00951-PCP

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | source code, which is non-public. *See* Particelli Decl. ¶¶ 16-21. |
| | | p. 28 ln 11-12 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 1 | DOJ-TUNNEY-00001155 | Sealed In Its Entirety | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 2 | DOJ-TUNNEY-00001153 | Sealed In Its Entirety | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 3 | DOJ-TUNNEY-00001141 | Sealed In Its Entirety | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 4 | DOJ-TUNNEY-00000115 | Sealed In Its Entirety | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 5 | DOJ-TUNNEY-00000414 | Sealed In Its Entirety | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 6 | Rinner Depo Excerpt | 44:6-8<br>44:18-22<br>45:9-11<br>45:14-18<br>45:21-25<br>47:12-14<br>48:16-18<br>48:24-25<br>66:4-17 | **DOJ:** Contains confidential settlement communications and negotiations. *See* Su Decl., ¶¶ 4, 10-12. |
| 7 | Schultz Depo Excerpt | 143:1<br>143:3-9<br>143:10-19<br>143:21<br>143:24-25<br>151:7-10<br>151:12<br>151:16-21<br>151:24-25 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set |

18

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | 152:4-12<br>152:14<br>152:22 | forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 11 | Rahim Depo Excerpt | 22:4-5<br>22:9-11<br>22:17<br>23:16-20<br>35:5-9<br>36:20-21<br>36:25<br>52:17-23<br>53:8-10<br>53:18-20<br>53:25<br>61:12-13<br>62:7-11<br>62:19<br>62:23-24<br>63:5-6<br>65:18<br>65:21<br>66:1<br>66:11<br>66:15<br>66:18<br>66:20<br>66:23<br>73:10<br>73:13<br>73:25<br>101:7<br>101:25<br>103:18<br>104:20-21<br>113:20-22<br>121:22-25<br>122:1-2<br>122:14-16 | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |
| 14 | DOJ_HPE_TUNNEY_00000755 | Sealed In Its Entirety | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the |

19

APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS, Case No. 5:25-cv-00951-PCP

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | | ongoing bidding processes that form the basis of the remedy set forth in the APFJ. *See* Particelli Decl. ¶¶ 17-21. |

APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS, Case No. 5:25-cv-00951-PCP