G. CHARLES BELLER (DC Bar 1645076)
HENRY C. SU (CA BAR 221202)
JEREMY M. GOLDSTEIN (CA Bar 324422)
MICHAEL G. LEPAGE (DC Bar 1618918)
United States Department of Justice, Antitrust Division
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102
gregory.beller@usdoj.gov
henry.su@usdoj.gov
jeremy.goldstein@usdoj.gov
michael.lepage@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br><br>*Defendants.* | Case No. 5:25-CV-00951-PCP<br><br>**DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFF UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE DECLARATIONS AND PROFFERED TESTIMONY OF STATES' PROPOSED EXPERT WITNESSES**<br><br>Judge: Hon. P. Casey Pitts |

1

I, Henry C. Su, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth in this Declaration is based on my personal knowledge.

2. I am an attorney with the United States Department of Justice, Antitrust Division. I represent Plaintiff United States of America in the above-captioned Action.

3. I submit this Declaration in support of Plaintiff United States' motion *in limine* to exclude declarations and proffered testimony of the States' proposed expert witnesses.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's First Set of Interrogatories, dated February 9, 2026.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Intervenors' Responses and Objections to Plaintiff United States of America's First Set of Interrogatories, dated February 23, 2026.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Intervenors' Supplemental Responses to United States' Interrogatories, dated March 11, 2026.

Executed on: March 20, 2026

*/s/ Henry C. Su*
HENRY C. SU (CA BAR # 211202)
Senior Litigation Counsel
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (212) 213-2774
Fax: (202) 514-5847
henry.su@usdoj.gov

*Attorney for Plaintiff United States of America*

2

DECLARATION OF HENRY C. SU IN SUPPORT OF PLAINTIFF UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE
DECLARATIONS AND PROFFERED TESTIMONY OF STATES' PROPOSED EXPERT WITNESSES
CASE NO. 5:25-CV-00951-PCP

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Jeremy Goldstien, am the ECF user whose identification and password are being used to file the Declaration of Henry C. Su In Support of Plaintiff United States' Motion *In Limine* to Exclude Declarations and Proffered Testimony of States' Proposed Expert Witnesses. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: March 20, 2026

*/s/ Jeremy M. Goldstein*
Jeremy M. Goldstein
U.S. Department of Justice
Antitrust Division
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102-3478
Telephone: (415) 818-4752
Email: Jeremy.Goldstein@usdoj.gov

*Counsel for Plaintiff United States of America*

Declaration of Henry C. Su in Support of Plaintiff United States' Motion *In Limine* to Exclude Declarations and Proffered Testimony of States' Proposed Expert Witnesses
Case No. 5:25-cv-00951-PCP