**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants*. | CASE NO.  5:25-CV-00951-PCP<br><br>JUDGE: Hon. P. Casey Pitts<br>MAGISTRATE JUDGE: Hon. Susan van Keulen<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE DECLARATIONS AND PROFFERED TESTIMONY OF STATES' PROPOSED EXPERT WITNESSES** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff United States of America's Motion in Limine to Exclude Declarations and Proffered Testimony of States' Proposed Expert Witnesses. Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

Dated: _____          _____
                                                          THE HON. P. CASEY PITTS
                                                          United States District Judge