UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE, CO. and JUNIPER NETWORKS, INC. <br><br> Defendants. | Civil Case No. 5:25-cv-00951-PCP |

# REPLY DECLARATION OF AANJHAN RANGANATHAN

## 20 March 2026

## 1. My Background and Qualifications Are Directly Relevant to the Technical Questions Presented

1. My qualifications for the opinions I offer are grounded in fifteen years of research, teaching, and publication at the intersection of wireless network architecture and security, two disciplines that cannot be meaningfully separated.

2. Enterprise wireless network security research requires, as a technical prerequisite, a systematic understanding of how WLAN systems are architected, deployed, and operated. To identify, reproduce, and characterize a vulnerability, a researcher must master how access points are provisioned and managed, how devices authenticate, how the cloud management platform collects and processes telemetry from large-scale deployments, and how firmware-level operations interact with cloud management functions. My peer-reviewed publications on Wi-Fi security span this full technical stack, covering firmware-level analysis of enterprise access points, measurement of real-world enterprise WLAN security configurations, and analysis of enterprise WLAN indoor positioning infrastructure.[1] Each required working knowledge of how enterprise WLAN systems are deployed and operated. This research has produced responsible disclosures acknowledged by major enterprise networking vendors, including Cisco and D-Link, resulting in assigned CVE identifiers for vulnerabilities in deployed enterprise WLAN infrastructure.[2] A researcher cannot identify, document, and achieve vendor acknowledgement of a flaw in enterprise access point firmware without a detailed operational understanding of how that firmware functions in production deployments.

3. For more than fifteen years I have designed curricula, built laboratory experiments, and configured production-grade enterprise WLAN equipment (access points,

---

[1] Aanjhan Ranganathan, "Framing Frames: Bypassing Wi-Fi Encryption by Manipulating Transmit Queues," USENIX Security, 2023; Aanjhan Ranganathan, "Let Numbers Tell the Tale: Measuring Security Trends in Wi-Fi Networks and Best Practices," ACM WiSec, 2021; Aanjhan Ranganathan, "Here, There, and Everywhere: Security Analysis of Wi-Fi Fine Timing Measurement," ACM WiSec, 2021.
[2] A Common Vulnerabilities and Exposures (CVE) identifier is an industry-standard reference number assigned by the MITRE Corporation to a publicly disclosed security vulnerability affecting a real-world deployed system. CVE-2022-47522 documents a protocol-level flaw in IEEE 802.11 affecting enterprise access points across all major manufacturers.

1

controllers, and multi-AP deployments) to teach WLAN architecture at undergraduate, graduate, and doctoral levels. Students I have trained are now employed across the industry, from Fortune 500 companies including Google and Meta to U.S. national laboratories. One doctoral graduate whose dissertation focused specifically on securing WLAN systems is now a key technical team member at Qualcomm, a leading developer of wireless chipsets and communications technology. A student cannot produce a doctoral dissertation on securing enterprise WLAN systems without a comprehensive understanding of how those systems are architected and operated, and the same is true of the faculty who supervises that research.

## 2. The Licensed Source Code Performs ███████████████ ████████████████



4. Mr. Friday's declaration construes "Mist AI Ops for WLAN" as referring only to ████████████ a definition that is narrower than Juniper's own public characterization of the product.[3] Juniper's published specifications describe Mist AI Ops as a platform incorporating machine learning, artificial intelligence, and advanced data science capabilities, many of which we agree are ██████████████ █████[4] The relevant technical question is not whether the ████████████████ ██████████████████████ I was asked to evaluate whether the AI Ops for Mist Source Code License is sufficient for a licensee to independently build, deploy, maintain, and evolve a functioning AI-driven network management product in the US enterprise WLAN market. Based on my review, it does not: the License contains only a ████ ████████████████████████████████████████████████

A. The ████████ SLEs Are ████████████████████████████████ ████████████████████

5. Mr. Friday describes the ████████ SLEs as computing "statistical insights" "based on ████████████ of data from current deployments."[5] This characterization is consistent

---

[3] Dkt. 1 ¶ 6 ("Mist Systems had already differentiated itself by building tools optimized for remote cloud management and using artificial intelligence and machine learning tools ("AIOps").").
[4] *See* Dkt. 417-3 (Ranganathan Decl.) Figure 2.
[5] Dkt. 436-1 (Friday Decl.) ¶¶ 7, 12.

with, and confirms, my own analysis.[6] Each SLE is a threshold comparison: "Time to Connect" flags whether a connection completes within a time limit; "Connection Success" is a percentage of attempts; "Capacity" and "Coverage" are comparisons against defined operational limits. Mr. Friday's use of the term "statistical insights" to describe this functionality is technically accurate and, in my expert opinion, correctly characterizes the nature of these computations: ██████████████████████ ████████████████ Mr. Friday himself states: "A data set from ██████ of deployments for learning does not exist with respect to AI Ops for WLAN."[7] A system that calibrates from ████████████████████████████████ ████████████████████████████████████████████, is a far cry from what Juniper's own published specifications describe as the Mist AI Ops platform.[8] ████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████

6. The boundary of what these SLEs can determine is illustrated by Mr. Friday's own table. When discussing whether the Licensed Source Code can explain ████ ████████████████, Mr. Friday states: "████████████████████████ ████████████████████████████ ████████████████████ ████" [9] The licensed components ██████████████ ████████████████. They

---

[6] *See* Dkt. 417-3 (Ranganathan Decl.) ¶ 26.

[7] Dkt. 436-1 (Friday Decl.) ¶ 12.

[8] Hewlett Packard Enterprise, AIOps, https://www.hpe.com/us/en/networking/aiops.html (last visited Mar. 20, 2026) (HPE's webpage describes Marvis AI, Mist AI, Marvis Minis, and the Marvis Virtual Network Assistant as primary components of "AIOps"); Rami Rahim, *Juniper: Innovation Without Compromise* (Feb 10, 2025), https://blogs.juniper.net/en-us/industry-solutions-and-trends/juniper-innovation-without-compromise ("For a solution to become truly AI-native and ultimately self-driving, it must collect the right data via the right infrastructure and be thoroughly road tested to deliver the right insights and actions to network operator. It took Mist five years as a standalone company to apply these principles to wireless… As a result, Juniper now has the industry's only integrated AI-native networking platform driven by Mist AI. **Any vendor that suggests they can implement a successful AI engine comparable to Mist in short order is either kidding themselves or kidding you (or both.)**") (emphasis added).

[9] Dkt. 436-1 (Friday Decl.) ¶ 34 (Table row 2).

████████████. Mr. Friday makes the same admission for ████████ ████████,[10] ████████████ [11] and ████████ [12]

**B.** ████████ **Identifies** ████████, **Not Root Cause Diagnosis**

7. Mr. Friday asserts that ████████ provides root cause analysis by identifying ████████████████████ ████████████[13] This characterization overstates what the feature does. ████████████████████ ████████████ Mr. Friday's own table uses ████ ████████████████████ ████████████████████ ████████████[14] ████████ ████████████████████ ████████████████ is the difference between a symptom report and a diagnosis. The former is what ████████ produces. The latter is what Juniper's own datasheet advertises: "Root cause analysis not only includes server failures, but it also includes complete failures seen on an AP, switch, WLAN, or across a site or organization."[15] Juniper's product documentation is more specific: Marvis identifies "the issue that needs to be fixed, whether it is a RADIUS, Domain Name System (DNS), or Dynamic Host Configuration Protocol (DHCP) server; a WLAN; or an access point (AP)."[16] Mr. Friday confirms that ████████

8. The distinction between ████████████████████ and ██ ████████████████████ ████████████ is the difference between a symptom report and a diagnosis.

---

[10] *Id.* (Table row 4).
[11] *Id.* (Table row 5).
[12] *Id.* (Table row 7).
[13] Dkt. 436-1 (Friday Decl.) ¶ 19.
[14] Dkt. 436-1 (Friday Decl.) ¶ 34 (emphasis added).
[15] Juniper Networks, *Marvis AI Assistant Datasheet*, https://www.juniper.net/us/en/products/cloud-services/marvis-ai-assistant-datasheet.html (last visited Mar. 19, 2026).
[16] Juniper Networks, *Marvis Actions — Connectivity*, https://www.juniper.net/documentation/us/en/software/mist/mist-aiops/topics/concept/marvis-actions-connectivity.html (last visited Mar. 19, 2026).

███████ ████████████████.[17] His declaration thereby confirms what my original declaration concluded: the License delivers ████████████████████ ████████████████████████████████████████████████████.

9.  Mr. Friday's own ████ example illustrates a further limitation his declaration does not address.[18] ████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████ The licensed code sees ████████████████████████ ██████████████████████████████████████████ ██████████████.[19] A licensee would need to build ████████████████████. Mr. Friday's own chosen example of root cause analysis depends on data the License ████████████. Mr. Friday claims there is "████████████████████ ████████████"[20] to provide a competitive product to the licensee yet his own ████ example demonstrates that ██████████████████████ ████████ ████████████████████████████.

C. **The Documented Machine Learning Model for Root Cause Analysis Is** ██ ████████████████

10. Since 2016, Mist has publicly documented that the Proactive Analytics and Correlation Engine ("PACE") is a machine learning feature performing root cause analysis.[21] My original declaration identifies PACE based on Juniper's patent documentation and published technical materials.[22] Notably, the licensed code's technical specifications require the licensee to provide a ████████████████ ████████████████████ (*see* Ranganathan Decl. ¶ 28), indicating that ████████████ ██████████████████████████████████. Mr. Friday

---

[17] Dkt. 436-1 (Friday Decl.) ¶ 34.

[18] *Id.* (Table row 3).

[19] Juniper Networks, *Marvis Minis Overview*, https://www.juniper.net/documentation/us/en/software/mist/mist-aiops/topics/topic-map/marvis-minis-overview.html (last visited Mar. 19, 2026); *see also* Dkt. 417-3 (Ranganathan Decl.) n. 63.

[20] Dkt. 436-1 (Friday Decl.) ¶ 26.

[21] *See* Dkt. 417-3 (Ranganathan Decl.) n. 62 ("(PACE) – Patent-pending machine learning technology dynamically collects information from all mobile devices and correlates events for quick root cause identification.").

[22] Dkt. 417-3 (Ranganathan Decl.) ¶ 37.

nonetheless states: ███████████████████████████
███████ ███████ Juniper's public documentation clearly establishes that PACE is a key part of Juniper's wireless offering and root-cause analysis capabilities.[24]

11. ████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████. ███████
███████████████████████████████████
██████████████████████████

### D. What the Licensee Receives and What It Does Not

12. Mr. Friday's admissions define the boundary of what the Licensed Source Code delivers. A licensee who deploys the licensed code will have: ██████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████ ██████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████
████████

13. This is materially different from what Juniper's own documentation describes as the value of the Mist AI platform. Juniper publicly characterizes the platform as a ███

---

[23] Dkt. 436-1 (Friday Decl.) ¶ 31 (emphasis added).
[24] *See* Juniper Networks, *Juniper Wi-Fi Assurance*, https://www.juniper.net/us/en/products/cloud-services/wi-fi-assurance.html (last visited Mar. 19, 2026) ("Root Cause Identification in One Click – With our Proactive Analytics and Correlation Engine, you can proactively identify and fix the root causes of problems.").
[25] Dkt. 436-1 (Friday Decl.) ¶ 34.
[26] Dkt. 417-3 (Ranganathan Decl.) ¶ 19.

███████████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████.[27] The License provides ████████
████████████████████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████.[28]

14. Mr. Friday's declaration also mischaracterizes the scope of the 12 to 24 month timeline outlined in my declaration. That estimate is a floor, not a ceiling. It covers only the minimum period before a licensee's ████████████████████████ ███████████, and it assumes the licensee has already acquired a ███████████ █████████████████████████████████████.[29] Without ███ ███████████, the clock does not start. Even after that period, the licensee's models would remain less capable than Juniper's, whose ████████████████████████ █████████████████████████. I agree with Mr. Friday that the Licensed Source Code could be ██████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████.

### E. The "Anomaly Detection" I Describe Is Distinct from the ████████████ Described by Mr. Friday

15. When I refer to "anomaly detection" in my report, I distinguish it clearly from the ████████████ that Mr. Friday describes as "anomaly detection."[30] Mist's own documentation, and the record, detail ██████████████████████████████████████

---

[27] *See* Dkt. 417-3 (Ranganathan Decl.) ¶¶ 34–35 & Figure 5.

[28] *See* Dkt. 417-3 (Ranganathan Decl.) ¶ 19; *see also* Juniper Networks, *Marvis Actions Overview* (Feb. 26, 2026), https://www.juniper.net/documentation/us/en/software/mist/mist-aiops/topics/concept/marvis-actions-overview.html.

[29] *See* Dkt. 417-3 (Ranganathan Decl.) ¶ 49–57.

[30] *See* Dkt. 417-3 (Ranganathan Decl.) ¶ 36.



██████████████████[31] The licensed ████████████████████████ ██████████████████; Mr. Friday's ████████████████ ██████████████████████████████. In contrast, as highlighted in my declaration and in Juniper's Mist AIOps documentation, ██████████████ ████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████. These are different mechanisms producing different outputs.

16. If the ████████████████████████████████████████████████, consistent with Mr. Friday's description of the system as computing "statistical insights based on ████████ of data," then it is a standard statistical measure, not ████████████████████████████.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 20th day of March, 2026, at Zurich, Switzerland.

_____

Aanjhan Ranganathan

---

[31] *Id.* at nn. 56-58.