**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:25-cv-00951-PCP |
| *Plaintiff,* | ) **DECLARATION OF ARTHUR BILLER IN FURTHER SUPPORT OF INTERVENORS' OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT** |
| vs. | ) |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC. | ) |
| *Defendants.* | ) Judge: P. Casey Pitts |
| | ) Action Filed: January 30, 2025 |

I, Arthur Biller, declare as follows:

1.     I am a Senior Assistant Attorney General in the Antitrust Unit of the Colorado Attorney General's Office and am a member of the team representing Intervenor State of Colorado in the above-captioned case.  I submit this declaration in further support of the Intervenors' Opposition to Motion for Entry of a Final Judgment.

2.     Attached hereto as **Exhibit 196** is a true and correct copy of excerpts from the deposition of Michael Davis, dated February 20, 2026.

3.     Attached hereto as **Exhibit 197** is a true and correct copy of excerpts from the deposition of Chad Mizelle, dated March 9, 2026.

- 1 -

4.  Attached hereto as **Exhibit 198** is a true and correct copy of excerpts from the deposition of Rami Rahim, dated February 26, 2026.

5.  Attached hereto as **Exhibit 199** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000001.

6.  Attached hereto as **Exhibit 200** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000011.

7.  Attached hereto as **Exhibit 201** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000021.

8.  Attached hereto as **Exhibit 202** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000035.

9.  Attached hereto as **Exhibit 203** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000076.

10.  Attached hereto as **Exhibit 204** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000079.

11.  Attached hereto as **Exhibit 205** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0000151.

12.  Attached hereto as **Exhibit 206** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0001140.

13.  Attached hereto as **Exhibit 207** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0001647.

14.  Attached hereto as **Exhibit 208** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0001674.

15.  Attached hereto as **Exhibit 209** is a true and correct copy of a document that is bates-stamped HPE-ALFORD-0001701.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 20th day of March, 2026, at Denver, Colorado.

*/s/ Arthur Biller*
Arthur Biller

- 2 -

Declaration of Arthur Biller In Further Support of Intervenors' Opposition to Motion for Entry of Final Judgment – Case No. 5:25-cv-00951-PCP