Catherine T. Zeng (State Bar No. 251231)
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Telephone:     +1.650.739.3939
Facsimile:      +1.650.739.3900
Email:    czeng@jonesday.com

Attorneys for Third-Party Arista Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-CV-00951-PCP |
| Plaintiff, | **DECLARATION OF KENNETH R. KISER IN SUPPORT OF ARISTA NETWORKS, INC.'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| HEWLETT PACKARD ENTERPRISE CO., and JUNIPER NETWORKS, INC., | |
| Defendants. | |

KISER DECL. ISO ARISTA MTN TO SEAL

### DECLARATION OF KENNETH R. KISER

I, Kenneth R. Kiser, decare as follows:

1.  I execute and submit this declaration in support of Arista Networks, Inc.'s Supplemental Administrative Motion to Seal.  Unless otherwise indicated, I have personal knowledge of the facts set forth herein and I am competent to testify thereto if called as a witness.

2.  I am currently a Group Vice President at Arista Networks, Inc. ("Arista") and have worked at Arista since 2012.  In my role as Group Vice President and based on my more than ten years of experience at Arista, I am familiar with the types of information that Arista keeps confidential.

**Confidential Sales Opportunity Data**

3.  Arista maintains confidential data that contains detailed sales and sales opportunities information that is developed for internal use only.  This is some of Arista's most sensitive and confidential information.  These documents represent a significant investment in time and effort by Arista. This internal information is not known to Arista's competitors and revealing this information would allow those competitors to gain an unfair advantage over Arista in winning customers. This information includes the names of Arista customers and prospective customers, their geography, and the customer's industry. Additionally, Arista's Salesforce data includes discounting information on attempted and closed sales, the specific products Arista sold or attempted to sell to these customers, and the reasons a deal may have been lost, among other things.  The information in this data is highly sensitive and it would put Arista at a disadvantage if it was made public.  Competitors would not only know who Arista's customers and prospective customers were, but the specific products and pricing that Arista attempted to sell to each.  In short, competitors could use this information to target Arista customers and prospective customers. The harm to Arista from public dissemination is obvious and severe.

4.  Documents containing confidential sales and sale opportunity information include:

| BegBates | Title/Description |
|---|---|
| ARISTA_NATIVE_000005 | Arista Salesforce Sales data for wireless solutions |
| ARISTA-0194794 (Kiser Depo. Ex. 5) | "Educause 2024 Sales Leads" |

KISER DECL. ISO ARISTA MTN TO SEAL

| ARISTA-0194795<br>(Kiser Depo. Ex. 5A) | "Educause 2024 Sales Leads" |
|---|---|

**Deposition Designations/Testimony**

5.   I was deposed in the above captioned case on May 7, 2025 and provided detailed testimony about Arista's confidential sales and product strategies and proprietary Arista documents, including documents discussed in this declaration and documents I understand the Court has already sealed.

6.   The pages and lines of my testimony that contain commercially sensitive information include:

| Kiser Deposition Transcript Pages / Lines |
|---|
| 40:5-40:11 |
| 42:20-43:6 |
| 84:4-86:5 |
| 105:7-22 |
| 107:10-108:10 |
| 133:8-18 |
| 146:21-147:17 |
| 149:16-150:17 |
| 152:17-153:6 |
| 152:3-8 |
| 152:9-12 |
| 152:17-153:6 |
| 157:9-16 |
| 183:2-184:7 |
| 184:8-185:8 |
| 185:13-186:2 |
| 210:21–211:12 |
| 212:2–213:8 |
| 227:23–228:10 |
| 256:6–260:24 |
| 292:6-10 |
| 292:12–293:19 |

7.   The testimony above covers commercially sensitive information that would harm Arista's commercial interests and market position if it was made public. This information includes competitively sensitive sales strategies, confidential sales and revenue data, competitive analyses, and information about customer sales. Allowing public access to this testimony would

- 3 -                    KISER DECL. ISO ARISTA MTN TO SEAL

harm Arista and provide competitors with an unfair advantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the **25** of March 2026, in Great Falls, Virginia.

_____
Kenneth R. Kiser

KISER DECL. ISO ARISTA MTN TO SEAL