Catherine T. Zeng (State Bar No. 251231)
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Telephone:    +1.650.739.3939
Facsimile:    +1.650.739.3900
Email:    czeng@jonesday.com

Attorneys for Third-Party
Arista Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO., and JUNIPER NETWORKS, INC.,<br><br>Defendants. | CASE NO. 5:25-CV-00951-PCP<br><br>**[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL** |

Having considered Third Party Arista Network's Supplemental Administrative Motion to Seal and the supporting documents submitted in connection therewith, the Court orders as follows:

IT IS HEREBY ORDERED that the Clerk shall file under seal the documents and portions of documents as identified in the tables below:

1. **Material Filed by Intervenors in connection with Intervenors Opposition to Motion for Entry of Final Judgment (Dkt. 417-426)**

| Filed Document | Arista Confidential Material Sought to Be Sealed |
|---|---|
| Corrected Expert Report of Marc Rener, dated May 12, 2025 | The following pages include Arista's confidential bookings data produced as ARISTA_NATIVE_000007<br>• Page 15: Fig. II.3 & Ftnt 36<br>• Page 75: Fig. V.1.& Ftnt 260<br>• Page 77: Fig. V.2 & Ftnt 267<br>• Page 111: Fig. VI.2 & Ftnt 405<br>• Page B-13<br>• Page D-7: Para. 11<br>• Page D-9: Appendix Fig. D.1 |
| Expert Reply Report of Marc Remer, dated June 4, 2025 | The following pages include Arista's confidential bookings data produced as ARISTA_NATIVE_000007<br>• Page 19: Fig. III.2<br>• Page 31: Para. 70<br>• Page 32: Fig. III.5<br>• Page 62: Ftnt 271<br>• Page 63: Fig. III.12 & Ftnt 272<br>• Page 102: Fig. V.6 & Ftnt 424<br>• Page A-8<br>• Page B-7: App. Fig. B.5<br>• Page B-8: App. Fig. B.6<br>• Page D-1: App. Fig. D.1 & Ftnt 450<br><br>The following pages include Arista's confidential sales data produced as ARISTA_NATIVE_000005<br>• Page 99: Fig. V.3 & Ftnt 418<br>• Page 100: Fig. V.4 & Ftnt 419<br>• Page B-6: App. Fig. B.4 & Ftnt 434<br>• Page B-9: App. Fig. B.7 & Ftnt 439 |

[PROP.] ORDER GRANTING MTN. TO SEAL
Case No. 5:25-CV-00951-PCP

| | |
|---|---|
| | The following pages include confidential deposition testimony from Arista employee Ken Kiser<br>• Page 20: Para. 47, Ftnt 87 & 88<br>• Page 59: Para. 134, Ftnts 256-260<br>• Page 87: Para. 198 & Ftnt 367<br>• Page A-5 |
| Expert Report of Nicholas Hill, dated May 19, 2025 | The following pages include Arista's confidential bookings data produced as ARISTA_NATIVE_000007<br>• Page 52: Fig. 15<br>• Page 121<br>• Page 135: Fig. C.2<br><br>The following pages include confidential deposition testimony from Arista employee Ken Kiser<br>• Page 24: Para. 50 & Ftnt 64<br>• Page 93: Para. 215 & Ftnt 263<br>• Page 125<br>• Page 144: Para. 232 & Ftnt 297<br><br>The following pages include Arista's confidential sales data produced as ARISTA-0194794 and ARISTA-0194795<br>• Page 93: Para. 215 & Ftnt 263 |
| Expert Report of Elizabeth Bailey, dated May 19, 2025 | The following pages include confidential deposition testimony from Arista employee Ken Kiser<br>• Page 33: Para. 49 & Ftnts 85-88<br>• Page 41: Para. 57 & Ftnt 107<br>• Page 60: Para. 78 & Ftnts 142-143<br>• Page 92: Para. 106 & Ftnt 226<br>• Page 101: Para. 112 & Ftnt 260<br>• Page 131<br><br>The following pages include Arista's confidential sales data produced as ARISTA_NATIVE_000005<br>• Page 114<br><br>The following pages include Arista's confidential sales data produced as ARISTA_0184298<br>• Page 114 |

[PROP.] ORDER GRANTING MTN. TO SEAL
Case No. 5:25-CV-00951-PCP

**2. Material Filed by Hewlett Packard in connection with Hewlett Packard's Reply In Support of Motion for Entry of Final Judgment (Dkt. 436)**

| Filed Document | Arista Confidential Material Sought to Be Sealed |
|---|---|
| Exhibit 26 | ARISTA_0184298 |
| Portions of the Deposition of Ken Kiser | The following pages of Arista's confidential deposition testimony from Arista employee Ken Kiser<br>40:5–40:11<br>149:16-150:17<br>152:3-8,<br>152:9-12<br>152:17-153:6 |

**SO ORDERED.**

Dated: _____, 2026

_____
The Hon. P. Casey Pitts
United States District Court Judge

- 4 -