LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Daniel Jordan (Bar No. 313543)
djordan@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Non-Party
EXTREME NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-cv-00951-PCP |
| Plaintiff, | **DECLARATION OF DANIEL JORDAN IN SUPPORT OF NON-PARTY EXTREME NETWORKS, INC.'S ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT** |
| v. | |
| HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC., | |
| Defendants. | |

1

I, Daniel Jordan, declare and state as follows:

1.    I am an attorney at Lewis & Llewellyn LLP and counsel for non-party Extreme Networks, Inc. ("Extreme") in this case. I have personal knowledge of the facts set forth in this declaration.

2.    The Attorneys General for the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States") notified Extreme in a letter dated March 10, 2026 that certain Extreme information was provisionally filed under seal in relation to the States' Opposition to Motion for Entry of Final Judgment in this matter, filed on March 9, 2026 (the "Opposition"). A true and correct copy of that letter is attached hereto as **Exhibit A**.

3.    Although we do not possess the expert reports of Marc Remer, Ph.D (much less an unredacted copy of the Opposition or its supporting materials), and thus are unable to fully assess how Extreme's confidential information was used in the filing, according to Exhibit A and follow-up correspondence with counsel for the States, it is our understanding that certain portions of Mr. Remer's Corrected Expert Report, dated May 12, 2025 (the "May 12 Report"), and Expert Reply Report, dated June 4, 2025 (the "June 4 Report"), were filed with the Court and cite certain portions of the Deposition of Stan Kovler (dated October 15, 2024) (the "Kovler Deposition"), EN 3P CID HP-JUNIPER – 00001144, EN 3P CID HP-JUNIPER – 00001164, EXTNET-000001, Extreme Bookings Data, and Extreme Opportunities Data.

4.    All of these materials are designated "Highly Confidential" by Extreme pursuant to the Second Amended Protective Order entered by the Court (Dkt. 354) and the redacted portions thereof contain confidential and highly sensitive business information that Extreme strictly maintains.

5.    The release of this information would cause irreparable competitive harm to Extreme if made public. In particular, lines 28:7-18 of the Kovler Deposition (quoted in n.107 of the May 12 Report) contain confidential Extreme sales information related to the proportion of its sales derived from new logos. The disclosure of such information would be commercially harmful to Extreme. Specifically, competitors could use this information to understand Extreme's marketing and sales

strategies and strengths to modify their own marketing and sales strategies against Extreme, unfairly putting Extreme at a competitive disadvantage.

6.    EN 3P CID HP-JUNIPER – 00001144 (quoted in n.480 of the May 12 Report) contains Extreme's confidential sales and marketing strategies for competing with a specific competitor, Ruckus Networks. The disclosure of this information would competitively harm Extreme. Specifically, not only could Ruckus Networks unfairly use this information to develop rebuttal marketing strategies against Extreme, but also other competitors could adopt these same strategies against Ruckus Networks to put Extreme at a competitive disadvantage.

7.    EN 3P CID HP-JUNIPER – 00001164 (quoted in n.482 of the May 12 Report) contains Extreme's confidential sales and marketing strategies for competing with a specific competitor, Ubiquiti. The disclosure of this information would competitively harm Extreme. Specifically, not only could Ubiquiti unfairly use this information to develop rebuttal marketing strategies against Extreme, but also other competitors could adopt these same strategies against Ubiquiti to put Extreme at a competitive disadvantage.

8.    EXTNET-000001, Extreme Bookings Data, and Extreme Opportunities Data (cited and relied upon for Extreme sales and market share calculations in the May 12 Report—Figure II.3, n.36, Figure V.1, n.260, Figure V.2, n.267, Figure VI.2, n. 405, a paragraph titled "Extreme Opportunities Data" in Appendix D, and n.442—and in the June 4 Report—Figure III.5, n.144, Figure III.12, nn.271-72, Figure V.3, n.418, Figure V.4, n.419, Figure V.6, n.424, Appendix Figure B.4, n.434, Appendix Figure B.5, n.435, Appendix Figure B.7, n.439, Appendix Figure D.1, and n.450) contain confidential Extreme sales information related to Extreme's sales, discounts, and profits for specific Extreme customers. The disclosure of such information would be commercially harmful to Extreme. Specifically, competitors could use this information to understand Extreme's marketing and sales strategies related to specific customers to modify their own marketing and sales strategies against Extreme, unfairly putting Extreme at a competitive disadvantage.

//

//

//

DECLARATION OF DANIEL JORDAN IN SUPPORT OF EXTREME NETWORK, INC.'S
ADMINISTRATIVE MOTION TO SEAL – CASE NO. 5:25-cv-00951-PCP

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March 2026 in Austin, Texas.

_____
Daniel Jordan

DECLARATION OF DANIEL JORDAN IN SUPPORT OF EXTREME NETWORK, INC.'S
ADMINISTRATIVE MOTION TO SEAL – CASE NO. 5:25-cv-00951-PCP

# EXHIBIT A



**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 10, 2026

***Confidential***

<u>**Via Email**</u>

Daniel Jordan
Lewis & Llewellyn LLP
601 Montgomery St.
Suite 2000
San Francisco, CA 94111
(415) 800-0591
DJordan@lewisllewellyn.com

Re:     *United States v. Hewlett Packard Enterprise Co., et al., No. 5:25-cv-00951*

Dear Counsel:

We write on behalf of the Attorneys General for the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia (the "States"), who are Intervenors in the above-referenced litigation.  The States filed an Opposition to Motion for Entry of Final Judgment in this matter on March 9, 2026 (the "Opposition").  Pursuant to the March 9, 2026 Joint Stipulation Regarding Modification of Civil Local Rule 79-5 for Tunney Act Briefing, As Modified, Dkt. 415 (the "Joint Stipulation"), we write to notify you that certain of your Confidential Information or Highly Confidential Information has been filed provisionally under seal, as follows:

| Document | Use |
|---|---|
| Deposition of Stan Kovler, dated October 15, 2024 | Pages 68-69, 72, and 84-86 were excerpted and submitted as an exhibit to the Opposition. |
| Deposition of Stan Kovler, dated October 15, 2024 | Pages 25, 27, 28, 43, 44, 45, 68, 69, 85, 86, 98, 99, 100, 101 are cited in the Corrected Expert Report |

*Confidential*

| | |
|---|---|
| | of Marc Remer, Ph.D.  Pages 65, 66, 86, and 87 are also quoted in the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025.<br><br>Listed as a material relied upon, along with the deposition exhibits, in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025, but not otherwise referenced in the report. |
| EN 3P CID HP-JUNIPER - 00000653 | Page -653 is quoted in the Corrected Expert Report of Marc Remer, Ph.D. and cited in the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025. |
| EN 3P CID HP-JUNIPER - 00000001 | Cited in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00000046 | Page 47 is cited in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00000809 | Page 812-817 cited in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00001144 | Page 145 is quoted in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00001164 | Pages 164 and 165 are quoted in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00001636 | Page 648 is quoted, and pages 644-645 are cited in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00001699 | Page 704 quoted in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN3PCID(HP-JUNIPER)-00003514.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003515.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003516.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003517.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003518.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |

March 10, 2026                                                                 *Confidential*
Page 3

| EN3PCID(HP-JUNIPER)-00003519.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
|---|---|
| EN3PCID(HP-JUNIPER)-00003520.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003521.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EXTNET-000001.xlsx. | Relied on for calculations in the Corrected Expert Report of Marc Remer, Ph.D. and is a material relied upon in the Expert Report of Nicholas Hill, dated May 19, 2025 (general reference to Extreme opportunity data); Data relied on in the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025. |
| Extreme Bookings Data | Cited in the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025. |
| Extreme Opportunities Data | Cited in the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025. |

Pursuant to the Joint Stipulation, you may file a supplemental motion to seal by March 27, 2026.

We also write to notify you that there was a filing error with respect to the Opposition that resulted in certain Confidential or Highly Confidential Information being temporarily visible on the public docket in this matter overnight from March 9 to March 10, 2025.  The States linked their filings related to the Opposition to the Court's sealing order granted pursuant to the Joint Stipulation, but certain exhibits to the States' filing nevertheless were publicly accessible.  Immediately upon realizing the issue, which was after midnight EDT, the States emailed and left voicemails with the Court and the clerk's office.  The clerk's office removed the impacted documents from the public docket and placed them under seal promptly at the start of their business hours this morning, March 10, 2025.  The following of your Confidential Information or Highly Confidential Information was impacted by this issue:

| Document | Use |
|---|---|
| Deposition of Stan Kovler, dated October 15, 2024 | Pages 25, 27, 28, 43, 44, 45, 68, 69, 85, 86, 98, 99, 100, 101 are cited in the Corrected Expert Report of Marc Remer, Ph.D.<br><br>Listed as a material relied upon, along with the deposition exhibits, in the Expert Report of |

|  |  |
|---|---|
|  | Elizabeth M Bailey, Ph.D., dated May 19, 2025, but not otherwise referenced in the report. |
| EN 3P CID HP-JUNIPER - 00000653 | Page -653 is quoted in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00000001 | Cited in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00000046 | Page 47 is cited in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00000809 | Page 812-817 cited in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00001144 | Page 145 is quoted in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00001164 | Pages 164 and 165 are quoted in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00001636 | Page 648 is quoted, and pages 644-645 are cited in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN 3P CID HP-JUNIPER - 00001699 | Page 704 quoted in the Corrected Expert Report of Marc Remer, Ph.D. |
| EN3PCID(HP-JUNIPER)-00003514.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003515.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003516.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003517.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003518.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003519.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003520.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EN3PCID(HP-JUNIPER)-00003521.xlsx | Cited as data relied on in the Expert Report of Elizabeth M Bailey, Ph.D., dated May 19, 2025 |
| EXTNET-000001.xlsx. | Relied on for calculations in the Corrected Expert Report of Marc Remer, Ph.D. and is a material relied upon in the Expert Report of Nicholas Hill, |

March 10, 2026                                                        *Confidential*
Page 5

|  | dated May 19, 2025 (general reference to Extreme opportunity data); Data relied on in the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025. |
|---|---|
| Extreme Bookings Data | Cited in the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025. |
| Extreme Opportunities Data | Cited in the Expert Reply Report of Marc Remer, Ph.D., dated June 4, 2025. |

Please contact me if you have any further questions.


Sincerely,

*/s/ Saaket Pradhan*

Saaket Pradhan
Assistant Attorney General
Office of the New York State Attorney General
Antitrust Bureau
28 Liberty Street
New York, NY 10005
Saaket.pradhan@ag.ny.gov