UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HEWLETT PACKARD ENTERPRISE CO.<br>and JUNIPER NETWORKS, INC.,<br><br>    Defendants. | Case No. 5:25-cv-00951-PCP<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY EXTREME NETWORKS, INC.'S ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT** |

1

Before the Court is Extreme Networks, Inc.'s ("Extreme") Administrative Motion to Seal Opposition to Motion for Entry of Final Judgment ("Motion"). Having considered the Motion and other papers on file, and good cause having been found, the Court hereby ORDERS that the indicated portions of the following documents shall remain under seal:

| Document | Portions Sought to Be Sealed | Grounds for Sealing | Order |
|---|---|---|---|
| Deposition of Stan Kovler (dated October 15, 2024) | Lines 28:7-18 (quoted in n.107 of Marc Remer's Corrected Expert Report, dated May 12, 2025 (the "May 12 Report")) | The portions of this deposition contain confidential Extreme sales information related to the proportion of its sales derived from new logos. Publishing that information would put Extreme at a competitive disadvantage. | |
| EN 3P CID HP-JUNIPER – 00001144 | The portions quoted in n.480 of the May 12 Report | The quoted portions of this document contain a detailed competitive analysis for one of Extreme's competitors, including Extreme's marketing and sales strategies for competing with that competitor. Publishing that information would put Extreme at a competitive disadvantage. | |
| EN 3P CID HP-JUNIPER – 00001164 | The portions quoted in n.482 of the May 12 Report | The quoted portions of this document contain a detailed competitive analysis for one of Extreme's competitors, including Extreme's marketing and sales strategies for competing with that competitor. Publishing that information would put Extreme at a competitive disadvantage. | |

[PROPOSED] ORDER GRANTING EXTREME NETWORKS, INC.'S ADMINISTRATIVE MOTION TO SEAL - CASE NO. 5:25-cv-00951-PCP

| Document | Portions Sought to Be Sealed | Grounds for Sealing | Order |
|---|---|---|---|
| EXTNET-000001 | The calculations and other portions used/quoted in Figure II.3, n.36, Figure V.1, n.260, Figure V.2, n.267, Figure VI.2, n. 405, a paragraph titled "Extreme Opportunities Data" in Appendix D, and n.442 of the May 12 Report, as well as Figure III.5, n.144, Figure III.12, nn.271-72, Figure V.3, n.418, Figure V.4, n.419, Figure V.6, n.424, Appendix Figure B.4, n.434, Appendix Figure B.5, n.435, Appendix Figure B.7, n.439, Appendix Figure D.1, and n.450 of Mr. Remer's Expert Reply Report, dated June 4, 2025 (the "June 4 Report") | The portions of this document contain confidential Extreme sales information related to the sales, discounts, and profits from specific Extreme customers. Publishing that information would put Extreme at a competitive disadvantage. | |
| Extreme Bookings Data | Same as EXTNET-000001 | Same as EXTNET-000001 | |

3

| Document | Portions Sought to Be Sealed | Grounds for Sealing | Order |
|---|---|---|---|
| Extreme Opportunities Data | Same as EXTNET-000001 | Same as EXTNET-000001 | |

**IT IS SO ORDERED.**

DATED: _____          _____

                                        Hon. P. Casey Pitts
                                        United States District Judge

[PROPOSED] ORDER GRANTING EXTREME NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO SEAL - CASE NO. 5:25-cv-00951-PCP