Rachel Cotton (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-6363
Rachel.Cotton@arnoldporter.com

Sean M. Callagy (Bar No. 255230)
ARNOLD & PORTER KAYE SCHOLER LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 471-3107
Sean.Callagy@arnoldporter.com

*Attorneys for Non-Party Roger P. Alford*

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE CO. AND JUNIPER NETWORKS, INC., <br><br> Defendants. | Case No. 5:25-CV-00951-PCP <br><br> **NON-PARTY ROGER P. ALFORD'S SUPPLEMENTAL MOTION TO SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS** <br><br> Judge: P. Casey Pitts <br> Action Filed: January 30, 2025 |

Pursuant to the Joint Stipulation Regarding Modification of Civil Local Rule 79-5 for Tunney Act Briefing, As Modified (ECF No. 415) in the above-captioned action, non-party Roger P. Alford ("Mr. Alford") hereby submits this supplemental motion to seal portions of exhibits submitted with the parties' Tunney Act briefing.  That stipulation set a March 27, 2026 deadline for third parties to file a supplemental motion to seal Tunney Act briefing materials.  As discussed below, Mr. Alford only seeks to seal phone numbers and email addresses contained in documents produced by Mr. Alford in order to protect individuals' privacy.  Mr. Alford does not request sealing of the substantive content of those exhibits or any related passages in the Tunney Act briefing.

NON-PARTY ROGER P. ALFORD'S MOTION TO SEAL TUNNEY ACT BRIEFING MATERIALS

**ARGUMENT**

The "compelling reasons" standard applies to information submitted concerning the Court's public interest determination under 15 U.S.C. § 16(e). *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (discussing when "compelling reasons" standard applies). In applying the "compelling reasons" standard, courts balance "the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1097 (quotation omitted). Courts have recognized that compelling reasons exist to seal sensitive personal information including phone numbers and email addresses. *See, e.g.*, *United States v. Ortega*, No. 2:22-CR-00176-LK, 2025 WL 2822242, at *6 (W.D. Wash. Oct. 3, 2025) ("The Court finds that sealing the documents would serve a compelling interest in protecting Mr. Ortega's . . . family's personally identifying information."); *Hadley v. Kellogg Sales Co.*, No. 16-CV-04955-LHK, 2018 WL 7814785, at *3 (N.D. Cal. Sept. 5, 2018) ("The Court agrees that compelling reasons exist to seal sensitive personal information such as . . . phone numbers, and addresses."); *see also Slot Speaker Techs., Inc. v. Apple, Inc.*, No. 13-CV-01161-HSG(DMR), 2017 WL 386345, at *4 (N.D. Cal. Jan. 27, 2017) (finding good cause to seal private information including "credit card numbers, phone numbers, personal account numbers, and e-mail addresses").

Mr. Alford, a non-party, produced text messages and emails in this Tunney Act proceeding pursuant to a subpoena served on him by Defendant Hewlett Packard Enterprise Co. in February 2026.[1] The documents produced by Mr. Alford largely pertain to Mr. Alford's time after he left the Department of Justice and include text messages from his personal mobile device and emails from non-DOJ email accounts. Those documents contain the personally identifiable information of Mr. Alford's family members, friends, and colleagues, and compelling reasons exist to redact the phone numbers and email addresses of those individuals in order to protect their privacy. Mr. Alford therefore respectfully requests that the Court seal the email addresses and phone numbers

---

[1] At a February 20, 2026 hearing, the Court overruled certain objections to the subpoena but noted that if "Alford concludes that the production of any particular item would significantly intrude on his privacy rights and that the intrusion outweighs the minimal evidentiary value of that item, he may object on that basis." ECF No. 403 at 2–3.

NON-PARTY ROGER P. ALFORD'S MOTION TO SEAL TUNNEY ACT BRIEFING MATERIALS

contained in the following exhibits:

| Exhibit No.[2] | Document | Information Requested to Be Sealed | Basis For Sealing |
|---|---|---|---|
| **Intervenors' Opposition to Motion for Entry of Final Judgment, ECF No. 417** | | | |
| 59 (HPE-ALFORD-0000084) | Intervenors' Opposition Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 60 (HPE-ALFORD-0000110) | Intervenors' Opposition Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| **HPE's Reply in Support of Motion for Entry of Final Judgment, ECF No. 436** | | | |
| 11 (HPE-ALFORD-0000499) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 12 (HPE-ALFORD-0001709) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 13 (HPE-ALFORD-0000482) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 15 (HPE-ALFORD-0001701) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 16 (HPE-ALFORD-0000598) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 17 (HPE-ALFORD-0001514) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| **Intervenors' Sur-Reply in Opposition to Motion for Entry of Final Judgment, ECF No. 450** | | | |
| 199 (HPE-ALFORD-0000001) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 200 (HPE-ALFORD-0000011) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 201 (HPE-ALFORD- | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information |

---

[2] For ease of reference, Mr. Alford uses the exhibit numbering from the respective Tunney Act briefing docket entries. *See* ECF Nos. 417, 436, 450.

- 3 -

NON-PARTY ROGER P. ALFORD'S MOTION TO SEAL TUNNEY ACT BRIEFING MATERIALS

| | | | |
|---|---|---|---|
| 0000021) | | | of third parties |
| 202 (HPE-ALFORD-0000035) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 203 (HPE-ALFORD-0000076) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 204 (HPE-ALFORD-0000079) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 205 (HPE-ALFORD-0000151) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 206 (HPE-ALFORD-0001140) | Intervenors' Sur-Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 207 (HPE-ALFORD-0001647) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 207 (HPE-ALFORD-0001674)[3] | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 209 (HPE-ALFORD-0001701) | Intervenors' Sur-Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |

**CONCLUSION**

For the reasons stated herein, Mr. Alford respectfully requests that the Court grant this supplemental motion to seal the information specified above.

Dated:  March 27, 2026

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Sean M. Callagy*

Sean M. Callagy (Bar No. 255230)
ARNOLD & PORTER KAYE SCHOLER LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 471-3107
Sean.Callagy@arnoldporter.com

---

[3] Intervenors' Sur-Reply lists both HPE-ALFORD-0001647 and HPE-ALFORD-0001674 as Exhibit 207.  Mr. Alford seeks to keep both documents under seal.

- 4 -

NON-PARTY ROGER P. ALFORD'S MOTION TO SEAL TUNNEY ACT BRIEFING MATERIALS

- 5 -

Rachel Cotton (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 942-6363
Rachel.Cotton@arnoldporter.com

*Attorneys for Non-Party Roger P. Alford*

NON-PARTY ROGER P. ALFORD'S MOTION TO SEAL TUNNEY ACT BRIEFING MATERIALS