Rachel Cotton (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-6363
Rachel.Cotton@arnoldporter.com

Sean M. Callagy (Bar No. 255230)
ARNOLD & PORTER KAYE SCHOLER LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 471-3107
Sean.Callagy@arnoldporter.com

*Attorneys for Non-Party Roger P. Alford*

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. AND JUNIPER NETWORKS, INC.,<br><br>Defendants. | Case No. 5:25-CV-00951-PCP<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY ROGER P. ALFORD'S SUPPLEMENTAL MOTION TO SEAL CERTAIN TUNNEY ACT BRIEFING MATERIALS**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

This matter comes before the Court on non-party Roger P. Alford's Supplemental Motion to Seal Certain Tunney Act Briefing Materials ("Motion") pursuant to the Joint Stipulation Regarding Modification of Civil Local Rule 79-5 for Tunney Act Briefing, As Modified, Dkt. 415.

Having considered the Motion and papers submitted in support thereof, the Court GRANTS Roger P. Alford's Motion and seals the following information:

| Exhibit No.[1] | Document | Information Requested to Be Sealed | Basis For Sealing |
|---|---|---|---|
| **Intervenors' Opposition to Motion for Entry of Final Judgment, ECF No. 417** | | | |
| 59 (HPE-ALFORD-0000084) | Intervenors' Opposition Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 60 (HPE-ALFORD-0000110) | Intervenors' Opposition Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| **HPE's Reply in Support of Motion for Entry of Final Judgment, ECF No. 436** | | | |
| 11 (HPE-ALFORD-0000499) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 12 (HPE-ALFORD-0001709) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 13 (HPE-ALFORD-0000482) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 15 (HPE-ALFORD-0001701) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 16 (HPE-ALFORD-0000598) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 17 (HPE-ALFORD-0001514) | HPE Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| **Intervenors' Sur-Reply in Opposition to Motion for Entry of Final Judgment, ECF No. 450** | | | |
| 199 (HPE-ALFORD- | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information |

---

[1] Mr. Alford uses the exhibit numbering from the respective Tunney Act briefing docket entries. *See* ECF Nos. 417, 436, 450.

| | | | |
|---|---|---|---|
| 0000001) | | | of third parties |
| 200 (HPE-ALFORD-0000011) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 201 (HPE-ALFORD-0000021) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 202 (HPE-ALFORD-0000035) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 203 (HPE-ALFORD-0000076) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 204 (HPE-ALFORD-0000079) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 205 (HPE-ALFORD-0000151) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 206 (HPE-ALFORD-0001140) | Intervenors' Sur-Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |
| 207 (HPE-ALFORD-0001647) | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 207 (HPE-ALFORD-0001674)[2] | Intervenors' Sur-Reply Brief | Phone numbers | Constitutes sensitive personal information of third parties |
| 209 (HPE-ALFORD-0001701) | Intervenors' Sur-Reply Brief | Phone numbers and email addresses | Constitutes sensitive personal information of third parties |

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. P. Casey Pitts
United States District Judge

---

[2] Intervenors' Sur-Reply lists both HPE-ALFORD-0001647 and HPE-ALFORD-0001674 as Exhibit 207.  Mr. Alford seeks to keep both documents under seal.

[PROPOSED] ORDER GRANTING NON-PARTY ROGER P. ALFORD'S MOTION TO SEAL TUNNEY ACT BRIEFING MATERIALS