William Devaney (*Pro Hac Vice*)
BAKER MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: (212) 626 4100
william.devaney@bakermckenzie.com

Andrew L. Black (*Pro Hac Vice*)
BAKER MCKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: (202) 452-7000
andrew.black@bakermckenzie.com

Byron Tuyay (CA Bar # 308049)
BAKER MCKENZIE LLP
10250 Constellation Boulevard
Suite 1850
Los Angeles, California 90067
Tel: (310) 201-4728
Byron.Tuyay@bakermckenzie.com

*Attorneys for Gartner, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

   v.

HEWLETT PACKARD ENTERPRISE CO.
and JUNIPER NETWORKS, INC.

    *Defendants*.

CASE NO.  5:25-CV-00951-PCP

JUDGE: Hon. P. Casey Pitts
MAGISTRATE JUDGE: Susan van Keulen

**DECLARATION OF IRA HANDA IN SUPPORT OF GARTNER'S MOTION TO SEAL CERTAIN HIGHLY CONFIDENTIAL EXHIBITS TO INTERVENORS' OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT**

I, Ira Handa, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The evidence set forth in this Declaration is based on my personal knowledge.

2.     I am Director, Legal Counsel at Gartner, Inc.

3.     On March 10, 2026, Intervenors informed Gartner, though counsel, that certain documents produced by Gartner, as a non-party, that Gartner marked Highly Confidential, as well as certain Gartner documents produced by other parties and marked Highly Confidential were filed as exhibits to Intervenors' Opposition to Motion for Entry of Final Judgment, dated March 9, 2026 (ECF No. 417) (the "Opposition").

4.     On March 24, 2026, Gartner met and conferred with Defendants and Plaintiffs, and separately with Intervenors, regarding the exhibits to the Opposition.  Following the meet and confer, all parties informed Gartner that they would not oppose Gartner's motion to seal.

5.     Exhibit 110 (Gartner_ 000001 – Gartner_000033) is attached to this declaration as Exhibit A.

6.     Exhibit 109 (Gartner_000034 – Gartner_000068) is attached to this declaration as Exhibit B.

7.     Exhibit 61 (HPE-TUNNEY-0000734) is attached to this declaration as Exhibit C.

8.     Exhibit 99 (Wilburn Ex. 12) is attached to this declaration as Exhibit D.

9.     Exhibit 66 (HPE-TUNNEY-0029844 – HPE-TUNNEY-0029877) is attached to this declaration as Exhibit E.

10.     Exhibits A – E represent valuable Gartner work product which are Magic Quadrant reports that are accessible only behind a paywall for paid subscribers and are not publicly available.  These Magic Quadrant reports represent the product of hundreds of hours of Gartner analysts' research, insights, and analysis that form key offerings to Gartner's paying clients. Gartner has invested significant funds and resources over the years in achieving the market leading position for such insights.  As such, allowing these documents to become publicly available would cause Gartner competitive and financial harm.

11.     Exhibits A – E further contain confidential business information that reveals Gartner's competitive insights and strategic analysis in its industry that if public would allow Gartner's competitors to exploit the information and leverage it to obtain a competitive advantage.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of March 2026 in Chappaqua, New York.

_____
Ira Handa
Director, Legal Counsel
Gartner, Inc.

DECLARATION OF IRA HANDA ISO ADMINISTRATIVE MOTION TO SEAL
CASE NO. 5:25-CV-00951-PCP