William Devaney (*Pro Hac Vice*)
BAKER MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: (212) 626 4100
william.devaney@bakermckenzie.com

Andrew L. Black (*Pro Hac Vice*)
BAKER MCKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: (202) 452-7000
andrew.black@bakermckenzie.com

Byron Tuyay (CA Bar # 308049)
BAKER MCKENZIE LLP
10250 Constellation Boulevard
Suite 1850
Los Angeles, California 90067
Tel: (310) 201-4728
Byron.Tuyay@bakermckenzie.com

*Attorneys for Gartner, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC. <br><br> *Defendants*. | CASE NO.  5:25-CV-00951-PCP <br><br> JUDGE: Hon. P. Casey Pitts <br> MAGISTRATE JUDGE: Susan van Keulen <br><br> **[PROPOSED] ORDER GRANTING GARTNER, INC.'S MOTION TO SEAL CERTAIN HIGHLY CONFIDENTIAL EXHIBITS TO INTERVENORS' OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT** |

This matter is before the Court on Gartner, Inc's motion to seal certain documents marked Highly Confidential that were filed as exhibits to Intervenors' Opposition to Motion for Entry of Final Judgment, dated March 9, 2026 (ECF No. 417).  Upon consideration of the Motion and the relevant authorities cited therein, the Court finds that non-party Gartner, Inc. has established compelling reasons to seal the documents identified in the chart below.

Pursuant to Civil L.R. 79-5, the following documents and deposition testimony shall be filed under seal.

| Materials to Be Sealed | GRANTED / DENIED |
|---|---|
| Exhibit 110 (Gartner_ 000001 – Gartner_000033) | |
| Exhibit 109 (Gartner_000034 – Gartner_000068) | |
| Exhibit 61 (HPE-TUNNEY-0000734) | |
| Exhibit 99 (Wilburn Ex. 12) | |
| Exhibit 66 (HPE-TUNNEY-0029844 – HPE-TUNNEY-0029877) | |

IT SO ORDERED.

Dated: _____ , 2026

_____
HONORABLE P. CASEY PITTS
United States District Court Judge