SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

HENRY C. SU (CA Bar # 211202)
Senior Litigation Counsel
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 705-6338
Email: henry.su@usdoj.gov

ELIZABETH S. JENSEN (CA Bar # 302355)
Assistant Civil Chief, San Francisco Office
JEREMY M. GOLDSTEIN (CA Bar # 324422)
MICHAEL G. LEPAGE (DC Bar # 1618918)
Trial Attorneys
U.S. Department of Justice, Antitrust Division
450 Golden Gate Ave, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 229-2934
Email: jeremy.goldstein@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br><br>JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FROM INTERVENORS' SUR-REPLY IN OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT**<br><br>Judge:          P. Casey Pitts<br>Action Filed:   January 30, 2025 |

**APPENDIX A**

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| **Intervenors' Sur-Reply in Opposition to Motion for Entry of Final Judgment, ECF No. 450** | | | |
| N/A | Intervenors' Sur-Reply Brief | p. 1 ln 18-20<br>p. 1 ln 25 – p. 2 ln 1<br>p. 2 ln 5-10<br>p. 2 ln 13-14<br>p. 2 ln 18-19 | **DOJ:** Contains confidential information regarding government personnel process and decisions. *See* Su Decl. ¶¶ 4, 10-14. |
| | | p. 1 ln 22-24<br>p. 2 ln 5-10<br>p. 3 ln 11<br>p. 3 ln 19-20<br>p. 4 ln 3-5<br>p. 4 ln 13-14 | **DOJ:** Contains confidential information regarding internal government deliberations about settlement processes. *See* Su Decl. ¶¶ 4, 10-14 |
| | | p. 7 ln 9-15<br>p. 7 footnote 4<br>p. 10 ln 9-12 | **DOJ:** Contains confidential information regarding the ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9. |
| | | p. 6 ln 25 – p. 7 ln 3<br>p. 7 ln 9-18, 24-25<br>p. 7 footnote 4<br>p. 8 ln 11-14, 16-17, 24, 26-27<br>p. 9 ln 5-6, 10-13, 15-16, 22-24<br>p. 10 ln 2-3, 9-12, 15, 17-20 | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including granular details on the scope of the AI Ops license. *See* Particelli Decl. ¶¶ 13-17. |
| N/A | Ranganathan Reply Declaration | pp. 2-8 | **HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including granular details on the scope of the AI Ops license. *See* Particelli Decl. ¶¶ 13-17. |
| 198 | Rahim Deposition Excerpts | 20:8-13, 15-16, 19-24 | **DOJ:** Contains confidential information regarding the |

---

[1] For ease of reference, the parties use the exhibit numbering from the Intervenors' Sur-Reply docket entry. *See* ECF No. 450.

[2] The information for which the parties are requesting sealing treatment is highlighted at the provided page and/or line numbers in the exhibits attached to this motion.

1

APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FROM
INTERVENORS' SUR-REPLY IN OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT,
Case No. 5:25-cv-00951-PCP

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| | | 21:1-3, 6-7, 10-11, 15, 22-23<br>22:1-6, 10-15, 17-25<br>23:3-16, 20<br>23:25-24:1<br>24:10, 12-19<br>24:23-25:1<br>25:3-4, 6, 8-19, 21-22<br>25:25-26:9<br>26:12-21, 23<br>27:1-3, 7-12, 20-21, 25<br>28:2-3, 6-8. 13-16<br>28:23-29:2<br>29:8, 15-20, 23-24<br>30:1-2, 4-8, 13-16, 18-24<br>31:3, 5, 8, 10-11, 13-14, 16<br>31:24-32:1<br>32:6-18, 22-24<br>33:8-9, 12-13, 17-18, 21<br>42:3, 6-10, 13-15, 21<br>42:24-43:3<br>43:8-9, 17-21, 23<br>44:1, 13-14, 17-18, 24-25<br>45:3, 11-12, 18-21<br>45:24-46:2<br>46:5-6, 12-13, 23-24<br>47:4-6, 9, 12-24<br>48:1, 6-11, 23-24<br>49:3<br>66:1-3, 11, 15, 18, 20, 23<br>67:2<br>68:14, 17-21<br>68:23-69:3<br>69:7-10, 14-15, 18-21, 24 | ongoing divestiture auction. *See* Su Decl. ¶¶ 4-9.<br><br>**HPE:** Contains confidential information regarding the ongoing bidding processes that form the basis of the remedy set forth in the APFJ, including granular details on the scope of the AI Ops license. *See* Particelli Decl. ¶¶ 13-17. |
| 201 | HPE-ALFORD-0000021 | -022 | **DOJ:** Contains confidential information regarding internal government deliberations about settlement processes. *See* Su Decl. ¶¶ 4, 10-14 |
| 202 | HPE-ALFORD-0000035 | -036 | **DOJ:** Contains confidential information regarding government personnel process and decisions. *See* Su Decl. ¶¶ 4, 10-14. |

APPENDIX A TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FROM
INTERVENORS' SUR-REPLY IN OPPOSITION TO MOTION FOR ENTRY OF FINAL JUDGMENT,
Case No. 5:25-cv-00951-PCP

| Exhibit No.[1] | Document | Information Requested to Be Sealed[2] | Basis for Sealing |
|---|---|---|---|
| 203 | HPE-ALFORD-0000076 | -077 | **DOJ:** Contains confidential information regarding government personnel process and decisions. *See* Su Decl. ¶¶ 4, 10-14. |
| 204 | HPE-ALFORD-0000079 | -080 | **DOJ:** Contains confidential information regarding internal government deliberations about settlement processes. *See* Su Decl. ¶¶ 4, 10-14 |
| 205 | HPE-ALFORD-0000151 | -152 | **DOJ:** Contains confidential information regarding government personnel process and decisions. *See* Su Decl. ¶¶ 4, 10-14. |
| 206 | HPE-ALFORD-0001140 | -141 | **DOJ:** Contains confidential information regarding government personnel process and decisions. *See* Su Decl. ¶¶ 4, 10-14. |
| 207 | HPE-ALFORD-0001647 | -648 | **DOJ:** Contains confidential information regarding internal government deliberations about settlement processes. *See* Su Decl. ¶¶ 4, 10-14 |
| 208 | HPE-ALFORD-0001674 | -675 | **DOJ:** Contains confidential information regarding internal government deliberations about settlement processes. *See* Su Decl. ¶¶ 4, 10-14; Contains confidential information regarding government personnel process and decisions. *See id.* |
| 209 | HPE-ALFORD-0001701 | -701 | **DOJ:** Contains confidential information regarding government personnel process and decisions. *See* Su Decl. ¶¶ 4, 10-14. |

3