# EXHIBIT A

| | |
|---|---|
| **From:** | Vandevelde, Eric D. |
| **To:** | Arthur Biller (He/Him/His); Phil Weiser; Bryn Williams; Robin Alexander; Jon Sallet; Elizabeth Hereford; Amy Bowles; Paula Blizzard; Michael Jorgen; Brian Wang; Nicole Demers; Coty.Montag@dc.gov; Rod Kimura; Elizabeth Maxeiner; Paul Harper; Anthony Mariano; Elizabeth Odette; Jon Woodruff; Elinor Hoffmann; Michael Schwartz; Kunal Choksi; Tim Smith; Rachel Sowray; Amy Hanson; Jonathan Mark; Caitlin Madden |
| **Cc:** | Liversidge, Samuel; Nowicki, Daniel; Spears, Courtney L.; Fosburgh, Elizabeth; ELMER, Julie (JSE); MELLOTT, Jenn (JEM); SVENSON, Ross; CLEMENTE, Brendan; LEONG, Eunice; Henry.Su@usdoj.gov; Goldstein, Jeremy (ATR); Michael.Lepage@usdoj.gov; Arghavani, Miriam (ATR); Jensen, Elizabeth (ATR) |
| **Subject:** | Re: United States v. HPE - States" Protective Order Violation |
| **Date:** | Friday, March 20, 2026 5:59:26 PM |

Thank you for your letter, but these actions are not sufficient. Bloomberg appears to have shared the compliance affidavits with bidders when contacting them for comment. So each bidder who was contacted can now view the entire report and see who else is involved in the remedy process. Worse, this highly confidential information is still publicly available to the world. E.g., Bloomberg's link in the email it sent to one of the bidders is currently still active:
https://assets.bwbx.io/documents/users/iqjWHBFdfxIU/rNyGg8CSiwZQ/v0.

The States should immediately ask Bloomberg to kill this link, as well as any other similar links to confidential information that the States improperly disclosed; ask Bloomberg to provide a log of who accessed such links and/or who Bloomberg sent the link(s) to; and then the States should immediately follow up with all of those people/entities to make similar requests to delete and take down confidential information.

Beyond Bloomberg, the States should also be doing the same for all other media outlets with whom the States have been communicating about this case and/or who have reported on the case before.

Please confirm that you will take the above steps and will immediately inform us of the results of such steps.

**Eric D. Vandevelde**
Partner

T: +1 213.229.7186  | M: +1 213.200.7021
EVandevelde@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Arthur Biller (He/Him/His) <Arthur.Biller@coag.gov>
**Date:** Friday, March 20, 2026 at 12:11 PM

**To:** Vandevelde, Eric D. <EVandevelde@gibsondunn.com>, Phil Weiser <pjweiser@coag.gov>, Bryn Williams <Bryn.Williams@coag.gov>, Robin Alexander <Robin.Alexander@coag.gov>, Jon Sallet <Jon.Sallet@coag.gov>, Elizabeth Hereford <Elizabeth.Hereford@coag.gov>, Amy Bowles <Amy.Bowles@coag.gov>, Paula Blizzard <paula.blizzard@doj.ca.gov>, Michael Jorgen <Michael.Jorgenson@doj.ca.gov>, Brian Wang <Brian.Wang@doj.ca.gov>, Nicole Demers <nicole.demers@ct.gov>, Coty.Montag@dc.gov <Coty.Montag@dc.gov>, Rod Kimura <Rodney.I.Kimura@hawaii.gov>, Elizabeth Maxeiner <Elizabeth.Maxeiner@ilag.gov>, Paul Harper <Paul.Harper@ilag.gov>, Anthony Mariano <anthony.mariano@mass.gov>, Elizabeth Odette <elizabeth.odette@ag.state.mn.us>, Jon Woodruff <Jon.Woodruff@ag.state.mn.us>, Elinor Hoffmann <elinor.hoffmann@ag.ny.gov>, Michael Schwartz <Michael.Schwartz@ag.ny.gov>, Kunal Choksi <kchoksi@ncdoj.gov>, Tim Smith <Tim.Smith@doj.oregon.gov>, Rachel Sowray <Rachel.Sowray@doj.oregon.gov>, Amy Hanson <amy.hanson@atg.wa.gov>, Jonathan Mark <jonathan.mark@atg.wa.gov>, Caitlin Madden <Caitlin.Madden@wisdoj.gov>
**Cc:** Liversidge, Samuel <SLiversidge@gibsondunn.com>, Nowicki, Daniel <DNowicki@gibsondunn.com>, Spears, Courtney L. <CSpears@gibsondunn.com>, Fosburgh, Elizabeth <EFosburgh@gibsondunn.com>, ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>, MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>, SVENSON, Ross <Ross.Svenson@freshfields.com>, CLEMENTE, Brendan <Brendan.Clemente@freshfields.com>, LEONG, Eunice <Eunice.Leong@freshfields.com>, Henry.Su@usdoj.gov <henry.su@usdoj.gov>, Goldstein, Jeremy (ATR) <jeremy.goldstein@usdoj.gov>, Michael.Lepage@usdoj.gov <Michael.Lepage@usdoj.gov>, Arghavani, Miriam (ATR) <miriam.arghavani@usdoj.gov>, Jensen, Elizabeth (ATR) <elizabeth.jensen@usdoj.gov>
**Subject:** RE: United States v. HPE - States' Protective Order Violation

**This Message Is From an External Sender**
This message came from outside your organization. Eric – please see the attached letter.

**Arthur Biller**
Pronouns: He/Him/His
Colorado Department of Law
P: 720-508-6228 | Arthur.Biller@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Vandevelde, Eric D. <EVandevelde@gibsondunn.com>
**Sent:** Friday, March 20, 2026 10:03 AM
**To:** Phil Weiser <pjweiser@coag.gov>; Arthur Biller (He/Him/His) <Arthur.Biller@coag.gov>; Bryn

Williams <Bryn.Williams@coag.gov>; Robin Alexander <Robin.Alexander@coag.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Elizabeth Hereford <Elizabeth.Hereford@coag.gov>; Amy Bowles <Amy.Bowles@coag.gov>; Paula Blizzard <paula.blizzard@doj.ca.gov>; Michael Jorgen <Michael.Jorgenson@doj.ca.gov>; Brian Wang <Brian.Wang@doj.ca.gov>; Nicole Demers <nicole.demers@ct.gov>; Coty.Montag@dc.gov; Rod Kimura <Rodney.I.Kimura@hawaii.gov>; Elizabeth Maxeiner <Elizabeth.Maxeiner@ilag.gov>; Paul Harper <Paul.Harper@ilag.gov>; Anthony Mariano <anthony.mariano@mass.gov>; Elizabeth Odette <elizabeth.odette@ag.state.mn.us>; Jon Woodruff <Jon.Woodruff@ag.state.mn.us>; Elinor Hoffmann <elinor.hoffmann@ag.ny.gov>; Michael Schwartz <Michael.Schwartz@ag.ny.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Tim Smith <Tim.Smith@doj.oregon.gov>; Rachel Sowray <Rachel.Sowray@doj.oregon.gov>; Amy Hanson <amy.hanson@atg.wa.gov>; Jonathan Mark <jonathan.mark@atg.wa.gov>; Caitlin Madden <Caitlin.Madden@wisdoj.gov>
**Cc:** Liversidge, Samuel <SLiversidge@gibsondunn.com>; Nowicki, Daniel <DNowicki@gibsondunn.com>; Spears, Courtney L. <CSpears@gibsondunn.com>; Fosburgh, Elizabeth <EFosburgh@gibsondunn.com>; ELMER, Julie (JSE) <julie.elmer@freshfields.com>; MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>; SVENSON, Ross <Ross.Svenson@freshfields.com>; CLEMENTE, Brendan <Brendan.Clemente@freshfields.com>; LEONG, Eunice <Eunice.Leong@freshfields.com>; Henry.Su@usdoj.gov; Goldstein, Jeremy (ATR) <jeremy.goldstein@usdoj.gov>; Michael.Lepage@usdoj.gov; Arghavani, Miriam (ATR) <miriam.arghavani@usdoj.gov>; Jensen, Elizabeth (ATR) <elizabeth.jensen@usdoj.gov>
**Subject:** Re: United States v. HPE - States' Protective Order Violation

> ⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We continue to be disappointed by the lack of responsiveness from the States to our request for a written response providing the details of what the States have done to mitigate the harm from their breach of the protective order in this matter.   Our letter of March 10 went unanswered, and we did not receive the requested written response to the letter we sent yesterday, despite the urgency plainly described in our letter.

If we do not receive a satisfactory response to our letter in writing by 3 MT, we will have no choice but to file a motion with the Court for an order to show cause as to why the States should not be held in contempt for violating the protective order in this case.  We sincerely hope that we will not need to take such action, but the States' indifference to the very serious situation they have created will leave us no choice.

**Eric D. Vandevelde**
Partner

T: +1 213.229.7186  | M: +1 213.200.7021

EVandevelde@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Vandevelde, Eric D. <EVandevelde@gibsondunn.com>
**Date:** Thursday, March 19, 2026 at 11:00 AM
**To:** pjweiser@coag.gov <pjweiser@coag.gov>,
arthur.biller@coag.gov <arthur.biller@coag.gov>,
bryn.williams@coag.gov <bryn.williams@coag.gov>,
robin.alexander@coag.gov <robin.alexander@coag.gov>, Jon Sallet
<Jon.Sallet@coag.gov>, Elizabeth Hereford <Elizabeth.Hereford@coag.gov>, Amy Bowles
<Amy.Bowles@coag.gov>, paula.blizzard@doj.ca.gov <paula.blizzard@doj.ca.gov>,
Michael.Jorgenson@doj.ca.gov <Michael.Jorgenson@doj.ca.gov>,
brian.wang@doj.ca.gov <brian.wang@doj.ca.gov>,
nicole.demers@ct.gov <nicole.demers@ct.gov>,
Coty.Montag@dc.gov <Coty.Montag@dc.gov>,
Rodney.i.kimura@hawaii.gov <Rodney.i.kimura@hawaii.gov>,
elizabeth.maxeiner@ilag.gov <elizabeth.maxeiner@ilag.gov>,
paul.harper@ilag.gov <paul.harper@ilag.gov>,
Anthony.Mariano@mass.gov <Anthony.Mariano@mass.gov>,
elizabeth.odette@ag.state.mn.us <elizabeth.odette@ag.state.mn.us>,
jon.woodruff@ag.state.mn.us <jon.woodruff@ag.state.mn.us>,
elinor.hoffmann@ag.ny.gov <elinor.hoffmann@ag.ny.gov>,
michael.schwartz@ag.ny.gov <michael.schwartz@ag.ny.gov>,
kchoksi@ncdoj.gov <kchoksi@ncdoj.gov>,
tim.smith@doj.oregon.gov <tim.smith@doj.oregon.gov>,
rachel.sowray@doj.oregon.gov <rachel.sowray@doj.oregon.gov>,
amy.hanson@atg.wa.gov <amy.hanson@atg.wa.gov>,
jonathan.mark@atg.wa.gov <jonathan.mark@atg.wa.gov>,
caitlin.madden@wisdoj.gov <caitlin.madden@wisdoj.gov>
**Cc:** Liversidge, Samuel <SLiversidge@gibsondunn.com>, Nowicki, Daniel
<DNowicki@gibsondunn.com>, Spears, Courtney L. <CSpears@gibsondunn.com>,
Fosburgh, Elizabeth <EFosburgh@gibsondunn.com>, ELMER, Julie (JSE)
<julie.elmer@freshfields.com>, MELLOTT, Jenn (JEM) <jennifer.mellott@freshfields.com>,
SVENSON, Ross <Ross.Svenson@freshfields.com>, CLEMENTE, Brendan
<Brendan.Clemente@freshfields.com>, LEONG, Eunice
<Eunice.Leong@freshfields.com>, Henry.Su@usdoj.gov <henry.su@usdoj.gov>,

Goldstein, Jeremy (ATR) <jeremy.goldstein@usdoj.gov>,
Michael.Lepage@usdoj.gov <Michael.Lepage@usdoj.gov>, Arghavani, Miriam (ATR)
<miriam.arghavani@usdoj.gov>, Jensen, Elizabeth (ATR) <elizabeth.jensen@usdoj.gov>
**Subject:** Re: United States v. HPE - States' Protective Order Violation

AG Weiser — Please see the attached correspondence.

**Eric D. Vandevelde**
Partner

T: +1 213.229.7186  | M: +1 213.200.7021
EVandevelde@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

**From:** SVENSON, Ross <Ross.Svenson@freshfields.com>
**Date:** Tuesday, March 10, 2026 at 7:23 PM
**To:** arthur.biller@coag.gov <arthur.biller@coag.gov>,
bryn.williams@coag.gov <bryn.williams@coag.gov>,
robin.alexander@coag.gov <robin.alexander@coag.gov>, Jon Sallet
<Jon.Sallet@coag.gov>, Elizabeth Hereford <Elizabeth.Hereford@coag.gov>, Amy Bowles
<Amy.Bowles@coag.gov>, paula.blizzard@doj.ca.gov <paula.blizzard@doj.ca.gov>,
Michael.Jorgenson@doj.ca.gov <Michael.Jorgenson@doj.ca.gov>,
brian.wang@doj.ca.gov <brian.wang@doj.ca.gov>,
nicole.demers@ct.gov <nicole.demers@ct.gov>,
Coty.Montag@dc.gov <Coty.Montag@dc.gov>,
Rodney.i.kimura@hawaii.gov <Rodney.i.kimura@hawaii.gov>,
elizabeth.maxeiner@ilag.gov <elizabeth.maxeiner@ilag.gov>,
paul.harper@ilag.gov <paul.harper@ilag.gov>,
Anthony.Mariano@mass.gov <Anthony.Mariano@mass.gov>,
elizabeth.odette@ag.state.mn.us <elizabeth.odette@ag.state.mn.us>,
jon.woodruff@ag.state.mn.us <jon.woodruff@ag.state.mn.us>,
elinor.hoffmann@ag.ny.gov <elinor.hoffmann@ag.ny.gov>,
michael.schwartz@ag.ny.gov <michael.schwartz@ag.ny.gov>,
kchoksi@ncdoj.gov <kchoksi@ncdoj.gov>,
tim.smith@doj.oregon.gov <tim.smith@doj.oregon.gov>,
rachel.sowray@doj.oregon.gov <rachel.sowray@doj.oregon.gov>,
amy.hanson@atg.wa.gov <amy.hanson@atg.wa.gov>,

jonathan.mark@atg.wa.gov <jonathan.mark@atg.wa.gov>,
caitlin.madden@wisdoj.gov <caitlin.madden@wisdoj.gov>
**Cc:** ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>, MELLOTT, Jenn (JEM)
<jennifer.mellott@freshfields.com>, Liversidge, Samuel <SLiversidge@gibsondunn.com>,
Vandevelde, Eric D. <EVandevelde@gibsondunn.com>, Nowicki, Daniel
<DNowicki@gibsondunn.com>, Spears, Courtney L. <CSpears@gibsondunn.com>,
CLEMENTE, Brendan <Brendan.Clemente@freshfields.com>, LEONG, Eunice
<Eunice.Leong@freshfields.com>, Henry.Su@usdoj.gov <henry.su@usdoj.gov>,
Goldstein, Jeremy (ATR) <jeremy.goldstein@usdoj.gov>,
Michael.Lepage@usdoj.gov <Michael.Lepage@usdoj.gov>, Arghavani, Miriam (ATR)
<miriam.arghavani@usdoj.gov>, Jensen, Elizabeth (ATR) <elizabeth.jensen@usdoj.gov>
**Subject:** RE: United States v. HPE - States' Protective Order Violation

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Please see the attached letter concerning the States' violation of the Second Amended
Protective Order in this Action, ECF No. 354.


Sincerely,
Ross


**Ross Svenson** (He/Him)
Associate

**Freshfields US LLP**
700 13th Street, NW
10th Floor
Washington, DC 20005
**T** +1 202 777 4745 **| M** +1 202 924 0530
Ross.Svenson@freshfields.com


This email (and any attachments) is confidential and may well also be legally privileged. If
you have received it in error, please notify the sender immediately (by telephone or by
email) and delete all copies of this email (and any attachments) from your system. Do not
copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of
New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy
notice. For further information about Freshfields, please refer to our website at
www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent
standing and qualifications, of Freshfields US LLP or any associated firms or entities.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.