**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>vs.<br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.<br>*Defendants*. | CASE NO. 5:25-cv-00951-PCP<br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE PUBLIC-FACING DOCUMENTS** |

Having considered the Joint Administrative Motion to Extend Time to File Public-Facing Documents filed by Defendant Hewlett Packard Enterprise Co. ("HPE"), and Intervenors, the Attorneys General for the States of Colorado, California, Connecticut, Hawaii, Illinois, Massachusetts, Minnesota, North Carolina, New York, Oregon, Washington, Wisconsin, and the District of Columbia,

IT IS HEREBY ORDERED that the Joint Administrative Motion is GRANTED, and the deadline for filing public-facing documents is extended to September 9, 2026.

Dated:

By: ____________________________

United States Judge P. Casey Pitts