SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**HEWLETT PACKARD ENTERPRISE CO.'S ADMINISTRATIVE MOTION TO SEAL AND FOR CLARIFICATION CONCERNING ORDER RE SEALING, ECF NO. 491**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Hewlett Packard Enterprise Co. ("HPE") respectfully requests clarification from the Court concerning its Order re Sealing, ECF No. 491 ("Order"), specifically the sealing treatment for the Declaration of John Schultz, attached as Exhibit B to HPE's Statement in Support of the Motion for Entry of Final Judgment, ECF No. 369. HPE requests to seal limited portions of that document.

On February 2, 2026, HPE moved to seal the Schultz declaration and six exhibits accompanying that declaration. ECF No. 370. That declaration and its six exhibits are all contained within Exhibit B to HPE's Statement in Support of the Motion for Entry of Final Judgment. HPE recognizes that the Court denied the motion to seal with respect to the Schultz declaration itself in its Order. However, HPE seeks clarification with respect to the Court's ruling on the six exhibits to that declaration.

Exhibits 1 and 6 to the Schultz declaration contain confidential and highly sensitive information relating to HPE's ongoing relationships with federal government customers. The Court granted HPE's motion to seal this same information contained in other documents on the docket, including Exhibit 5 to HPE's Reply in Support of Motion for Entry of Final Judgment, ECF No. 436. *See* Order at 2-3 (granting HPE's motion to seal, ECF No. 444, to the extent it invoked "forward-looking strategic planning and analyses" as a justification for sealing materials).

Exhibits 1, 2, and 6 to the Schultz declaration contain third-party data and analyses that those third parties have designated Confidential or Highly Confidential in this litigation pursuant to the Joint Stipulation and Second Amended Protective Order. ECF No. 354 at ¶ 26. The Court has granted certain third parties' motions to seal this form of data and analyses. *See* Order at 3 (granting, for example, the motions to seal filed by non-parties Dell'Oro Group, Inc., ECF No. 466, and Gartner, Inc., ECF No. 470).

HPE respectfully requests clarification that the Court permits HPE to seal limited portions of Exhibits 1, 2, and 6 to the Schultz declaration. Pursuant to the Court's Standing Order for Civil Cases, HPE has filed the Schultz declaration and its six exhibits (collectively Exhibit B to HPE's Statement in Support of the Motion for Entry of Final Judgment) under seal with proposed redactions highlighted for the Court's consideration.

Dated: October 23, 2026

By: */s/ Julie S. Elmer*
Julie S. Elmer
*Attorney for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*

Samuel G. Liversidge (Bar No. 180578)
Eric Vandevelde (Bar No. 240699)
Daniel Nowicki (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

Julie S. Elmer (*pro hac vice*)
Jennifer Mellott (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
*HEWLETT PACKARD ENTERPRISE CO.*