SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>HEWLETT PACKARD ENTERPRISE CO. and JUNIPER NETWORKS, INC.,<br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**~~[PROPOSED]~~ ORDER RE HEWLETT PACKARD ENTERPRISE CO.'S ADMINISTRATIVE MOTION TO SEAL AND FOR CLARIFICATION CONCERNING ORDER RE SEALING, ECF NO. 491, AS MODIFIED**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

`

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Hewlett Packard Enterprise Co. ("HPE") has filed an Administrative Motion to Seal and for Clarification Concerning Order re Sealing, ECF No. 491 ("Motion to Seal and for Clarification").

Having considered HPE's Motion to Seal and for Clarification and the papers submitted in support thereof, the Court GRANTS the Motion to Seal and for Clarification in part, and permits HPE to partially seal Exhibit B to HPE's Statement in Support of the Motion for Entry of Final Judgment, ECF No. 369, in accordance with the proposed redactions that HPE provided to the Court with its Motion to Seal and for Clarification, except that HPE shall not redact information relating to revenues or market shares of HPE and its competitors, the size of the wireless access point market, qualitative market analyses, or the names of the firms that supplied those data and analyses (Dkt. No. 495-3, at 12, 18, 22, 26, 33, 38, 42, 48, 49, 67).

**IT IS ORDERED.**

Dated: November 3, 2026

Hon. P. Casey Pitts
United States District Judge