# EXHIBIT B

# REDACTED

SAMUEL G. LIVERSIDGE (Bar No. 180578)
ERIC VANDEVELDE (Bar No. 240699)
DANIEL NOWICKI (Bar No. 304716)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
SLiversidge@gibsondunn.com
EVandevelde@gibsondunn.com
DNowicki@gibsondunn.com

JULIE S. ELMER (*pro hac vice*)
JENNIFER MELLOTT (*pro hac vice*)
**FRESHFIELDS US LLP**
700 13th St NW
Washington, DC 20005
Telephone: (202) 777-4500
julie.elmer@freshfields.com
jennifer.mellott@freshfields.com

*Attorneys for Defendant*
HEWLETT PACKARD ENTERPRISE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO. and<br><br>JUNIPER NETWORKS, INC,<br><br>*Defendants.* | Case No. 5:25-cv-00951-PCP<br><br>**DECLARATION OF JOHN F. SCHULTZ IN SUPPORT OF HPE'S BRIEF IN SUPPORT OF THE MOTION FOR ENTRY OF FINAL JUDGMENT**<br><br>Judge: P. Casey Pitts<br>Action Filed: January 30, 2025 |

I, John F. Schultz, declare as follows:

1. I am currently employed by Hewlett Packard Enterprise Company ("HPE"). My title is Executive Vice President and Chief Operating & Legal Officer. I also currently serve as the Chief Integration Officer for HPE's acquisition of Juniper Networks, Inc., and in that role, I lead and oversee all aspects of HPE's integration of Juniper Networks, Inc. ("Juniper"), reporting to HPE's Chief Executive Officer and to HPE's Board of Directors. I have also been responsible for overseeing HPE's interactions with the United States Department of Justice ("DOJ") in connection with the merger of HPE and Juniper and the DOJ's lawsuit challenging the merger. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify to each of them under oath.

2. HPE and Juniper announced their merger on January 9, 2024. HPE first reached out to the DOJ to discuss the merger the next day, January 10, 2024. HPE then communicated extensively with DOJ attorneys about the deal, met with staff at the San Francisco office, and filed a formal premerger notification under the Hart-Scott-Rodino Act on January 30, 2024.

3. The DOJ issued a second request for information about the deal on April 1, 2024, with HPE completing its compliance with the request by August 1, 2024. HPE and the government engaged in extensive discussions about the deal throughout 2024, and, as part of its compliance with the request, HPE produced millions of pages of documents to the DOJ.

4. HPE and Juniper met with the then-Deputy Assistant Attorney General Andy Forman and then-Director of Civil Enforcement Ryan Danks on November 6, 2024, as well as the then-Assistant Attorney General (AAG) Jonathan Kanter on November 15, 2024. At the meeting with then-AAG Kanter, HPE and Juniper representatives explained the procompetitive nature of the transaction and the fact that other relevant regulators had completed their reviews and had not identified any concerns about the transaction, and HPE also explained the national security benefits of the transaction to the United States. Specifically, HPE and Juniper representatives explained that by combining HPE's and Juniper's complementary infrastructure, computing, storage, and networking technology offerings, the merger would empower HPE to offer government agencies new and innovative solutions for all their computing and networking needs. HPE and Juniper's representatives also explained the value of creating a company that could compete with Huawei to provide critical networking infrastructure to

international partners, and thus ensure that those partners' data centers were not compromised by Huawei.

5. After the November 15, 2024 meeting, AAG Kanter asked that HPE and Juniper agree to delay closing the transaction until January 30, 2025, so that the new administration would decide how to resolve the investigation. HPE and Juniper agreed, and executed a timing agreement with the DOJ. The timing agreement provided that if, following inauguration, the new acting AAG was considering any action other than allowing the transaction to close, HPE would have the opportunity to meet with the acting AAG to discuss the transaction.

6. President Trump was inaugurated on January 20, 2025, and Omeed Assefi was named as the Acting AAG of the Antitrust Division. On January 21, 2025, HPE's counsel spoke with Ryan Danks (the then-director of civil enforcement for the DOJ Antitrust Division) and Jeremy Goldstein (a longtime DOJ Antitrust Division trial attorney who was the lead staff attorney on the pre-litigation investigation) regarding the posture of the case and timeline for briefing Acting AAG Assefi. Mr. Danks conveyed that the staff had not yet briefed Acting AAG Assefi on the transaction, but he did *not* expect that HPE would need to meet with Acting AAG Assefi. Given that the timing agreement specifically provided that HPE *would* meet with the AAG if he was considering challenging the transaction, HPE understood Danks's comment to mean that the Antitrust Division staff was not recommending filing a suit challenging the action and expected Acting AAG Assefi to follow that apparent recommendation.

7. Subsequently, on January 23, 2025, Mr. Danks told HPE's counsel that Acting AAG Assefi wanted to meet with HPE (a reversal from Mr. Danks' prediction that no such meeting would be necessary). HPE then submitted a letter to Acting AAG Assefi on January 27, 2025, that discussed the competitive benefits of the deal and the importance of the deal to national security. A true and correct copy of the letter is attached hereto as **Exhibit 1**. On January 28, 2025, HPE's and Juniper's CEOs met with the acting AAG and Antitrust Division front office staff. A true and correct copy of the presentation offered at that meeting is attached hereto as **Exhibit 2**.

8. On January 28, 2025, Representative Scott Fitzgerald of Wisconsin sent a letter to the DOJ on behalf of the House Judiciary Committee requesting a briefing on the transaction, including

with respect to "the potential harm to national security from blocking the transaction, the benefits to Huawei from blocking the transaction, and the loss of efficiencies that will come from blocking a transaction that would combine two complementary products." A true and correct copy of this letter is attached hereto as **Exhibit 3**. And on January 29, 2025, Senator James Risch (of Idaho), a member of the Senate Foreign Relations Committee, also sent a letter to the DOJ, "urg[ing] the Department of Justice to take into account the important national security implications of the transaction," and explaining the benefits of the transaction from a national security perspective. A true and correct copy of this letter is attached hereto as **Exhibit 4**. Also on January 29, 2025, Representative Michael R. Turner of Ohio, Mike Rogers of Alabama, and Robert Wittman of Virginia, sent a letter to the DOJ, explaining that they wished "to ensure that the national security implications related to the merger" were considered by the DOJ, noted "the national security threat" posed by Huwaei, "Huawei is an integral part of the [Chinese Communist Party]'s ability to spread their influence throughout the world," "Huawei's growth in [the networking] market is a clear infrastructure and national security risk for the US," and "[s]trong US companies" are needed "to counteract this threat." A true and correct copy of this letter is attached hereto as **Exhibit 5**.

9. On January 30, 2025 the DOJ, under AAG Assefi, filed its complaint challenging the deal, despite the apparent recommendation of Antitrust Division staff to not contest the transaction, Congressional support for the deal, and the fact that that all other relevant regulators throughout the world had cleared the transaction or indicated that they would allow any suspensory waiting period to lapse without taking action to prevent closing.

10. The DOJ's decision to file a lawsuit came with less than an hour of notice to HPE and without any specific demands for remedial action. The complaint did little to shed light on the DOJ's decision, as it largely contained allegations that had been directly refuted by HPE during the investigation stage and had been expressly investigated by other authorities who had concluded that they did not create a basis to conclude the transaction would harm competition.

11. Ms. Abigail Slater was confirmed as the AAG for the Antitrust Division on March 12, 2025, and shortly after Ms. Slater was confirmed HPE reached out to the DOJ to commence settlement discussions.

12. HPE was told that DAAG Assefi would remain in charge of the HPE matter because he had made the decision to file the lawsuit, and so throughout March and April 2025 HPE negotiated with DAAG Assefi. HPE was represented in these negotiations with Assefi primarily by Mr. Will Levi of Sidley Austin, Mr. Mike Davis of MRD Law, attorneys from Freshfields, and HPE corporate counsel. In late March 2025, HPE verbally proposed through its advisors to resolve the litigation by licensing the Mist AIOps source code, given that the centerpiece of the DOJ's complaint was the competitive importance of Juniper's AIOps capabilities. HPE also explained that a divestiture remedy of the Juniper's or HPE's WLAN business would be technically, operationally, and commercially infeasible.

13. In response, DAAG Assefi requested that HPE amend its settlement offer to include a commitment by HPE to make investments in American infrastructure. HPE agreed to this concept, and provided a draft settlement proposal to DAAG Assefi on April 18, proposing certain U.S. domestic investments in addition to the Mist AIOps source code license. In response to feedback from DAAG Assefi on that proposal, HPE provided an updated proposal on April 22 that retained the Mist AI Ops source code license and an expanded set of commitments to invest in American infrastructure, and provided a further updated proposal on April 30.

14. On May 1, DAAG Assefi told HPE that a settlement proposal with these two elements would be acceptable to the Antitrust Division. He instructed HPE to provide the draft settlement document to Mr. Goldstein, who had led the underlying investigation and was a member of the DOJ's litigation team. Because it had been conveyed to HPE at the outset of the litigation that DAAG Assefi would be responsible for any settlement negotiations and DAAG Assefi had conducted himself at all times as if that were his role, HPE believed that an agreement in principle had been reached and that the purpose of sending the settlement proposal to Mr. Goldstein was to finalize the settlement documents. Freshfields sent the proposal to Mr. Goldstein on May 1, 2025.

15. Following submission of the settlement proposal to Mr. Goldstein, Mr. Goldstein indicated that Mr. Danks and Jackie Lem, San Francisco Section Chief, would take the discussion forward. On May 8 and 13, HPE's counsel from Freshfields and Sidley and Juniper's counsel from Skadden met virtually with the DOJ. DAAGs Mark Hamer and Bill Rinner, Mr. Danks, Chip Nierlich,

and Ms. Lem each attended one or both of those meetings for the DOJ. Despite the fact that DAAG Assefi had conveyed to HPE on April 30 that the proposal was acceptable to the Antitrust Division, in a reversal of this position, DAAGs Hamer and Rinner expressed disinterest in the settlement and stated they would send a new offer. The DOJ did not explain why it was reneging on the settlement that HPE had negotiated with DOJ for more than a month.

16. On May 16, 2025, Ms. Lem emailed Freshfields and Sidley a term sheet proposing a divestiture of Juniper's entire campus and branch business, including the Mist software. The Juniper campus and branch business comprises all software and hardware that are used for connecting devices across centralized, multi-building locations (campus) and distributed, remote satellite sites (branches): WLAN hardware and software, SD-WAN software, SSE and SASE security software, and campus switching hardware and software. The DOJ's term sheet therefore requested divestiture of a significantly broader range of products than the single product area, enterprise WLAN, that was at issue in the DOJ's suit. HPE pushed back on this proposal, given that it would involve a divestiture of a business far broader than the allegedly affected market, and again explained that such a divestiture would be technologically, operationally, and commercially infeasible.

17. Despite the DOJ's unexplained change in position, HPE continued to engage the DOJ in settlement negotiations. On June 4, 2025, HPE provided an updated proposal to the DOJ that expanded on the initial proposal agreed with DAAG Assefi by (1) adding engineers and sales support to the AI Ops for Mist Source Code License; and (2) adding the divestiture of HPE's global Instant On business, which is a full campus and branch business that includes an enterprise WLAN solution that was within the relevant market defined by the DOJ in its suit. HPE sent a letter to AAG Slater on the same date outlining the proposal and again conveying the lack of evidence supporting the DOJ's complaint and urging the DOJ to consider the national security benefits of the transaction.

18. In late May, HPE worked with its consultant Arthur Schwartz to engage with members of the defense and national intelligence community to discuss the national security benefits of the merger. HPE believed that it was possible that the DOJ may reach out to one or more defense or intelligence agencies to validate HPE's claims regarding the national security implications of the

transaction and wanted them to be on notice should any outreach occur. A true and correct copy of a slide deck used at one of the meetings with these agencies is attached hereto as **Exhibit 6**.

19. On June 4, 2025, representatives of the intelligence community contacted HPE to express their concerns about the possibility that the merger might not be approved and the consequences HPE could suffer as a result, especially in light of the activist campaign of Elliott Investment Management that was being discussed in the press. HPE provides sophisticated and mission-critical technology to intelligence agencies, and representatives from the intelligence community expressed concern that the availability of this technology could be threatened if the merger were blocked and HPE suffered severe consequences as a result. The intelligence community representatives also agreed with HPE that creating a strong competitive alternative to Huawei would provide national security benefits by allowing HPE to push Huawei out of the data centers of important international partners.

20. On June 5, 2025, HPE representatives (myself and David Antczak from HPE, Jenn Mellott from Freshfields, and Steve Weissman from Gibson Dunn), as well as Juniper representatives (Steve Sunshine and Joe Rancour from Skadden) met with AAG Slater, all Antitrust Division DAAGs except DAAG Assefi (i.e., DAAGs Rinner, Hamer, Sanghvi, and Alford), and other DOJ personnel to discuss HPE's June 4, 2025 proposal and the lack of evidence supporting the DOJ's case. During the meeting, the DOJ indicated that it saw the proposal as an improvement on the proposal sent to Mr. Goldstein on May 1, but needed to further consider the proposal and the points HPE had made, including about the weakness of the DOJ's case and the many complexities and impracticalities associated with the proposal in the DOJ's May 16, 2025 DOJ term sheet.

21. The June 5, 2025 meeting was the only meeting, call, or email with HPE relating to the DOJ's investigation, litigation, or settlement that DAAG Alford attended. Following the meeting (and before it), DAAG Alford did not have any discussions with HPE regarding the merger or the litigation.

22. On June 10, 2025, DAAG Rinner sent a revised term sheet to HPE that reflected substantially the same full divestiture of Juniper's campus and branch business as was included in the DOJ's term sheet of May 13, with minor modifications. Given these developments in the settlement negotiations, the fact that discovery in the pending litigation was reinforcing HPE's understanding that there were no customers or market participants voicing material concerns about the transaction, and the

fact that the DOJ did not appear to be taking into consideration the national security benefits of the transaction and implications of the DOJ's challenge, HPE contacted DOJ senior leadership to request a settlement meeting.

23. Specifically, HPE began settlement discussions with Chad Mizelle, the DOJ chief of staff, to see whether a settlement could be reached before trial began. HPE understood that Mr. Mizelle was providing day to day oversight of the DOJ Antitrust Division pending confirmation of Associate Attorney General nominee Stanley Woodward.

24. On June 18, 2025, Mr. Levi and I met with Mr. Mizelle at the offices of the DOJ to discuss HPE's settlement proposal, the strength of HPE's defenses to the DOJ's case, the infeasibility of a divestiture of Juniper's entire campus and branch business, the national security benefits of the transaction, and the activist investor risk (created by the DOJ's lawsuit) and its potential to negatively impact HPE's ability to innovate for the U.S. Government. Mr. Mizelle asked whether HPE would be willing to offer the license to two licensees instead of one and increase the sales and engineering support available to the licensee(s).

25. Subsequent to that meeting, Mr. Mizelle referred HPE to Stanley Woodward, who was then working as counsel in the Office of the Attorney General (and is now Associate Attorney General), and explained that Mr. Woodward would be responsible for settlement negotiations with HPE going forward. I, supported by the Sidley, Freshfields, Skadden, and HPE attorneys, began direct settlement negotiations with Mr. Woodward, who was supported by DAAG Rinner and Ashleigh Bondoc.

26. Between June 26 and June 27, 2025, various settlement terms were discussed and draft settlement documents exchanged. The parties reached a final agreement on settlement late on June 27, 2025 and filed the documents with the Court that evening. AAG Slater, Acting AAG Mizelle, and Mr. Woodward signed the settlement stipulation, and DAAGs Alford, Assefi, Hamer and Rinner's names were also included on the final settlement documents signed by the DOJ.

27. The settlement before this Court represents the entirety of the agreement between HPE and the DOJ.

28. The States filed a public comment opposing the merger on September 5, 2025. Before submitting their comment, the States did not reach out to HPE to discuss the merger or the settlement,

and I am not aware of them using any of their investigative tools to examine the merger or the settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026

John F. Schultz
EVP, Chief Operating and Legal Officer
Hewlett Packard Enterprise Co.

# EXHIBIT 1

FRESHFIELDS

**Confidential**

**By Email**

The Honorable Omeed Assefi
Acting Assistant Attorney General
Antitrust Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

January 27, 2025

**RE: Acquisition of Juniper Networks, Inc. by Hewlett Packard Enterprise Company, HSR-2024-0816**

Dear Acting Assistant Attorney General Assefi,

On behalf of Hewlett Packard Enterprise Company and Juniper Networks, we write to address the Antitrust Division's ongoing investigation of the Parties' proposed Transaction and resolve any outstanding concerns.

The Parties have been working diligently with the Division for more than a year to demonstrate that the Transaction will not lead to any anticompetitive effects. During this time, the Transaction was reviewed and cleared by 14 other jurisdictions (including the EU and UK) on substantially the same facts, and the Division's investigation remains the only barrier to closing.[1] The Parties have produced over 1.7 million documents, made extensive data productions, produced six executives for depositions, and have provided econometric analyses and extensive advocacy in response to all questions posed by the Division. The CEOs of both HPE and Juniper also met with Division leadership last November to address all outstanding questions. After five separate timing extensions at the request of the Division, the continued delays to clearance have imposed burdens and real costs to both HPE and Juniper, including the significant costs of financing the Transaction. More importantly, these delays have deprived customers of the benefits of the Transaction, while creating uncertainty for customers, employees, and investors.

The evidence demonstrates that the Transaction is pro-competitive and will benefit customers, and there has been substantial customer support since the Transaction was announced last January. The Division's investigation is limited to enterprise-grade WLAN hardware and software in the US. Though the Parties do not agree that this constitutes a relevant market for antitrust analysis, the definition of the market is immaterial here. A substantial lessening of competition will not result from the merger, no matter how the relevant market is defined. Sales of WLAN hardware and software are, and will remain, highly competitive, with numerous credible participants that will continue to constrain the combined firm post-Transaction in the United States, North America, and worldwide. Indeed, the **Parties' post-merger combined share in North America falls below 25%**,[2] lower than the 30% market

[1] The Israeli Competition Authority is also waiting to clear the Transaction pending the Division's clearance.
[2] This is true across three different independent reporting agencies (650 Group, Dell'Oro, and IDC). *See* shares table provided in Appendix 1.

FRESHFIELDS



share presumption laid out in *Philadelphia National Bank*[3] and the 2023 Merger Guidelines, and there is no evidence that the Parties are unique or close competitors, nor that Juniper is a unique innovative constraint on HPE.[4] Furthermore, customers for WLAN hardware and software, which are sophisticated enterprises like Fortune 100 banks, manufacturing companies, and even educational institutions, can and do use a highly competitive bidding process that will continue to constrain the combined company. Recent entry and expansion by new, adjacent and well-capitalized market participants demonstrates that barriers to entry or expansion are low, further constraining any ability for the merged firm to act anticompetitively.

In addition to the benefits that the transaction will bring to customers, the Transaction will further compelling national security interests insofar it will create a U.S. company with the breadth and scale to effectively compete with Huawei and other Chinese technology companies globally. The Division is focused on enterprise-grade WLAN hardware and software in the U.S., but the Division should also take into consideration the key competitive force that Huawei exerts globally and the fact that the Transaction will create a more robust provider that will be better equipped to compete in global markets. Indeed, Huawei's exclusion in the U.S. is based not on its inability to compete, but on the U.S. government's interest in excluding Huawei for national security reasons. In contrast, HPE and Juniper are core technology providers to the U.S. government, and their products and services are components of the critical infrastructure both domestically and internationally that the U.S. government also relies on. For all of these reasons, the U.S. has a national security interest in seeing that this Transaction proceeds, creating a more formidable U.S. company to compete globally, advance U.S. security interests, and continue to supply leading products and services to the U.S. government. Any further delay in closing the DOJ's investigation, despite any compelling evidence establishing that the Transaction will result in a substantial lessening of competition, undermines those national security interests.

The Parties therefore respectfully request that the Division conclude its investigation prior to January 31, consistent with the Parties' most recent timing agreement with the Division.

## I. There Are At Least 8 Credible Competitors in Addition to the Merging Parties in the Highly Dynamic WLAN Segment

Post-Transaction, there will remain at least 8 additional credible competitors in the hypothetical market for enterprise-grade WLAN in North America, several of which are comparable in size to Juniper today. These competitors, including the clear market leader—Cisco—will continue

---

[3] *United States v. Phila. Nat'l Bank*, 374 U.S. 321, 364–65 (1963).

[4] Indeed, challenging a transaction on the basis of market shares like those in this Transaction would be inconsistent with the recent horizontal merger cases the Agencies have challenged. *See e.g.,* Capri/Tapestry (combined 59% share); IQVIA/DeepIntent (combined 46% share); U.S. Sugar/Imperial (combined 42% share); Intercontinental Exchange/Black Knight (combined market share above 40%); Assa Abloy/Spectrum (combined shares 65% in one market and 50% in another); Penguin Random House/Simon & Shuster (combined share of nearly 50%); American Airlines/JetBlue (combined shares by route between 31% and 100%).

Even if the structural presumption *were* met—and it is not—the presumption is just that—*a presumption*. And it would be an extremely weak presumption that is *easily* rebutted here, where the pre-merger HHI is almost entirely driven by Cisco's share, the delta post-merger of 200 is low (*see Fed. Trade Comm'n v. Arch Coal, Inc*., 329 F. Supp. 2d 109, 129 (D.D.C. 2004) (finding that FTC's prima facie case based on, at most, a pre-merger concentration of 2,068 with an increase of 224 was "not strong," and noting that the increase was "far below those typical of antitrust challenges brought by the FTC and DOJ . . . Certainly less of a showing is required from defendants to rebut a less-than-compelling prima facie case.")), and the myriad of reasons discussed in this letter, including that there will be more than 8 credible competitors remaining post-transaction.

FRESHFIELDS



to put pressure on the Parties to compete on price and innovation.

Beyond Cisco, the 7 other competitors all offer sophisticated solutions with similar functionalities to the Parties. Two of these competitors are identified by Gartner as "leaders" in WLAN (just like the Parties) and two others are "visionaries." They all have well-established reputations and can serve all customers, including large enterprise customers.[5] There is no significant difference between the hardware or software from one company to the next—any apparent strength with any customer segment is attributed to differences in each company's sales strategies, rather than product offerings or technical capabilities.[6] Consequently, there are no specific verticals in which only a subset of players are capable of participating; every WLAN player can aggressively compete for customer bids in each customer vertical if the opportunity presents itself.

In addition to Cisco, which is the clear market leader, all of these companies also compete aggressively on price and invest heavily in R&D.[7] They have also publicly lauded their own successes in WLAN and reaffirmed their commitment to continued growth.

- **Extreme** has built a substantial presence in WLAN, and has publicly boasted about its increasing enterprise share gains from Cisco, HPE and Juniper with recent multi-million dollar wins at Fortune 500 customers, including Kroger (an opportunity for 100,000 access points and network management software across 2,800 store locations), FedEx (tens of thousands of access points and network management software across all distribution centers), and Korean Air Lines (cloud enabled solutions on the airline's flights). Indeed, Extreme recently won an RFP from Fortune 500 company John Deere for access points for all of John Deere's offices, manufacturing facilities, warehouses, and retail locations. HPE was invited to the RFP but was excluded from this bidding process following a proof-of-concept round after John Deere identified insufficiencies in its technology, and the customer moved forward with Extreme and Cisco instead; ultimately, Extreme won the opportunity and is seeking to hire a dedicated engineer to support the account.

  In its recent earnings call to investors, Extreme noted that it is the only company shipping enterprise-grade Wi-Fi 7 access points in the U.S., and Extreme's CEO has stated that it is specifically targeting large enterprise customers for both wired and wireless networking. In fact, Extreme's CEO stated that Extreme has been taking share from Cisco and also winning opportunities against HPE and Juniper. To support its growth, the company has hired approximately 650 people between 2022 and 2023.[8] In

---

[5] Sujai Hajela, Juniper's Executive Vice President of AI-Driven Enterprise ("AIDE"), testified that he "sincerely feel[s]…that this market is not about one or two or three players. This market is about, you know, many players, like seven, eight, nine players." *See* Hajela Tr. 169:21–170:25; *see also* 153:10-18 (discussing Arista as a credible, capable competitor); 168:22–169:20 (testifying that Extreme has a "good offering" that Juniper encounters in all verticals).

[6] Alain Carpentier, HPE's Senior Vice President of Worldwide Sales, testified that any firm can choose to prioritize and compete for customers in other segments by understanding customers' specific needs within the segment and by adequately training its sales force. *See* Carpentier Tr. 76:25–79:6 (discussing Ruckus' competitive capabilities and explaining that Ruckus "can have access to every type of segment because they have the technology to do that," it is just a matter of investment in a sales organization—"they just need to have more people on the ground").

[7] Unlike the markets for jarred baby food and digital do-it-yourself tax software in *Fed. Trade Comm'n v. H.J. Heinz Co.,* 246 F.3d 708 (2001), and *United States v. H&R Block, Inc.*, 833 F. Supp. 2d 36 (D.D.C. 2011), these are not regional or family businesses that can be discounted as "lifestyle companies."

[8] Fierce Network, "Extreme Network is coming for Cisco, HPE market share" (Aug. 7, 2023), https://www.fierce-network.com/telecom/extreme-networks-coming-cisco-hpe-market-share.

its fiscal Q4 2023, Extreme recorded 30% growth in deals valued at over $1 million,[9] and the company believes it will not only take market share from its competitors but will be the fastest growing networking vendor in 2025.[10]

- **Arista** is a well-capitalized (market capitalization of $126 billion compared to HPE's $32 billion and Juniper's $13 billion), global company that is leveraging its substantial position in data center networking to make significant inroads in WLAN within a short period of time. Arista's cross-selling strategy has been successful with large enterprise customers like Baptist Health[11] (complex hospital system with six hospitals, three freestanding emergency departments, and over 75 outpatient clinics) and Google.

  In its latest earnings call, Arista reported that it is targeting $8 billion in revenue for 2025, with a target of $750 million for its campus business.[12] The company suggested that it is on track to meet that target (and historically, Arista exceeds its revenue targets). Arista is a trusted enterprise brand and is well-positioned to continue to expand in WLAN.

- **Fortinet** is a similarly well-capitalized (market capitalization of $70 billion), global company that has leveraged its substantial positions in firewalls to make significant in-roads in WLAN in short periods of time. Indeed, in its latest earnings call, Fortinet explained that its customer buying journey supports the "convergence of security and networking," and for these customers, "the journey begins with Fortinet firewalls and expands to leverage our FortiLink technology to manage Fortinet switches and access points."[13] Fortinet's cross-selling strategy has been successful, notably with large enterprise customers like CB&S Bank[14] (which has locations throughout the southeastern U.S.), Jersey Mike's Subs,[15] Complete Genomics,[16] and Rush Memorial Hospital.[17]

  Fortinet touts that it is the "only vendor to leverage a single operating system for the U.S., delivering solutions with 5 secure networks in Gartner Magic Quadrant report," including SSE, SD-WAN, SASE, Firewalls, and Enterprise Switching/WLAN.[18] In its latest analyst day presentation, Fortinet reported over 11,000 new secure LAN/WLAN

---

[9] *Id.*
[10] CRN, "Extreme Networks CEO: We Will Be 'The Fastest-Growing' Networking Vendor In 2025" (Nov. 22, 2024), https://www.crn.com/news/networking/2024/extreme-networks-will-be-the-fastest-growing-networking-vendor-in-2025-ceo ("Of the traditional networking companies, we'll be the fastest growing. We'll be taking share. Our outlook is double-digit growth. You'll see that in March, you'll see it in June. With everything behind us, you'll look at Extreme as the fastest-growing networking [vendor].").
[11] TechTarget, "Baptist Health Leaves Cisco for Arista" (May 3, 2023), https://www.techtarget.com/searchnetworking/news/366536577/Baptist-Health-leaves-Cisco-for-Arista.
[12] Arista Networks, Q3 2024 Earnings Call Transcript (Nov. 7, 2024), https://www.fool.com/earnings/call-transcripts/2024/11/07/arista-networks-anet-q3-2024-earnings-call-transcr/; Arista Networks, Q2 2024 Earnings Call Transcript (Jul. 30, 2024), https://www.fool.com/earnings/call-transcripts/2024/07/31/arista-networks-anet-q2-2024-earnings-call-transcr/.
[13] Fortinet FQ3 2024 Earnings Call Transcript (Nov. 6, 2024), at 6.
[14] Fortinet Case Study: CB&S Bank, https://www.fortinet.com/content/dam/fortinet/assets/case-studies/cs-cbs-bank.pdf.
[15] Fortinet Case Study: Jersey Mike's Subs, https://www.fortinet.com/content/dam/fortinet/assets/case-studies/cs-jersey-mikes.pdf.
[16] Fortinet Case Study: Complete Genomics, https://www.fortinet.com/content/dam/fortinet/assets/case-studies/cs-complete-genomics.pdf.
[17] Fortinet Case Study: Rush Memorial Hospital, https://www.fortinet.com/content/dam/fortinet/assets/case-studies/cs-rush-memorial.pdf.
[18] Fortinet FQ3 2024 Earnings Call Transcript (Nov. 6, 2024), at 4.

customers year-over-year,[19] and it was also the first company to offer a Wi-Fi 7 enabled secure networking solution, converging the most advanced wireless technology with security.[20]

- **Ruckus (owned by CommScope)** has a longstanding reputation as an innovator in WLAN and wireless access points, which are used by customers of all sizes across a diverse array of industries. In its latest earnings call, CommScope reported that the Ruckus team "nearly doubled the attach rate of [the] Ruckus One[21] and Ruckus AI solutions" and that it is committed to a "new technology refresh" driven by its Ruckus One suite and Wi-Fi 7 access points.[22] CommScope also stated that it "continued to find traction on our market-leading WiFi 7 solutions" and "are continuing to see success on our specific vertical market strategy focusing on expansion into manufacturing, higher education, and Pro AV markets."[23] The company specifically noted it "remain[s] bullish on the core NICS business [which includes Ruckus] and are investing for our next phase of growth."[24]

- **Ubiquiti** has distinguished itself by offering robust, scalable WLAN solutions that deliver enterprise-grade performance at a fraction of the cost of traditional networking vendors. Just as HPE expanded down-market with its Instant On Wi-Fi solutions, Ubiquiti could similarly move up-market; Ubiquiti has the technology and features to move up to serve more large enterprises. Indeed, Ubiquiti recently reported a 24% increase in enterprise revenue driven by its UniFi technology platform (which includes Ubiquiti's WLAN solutions) and new product releases.[25]

Barriers to entry are low and have decreased over time, allowing new players to quickly and easily enter this space with limited investments.[26] Like Juniper and HPE, many of them rely on third-party ODMs to build the hardware components of the access points and use the same underlying resources to develop network management software, such as Linux and generative AI technologies. As described above, established competitors like Arista and Fortinet have leveraged their existing capabilities in data center networking and security, respectively, to enter the campus segment, including WLAN. Moreover, new business models, like networking-as-a-service ("NaaS") provided by **Nile** and **Meter**, are industry disruptors, providing even greater competition to traditional WLAN providers. NaaS is increasingly being adopted by large enterprises, and demand is expected to further grow from $18.7 billion in 2023 to $155.17 billion by 2030.[27] We understand Nile is focused on enterprise customers and

---

[19] Fortinet, "2024 Analyst Day" (Nov. 18, 2024), https://investor.fortinet.com/static-files/eb0c6d8b-4007-4b36-bea9-3a29424884ce.
[20] Fortinet, "Fortinet Announces the Industry's First Wi-Fi 7-Enabled Secure Networking Solution." (Jan. 16, 2022), https://www.fortinet.com/corporate/about-us/newsroom/press-releases/2024/fortinet-announces-industry-first-wi-fi-7-enabled-secure-networking-solution.
[21] Ruckus One is Ruckus's cloud-managed network management system.
[22] CommScope, Q4 2023 Earnings Call Transcript (Feb. 29, 2024), https://conferencecalltranscripts.org/summary/?id=539620&pr=true.
[23] CommScope, Q3 2024 Earnings Call Transcript (Nov. 7, 2024), at 5.
[24] CommScope, Q3 2024 Earnings Call Transcript (Nov. 7, 2024), at 5.
[25] Press Release, Ubiquiti Inc. Reports First Quarter Fiscal 2025 Financial Results (Nov. 8, 2024), https://otp.tools.investis.com/clients/us/ubiquiti_networks_inc/usn/usnews-story.aspx?cid=2283&newsid=97515.
[26] Mr. Hajela testified that barriers to entry in the networking space continue to lower over time due to the democratization of operating systems, the increased availability and improved capability of silicon chips, and the proliferation of generative AI. *See* Hajela Tr. 56:8–58:4; 211:9–213:24.
[27] Fortune Business Insights, Network as a Service Market Size, Share & COVID-19 Impact Analysis, 2023–2030 (Oct. 21, 2024), https://www.fortunebusinessinsights.com/network-as-a-service-market-106700.

is utilized by Tesla, Stanford University, and Dollar Tree in certain locations. In addition, due to the convergence of security and networking, as demonstrated by Fortinet, additional security companies like Palo Alto Networks, with a market capitalization of $131.67 billion, and Zscaler, with a market capitalization of $32 billion, are also well-positioned to enter the space.[28]

Crucially, the largest enterprise WLAN customers, which definitionally are commercial customers with sophisticated IT departments, also confirm that the competition is real and ongoing.[29]

**The data and documents similarly confirm the robustness of these competitors**: not only do the Parties frequently encounter these competitors in customer RFPs, they also frequently lose to them, including for large customers. The Parties have identified many losses to the five largest competitors beyond Cisco in their advocacy to the Division. This competition will continue to constrain the Parties on these tenders in the future. There is no evidence to support a claim that there is a competitive gulf or gap between HPE and Juniper on the one hand and numerous other competitors on the other.

Post-Transaction, the Parties will also continue to face strong competition from Cisco, their most frequently encountered rival for WLAN opportunities.

## II. There is No Unique Competition Between the Parties

### *A. Documents Do Not Support Theory of Unique Competition*

The Parties have identified a myriad of documents for the Division Staff that show competitive tenders against and competitive intelligence gathering related to each of the competitors identified above. Despite the existence of these documents, Staff has appeared to focus on an HPE e-mail distribution list[30] and documents showing the Parties' have competed for specific customer opportunities as evidence that the Transaction is likely to result in anticompetitive unilateral effects. These documents **merely confirm that the Parties are competitors—a point never disputed—and focusing on these examples overlooks the overall evidentiary record supporting the robust competition the Parties face from many others today.** A broader review of the documents reveals that **HPE's competitive intelligence efforts target a**

---

[28] Palo Alto Networks has previously launched an enterprise-grade access point focused on "work from home" applications, and it is probable that players like Zscaler will enter the space since it already offers a Wi-Fi Dashboard that helps customers monitor performance of their Wi-Fi access point.

[29] M.11457, HPE/Juniper, European Commission Clearance Decision ¶ 168; ME/7088/24, HPE/Juniper, Decision on relevant merger situation and substantial lessening of competition ¶ 68 ("[A]lmost all of the third parties that responded to the CMA identified a range of credible alternatives to the Parties in the supply of WLAN equipment in the UK. . . . In total . . . customers identified 15 different suppliers. . . . The suppliers identified by third parties as credible competitors to the Parties included Cisco, Fortinet, Extreme Networks and Ubiquiti.").

[30] When Juniper acquired Mist in 2019, it was a new competitor to HPE. HPE and its channel partners did not have the same level of familiarity with Juniper's offerings and claims, as compared to more established competitors like Cisco, Extreme, and Ruckus. As Ash Chowdappa, HPE's former Head of Software Engineering, explained in his deposition, he created the Beat Mist distribution list in 2019 in order to educate HPE's highly fragmented sales team and channel partners on Juniper's products (not just in WLAN, but across its entire portfolio) and clarify the facets and functionality of HPE's products versus Juniper's. The distribution list is part of HPE's broader intelligence effort that spans across all competitors, and is just one form of competitive intelligence. For example, "competitive positioning" documents offer a deep dive into competitors' capabilities against Aruba's and how to position Aruba in the market; "report cards" and "battle cards" compare Aruba to across all competitors; and technical webinar series are routinely hosted focused on providing competitive updates, positioning suggestions, and key Aruba differentiators. HPE has also conducted other "Beat" Initiatives, including "Beat Meraki," "Beat Fortinet," and "Beat Cisco DNA." The fact that HPE's competitive efforts with respect to these other players does not come in the form of a distribution list is irrelevant for a competitive effects analysis.

**diverse array of established and new competitors,** and that they frequently compete for, and lose, WLAN customer opportunities to Cisco, Extreme, Fortinet, Ubiquiti, Ruckus, Arista, and many others. Moreover, Juniper's documents and the testimony of its executives demonstrate a robust competitive landscape in which Juniper does not compete more closely with HPE than any other rival.[31] In short, the many other competitors beyond Cisco, HPE, and Juniper are viable options for enterprise customers and are aggressively competing.

*B. Economic Evidence Confirms No Unique Competition; The Economics Are Bolstered by Third-Party Sources, Documents, and Testimony*

**The Parties' data are consistent with the documents, which show that HPE does not compete with Juniper more frequently than Juniper's single-digit market share would suggest, and that Juniper does not constrain HPE's pricing (and vice versa).** According to estimates from IDC's Quarterly Wireless LAN Tracker, Cisco holds a clear leadership position in both the Enterprise WLAN and Wireless Access Point segments, followed by HPE (and Huawei outside the United States), and several suppliers with single-digit shares, including Juniper, Extreme Networks, Ruckus, Fortinet, Arista, Ubiquiti, and others. HPE's win/loss data, which include a known competitor for approximately two-thirds of WLAN opportunities by value in the United States, point to the same competitive dynamics as IDC's share estimates: Cisco is the leader by some distance, listed as the primary competitor for approximately 80% of opportunities. Other competitors including Juniper, Extreme Networks, Ruckus, Fortinet, Arista, and Ubiquiti, appear at frequencies roughly proportional to their shares. Consistent with third-party share estimates and win-loss data that point to a robust competitive landscape with several players, CRA's econometric analysis of the Parties' margins and discounts finds that HPE does not offer lower prices or secure lower margins when it competes against Juniper (or Cisco) than when it competes against others.[32] **These similar pricing and margin levels show the same thing as the documents and other data: HPE competes aggressively regardless of which competitor it is up against in a bid.**

The fact that **all available data sets point to a consistent conclusion** – the competitive landscape is robust and that the Parties are not unique competitors – is compelling, particularly when bolstered by the Parties' documents evidencing intense competition with others, the testimony of Party executives, and the broad industry support for the transaction.

## III. The Transaction Will Not Reduce Innovation

Challenges premised on innovation theories of harm have succeeded only where they have involved highly concentrated, stagnant markets with very few players, where barriers to entry were high and existing innovation was limited. **None of these elements exist in WLAN** where there is: (a) a highly dynamic industry where innovation is driven by technological advances and macro level trends that all competitors must adopt in parallel in order remain competitive; (b) strong competition from Cisco and over eight WLAN vendors, including Huawei (widely regarded as one of the most innovative companies in the world and a persistent first-mover in WLAN innovation), software-only providers (such as SolarWinds and VMWare), and NaaS providers like Nile and Meter; (c) a history of recent entry and expansion from Arista, Fortinet,

---

[31] For example, Mr. Wilburn testified about the competitiveness of the market, referencing other players besides HPE, including Arista, Fortinet, and potential entry by Palo Alto networks, noting "it's going to continue to be a dogfight to grow share. And that's how it feels today"). *See* Wilburn Tr. 249:20–250:08.

[32] Notably, CRA and the Parties have engaged extensively with economists in DOJ's Expert Analysis Group regarding the opportunities data; EAG has not provided any alternative theories or analysis.

Nile and Meter; and (d) a compelling transaction rationale built on accelerating innovation.

**Innovation is widespread across the industry and is driven by customer demand and macro-level trends**. Innovation in WLAN is primarily driven by customer demand, as customers are focused on increasing automation, decreasing operational costs, and enhancing convergence with security. While one competitor or another may be better positioned to capitalize more quickly on a particular trend or feature, or to brand itself as superior in a particular area – such as Fortinet and security, Huawei and Ruckus with respect to Wi-Fi 7, and Juniper and AIOps – ultimately all WLAN competitors innovate in response to the same macro trends in response to customer demand. Consistent with this, the WLAN offerings of HPE, Juniper, Cisco, Fortinet, Arista, Extreme, Huawei, Ruckus, Ubiquiti, Nile, Meter and others have comparable features that are constantly being updated.

**AIOps is just one small piece of network management software and Juniper is not a unique innovator in AIOps**. Because Mist had focused on incorporating AI into its products from inception, even prior to its acquisition by Juniper, Juniper was initially well placed to capitalize on the trend towards incorporation of AIOps into its network management software. This success was primarily a function of focused marketing, but it does not mean that Juniper is a unique source of innovation related to AIOps or cloud-managed WLAN. To the contrary, all competitors have invested in AIOps in parallel in response to customer demand, and all competitors have comparable software offerings that include AIOps functionality.[33] AIOps is now table stakes.[34] Even if Juniper did not exist, all other competitors would still have incorporated AIOps into their software because customers demanded it. AIOps will continue to evolve, including AIOps features offered by Juniper, but there is no evidence on which to conclude that Juniper is a unique innovator when there are so many competitors investing.

**The combined firm will have no ability or incentive to reduce innovation**. The immense level of competition in this space will not change as a result of the Transaction. In such a hyper-competitive environment, any attempt by HPE to reduce its efforts to innovate in WLAN post-Transaction would be economically irrational: not only would it result in lost business to the many other competitors that will continue to invest in and improve their offerings, but it would also undercut a key cornerstone of its transaction rationale premised on accelerating innovation.

Accordingly, there is no evidence to suggest that the Transaction will reduce innovation. In fact, the record reflects that the Transaction will accelerate innovation across WLAN and networking more broadly.[35]

---

[33] *See* the Parties' September 3, 2024 Submission regarding innovation at 9–16 (citing numerous examples of organic and inorganic innovation in AIOps by all WLAN competitors, including Cisco's acquisition of 12 AI and ML firms since 2017 and Splunk in 2024, recognition of Arista, Nile, Ruckus, and Fortinet for achievement in AIOps by Gartner and others); the Parties' October 31, 2024 Submission answering certain Staff questions at 1–6 (describing in detail Huawei's global leadership in innovation). Companies other than Cisco have also acquired AI firms to drive AIOps implementations, such as Arista (Big Switch Networks, Awake Networks) and Fortinet (Next DLP, Lacework), among others. *See also* Hajela Ex. 4, JNPR-2R-00075274 (noting independent analysts at Gartner believe "Everyone is at 1.5 [out of scale of 3]" in terms of AIOps capabilities and that "Everyone has caught up to Mist first generation cool features…The competition has caught up with all [of Juniper's] 1st generation Marvis features").

[34] Mr. Hajela testified that while Mist was among the first to "beat a drum" about AI functionality, Hajela Tr. 81:20–83:2, the entire "[networking] market is moving at a fast pace," and he acknowledged that analysts now believe the competition has caught up to Juniper in AIOps. *See* Hajela Tr. 101:23–102:13.

[35] *See, e.g.*, Steven Burke, *HPE CEO Antonio Neri: "Transformative" Juniper Deal Creates "A New HPE,"* CRN

## IV. The Transaction is Pro-Competitive and Customers are Supportive

**The Transaction is complementary and will benefit customers**. Juniper is strong in routers for telecom providers and enterprises, whereas HPE offers no routers. Juniper is also strong in data center switching, where HPE has been unable to gain traction.

**Not only has Staff been unable to identify significant customer complaints regarding the Transaction's competitive effects, but customers support the merger, including large enterprise customers like** [redacted]. The Division has not informed the Parties of significant negative customer reaction to the Transaction. This is consistent with the feedback from customers in other jurisdictions that have cleared the Transaction. All of the Parties' top global customers submitted to the EC and more than half of top customers submitted to the CMA were U.S. companies.[36] The market investigations in the EC and UK revealed that these customers "**considered that a large number of companies supply products that compete with HPE's and Juniper's WAPs" including "Cisco, Huawei, Fortinet, Extreme Networks, Ubiquiti, TP-Link, Zyxel, and CommScope, among others**."[37] These customers described the market as "**vibrant**" and "identified a number of innovative competitors, including but not limited to, the Parties."[38]

## V. A Combined HPE/Juniper Also Enhances Global Competition, Advancing U.S. National Security Interests

Not only does the Transaction raise no antitrust concerns (and to the contrary, it is pro-competitive and will benefit customers), the **Transaction also advances U.S. national security interests by combining two complementary U.S. companies that are key providers of core technologies to the U.S. Government and creating a more effective competitor to Huawei globally**.

---

(Jan. 9, 2024), https://www.crn.com/news/networking/2024/hpe-ceo-antonio-neri-transformative-juniper-deal-creates-a-new-hpe (quoting Mr. Neri as saying that the transaction "will catalyze innovation across the entire networking stack"). Specific areas of future innovation within WLAN include radio frequency and Wi-Fi technology, location tracking, next generation cloud architecture, digital twin simulation tools, incorporation of AIOps into security, and enhanced cross-compatibility with third-party software providers. For areas of future innovation outside WLAN, see for example Ian Morris, *HPE Boss Targets AI "Inference" Sales After $14B Juniper Deal*, LIGHT READING (Mar. 5, 2024), https://www.lightreading.com/ai-machine-learning/hpe-boss-targets-ai-inference-sales-after-14b-juniper-deal (noting among others the plan to "'reverse integrate' some of HPE's AI and software assets into the portfolio of products that Juniper sells for metro area networks" in order to position Ethernet against Nvidia's Inifiniband technology, which leads the AI interconnect space by far).

[36] The Parties submitted contact details for 36 U.S.-based customers to the EC and CMA. HPE submitted WLAN customer contact information for [redacted]

[37] ME/7088/24, HPE/Juniper, Decision on relevant merger situation and substantial lessening of competition ¶ 68 ("[A]lmost all of the third parties that responded to the CMA identified a range of credible alternatives to the Parties in the supply of WLAN equipment in the UK. . . . In total . . . customers identified 15 different suppliers. . . . The suppliers identified by third parties as credible competitors to the Parties included Cisco, Fortinet, Extreme Networks and Ubiquiti.").

[38] M.11457, HPE/Juniper, European Commission Clearance Decision ¶ 168 (emphasis added).

*A. HPE and Juniper are Providers of Core Technology to the U.S. Government and Strategic Telecos Who Form the Backbone of the U.S. Network*

HPE currently provides over [redacted] of core technical products and services to the federal government each year. HPE partners with numerous U.S. government agencies, including the Department of Defense, the National Security Agency, and the Department of Energy, providing support in the areas of critical infrastructure and cloud services. Of the 10 fastest supercomputers in the world, seven have been built by HPE, with the three fastest used by Department of Energy National Laboratories. HPE recently delivered one of the world's fastest supercomputers, El Capitan, to the United States Department of Energy's Lawrence Livermore National Laboratory, and El Capitan will allow the United States to maintain a competitive edge in national security and will enable the [redacted] These products and others are manufactured in HPE's cleared manufacturing facility in Chippewa Falls, Wisconsin.

Similarly, Juniper is a key partner to the U.S. Government, providing [redacted] per year in products and services. Among other things, Juniper supplies [redacted]. In addition, Juniper provides networking access within [redacted].

*B. The Combined Company Will Counter Huawei, Advancing U.S. National Security Interests*

**The national security benefits of this Transaction go beyond creating a more robust U.S.-based provider of technology infrastructure to the U.S. Government: this Transaction establishes a bulwark against Huawei's growing influence and strength in the global core technology market.** It is indisputable that U.S. Defense agencies, the national intelligence community, and the current administration all remain critically concerned with the threat Huawei poses to U.S. national interests. The U.S. government's financial investment in ensuring that its technology infrastructure remains free of national security risks have made that clear:

- In 2019, Huawei was added to the Department of Commerce's "entity list" under the Export Administration Regulations.
- In 2020, Huawei was designated by the FCC as a "national security threat to communications networks" and the U.S. passed the Secure and Trusted Communications Networks Act of 2019, which established a "(1) a mechanism to prevent communications equipment or services that pose a national security risk from entering U.S. networks, and (2) a program to remove any such equipment or services currently used in U.S. networks." This so-called "rip and replace" program provides federal funding for small communications providers to offset the cost of removing "prohibited equipment or services from their networks and replacing it with more secure communications equipment or services." Among the products listed as posing a national security risk are "telecommunications equipment produced by Huawei Technologies Company."

- In 2022, the FCC unanimously decided to ban the sale or import of Huawei communications equipment in the U.S.
- In 2024, the National Defense Authorization Act ("NDAA") was signed into law and includes over $3 billion to cover ongoing expenses incurred by operators required to rip out equipment prohibited by the Secure and Trusted Communications Networks Act of 2019 (i.e., Huawei) and replace it with telecommunications gear that is deemed secure.

Through its administrative and legislative actions over the last few years, its continued investment in "rip and replace" programs, and its attempts to persuade international allies to exclude Huawei from their technology markets, the U.S. government's message is unmistakably clear: Huawei technology equipment poses a national security risk to the U.S. and its allies and must be replaced with safer, more secure, uncompromised options.

And while bans excluding Huawei have proven effective in countries that have adopted them, the U.S. has been less successful in exerting its influence in key strategic regions such as the Middle East, Latin America, East Asia, and parts of the EU. Huawei's telecom equipment business, which accounted for over half of its revenue in 2023, remains intact, despite the U.S. urging allies to exclude it. It remains the global leader, with a market share exceeding 30% last year and in the first half of this year, according to Dell'Oro Group. Third-party market share data shows that Huawei is the dominant provider of Service Provider and Enterprise routers in the Middle East, Africa, and Latin America—critically important regions to U.S. national security interests—while remaining the second leading provider (behind Cisco) of switching and enterprise WLAN products in those same regions. In addition, Huawei recently deployed networks for its 5.5G connectivity technology throughout the world, including in the United Arab Emirates. Huawei continues to expand its global presence and investment in emerging economies through the Chinese Belt and Road initiative for infrastructure building.

Moreover, Huawei is not slowing down—it has made significant investments in R&D over the past decade, reflecting its innovation-centered growth strategy.[39] In particular, Huawei has invested over 14% of its annual revenue in R&D since 2014, with this investment exceeding 20% in each of the last three years.[40] In 2023 alone, Huawei's investments exceeded CNY 164.7 billion (approximately $23.3 billion)—much higher than Juniper's entire market capitalization.

As Secretary of State Marco Rubio stated in a recent op-ed regarding global adoption of 5G networking: "Huawei is less a telecom company than it is a geopolitical asset of the Chinese Communist Party, and it, therefore, poses a major threat to the sovereignty and national security of any country that adopts it.… Its primary goal was and remains, the domination of the global wireless market on Beijing's behalf, combined with the expansion of the Chinese Communist Party's ability to spy on and disrupt other countries' communications."[41] In Rubio's view, the key solution to countering the threat to U.S. security interests in countries that have not acted to exclude Huawei from its markets is "for the U.S. *to encourage strong and reliable companies*

---

[39] *Innovation and Intellectual Property*, Huawei, https://www.huawei.com/en/ipr.
[40] 2023 Annual Report, Huawei Investment & Holding Co., Ltd., https://www-file.huawei.com/minisite/media/annual_report/annual_report_2023_en.pdf.
[41] Opinion "Marco Rubio: The goal of China's telecom giant Huawei is global domination," Miami Herald (Oct. 21, 2024), https://www.miamiherald.com/opinion/article294069534.html.

*to help regional partners develop alternatives to Huawei* and protect them from the company's predatory policies."

**Huawei's continued success demonstrates that U.S. influence alone is insufficient in many regions. Entities in these countries will not "rip and replace" Huawei product unless there are viable alternative providers that can provide the full technology stack – exactly the type of full technology stack that the HPE/Juniper combination is intended to provide due to their complementary portfolios.** Juniper's strength in routing and switching fills a portfolio gap that can allow HPE to displace Huawei in the EU, Middle East, Africa, and Latin America—core technology markets that raise acute security concerns for the U.S. Government. Completion of the Transaction will allow the combined company to compete with Huawei in the aforementioned regions at a level that the separate HPE/Juniper entities cannot.

**Particularly in a Transaction that does not raise antitrust concerns, the Division should not ignore these national security considerations**. The Division's own precedent dictates that national security is a relevant factor to consider when analyzing whether an enforcement action is in the public interest. Here, where there are ample competitive constraints remaining post-Transaction, any lingering concerns should be resolved in favor of clearing the Transaction to allow customers to benefit from the increased innovation and competition that will result from the Transaction, and the U.S. to benefit from a U.S. player with the capability of furthering U.S. interests in having a home-grown technology company capable of competing against Huawei across the networking space.

In 2019, the Division filed an *amicus curiae* brief *in support* of Qualcomm's Motion for Partial Stay of Injunction Pending Appeal in the United States Court of Appeals for the Ninth Circuit. In that action, the Federal Trade Commission secured a district court injunction against Qualcomm on the basis that its licensing practices (i.e., obtaining elevated royalties and other license terms for its standard-essential patents that manufacturers would otherwise reject) were anti-competitive, and which required Qualcomm to re-negotiate its licenses worldwide and on fair, reasonable, and nondiscriminatory ("FRAND") terms. Qualcomm moved for a partial stay of the injunction; in the Division's Statement of Interest filed in support of Qualcomm's motion, the Division rejected the assertion that it would be inappropriate to consider national security concerns in evaluating the propriety of an injunction on antitrust grounds. The Division specifically noted that the determination of whether an enforcement injunction is in the "public interest"—a prerequisite for injunctive relief—takes into account those exact national security concerns:

> In antitrust cases, the public interest is defined primarily by the antitrust laws, which promote robust, dynamic competition that is vital to innovation. The remedy, however, is likely broader than necessary to fix any competitive problem, and risks harming rather than benefitting consumers. Even in the near term, it will dramatically change longstanding licensing practices and limit Qualcomm's ability to invest in R&D and standard-setting. **In addition, the public interest also takes account of national security concerns.** *Winter v. NRDC*, 555 U.S. 7, 23–24 (2008). This case presents such concerns.

The Division's position in the *Qualcomm* matter demonstrates that national security concerns can and should be considered when evaluating whether injunctive relief is in the public interest. In *Qualcomm*, the Division argued that the district court erred in its ruling on the merits *and*,

that because the remedy put the nation's security at risk, public interest favored a stay of the remedy. There are similarities here. This is a Transaction that 14 other regulators have cleared on substantially the same facts—it does not warrant a challenge and any further delay in closing to the Transaction is not only inconsistent with the antitrust laws, but it goes against key national security interests. After spending approximately one year on this Transaction, Staff has been unable to substantiate any concern that this Transaction would bring about a lessening of competition and is unable to articulate a coherent theory of harm that could sustain a complaint. Meanwhile, the actions of the U.S. government leave no doubt that Huawei's continued global growth presents a risk to national security. The interest in preventing that risk—"an urgent objective of the highest order"— dictate that the Division should resolve any lingering doubts in favor of clearing the Transaction without any further delay.[42]

**Indeed, the Transaction will allow the combined company to better compete with Huawei in regions like the Middle East, Latin America, and East Asia at a level that each of HPE and Juniper cannot on their own.** A strengthened HPE is essential to convincing public and private entities in these regions to replace Huawei equipment. By combining Juniper's strength in routing and data center switching with the broader HPE portfolio, the Transaction does just that, and the strengthened combined company will be better positioned to displace Huawei in these regions, which are critical to U.S. national security interests. By contrast, blocking the Transaction would have the perverse effect of strengthening Huawei at the expense of two U.S. companies with an extensive partnership with the U.S. government: HPE and Juniper.

* * *

HPE and Juniper expressly designate this submission, and all attached, enclosed, or forthcoming materials as highly confidential. HPE and Juniper customarily and actually treat these documents and information as confidential business information and relies on the protections against disclosure available under all applicable statutes, regulations, and rules, including but not limited to, the Antitrust Civil Process Act, the Freedom of Information Act, and the Hart-Scott-Rodino Act, 15 U.S.C. 18a(h). Without prejudice to HPE's and Juniper's rights, if the Department of Justice should at any time contemplate disclosing any such materials to the public or to any third party for any reason and for any use—including, but not limited to, quoting from, attaching, or otherwise referring to such documents in a court or administrative proceeding, whether filed under seal or publicly—HPE and Juniper request an opportunity of no fewer than five business days' advance notice to allow sufficient time to

---

[42] For the reasons discussed in this letter, the Transaction does not raise any competition concerns. However, even if there *were* cognizable concerns, the Division has the responsibility to use its prosecutorial discretion in the public interest, which, as discussed above, includes consideration of national security concerns. *See* 2023 Merger Guidelines at 4 ("[T]the Agencies' enforcement decisions will necessarily continue to require prosecutorial discretion and judgment. Because the specific standards set forth in these Merger Guidelines will be applied to a broad range of factual circumstances, the Agencies will apply them reasonably and flexibly to the specific facts and circumstances of each merger."). Given that any concerns about this Transaction are tenuous at best, the Division has a responsibility to use its prosecutorial discretion to clear this Transaction in favor of U.S. national security interests.

This is consistent with the Department of Justice's practice of encouraging the use of prosecutorial discretion and the consideration of national security concerns. *See e.g.,* U.S. Dep't of Just., Just. Manual § 9-27.001 (Updated June 2023) ("Important though these principles are to the proper operation of our federal prosecutorial system, the success of that system must rely ultimately on the character, integrity, sensitivity, and competence of those men and women who are selected to represent the public interest in the federal criminal justice process."); *id.* at § 9-90.010 (Updated Mar. 2016).

object and, if necessary, seek protections against disclosure from a court of competent jurisdiction.

Sincerely,

Jenn Mellott
Freshfields US LLP

Steven C. Sunshine
Skadden, Arps, Slate, Meagher & Flom LLP

CC:
Ryan Danks, Director of Civil Enforcement
Jeremy Goldstein, Trial Attorney

**Appendix 1: WLAN Revenue Market Share for North America[43]**

| Vendor | 650 Group | Dell'Oro | IDC |
|---|---|---|---|
| | 2023 | 2023 | 2023 |
| HPE | 16.8% | 15.7% | 16.7% |
| Juniper | 6.5% | 6.1% | 7.2% |
| ***Combined*** | ***23.3%*** | ***21.7%*** | ***23.9%*** |
| Cisco | 51.8% | 56.2% | 52.0% |
| Ubiquiti | 5.8% | 7.4% | 6.3% |
| Ruckus / CommScope | 5.6% | 5.2% | 6.2% |
| Extreme | 4.5% | 4.3% | 3.0% |
| Fortinet | 1.9% | 1.9% | 2.7% |
| Arista | 1.0% | 1.7% | |
| Others | 6.1% | 1.6% | 5.8% |

[43] Shares based on WLAN data from 650 Group, Dell'Oro, and IDC for the full calendar year 2023. North America consists of the U.S. and Canada.

# EXHIBIT 2

FRESHFIELDS Skadden

# Proposed Acquisition of Juniper Networks by Hewlett Packard Enterprise Company

January 28, 2025

# Agenda

- Executive Summary
- Process to Date
- Required Burden of Proof Has Not Been Met
- Competition for Wireless Access Points Is Robust
- Transaction Furthers U.S. National Security Interests

# The Transaction is Not a Close Call

- **There is no evidence establishing that the Transaction would substantially lessen competition**:
  - Intensely competitive market with more than 9+ WLAN players in addition to the Parties – the evidence does not support categorization of this transaction as a "3-to-2."
  - Data does not support that the Parties are uniquely close competitors.
  - The weight of the Parties' documents, data (including notable losses for large enterprise customers), and third-party commentary show that WLAN competition is robust.
  - Statements of the other competitors demonstrate that they view themselves as credible competitors for all types of customers, including large enterprises.
  - Juniper is not a maverick and is simply one of many WLAN players with single-digit shares.
- If this Transaction does not close, only negative consequences will result. Failure to close:
  - will protect only Cisco in the US; and
  - will inhibit the competitiveness of HPE against Huawei in multiple product markets, harming U.S. national security interests.
- **Given these facts, we are committed to a January 31 closing of this procompetitive deal.**

# HPE and Juniper Have Been Engaged with the DOJ for the Past 12 Months, Significantly Longer Than Other Regulators

- The Transaction has been subject to antitrust review in 15 other jurisdictions. On average, other regulators reviewed and cleared the transaction in only **3 months.**
- The European Commission and UK CMA cleared the transaction **in less than 6 months** in Phase I on the same set of facts.
- In contrast, DOJ's review of the Transaction has been ongoing for **12+ months.** During this time, DOJ has requested **five separate timing extensions** and is now the **only regulator (other than Israel, which is waiting on DOJ) that has not cleared the deal.**
- The continued delays to clearance have imposed real costs to HPE, including the significant costs of financing the transaction (HPE has raised ~$11B in debt to fund the transaction purchase) and additional market and employee disruption, and have delayed the benefits of the Transaction for customers and the U.S.

Parties produced 1.7M documents that demonstrate intense competition with numerous competitors.

Extensive data productions and econometric analysis confirm no unique competition between the Parties.

Deposition testimony from 6 executives is consistent with the Parties' arguments and documents.

Parties are not aware of any significant customer complaints.

**Industry Participants Surveyed (including U.S. customers) Confirm Dynamic and Vibrant Market**

"In the market investigation the vast majority of respondents that expressed a view considered that **a large number of companies supply products that compete with HPE's and Juniper's WAPs**." *EC Decision*

"[A]lmost all of the third parties that responded to the CMA identified **a range of credible alternatives to the Parties in the supply of WLAN** equipment in the UK." *CMA Decision*

"[M]arket participants have identified a **number of innovative competitors**, including but not limited to the Parties, and **describe the market as vibrant**." *EC Decision*

# The Evidence Does Not Support an Enforcement Action

| DOJ Must Prove | The Record Shows |
|---|---|
| The transaction will materially increase concentration | • Combined companies' market share for enterprise WAPs is ***below 25 percent*** with 9+ remaining competitors, and does not qualify for presumption under relevant case law and Merger Guidelines<br>• In addition to Cisco, HPE and Juniper, there are 6+ competitors, four of which are comparable in size to Juniper's position within the past 3 years, all with comparable capabilities and functionalities. Real-world evidence, including competitors' customer footprints and recent customer wins, demonstrate their ability to serve customers of all sizes across all industry verticals<br>• No plausible market definition of "large" enterprise customers based on size, deal value, or tech specifications |
| HPE and Juniper are uniquely close competitors | • Econometric evidence shows HPE and Juniper do not earn lower margins or grant larger discounts when competing against one another, even when restricting to "large" enterprise customers or specific verticals<br>• Concerns about opportunity data being "incomplete" do not justify ignoring that available data are inconsistent with DOJ theory<br>• Party documents and deposition testimony establish intense head-to-head competition from other WAP competitors – DOJ has not given reason to discount these documents and testimony<br>• "Beat Mist" listserv and Project Gravity do not evidence a unique focus on Juniper overall |
| Transaction will reduce incentive to innovate | • Innovation market for network management software is global and includes Huawei, Cisco, and all WAP competitors<br>• HPE did not incorporate AIOps in response to Juniper, and all competitors have introduced AIOps solutions comparable to or better than Mist<br>• Innovation is not limited to AIOps; innovation also occurs on cost, security, or adapting to new Wi-Fi 7 and 8 standards, and other aspects of network management software where other players are ahead |
| Other players cannot enter or expand in response to SSNIP | • Dynamic market with frequent technology refreshes (mainly driven by chip vendors) provides avenue for new competitors to establish footprint with enterprise customers; players like Arista and Fortinet leveraging reputation and enterprise expertise increase investment in WAPs; Extreme publicly bragging about taking enterprise market share from Cisco, HPE, Juniper with recent multi-million dollar wins at fortune 500 customers; and Palo Alto Networks poised to expand<br>• Access to commoditized hardware, public cloud, and open-sourced software and technology for operating systems and generative AI have significantly decreased the barriers to entry, enabling adjacent players to expand into campus and branch<br>• Disruptive industry trends such as NaaS spurred entry of Nile, Meter, and Join Digital |
| Transaction will result in coordinated effects | • Deal will create stronger player that will compete more aggressively and challenge Cisco but will still be constrained by the many other enterprise-grade competitors in the market |

# No Competition Concerns for Wireless Access Points

- **There are 9+ competitors for WLAN, globally and in the U.S.:** Cisco (the undisputed market leader), a range of competitors of similar size to Juniper today, and innovative new entrants. The offerings and competitive positions of the Parties and competitors are largely identical in and outside of North America.
- **Whether worldwide or in North America, combined shares are under 25%** in WLAN in a highly fragmented market based on figures from three different sources.
- **No narrower segment in which only Cisco, HPE, and Juniper are the only credible competitors.**
  - All WLAN competitors have broad hardware portfolios and management software with comparable capabilities and functionalities, such as AIOps.
  - All competitors are present across all customer sizes and industry verticals, including for large enterprise customers, who often solicit bids from 5 competitors for each opportunity.
  - Any firm can choose to prioritize and compete for customers in other verticals by better understanding customers' specific needs within the vertical and by adequately focusing its sales force.

**WLAN Revenue Share (North America)**

| | 650 Group | | | Dell'Oro | | | IDC | | |
|---|---|---|---|---|---|---|---|---|---|
| **Vendor** | **2021** | **2022** | **2023** | **2021** | **2022** | **2023** | **2021** | **2022** | **2023** |
| HPE | 14.6% | 16.6% | 16.8% | 13.5% | 15.7% | 15.7% | 14.5% | 16.7% | 16.5% |
| Juniper | 5.6% | 6.4% | 6.5% | 4.4% | 5.6% | 6.0% | 5.1% | 6.6% | 7.0% |
| ***Combined*** | ***20.2%*** | ***23.0%*** | ***23.3%*** | ***18.0%*** | ***21.3%*** | ***21.7%*** | ***19.6%*** | ***23.3%*** | ***23.5%*** |
| Cisco | 49.9% | 49.6% | 51.8% | 55.4% | 54.6% | 56.3% | 51.3% | 49.8% | 51.4% |
| Ubiquiti | 6.8% | 6.3% | 5.8% | 9.2% | 8.2% | 7.4% | 9.1% | 7.6% | 6.4% |
| Ruckus Commscope | 6.1% | 5.4% | 5.6% | 6.9% | 6.0% | 5.2% | 6.9% | 5.5% | 6.1% |
| Extreme | 4.3% | 4.0% | 4.5% | 4.2% | 3.9% | 4.2% | 2.9% | 2.7% | 3.0% |
| Fortinet | 2.0% | 1.8% | 1.9% | 2.5% | 2.1% | 1.9% | 1.8% | 1.9% | 2.9% |
| Arista | 0.7% | 0.9% | 1.0% | 0.0% | 1.3% | 1.7% | n/a | n/a | n/a |
| Others | 9.9% | 9.0% | 6.1% | 3.8% | 2.6% | 1.5% | 8.4% | 9.2% | 6.8% |

*650 Group, Dell'Oro, and IDC WLAN Full Calendar Year 2023. North America consists of USA, Canada and Mexico.*

# 9+ Other Global Players, Including 8 Headquartered in the U.S., Will Continue to Constrain the Parties

| Select Competitors | |
|---|---|
| Cisco | Cisco has been the unrivaled leader of the networking industry for decades, holds more than 40% in most networking product segments, and is the incumbent provider for most customer opportunities. Cisco has doubled down on networking with recent major R&D and strategic investments, including its 2024 acquisition of Splunk. |
| Extreme networks | Extreme Networks is the same size as Juniper. Its product portfolio includes routers, switches, and WAPs, among other cloud-based networking and artificial intelligence solutions for the full stack. Extreme has touted its recent share gains against Cisco, HPE, and Juniper, including for large enterprise customers including Fedex and Kroger. |
| ARISTA | Arista has leveraged its leading position in the data center to expand into campus and branch, particularly targeting large enterprises who are already its data center customers and utilizing its expertise to aggressively compete for WAPs. |
| FORTINET | Fortinet has leveraged its leading position in security to enter the networking space, and now has a full range of networking solutions. Fortinet is ideally positioned given that the convergence of security and networking is an emerging battleground for innovation, and it is utilizing its expertise and relationships with large customers to compete aggressively for WAPs. |
| Ruckus Wireless | CommScope's networking brand, Ruckus, is the same size as Juniper and offers switches, WAPs and other networking solutions including cloud management and AIOps for full stack solution. |
| | Ubiquiti is the same size as Juniper. It offers a diverse range of networking solutions including switches, routers, and WAPs. Ubiquiti has led the industry in adoption of new technological standards at ultra-low prices and serves customers of all sizes today. |
| nile meter | Disruptive new players like Nile and Meter have entered with networking-as-a-service ("NaaS") offerings, where the provider deploys and manages the entire network solution in return for a subscription fee. |
| HUAWEI | Huawei is a global networking leader with scaled operations across all networking product segments and remains an effective competitive constraint with its aggressive pricing globally (which customers reference during negotiations) that pushes the Parties to innovate. |

# Evidence Demonstrates Intense Competition From Extreme

Extreme networks

- **Extreme Networks** offers a comprehensive product portfolio that includes 19 different WAPs spanning all price and entry points as well as cloud-based unified network management software, ExtremeCloud IQ, which integrates AIOps.
- Extreme has publicly bragged about taking enterprise market share from Cisco, HPE, and Juniper with recent multi-million dollar wins at fortune 500 customers, including Kroger, FedEx, and Korean Air Lines.
  - Hired over 650 people since 2023 to support its growth.
  - Recorded 30% growth in deals valued at over $1 million in Q4FY 2023.
- Since 2022, HPE has lost 343 opportunities, and Juniper has lost 435 opportunities, for WAPs to Extreme, including for large enterprise customers with deal values exceeding $1 million, including FedEx, Kroger, Davidson College, Duquesne University, Forsythe County, and John Deere.

"So first and foremost, **we are taking share from Cisco . . .** and then . . . **some of the wins we referenced are from, from Juniper and HPE.**"

"We continue to **set new standards for innovation** and high performance connectivity and are **the first and only player shipping enterprise grade WiFi seven access points.**"

- Extreme CEO, Q1 2025 Extreme Earnings Call (Oct. 30, 2024)

***Diverse customer base spanning customers of all sizes and across all industry verticals***

KOREAN AIR · NCL NORWEGIAN CRUISE LINE · THE UNIVERSITY OF UTAH · DUQUESNE UNIVERSITY · Kroger · Genesis · NFL · FedEx · NOVANT HEALTH · WILLIAM & MARY · JOHN DEERE

"[W]e have become a safe haven for customers and partners and have the highest quality, high reliability, highly differentiated, easier to use and deploy solution. . . . **There's never been a greater opportunity to go in and take share from Cisco accounts**"

- Extreme CEO, CRN Article (Nov. 22, 2024)

# Some of the Largest Enterprise Customers Use Extreme's WAPs

Kroger

- Kroger is ranked #25 on Fortune 100 list with over 400,000 employees and over $150 billion in 2023 revenue.
- Kroger issued next-gen WLAN RFI in 2021 to multiple competitors, including Cisco, Juniper, HPE, and Extreme; Extreme beat the competition to become Kroger's WLAN provider.
- Extreme's WLAN solutions are now deployed in the "**world's largest cloud-managed network**" with:
  - Over 100,000 access points
  - Across 2,800 store locations.

FedEx

- World's leading express transportation provider with over 500,000 employees and over $87 billion in 2024 revenue.
- Complex global delivery operations spanning 220 countries and more than 1,800 locations.
- FedEx deploys Extreme's WLAN solutions, including thousands of access points, across all of its distribution centers to support thousands of locations and end users.
- Extreme's technology is also used to power key equipment, including barcode scanners, automated processors, and other operating systems.

John Deere

- John Deer is ranked #84 on the Fortune 100 list with over 82,000 employees and over $52 billion in 2023 revenue.
- John Deere issued an expansive wired/wireless RFP to cover large and complex manufacturing and warehouse operations, including a temporary warehouse which adds additional complexity.
- HPE was invited to bid but was excluded from the final round of bidding following a proof-of-concept round in which John Deere identified insufficiencies in HPE's technology.
- Extreme will deploy, among other products, access points throughout John Deere's manufacturing operations.

FRESHFIELDS Skadden



# Evidence Demonstrates Intense Competition From Fortinet

FORTINET

- **Fortinet** has capitalized on the convergence of security and networking infrastructure and is leveraging its reputation for security software and firewalls to grow its position in campus switching and WAPs.
  - WAP enterprise customers include Grove Public Schools, Grand View University, Checkers, Hertz, Complete Genomics, Jersey Mike's Subs, Mount Desert Hospital, Bozzuto's, Catholic Health Services, Rush Memorial Hospital, Toyota Material Handling N.A., Chico's, and CB&S Bank.
- Fortinet's WAPs are managed through the FortiGate software platform, which fully integrates with a customer's security infrastructure and includes AIOps.
- Fortinet's integrated approach is attractive to customers looking to simplify network management while enhancing security.

**"It is easier to replace a Fortinet, than a Fortinet Guy."**

*HPEUS-002310665, Email discussing competition with Fortinet at Levi Strauss (June 2022).*

"**Fortinet stole a similar account from us last year by beating us on price** and we know that they are making the same play at this account . . . **This discount is what we've determined to be necessary to reclaim the business**[.]"



*HPEUS-002312599, Opp. In education (Feb. 23, 2024)*

**Fortinet has successfully deployed a "land and expand" strategy**, with "*over 95% of [its] larger enterprise switch customers previously or simultaneously purchas[ing] FortiGate firewalls.*";"*[T]he [customer] journey begins with Fortinet firewalls and expands to leverage [] FortiLink technology to manage Fortinet switches and access points.*" - Fortinet FQ3 2024 Earnings Call Transcript (Nov. 6, 2024), at 6 (emphasis added).

Citi Trends selected Fortinet due to its "**next generation firewall capabilities of the FortiGate**" and "**a better fit into our current environment that Fortinet offered us.**"



*JNPR-2R-00318393, Email discussing loss to Fortinet (Apr. 3, 2023)*

# Evidence Demonstrates Intense Competition From Arista

ARISTA

- **Arista** expanded from the data center into campus, starting with switching and expanding into WLAN, doubling share between 2021 and H1 2023.
- Arista has market capitalization over $130 billion and is also well-positioned and has reputation to serve enterprise customers (majority of its data center networking customer base).
- Arista has clear plans to continue growing in campus switching and WLAN, with an expected $750 million revenue target in 2025.
- Arista also offers a comprehensive portfolio of WAPs, managed by its innovative CloudVision software, which integrates AIOps.
  - WAP enterprise customers include Baptist Health, BNSF, Stripe, BNY Mellon, Sony Pictures Imageworks, Google, Walsh University, Fireman Hospitality Group, City of Celina, Texas, South Carolina Federal Credit Union, and Arizona State University.







In Gartner's WLAN Magic Quadrant, Arista moved from a Niche Player in 2019 to a Visionary in 2024.

"**Arista's strategy targets its data center customer base to grow its campus networking business[.]**"

"**Arista will target the high-end of the enterprise market with its new campus solutions**, as the company feels that segment is a natural fit given Arista's existing customer base and selling motions. Initially Arista will focus on gaining quick wins with its base of 5,600 customers who already use and value Arista's EOS and CloudVision software. **Arista also expects to have success with 'anyone but Cisco' customers, but the company believes it can eventually take some of Cisco's ~80% share of the large enterprise campus market.**"

*HPEUS-000822891, "Internal Positioning: Arista Outlines Campus Strategy and Goals, Unveils New Products at Investor Day" (June 2019)*




"**Arista is gaining greater traction** in Enterprise data center ... and **in Campus.**"

*HPEUS-006655386, "Arista Competitive Overview" (FY2022)*

# Fortinet and Arista Have Successfully Deployed Cross-Selling Strategies to Win Large Enterprise Customers

***Arista and Fortinet have capitalized on their strong relationships with large enterprise companies that rely on their leading security and data center solutions to grow their WLAN business.***

**Baptist Health**

- Complex hospital system with six hospitals, three freestanding emergency departments, and over 75 outpatient clinics and offices.
- Initially used Arista for data center networking; subsequently replaced Cisco wired and WLAN solutions with Arista, citing benefits such as improved system uptime from Arista's unified code base across the data center and campus networks.
- Estimated $10 million dollar opportunity over the next five years.

**Google**

- Initially used Arista for data center switching.
- Arista leveraged its relationship with Google in the data center to expand into WLAN, replacing Aruba in a recent Google RFP, which Juniper also competed for and lost.

**Jersey Mike's Subs**

- Initially deployed Fortinet Firewalls across 2,500+ franchise locations.
- Subsequently chose to use Fortinet's switches and WAPs.
- "[W]hen we realized how tightly FortiAP integrates with the Fortinet Security Fabric, the decision was a no brainer. We expect the FortiSwitches and FortiAPs to work together to paint a very complete security picture for our team." *-Jersey Mike's CIO*

**CB&S Bank**

- Initially deployed Fortinet firewalls throughout its branch locations and data centers.
- Has since chosen to use Fortinet's switches and WAPS.
- "[Fortinet's] single pane solution made FortiSwitch secure enterprise switches and FortiAP access points good additions to the FortiGate [Firewalls] the bank already had in place." *-C&BS Bank's CTO*

# Evidence Demonstrates Intense Competition From Ruckus

Ruckus WIRELESS

- **CommScope** offers a broad range of WLAN solutions through the **Ruckus** brand.
  - WAP enterprise customers include Lucasfilm, CenturyLink, Herricks School District, Del Mar College, Grand Hyatt, Mandarin Oriental, Greenfield Community Energy and Technology, Burlington County, and Group 1 Automotive.
- Ruckus is at the forefront of innovation in WAPs and continues to invest. For example:
  - Ruckus was the first US firm to introduce an enterprise-class WAP with Wi-Fi 7 technology.
  - In 2024, Ruckus won "Innovation of the Year" from the Wi-Fi Awards for its AI-driven Wi-Fi 7 solution.
- Offering includes comprehensive line-up of indoor and outdoor WAPs and robust cloud management software, RUCKUSOne, which integrates AIOps.

"This is a competitive erate bid to **takeout Ruckus. . . .** In order to win on price, **we will need to be extremely aggressive against Ruckus as they provide astronomical discounts to win[.]"**

*JNPR-0241558, Email discussing competition for school district (Mar. 2023)*

In a 2022 competitive bid against Ruckus, HPE agreed to build additional features into its WAPs for ByteDance (TikTok) after learning that ByteDance replaced some Aruba APs with Ruckus because of the latter's additional functionality.

"In view that **Huawei and Ruckus are aggressively knocking at the door** ... we need to seriously evaluate these feature requests."

**"We are in serious danger of losing this account."**

*HPEUS-003642416, Email Re Competition for ByteDance (Aug-Oct. 2022)*

# Evidence Demonstrates Intense Competition From Many Other Players

- The parties also face competition from traditional WAP providers including Ubiquiti, Alcatel Lucent, and Cambium, among others, as well as NaaS players like Nile and Meter.
- Ubiquiti is known for its disruptive pricing and aggressive growth strategy.
- Nile has significant financial backing (with over $300M raised) paired with a strong and reputable leadership team (including individuals acquired through Nile's aggressive recruiting of top Cisco and HPE sales talent).
  - Customers include the University of Denver and Clari.
- Meter has grown exponentially in the last decade, with customers across almost every industry (including education, logistics, life sciences, manufacturing, retail, and technology).
  - Customers include Bridgewater, Envoy, GoBolt, Higher Ground Education, Lincoln Property Company, and Voltera.

> "Nile's emergence is further validation that NaaS adoption will continue to accelerate. . . . **Nile will leverage the pedigree and relationships of its executive team to engage with much larger organizations and enterprises**, many willing to at least test drive Nile's solution."
>
> *HPEUS-003100300, Competitive Brief (Sept. 30, 2022)*

HPE sales employee requests **discount of 83% off access points** in order to compete with **incumbent Ubiquiti** for two Bridgeprep Academy locations.

An HPE sales employee requests a **76% discount off access points** to compete for a"**[v]ery competitive deal against Ubiquiti** up in Maine" for a school district.



*HPEUS-000151874, Email requesting discount approval (Jan. 2024)*

*HPEUS-000513991, Email re quote for education account (Feb. 1, 2022)*




*JNPR-2R-02499492, "2024 Trends – Update to the Board of Directors" (May 2024)*

"**Key Competitor Moves**" includes "**Nile introduced AI for NaaS**; aligning with Palo Alto."

# Gartner Recognizes the Significance of Each of These Competitors

**In just 5 years, the number of "leaders" in Gartner's Magic Quadrant for Enterprise Wired and Wireless LAN has jumped from 3 to 6, with previously "niche" players like Arista and Ruckus moving into the "visionaries" category.**

## 2019 Magic Quadrant




"Extreme's operations are geographically diversified and the company services clients in all markets, from SMBs to large enterprises, with a specific focus on state and local government, education, healthcare, manufacturing, and retail."

"The RUCKUS One platform has several strong capabilities, including network assurance services, profiling and policy enforcement of endpoints (including IoT), and digital twin features for testing and validation of Wi-Fi upgrades."

## 2024 Magic Quadrant




"Gartner expects Fortinet to continue to invest in its network AIOps capabilities, including incorporating enhanced third-party management and network performance monitoring."

"Gartner expects Arista to continue to invest in its CloudVision integrated security and AI and ML capabilities, with functionality further extending to the data center."

# The Parties' Documents Refute DOJ Theory That Competition Between Parties is Uniquely Intense

## The Parties' ordinary course documents similarly show that the Parties face intense price competition.

"We are still unsure **why [Cisco] are able to scorch the earth on 10's of millions of dollars in erate** business this year."

*HPEUS-003074595, Email regarding LAUSD opportunity (Jan. 2022)*

"**The customer is very price sensitive . . . . Fortinet won (and we lost) FamilyMart . . .** Two years ago; Fortinet are pushing the partner/integrator to position the 'winning' Fortinet solution."

JNPR-2R-00279205, Email discussing loss to Fortinet due to Fortinet's low price points (Mar. 6, 2024)

"**Ruckus has shown they are going to be discounting hard to beat us** and we need to come in hard to win."

*JNPR-2R-00274637, Email discussing quote for school district (Jan. 2024)*

Loss to Extreme Networks for The Kroger Co. "**Loss Main Factor: Price / Cost.**"

*JNPR-2R-00095785, Email re Kroger loss (Dec. 2, 2022)*

"**Extreme will be our most competitive pricing competitor** as the incumbent wired partner but they will compete on both wireless and wired."

*HPEUS-002304841, Email re discount for New Orleans SuperDome (Mar. 13, 2023)*

"We need to secure the requested price in order to beat our competition . . . **[W]e know Cisco will be getting very aggressive to win this business. We have regularly seen Cisco beat us by delivering 80%+ discounts to the customer**. In order to stay competitive here we need to keep ahead of them."

*HPEUS-003842538, Email discussing Colorado School of Mines opportunity (May 2023)*

*HPEUS-003186722, "HPE Aruba FY24 GTM Discussion" (Apr. 24, 2023).*

"**Cisco continues to maintain share with aggressive pricing** and in some cases leveraging supply to acquire our customers."

"While we have a solid relationship with Host, **Ruckus is killing us on price. We are seeing this globally.**"

*HPEUS-003900930, Email discussing opp. for ten Marriott Hotels (May 2021)*

"**In competitive situations against Nile, we lose on price every time**. . . . Because of this we have to be aggressive to keep Nile from taking market share with one of our long time customers."

*HPEUS-003766262, Email re Midland University quote" (Feb. 2024)*

"**Cisco has undercut the competition and has won based on price.** Was told we were over double digits in the millions higher in price than Cisco."

*JNPR-2R-01819120, Email re approval for bid with Connecticut Education Network (Nov. 20, 2023)*

# Economic Evidence Demonstrates No Unique Competition Between HPE and Juniper

- Econometric analysis of the Parties' margins and discounts show that the Parties do not earn lower margins or grant larger discounts when competing against one another for WLAN opportunities, compared to other competitors.
- These conclusions do not differ when considering:
  - Global customers compared to U.S. customers
  - Large enterprise customers (1,000+ employees)
- The data is similarly robust to data relied on in other agency cases.

**Primary Competitor Share of 2023 WLAN Opportunity Value Based on HPE Opportunities Data**



# The "Beat Mist" Listserv is Not Evidence of Uniquely Intense Competition Between HPE and Juniper

- HPE's marketing team utilizes several types of competitive positioning documents and initiatives to educate its sales force on a broad range of competitors, products, and expansions.
  - E.g., competitive overviews, internal positioning documents, battlecards, webinars, and other technical comparisons.
- "Beat Mist" distribution list is just one example of this.
  - When the distribution list was created in 2019, HPE's sales force was not as familiar with Juniper / Mist's products as other competitors.
  - Juniper / Mist was "noisy" in its marketing efforts, touting its own capabilities against competitors; HPE's salesforce didn't have the technical expertise or experience to combat it.
  - The distribution list allowed salespeople to take advantage of technical expertise in the TME group to get quick responses regarding Mist's capabilities to assist in RFP situations.




HPEUS-001358347 – "Sales Battlecard - Cisco DNA" (June 2022)

HPEUS-003393508, "Competitive Positioning: Aruba vs Meraki" (Jan. 2022)

HPEUS-006655386, "Arista Competitive Overview" (FY2022)

HPEUS-001919915, Ruckus Battlecard excerpted into Hospitality presentation (June 2019)

HPEUS-004458231, "Internal Positioning: Extreme . . . Acquires Aerohive to Strengthen WLAN Portfolio" (June 2019)

HPEUS-000822891, "Internal Positioning: Arista Outlines Campus Strategy and Goals, Unveils New Products at Investor Day" (June 2019)

HPEUS-003832682, "NaaS and Competitive Positioning: Aruba vs Nile and Meter" (Aug. 2023)

HPEUS-006546764 , "Huawei Battlecard" (Undated)

# The Transaction Will Not Reduce Innovation for Network Management Software

- Innovation competition for network management software is global. Players not active in the US can drive innovation adoption that impacts US customers. For example, Huawei has led in contributions to Wi-Fi 7 standardization and has incorporated novel uses of AI into its management software.
- Companies offer the same network management software regardless of geography and on the same timeline, and respond to new features and developments regardless of geographic origination.
- Technological advancements and industry-wide trends also offer opportunities for new entrants to enter and disrupt the space.
- HPE must – and will – continue to innovate just as aggressively as it does today or risk losing business to these many other competitors, which are also investing in their offerings.
- Parties' combined R&D resources will also drive further innovation in the space, including additional investments in the combined entity's wireless, wired, and secure SD-WAN offerings.

> **"Innovation is the key. It's the name of the game for us to survive."**
> *Chowdappa Tr. 155:21–24*

**Competition for Network Management Software is Robust**

Networking Providers with Software Offerings

ExtremeCloud IQ, Cisco Meraki, DNA Center, CloudVision, Fortinet, R1, Huawei, U, nile, meter

Third-Party Software Providers

solarwinds, VMware Aria, Nagios, Gigamon

# HPE's R&D Investments Are Responsive to Customer Demands and Broader Industry Trends – Not Juniper

- Network management software is just one dimension of competition—customers assess software features against other considerations (e.g., cost) and prioritize certain features based on their specific needs.
  - AIOps is also just one feature of network management software, and innovation in AIOps is one dimension of competition among network management software providers. Today all competitors have incorporated AIOps into their offerings, and innovation efforts are shifting toward increased security features and adoption of Wi-Fi 7 and Wi-Fi 8 standards.
  - Juniper's strong reputation for AIOps is largely a product of its successful marketing efforts, which emphasized AIOps and Mist's intuitive UI/UX design. Even if Juniper / Mist did have a first mover advantage, all competitors have since caught up.
  - In any event, barriers to entry for AIOps have decreased significantly due to the public cloud and licensing of LLMs such as OpenAI.

> "Fundamentally, when we as product leaders think about figuring out a road map and defining our products, we look at two broad things. One is: **What are the customers in the market telling us?** The second one is: **What are the industry macro trends?**" *Chowdappa Tr. 155:21–24*

**HPE has a long history of investing in AIOps that predates Juniper's acquisition of Mist**




*HPE Aruba Networking, "Our AI Journey"*

# All Competitors Have Invested in AIOps, and Today Offer Comparable or Superior AIOps Capabilities to Mist

**CISCO**

- Acquired at least 12 AI & ML firms since 2017, including most recently Splunk in 2024
- Recognized by Gartner for a premier AI platform
- Launched a $1 billion AI investment fund in June 2024 to "bolster the startup ecosystem"

**Extreme networks**

- Incorporated AI/ML by 2019 and launched a new innovation lab in 2024
- Partnered with Intel in 2024 to turbocharge insights

**FORTINET**

- Incorporated AI/ML by 2020
- Recognized by Gartner for innovative approach to employing AI in networking and security in one interface

**ARISTA**

- Launched "Cognitive Campus" in 2019
- Easy-to-use software praised for "advanced AI" by Gartner

**Ruckus WIRELESS**

- Incorporated AI/ML by 2020
- AI-driven Wi-Fi 7 solution won Innovator of the Year Award
- Recognized for AIOps by Gartner

**HUAWEI**

- CloudCampus management software incorporates AI features that compare favorably to Cisco's
- AIOps integrated across campus networking portfolio for tight integration

**meter**

- Launched a conversational AI interface in 2024
- Partnered with Cerebras to deliver high-speed network insights

**nile**

- Launched AI-enabled Nile Access Service in 2024 with focus on user experience
- Won Tech Innovator Award just months thereafter

**SOLARWINDS, VMware Aria, Nagios, Gigamon + others**

- Each offers widely adopted network management software with AIOps capabilities
- Vendor-agnostic software enables "mix-and-match" deployments

**Independent analysts at Gartner believe "Everyone is at 1.5 [out of scale of 3]" in terms of AIOps capabilities and that "Everyone has caught up to Mist first generation cool features...The competition has caught up with all [of Juniper's] 1st generation Marvis features."** *Hajela Ex. 4,* JNPR-2R-00075274

# New Entrants from Adjacent Segments and Rise of Networking-as-a-Service Have Further Intensified Competition

- Barriers to entry in the WLAN space have historically been low and have decreased over the last decade, enabling new entry and expansion.
- **Arista** and **Fortinet** have leveraged their existing leadership positions in data center networking and security (respectively) to expand into campus networking (including wireless) and win customers.
- Disruptive industry trends like networking-as-a-service ("NaaS") have spurred entry of players like **Nile**, **Meter**, and **Join Digital**.
- Additional security players, e.g., **Palo Alto Networks**, which has already introduced WAPs for SMBs with proprietary or open-source management software and is investing to expand into enterprise. Palo Alto has already moved into SD-WAN within networking and has experienced rapid growth.

***WLAN Segment has Experienced Rapid Growth***




*Source: IDC Quarterly Wireless LAN Tracker, 2023Q4 (Publication Date: Mar. 7, 2024).*

> "**[T]he ability for companies to come out with a wireless LAN network has drastically reduced in complexity** because you can get the hardware from a Broadcom or a Qualcomm; operating system mostly is Linux or FreeBSD. It's available. The software on top of it that runs application software is also easily available. There's open source packages you can put together. . . **[T]he barrier to entry to get into this market to provide a solution to meet the market needs as really gone down.**" *Hajela Tr. 19:44-20:1.*

> "**There is no reason….that [Palo Alto] won't go further.** And their main competitor has been always Fortinet. So there is no reason that they don't follow the same path [as] Fortinet." *Carpentier Tr. 94:8 – 17*

> "[H]istorically…. there are always new standards that are offered by standards boards. **There [are] always new…. macro trends.** For example, the whole influx of all of the smartphones, the tablets, the laptops….force vendors to continuously innovate. **So we had a lot of new competitors that would constantly enter the market to take advantage of macro trend[s] and, obviously, to build a very strong business.**" *Chowdappa Tr. 43:18 – 44:8.*

# The Transaction Will Benefit Customers

The Transaction will increase competition and provide customers with another strong alternative to Cisco, as well as other competitors in the US and globally:

- HPE will enhance the scope of its networking business and better serve customers by adding Juniper's highly complementary routing, data center, and services businesses.
- As a result, HPE will gain access to networking customers it does not meaningfully engage with today (e.g., telcos, cloud service providers).
- For U.S. customers that prefer a "one stop shop," the Transaction will provide them with another alternative. For customers who prefer to "mix and match," they will continue to have a wide variety of choices.

Combined R&D resources will create a competitor capable of delivering more innovation, keeping pace other networking vendors with similar scale (i.e., Cisco, Arista, Fortinet, and Huawei).

"**Customers are demanding a real alternative to Cisco** . . . . We believe that **combining HPE Aruba and Jasmine will create an innovative portfolio**, with enough breadth and scale to give frustrated Cisco customers, a real and better alternative. We also believe that this **increased competition, will likely drive down prices in the market** which will be welcomed by customers across the board. "

*4(c)-46, "Project Rationale" (Dec. 2023)*

"**HPE will still be significantly smaller than but better positioned to compete against Cisco**, currently the only networking vendor with significant scale and scope across the entire networking portfolio and **will continue to be well positioned against other competitors similar in scale and scope to Jasmine today (Arista, Huawei, Extreme, Fortinet, Ubiquiti).**"


Hewlett Packard Enterprise

AGENDA
HEWLETT PACKARD ENTERPRISE COMPANY
COMBINED MEETING OF THE
BOARD OF DIRECTORS, FINANCE AND INVESTMENT COMMITTEE, AND THE
TECHNOLOGY COMMITTEE
January 9, 2024
12:00 pm – 2:00 pm Central Time
Web Conference Call

Zoom Meeting Details
Zoom Meeting Link

| Topics | Presenter | Length | Start Time | Tab |
|---|---|---|---|---|
| Project Jasmine | AN | 60 min | 12:00 pm | 1 |
| Fairness Opinions: • JP Morgan • Qatalyst Partners | JP Morgan Qatalyst | 30 min | 1:00 pm | 2 |
| Executive Session | | as needed | 1:30 pm | |
| Adjourn | -- | -- | 2:00 pm | |

Attendees

*HPE 4(c)-59, "Board of Directors, Finance and Investment Committee, and the Technology Committee" at 3 (Jan. 9, 2024)*

# A Combined HPE/Juniper Enhances Global Competition and Advances U.S. National Security Interests

- Not only does the Transaction raise no antitrust concerns, the Transaction advances U.S. national security interests by:
  - Combining two complementary U.S. companies that are key providers of core technologies to the U.S. government, and
  - Creating a more effective competitor to Huawei globally, establishing a bulwark against Huawei's growing influence and strength in the global core technology market.
- Huawei's exclusion in the U.S. is based on the government's very real interest in keeping Huawei out for national security reasons.
  - The government has banned the sale or import of Huawei communications systems in the U.S., has funded federal spending to support the replacement of Huawei equipment, and has urged allies to do the same in key strategic regions like the Middle East, LATAM, and East Asia.

**HPE and Juniper are key providers of critical infrastructure and core technology to the U.S. government and partner to advance national security interests.**

**Examples of HPE & Juniper Government Partners**

# U.S. National Security Benefits From A Stronger Competitor to Huawei

- The government's message on Huawei is clear: Huawei technology equipment poses a national security risk to the U.S. and its allied and must be replaced with safer, more secure, uncompromised options.
- But Huawei is still a dominant player in key strategic regions such as the Middle East, Latin America, East Asia and parts of the EU.
  - Huawei's telecom equipment business remains intact, with a market share exceeding 30%.
  - It is the dominant provider of Service Provider and Enterprise routers in these regions and remains the second leading provider (behind Cisco) of switching and enterprise WLAN in those same regions.
  - Huawei has made significant investments in R&D over the past decade; in particular, it has invested over 20% of its revenue in the last three years.
- **Entities in these strategic regions will not "rip and replace" Huawei product unless there are viable alternative providers that can provide the full technology stack—exactly the type of full technology stack that the Transaction in intended to provide.**

> "Huawei is less a telecom company than it is a geopolitical asset of the Chinese Communist Party, and it, therefore, **poses a major threat to the sovereignty and national security of any country that adopts it.**"
>
> *Senator Marco Rubio*

# In a Transaction That Raises No Antitrust Concerns, National Security Interests Favor Clearance Over Further Delay

- The Division's own precedent dictates that national security is a relevant factor to consider when analyzing whether an enforcement action is in the public interest.
  - In *Qualcomm*, the Division filed an *amicus* brief arguing that the district court erred in its ruling on the merits *and* that because the remedy put the nation's security at risk, public interest favored a stay of the remedy.
- Further delay to closing the Transaction is inconsistent with the antitrust laws and goes against key national security interests.
  - 14 other regulators have cleared the Transaction on substantially the same facts—it does not warrant a challenge.
- The actions of the U.S. government leave no doubt that Huawei's continued global growth presents a risk to national security. The interest in preventing that risk dictate that the Division should resolve any lingering doubts in favor of clearing the Transaction.

> By combining Juniper's strength in routing and data center switching with the broader HPE portfolio, the Transaction create a more effective competitor to Huawei, particularly in key strategic regions like the Middle East, Latin America, and East Asia.

# EXHIBIT 3

JIM JORDAN,
CHAIRMAN

N, Maryland
RANKING MEMBER

ONE HUNDRED NINETEENTH CONGRESS

# Congress of the United States
## House of Representatives
COMMITTEE ON THE JUDICIARY

2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6216
(202) 225-6906
judiciary.house.gov

January 28, 2025

Mr. Omeed Assefi
Acting Assistant Attorney General
Antitrust Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Mr. Assefi:

I write to request a confidential staff briefing relating to the Justice Department's potential lawsuit to block Hewlett Packard Enterprise's acquisition of Juniper Networks. Please schedule and complete the briefing prior to filing any lawsuits related to this transaction. The briefing should include the potential harm to national security from blocking the transaction, the benefits to Huawei from blocking the transaction, and the loss of efficiencies that will come from blocking a transaction that would combine two complementary products. If the Antitrust Division chooses to close the investigation and not block the transaction, this briefing is not necessary.

The Subcommittee is empowered by Rule X of the Rules of the House of Representatives to conduct oversight of matters relating to the "[p]rotection of trade and commerce against unlawful restraints and monopolies."[1] Thank you for your assistance in this matter.

Sincerely,

Scott Fitzgerald
Chairman
Subcommittee on the Administrative State, Regulatory Reform, and Antitrust

cc: The Honorable Jerrold Nadler, Ranking Member, Subcommittee on the Administrative State, Regulatory Reform, and Antitrust

[1] Rules of the House of Reps., R. X(l), 119th Cong. (2025).

# EXHIBIT 4

JAMES E. RISCH
IDAHO

RUSSELL SENATE OFFICE BUILDING
SUITE 483

(202) 224-2752

FAX (202) 224-2573

United States Senate
WASHINGTON, DC 20510

COMMITTEES
FOREIGN RELATIONS
ENERGY AND NATURAL RESOURCES
SMALL BUSINESS AND ENTREPRENEURSHIP
SELECT COMMITTEE ON ETHICS
SELECT COMMITTEE ON INTELLIGENCE

January 29, 2025

The Honorable James R. McHenry III
Acting Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Omeed Assefi
Acting Assistant Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Acting Attorney General McHenry and Acting Assistant Attorney General Assefi,

I am writing with respect to the Antitrust Division's ongoing investigation into the merger between Hewlett Packard Enterprise and Juniper Networks. I urge the Department of Justice to take into account the important national security implications of this transaction.

This merger is necessary to boost the U.S.'s innovative capacity in artificial intelligence (AI) and cloud-related networking technology. The United States faces competition from Huawei, a Chinese state-backed company that is a proven national security threat. Despite government action in recent years, Huawei still controls over 30% of the global market. Its networking infrastructure is still present in the United States and widespread in Europe, Latin America, and Asia, presenting a risk to secure telecommunications networks worldwide. Huawei undercuts trusted Western alternatives with subsidized pricing by the Chinese government.

Simply put, the U.S. must strengthen its technological base and bolster our strategic core infrastructure companies to effectively compete with and displace Huawei. Huawei's technology in critical infrastructure remains a significant vulnerability, increasing cybersecurity and espionage risks. In addition, Huawei has circumvented U.S. export controls to gain a leading edge in global enterprise networking and cloud systems. As Huawei grows, so does its ability to undermine U.S. security interests and those of our allies.

A decision on this case is long overdue, and the Department needs to conclude the investigation to provide certainty to the parties. Every other regulatory body around the world (including the United Kingdom Competition and Markets Authority and the European Commission) has approved the deal unconditionally and in significantly less time.

JAMES E. RISCH
IDAHO

RUSSELL SENATE OFFICE BUILDING
SUITE 483

(202) 224-2752

FAX (202) 224-2573

United States Senate
WASHINGTON, DC 20510

COMMITTEES

FOREIGN RELATIONS
ENERGY AND NATURAL RESOURCES
SMALL BUSINESS AND ENTREPRENEURSHIP
SELECT COMMITTEE ON ETHICS
SELECT COMMITTEE ON INTELLIGENCE

Thank you for your attention to this matter. I look forward to your response.

Sincerely,

James E. Risch
United States Senator
Chairman, Senate Foreign Relations Committee

CC: Chad Mizelle, Chief of Staff

# EXHIBIT 5

Congress of the United States
Washington, DC 20515

January 29, 2025

The Honorable James R. McHenry III
Acting Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Omeed Assefi
Acting Assistant Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Acting Attorney General McHenry and Acting Assistant Attorney General Assefi,

We are writing to inquire about the status of the Department's ongoing antitrust investigation into Hewlett Packard Enterprise's agreement to acquire Juniper Networks. While we wholeheartedly respect the process and the Department's antitrust mandate, we have an oversight obligation to ensure that the national security implications related to the merger are taken into consideration.

Competition against Huawei abroad is fierce and carries implications for secure networking globally that Congress and the executive branch continuously attempt to mitigate and address – from adding Huawei to the Department of Commerce's "entity list" in 2019, to excluding them from the US market with the FCC's unanimous decision to ban the sale or import of Huawei communications equipment in the US in 2022. Congress has also funded "rip and replace" programs to remove Huawei equipment because of the national security threat they pose, most recently in the FY 25 National Defense Authorization Act.

Today, Huawei has a global market share exceeding 30%, and its equipment is running data centers of some of the largest telecommunications companies in Europe, Latin America, the Gulf Region, and Asia. In 2023, Huawei's annual revenue was $99.5B and had a net profit of $12.3B. Their R&D investments totaled over $23 billion, representing 23.4% of revenue.

Huawei is an integral part of the CCP's ability to spread their influence throughout the world demonstrated by how the Chinese government utilizes state banks to heavily subsidize their business, making their products available at prices US and other western vendors often cannot match. Stronger US players are needed and will help level that playing field. Failure to do so carries dire consequences and would be misaligned with the US Government's prioritization of national security interests in the global core technology market, ultimately benefiting our adversaries in the long-term. The DoJ must consider these national security considerations – relevant factors when assessing the public interest.

Huawei's growth in this market globally is a clear infrastructure and national security risk for the US. The recent Typhoon Salt and other cyberattacks enabled by China-based TP-Link routers in the US makes clear that Huawei equipment in offices and conference rooms around the globe increases risks for cyberattacks and espionage.

We need strong US companies to counteract this threat. The misguided leadership of the prior administration's Antitrust Division should not stand in the way of two American companies from achieving that strategic objective, especially when every global antitrust enforcement agency that reviewed the transaction promptly cleared the deal, including the EU and UK CMA – which share substantially the same facts and market dynamics.

The American people have voted for an agenda that puts national security first by electing President Donald J. Trump. We must start putting policies in place to encourage US innovation and bolster sensitive core technology infrastructure at home and abroad that protect US security interests.

Thank you for working toward an expeditious decision on this matter and balancing the sensitive national security concerns at play. Please do not hesitate to contact our offices with any questions.

Sincerely,

Michael R. Turner
Member of Congress

Mike Rogers
Member of Congress

Robert J. Wittman
Member of Congress

# EXHIBIT 6

Hewlett Packard Enterprise

# Bolstering U.S. National Security through the HPE-Juniper Merger: Economic & Strategic Implications

May 2025

## HPE Is a Key U.S. Government Partner for Next-Generation Supercomputing

- HPE provides roughly [redacted] of products and services to critical federal agencies annually, [redacted]
- For the [redacted] HPE provides infrastructure support for mission elements and high-performance computing capability for [redacted] We also are in engaged in [redacted] that is best discussed through the appropriate channels.
- HPE also does extensive work for other members of the U.S. Intelligence Community. For example:
  - [redacted]
  - Last year, **HPE delivered one of the world's fastest supercomputers**, El Capitan, to the **Department of Energy** to help meet increasingly demanding requirements for [redacted] **HPE has built the only three exascale systems in the world -** El Capitan, Frontier (at Oak Ridge National Laboratory), and Aurora (at Argonne National Laboratory) and is **leading the supercomputing race against China**
  - [redacted]
- HPE operates a super-computing facility in **Chippewa Falls, Wisconsin** that employs 550 U.S. citizens who support the company's secure manufacturing capabilities. These capabilities enable the delivery of IT products designed to support and protect the nation's most sensitive and restricted environments. HPE is also investing nearly $100 million to upgrade and expand the facility.
- In addition, **HPE supports allied nations**, including Australia, Canada, New Zealand, the United Kingdom, Belgium, Denmark, France, Luxembourg, the Netherlands, Norway, Bulgaria, Germany, Spain, Sweden, Israel, and the United Arab Emirates. HPE's offerings address the unique requirements of these customers, providing them with a secure supply chain to modernize their IT infrastructure.
- **HPE's CEO Antonio Neri has been a champion of U.S national security interests.** He is TS/SCI cleared and has made strategic investments in support of U.S. national security offerings to help enable mission success.

## Juniper Is a Key Provider of Networking Solutions to the U.S. Government and is the Foundation for Critical Civilian Systems in the U.S. and Abroad

- [redacted] Juniper provides Core and Edge routing infrastructure as well as switching and security for [redacted] mission critical infrastructure
- [redacted] Juniper provides Routing, Campus and Data center Switching, and Security solutions to key mission critical networks within [redacted]
- [redacted] Juniper provides Routing, Switching, and Security solutions for their mission critical infrastructure.
  - [redacted] Juniper provides Routing, Switching, Security, SD-WAN and services to [redacted] and is the provider for mission critical programs, including [redacted]
- [redacted] Juniper is utilized for switching, routing and security for the [redacted]
- **Veterans Affairs:** Juniper is the service provider for switching, routing, Wifi and security.
- **FAA – FTI Program:** Juniper provides critical infrastructure in support of the National Airspace System.
- **Foreign Governments**: We provide services to a variety of national governments, including for Australia, New Zealand, UK, Canada, Saudi, Korea, and Israel.
- **Telcos and Communications Providers: Juniper has hundreds of telco/communications customers in the U.S. and around the world, including Verizon, AT&T, Comcast, Deutsche Telekom, Vodafone, Saudi Telecom**

# Networking is a Critical Sector for U.S. National Security – at Home and Abroad

- American security depends upon winning the telecommunications, networking, and data center race.
- Over the past two years, we have seen an "**unrelenting PRC campaign**" against U.S. critical infrastructure, including Salt and Volt Typhoon.[1]
  - The Chinese have identified the importance of routing in the networking stack and have attacked – capturing global market share and implanting backdoors to spy on governments.
  - **The PRC attacks by exploiting routers and firewalls, key Juniper product offerings, which can be strengthened when combined with HPE's scale and investment capabilities.**
- **Juniper's solutions**, deployed across public and critical infrastructure, **are vulnerable** to China-nexus attacks.
  - On March 12, 2025, security firm Mandiant announced it had "discovered threat actors deployed custom backdoors on Juniper Networks' Junos OS routers," which it attributed to the "China-nexus espionage group, UNC3886."[2]
- Huawei alternatives to Juniper, like **TP-Link**, are also "subject to the direction of the PRC intelligence apparatus."[3]




[1] CISA, *Strengthening America's Resilience Against the PRC Cyber Threats* (Jan. 15, 2025).
[2] Lukasz Lamparski et al., *Ghost in the Router: China-Nexus Espionage Actor UNC3886 Targets Juniper Routers*, Mandiant (Mar. 11, 2025).
[3] Rob Joyce, Testimony by Rob Joyce Before the House Select Committee on the Chinese Communist Party (Mar. 5, 2025).

# Through Huawei, China is Dominating Global IT and Telecommunications Markets

*HPE has lost over 1,000 opportunities to Huawei, who uses PRC support and illegal practices to push out U.S. competitors in critical infrastructure around the world. This facilitates China's interception of communications and, in the event of a conflict, will allow them to neutralize key communications for strategic allies and partners.*

- Huawei is now a global powerhouse through **massive PRC government support**, including subsidies estimated at well over **$75 billion** between 2008 and 2018 and continuing thereafter.[1]
- Huawei has used this funding to build a **modern full-stack technology offering** and to invest heavily in R&D (**$23 billion** in 2023 alone).
- Huawei uses it broad portfolio to position itself as a single provider for **government and private sector telco customers** around the globe.
- ***If left unchecked, Huawei will continue to grow.***

Service Provider Routers Q4 24

| | MEA | Lat Am | APJ | EU |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | 0% | 0% | 0% | 0% |
| [illegible] | [illegible] | [illegible] | 9% | 16% |
| Other | 47% | 41% | 66% | 63% |

Enterprise Routers Q4 24

| | MEA | Lat Am | APJ | EU |
|---|---|---|---|---|
| [illegible] | 77% | [illegible] | [illegible] | [illegible] |
| [illegible] | 0% | 0% | 0% | 0% |
| [illegible] | 0% | 1% | 1% | 1% |
| Other | 23% | 19% | 85% | 70% |

Data Center Switches Q4 24

| | MEA | Lat Am | APJ | EU |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | 2% | 5% | 3% | 6% |
| [illegible] | 2% | 3% | 3% | 5% |
| Other | 53% | 56% | 88% | 81% |




[1] See Chuin-Wei Yap, *State Support Helped Fuel Huawei's Global Rise*, Wall Street Journal (Dec. 25, 2019); Liza Lin et al., *The U.S. Wanted to Knock Down Huawei. It's Only Getting Stronger*, Wall Street Journal (July 25, 2024).

# Huawei's Full Suite is Key to Winning Contracts with Critical Foreign Government and Commercial Customers

- HPE and Juniper **lost business to Huawei in key regions** because they do not have Huawei's size and full-stack offering. Opportunities were lost in the following countries:
  - **Saudi Arabia:** Huawei beat HPE to obtain opportunities with the Ministry of Defense and Saudi Aramco, giving the CCP access to the backbone of key intelligence-sharing partners.
  - **United Arab Emirates:** Huawei has embedded itself as the provider of core services to Etisalat, the world's 16th largest telecommunications provider.
  - **Mexico:** Huawei beat HPE in bids to provide data center networking solutions for an IT provider to the Secretariat of National Defense (SEDENA).
  - **Colombia:** Huawei has made major inroads with the government, including contracts to supply LAN and/or data center offerings with the Attorney General's Office, the National Police, and a state-owned bank.
  - **Indonesia:** Huawei won a series of deals with a major manufacturer, a state-owned bank, and state-owned enterprises after HPE was unable to meet customer requirements for switches and routers.
  - **South Africa:** Huawei beat out U.S. competitors, including HPE, to obtain data center and WLAN contracts for MTN, one of the largest telecommunications providers in Africa, and for a data center contract with the South African Department of Justice.

# A Combined HPE/Juniper Would Accelerate Innovation for U.S. Government Customers and Be More Competitive Globally with Huawei

Hewlett Packard Enterprise + JUNIPER NETWORKS =

**Hewlett Packard Enterprise**

- **#2** edge connectivity
- **#3** in campus switching
- Nascent presence in DC switching
- Differentiated IP portfolio in SASE & 5G *(w/ Austin, Axiom)*

**Juniper Networks**

- **Leader in routing** (#4 but strong relative market share)
- **Momentum in Data Center / T1 switching** w/ 400G
- **Credibility with Telcos**
- **Large router install base** to enable cross-sell
- Mature **network firewall** offering

**NW Scale**

- **Double our size: go head-to-head vs Huawei** *(from $5.2B to $11.0B in FY23[1])*
- **Drive cost synergies and increase investment capacity**
- **Increased synergies with suppliers**

**NW Scope**

- **Expand TAM to Data Center Networking T1**
- **Expand TAM to firewalls**
- **Expand TAM to routers**
- **Cross sell into Telcos and T1**

**Customer relevance**

- **Makes our Greenlake portfolio more competitive across *Edge*, *Cloud*, and *Data***
- **Allows us to deliver a unified edge to cloud experience**

**Corporate financial profile**

- **Scale high growth, high margin Network business to balance Compute → helps multiple expansion**
- **Higher FCF to expand M&A capacity**

# A Combined HPE-Juniper Can Help the U.S. Win Against Huawei

*HPE and Juniper together can offer a competitive full stack alternative to Huawei—one not subject to PRC national security laws.*

| | | | Hewlett Packard Enterprise | Juniper | Hewlett Packard Enterprise + Juniper | HUAWEI |
|---|---|---|---|---|---|---|
| Edge Networking | Wireless | WLAN | ✓ | ✓ | | |
| | | Private 5G | ✓ | ✗ | | |
| | Campus Switching | | ✓ | ✓ | | |
| | SASE | SD-WAN | ✓ | ✓ | | |
| | | SSE | ✓ | ✗ | | |
| Wide Area Networking | 5G RAN + Mobile Core | | ✓ | ✗ | | |
| | Routers | Telco | ✗ | ✓ | | |
| | | Enterprise | ✗ | ✓ | | |
| | | T1 | ✗ | ✓ | | |
| Cloud Networking | Next Generation Firewall | | ✗ | ✓ | | |
| | Switching | Enterprise | ✓ | ✓ | | |
| | | T1 | ✗ | ✓ | | |
| AI Networking | AI Interconnect | | ✗ | ✓ | | |
| Compute | | | ✓ | ✗ | | |
| Storage | | | ✓ | ✗ | | |

**A combined HPE-Juniper will counter Huawei and champion U.S. interests.**

- HPE is a **global leader in cybersecurity**, and will strengthen Juniper's security expertise and resourcing, including by **fortifying Juniper's currently less-secure offerings.**[1]
- Integrating Juniper's products would allow the combined entity to **leverage a full IT stack offering, providing integrated security by design** to customers that extends across the entirety of the network.
- The full-stack solution that the combined HPE-Juniper will offer is widely seen as a more secure approach because it **reduces network complexity.**

The combined entity will also deliver key Juniper products—such as routers and next-generation firewalls—that Huawei currently offers but HPE does not.

- These components are **key from a national security perspective**, given the exploitations of routers and firewalls in many recent cyberattacks (Salt Typhoon, Flax Typhoon, etc.).

[1] See Lukasz Lamperski et al., *Ghost in the Router: China-Nexus Espionage Actor UNC3886 Targets Juniper Routers*, Mandiant (Mar. 11, 2025).